# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| DEFENDERS OF WILDLIFE and SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, )<br>     Plaintiffs, )<br>  v. )<br>)<br>ROBERT H. BOYLES, JR., in his official capacity as Director of the South Carolina Department of Natural Resources, and CHARLES RIVER LABORATORIES, INTERNATIONAL, INC., )<br>     Defendants. ) | Civ. No. 2:22-CV-112-RMG |

## DECLARATION OF DR. LAWRENCE NILES

I, Lawrence Niles, declare the following to be true and correct, and to reflect my professional opinion and my best judgment on the matter at hand based on the body of scientific evidence.

### PROFESSIONAL BACKGROUND AND QUALIFICATIONS

1. I am a wildlife biologist and my work has centered on endangered, threatened, and imperiled species since 1976.

2. I received my Ph.D. in Ecology and Evolution from Rutgers University in 1996, my Master of Science degree in Wildlife Management from Pennsylvania State University in 1976, and my Bachelor of Science degree in Zoology from Pennsylvania State University in 1973. Attached is my curriculum vitae. *See* Ex. A.

3. I am a partner at Wildlife Restoration Partnerships LLC, which I founded in 2015. From 2007 to 2015, I worked at L J Niles Associates, where I engaged in conservation and research projects on behalf of government agencies and non-profit organizations. Prior to 2007, I worked in the Endangered and Nongame Species Program at the New Jersey Department of

Environmental Protection for more than 20 years. I served as the program's Chief for more than a decade during that time.

4.   At Wildlife Restoration Partnerships, my focus is primarily dedicated to researching and tracking Atlantic shorebirds, particularly the *rufa* red knot (*Calidris canutus rufa*), and conserving shorebirds by facilitating efforts to restore habitat conditions for feeding, sheltering, and breeding. Red knots consume the eggs of horseshoe crabs (*Limulus polyphemus*) from the beach, where the crabs spawn each spring. Horseshoe crab eggs are critical for the birds to survive their annual migration and reproduce.

5.   I have authored and co-authored more than 70 studies, papers, and other works on these subjects, including 45 papers related to red knot migration, populations, habitat, and/or feeding behaviors, and 15 papers related to red knots' consumption of horseshoe crab eggs, horseshoe crab spawning, and horseshoe crab egg density. Red knots have been the primary focus of my research since 1997. In listing red knots as "threatened" under the Endangered Species Act, the United States Fish and Wildlife Service ("Service") relied on several of my studies.[1]

6.   I am a former member of the Horseshoe Crab Adaptive Resource Management subcommittee of the Atlantic States Marine Fisheries Commission ("ASMFC"), a regulatory body composed of stakeholders and government officials from 16 states along the Atlantic Coast that was established to manage and coordinate fishery resources. On the ASMFC, I have also served on committees that assist the Commission in using data to develop horseshoe crab harvesting quotas and regulations to be adopted by member states.

---

[1] *See, e.g.*, Endangered and Threatened Wildlife and Plants: Threatened Species Status for the Rufa Red Knot, 79 Fed. Reg. 73,706, 73,708, 73,725, 73,733, 73,742 (Dec. 11, 2014) ("Red Knot Listing").

7.   I am a member of the U.S. Shorebird Council of the U.S. Fish and Wildlife Service and the Western Hemisphere Shorebird Reserve Network, both groups dedicated to the national and international conservation of shorebirds.

## SUMMARY OF OPINIONS

8.   I have reviewed documents produced in discovery during this litigation that have been provided by Plaintiffs' counsel. Based on these documents, the literature on red knots and horseshoe crabs, and my professional expertise and experience, it is my opinion that:

a.   South Carolina beaches are major stopover sites for red knots along their nearly transpolar migration from Patagonia, and from northern South America and the Caribbean, to Arctic breeding grounds each spring;

b.   Red knots that stop over in South Carolina rely on beach-laid horseshoe crab eggs as a critical food source to refuel and power an often-direct flight to the Arctic from South Carolina;

c.   To survive their migration and breed successfully in the Arctic, red knots that stop over on South Carolina beaches require a super-abundance of horseshoe crab eggs on these beaches created by repeated spawning events of horseshoe crabs, as each red knot must quickly consume several hundred thousand horseshoe crab eggs during its stopover to replenish enough weight to survive its journey and then breed;

d.   Since 2019 in South Carolina, around ███████ horseshoe crabs have been harvested from beaches each spring as they come ashore to spawn, with roughly ███████ of harvested crabs stored in containment ponds; crabs are stored in ponds during spawning season, laying eggs in ponds beyond the reach of red knots, rather than on beaches;

e.   The use of containment ponds to store horseshoe crabs during spawning season results in the diminution of available eggs on beaches that are critical to red knots' ability to survive their migration to the Arctic, mate, and reproduce;

f.   By depriving red knots of a critical food source, horseshoe crab containment ponds have likely caused the deaths of red knots along their migration and prevented others from reproducing. If they continue operating, containment ponds will continue to cause the death and impaired breeding of red knots.

3

## BASIS FOR OPINIONS

I.     **The _Rufa_ Red Knot**



*Figure 1.* The beach-foraging *rufa* red knot.[2]

9.    The *rufa* red knot is a medium-sized migratory shorebird (about 9 to 11 inches in length) whose numbers are in rapid decline.

10. Between the 1980s and 2000s, red knot populations declined from an estimated 100,000–150,000 to below 45,000. In their main wintering area in Tierra del Fuego, Chile, red knot numbers decreased from 56,000 in 1986 to 12,000 in 2011, and have not improved since. This has led researchers, including myself, to conclude that the species is "highly vulnerable to extinction." F.M. Smith et al., *Investigating Red Knot Migration Ecology Along the Georgia and South Carolina Coasts: Spring 2019 Season Summaries* at 3, CTR. FOR CONSERVATION BIOLOGY TECHNICAL REPORT SERIES (2019).[3]

11. As a result of these population declines, in 2015, the Service listed the *rufa* red knot as "threatened" under the Endangered Species Act. Red Knot Listing, 79 Fed. Reg. at 73,706.

---

[2] Taken from On Nature Magazine, *Red Knot*, https://onnaturemagazine.com/red-knot.html (last visited Mar. 12, 2023), https://perma.cc/4NFX-59GY (permanent link).
[3] https://scholarworks.wm.edu/cgi/viewcontent.cgi?article=1587&context=ccb_reports, https://perma.cc/32ML-LLGU (permanent link).

4

### A. Annual Spring Migration

12. Each spring, red knots embark on a nearly transpolar migration. From their main wintering area in the southernmost region of South America, red knots fly over 9,000 miles to reach their breeding grounds in the Canadian Arctic, a round-trip nearing 19,000 miles.

13. To prepare their bodies for migration, red knots undergo significant physiological changes:

> Before takeoff, the birds accumulate and store large amounts of fat to fuel migration and undergo substantial changes in metabolic rates. In addition, leg muscles, gizzard (a muscular organ used for grinding food), stomach, intestines, and liver all decrease in size, while pectoral (chest) muscles and heart increase in size.

Endangered and Threatened Wildlife and Plants; Proposed Threatened Status for the Rufa Red Knot (*Calidris canutus rufa*), 78 Fed. Reg. 60,024, 60,027 (Sept. 30, 2013).

### B. Migratory Stopovers

14. Many red knots rely on only one or two stopovers between South America and their Arctic breeding grounds to refuel along their journey. After flying thousands of miles, red knots are often emaciated by the time they reach a stopover beach.

15. During a stopover, red knots must consume substantial amounts of food to: (1) recover fat and protein reserves used up on the prior leg of the migration; (2) fuel the remainder of the journey; and (3) build up energy to facilitate reproduction in frigid breeding habitat.

16. Red knots generally arrive at a stopover beach having lost significant weight and must increase their weight by roughly 50% to ensure that they can survive their migration and breed in the Arctic.[4]

---

[4] *See, e.g.*, Allen J. Baker et al., *Rapid population decline in red knots: fitness consequences of decreased refuelling rates and late arrival in Delaware Bay*, 271 Proc R. Soc. Lond. B 875

5

17. If red knots do not consume enough food to gain the requisite weight during their stopover, they are significantly less likely to survive their migration and to reproduce in the Arctic.

 

*Figures 2 and 3.* Left: an emaciated red knot reaches a stopover beach in Delaware Bay. Right: a red knot prepares to depart a stopover having replenished its body mass.[5]

18. Red knots must reach the Arctic and breed before cold weather makes the region inhospitable. Because "stopovers are time-constrained," and due to the physiological changes to the birds' digestive systems before migration, red knots "require[] stopovers rich in easily digested food to achieve adequate weight gain that fuels the next migratory flight and, upon arrival in the Arctic, fuels a body transformation to breeding condition." 78 Fed. Reg. at 60,027 (citations omitted).

---

(2004), https://perma.cc/4T5E-R6C4 (permanent link); Sjoerd Duijns et al., *Body condition explains migratory performance of a long-distance migrant*, 284 Proc. R. Soc. B. 2 (2017), https://perma.cc/786X-MJST (permanent link); G. Michael Haramis et al., *Stable isotope and pen feeding trial studies confirm the value of horseshoe crab* Limulus polyphemus *eggs to spring migrant shorebirds in Delaware Bay*, 38 J. Avian Biol. 367 (2007), https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.0908-8857.2007.03898.x.
[5] Taken from N.J. Dep't of Env'tl Protection, Division of Fish & Wildlife, *Red Knot – An Imperiled Migratory Shorebird in New Jersey*, https://www.nj.gov/dep/fgw/ensp/redknot.htm (last visited Mar. 12, 2023), https://perma.cc/ZYV8-UEHP (permanent link).

19.  The survival and propagation of the remaining population of red knots thus requires an abundance of fatty, nutrient-rich, easily-digested prey on stopover beaches at the precise time the birds arrive each spring.

### C.  *South Carolina Stopovers are Critical for Both Individual Red Knots and the Species*

20. Researchers from the Service, SCDNR, and other agencies have determined that the "Georgia and South Carolina Coasts are a major stopover area for *rufa* Red Knots in spring migration." Smith et al., *supra* ¶ 10, at 18; *see also* Mary M. Pelton et al., *Kiawah and Seabrook islands are a critical site for the* rufa *Red Knot (*Calidris canutus rufa), bioRxiv (Mar. 26, 2022).[6] Red knots stop over "by the thousands along South Carolina beaches," at times "form[ing] the largest flock [of the species] on the Atlantic Coast." SCDNR, *Shorebird research underscores the importance of South Carolina beaches* (June 7, 2018).[7]

21. South Carolina beaches are critical stopover sites for red knots that rely on them during spring migration. According to tagging research by SCDNR, "as many as two-thirds of the [red knots in South Carolina] fly directly to the Arctic after leaving our beaches." SCDNR, *supra* ¶ 20. This underscores the importance of food abundance on South Carolina beaches to the survival and breeding of red knots—for most red knots that stop over here, it is the last chance to refuel before a direct flight to Arctic breeding grounds.

22. The Service recently proposed a rule designating beaches across the South Carolina coast as red knot critical habitat. Proposed Rule, Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Rufa Red Knot (*Calidris canutus rufa*), 86 Fed. Reg. 37,410,

---

[6]https://www.biorxiv.org/content/10.1101/2022.03.21.485188v2.full.pdf, https://perma.cc/R93H-5GMN (permanent link).
[7] https://www.dnr.sc.gov/news/2018/jun/jun7_shorebirds.html, https://perma.cc/3DAT-ZUKP (permanent link).

37,425–27 (July 15, 2021). These beaches "contain[] one or more of the physical or biological features essential to the conservation of the species" and "serve[] as . . . important northbound migration stopover site[s] in South Carolina and on the Southeastern U.S. portion of the subspecies range." *Id.* at 37,453–62. Two of the State's beaches—Kiawah and Seabrook Islands––comprise "the most important known spring migration staging area in the Southeast." *Id.* at 37,458.

23. Food availability on South Carolina beaches in the spring carries species-level importance for red knots. Inadequate food availability on South Carolina beaches poses a significant threat to individual birds that stop over there and to the species as a whole.

### D. Red Knots Require a Super-Abundance of Horseshoe Crab Eggs at South Carolina Stopover Beaches to Survive Their Migration and to Reproduce



*Figure 4.* Red knots forage in the surf around horseshoe crabs on the coast of South Carolina.[8]

24. Horseshoe crabs live on the ocean floor in coastal areas.

---

[8] Photo by Fletcher Smith. Taken from Bryan Watts, *CCB Team Spends Fifth Spring with Red Knots Along South Atlantic Coast*, Ctr. for Conservation Biology (Sept. 15, 2019), https://ccbbirds.org/2019/09/23/ccb-team-spends-fifth-spring-with-red-knots-along-south-atlantic-coast/, https://perma.cc/DY4H-UKWV (permanent link).

25. In the spring, horseshoe crabs come ashore to mate and lay eggs on South Carolina beaches between the mean low and high tide lines. Female crabs can lay over eighty thousand eggs in a spawning season, which runs from late spring to early summer.

26. Red knots have evolved to time their stopovers to coincide with horseshoe crab spawning season because horseshoe crab eggs are the only source of food available to red knots that allows the birds to reliably build up the fat and protein reserves needed to refuel from the initial stages of their migration, fly to the Arctic, mate, and reproduce.

27. As SCDNR researchers have confirmed, "[h]ighly nutritious horseshoe crab eggs and embryos . . . provide a critical food resource to the federally threatened *rufa* red knot  . . . as it stops to feed in areas, such as . . . South Carolina during its annual migration from southern South America to the Arctic." Michael R. Kendrick et al., *Assessing the Viability of American Horseshoe Crab (*Limulus polyphemus) *Embryos in Salt Marsh and Sandy Beach Habitats*, 240 Biol. Bull. 145, 146 (2021) (attached as Ex. C to Plaintiffs' motion for preliminary injunction).

28. Horseshoe crab eggs are soft, fatty, energy-rich, and easily digestible. They allow red knots to gain about six grams of weight per day—a significantly higher rate than afforded by other prey that knots may consume during stopovers, like clams and mussels, which only allow the birds to gain between one and two grams per day. For these reasons, horseshoe crab eggs are an "ideal food source" for red knots. *See* SCDNR, *supra* ¶ 20; SCDNR, *Red Knot & Other Long-Distance Migrants* (last visited Feb. 17, 2023) ("Red Knot[s] spend time on spawning beaches and feed on the crabs' nutrient-rich eggs to fatten up before their migration to the breeding grounds in the Arctic.").[9]

---

[9] https://www.dnr.sc.gov/wildlife/species/coastalbirds/shorebirds/RedKnot.html, https://perma.cc/4RCE-J97A (permanent link).

29. Studies show that red knots departing stopover locations with lower body mass are significantly less likely to survive migration and reproduce. In order to build the requisite body mass, red knots must consume several hundred thousand horseshoe crab eggs during their stopover. Red knots unable to consume their share of eggs are far less likely to survive their migration and breed.[10]

30. As noted, the red knot's Arctic breeding period is limited by weather and must end before frigid conditions take hold. *Supra* ¶ 18. As a result, birds arriving late at a stopover site must make up for lost time by rapidly gaining weight. Horseshoe crab eggs are the only resource that enables such rapid weight gain.

31. In modern times, the Georgia and South Carolina coasts and Delaware Bay were the only reliable locations for red knots to forage on horseshoe crab eggs during their northbound migration. These locations have therefore been the most-used spring stopover locations for the species in the last twenty years. Thus, red knots "'stop over at crab spawning sites on South Carolina beaches to gorge themselves on [horseshoe crab] eggs,'" which "play a critical role in the life cycles of . . . red knot[s]." SCDNR, *Horseshoe Crab spawning season a boon for shorebirds* (June 16, 2014) (quoting SCDNR wildlife biologist).[11]

32. Studies of South Carolina stopover sites confirm that horseshoe crab eggs are critical to red knots' diet and predict their foraging locations.

33. For example, in Cape Romain National Wildlife Refuge, a complex of barrier islands north of Charleston, South Carolina, ninety-five out of one hundred shorebird fecal samples,

---

[10] *See, e.g.*, Haramis et al., *supra* note 4; Baker et al., *supra* note 4; Duijns et al., *supra* note 4.
[11] https://www.dnr.sc.gov/news/yr2014/june19/june19_horseshoecrab.html, https://perma.cc/VU6J-5VLJ (permanent link).

including red knots, taken between 2015 and 2016 tested positive for horseshoe crab DNA. Fumika Takahashi, *Shorebird Utilization of Horseshoe Crab (*Limulus polyphemus) *Eggs at Cape Romain National Wildlife Refuge, South Carolina*, CLEMSON UNIVERSITY TIGERPRINTS, ALL THESES, at 21, 61 (2016).[12] The same study found a significant positive correlation between horseshoe crab egg densities and the number of foraging red knots. *Id.* at 20, 59.

34. As noted, South Carolina at times hosts "the largest flock" of red knots on the Atlantic Coast, *see* SCDNR, *supra* ¶ 20, with birds from the flock observed on beaches "feeding on horseshoe crab eggs." Pelton et al., *supra* ¶ 20, at 3, 5.

35. Across the South Carolina coast, red knots disperse from larger flocks to search out horseshoe crab spawning sites and feast on crab eggs. *See* SCDNR, *supra* ¶ 20.

36. For a stopover site to be viable, it is not sufficient for horseshoe crabs merely to be present and spawning. Red knots require a super-abundance of crab eggs created by repeated spawning events. Female horseshoe crabs deposit their eggs several inches below the beach surface, where they are inaccessible to red knots due to the birds' size and small beak length. The crab eggs only become accessible to red knots when other horseshoe crabs are present and spawning at the same site, which pushes eggs to the surface. Without repeated horseshoe crab spawning events on beaches to create this accessible egg super-abundance, red knots cannot obtain the sustenance they need during stopovers.

---

[12] https://tigerprints.clemson.edu/cgi/viewcontent.cgi?article=3583&context=all_theses, https://perma.cc/Z3PB-8BM8 (permanent link); *see also* Fumika Takahashi et al., *Spatial and temporal overlap between foraging shorebirds and spawning horseshoe crabs (Limulus polyphemus) in the Cape Romain-Santee Delta Region of the U.S. Atlantic Coast*, 133 Wilson J. Ornithology 58 (2021), https://perma.cc/UR9M-D2GB (permanent link).

37. Red knots unable to obtain enough horseshoe crab eggs at a stopover site will be harmed in at least one of several ways. First, red knots may risk a dangerous flight to the Arctic directly from the egg-depleted site. Red knots that make such a flight may lack sufficient body weight and are significantly less likely to survive the trip and subsequently reproduce.

38. Second, red knots may forage at the egg-depleted stopover site for other, less effective food sources. This will likely delay or prevent birds from gaining the requisite body mass, causing birds not to fly to the Arctic to breed, to fly to the Arctic without enough weight to survive the flight and breed, and/or or to arrive late at the Arctic breeding grounds (which increases the risk of nest failure due to predation).

39. Third, red knots may search for an alternative stopover site. That search takes time and energy, further depleting fat and protein reserves needed to survive and reproduce, shortening the time left to breed in the Arctic before it is too cold there and/or increasing the risk of nest predation, and increasing the need to rapidly gain weight by consuming crab eggs. All of these factors reduce the birds' likelihood of survival as well as reproduction.

40. Beach-foraging red knots cannot access horseshoe crab eggs laid in crab containment ponds. Thus, when spawning horseshoe crabs are removed from beaches in South Carolina to containment ponds each spring, red knots suffer from a substantial diminution in their prey availability, significantly impairing their breeding and feeding and causing death and lower rates of reproduction.

II.    **The Biomedical Harvest and Horseshoe Crab Containment Ponds**

*A. Overview*

41. Every spring, as red knots arrive and horseshoe crabs come ashore to spawn, Charles River's harvesters remove horseshoe crabs from beaches and place them into artificial

12

containment ponds. Since 2019, harvesters for Charles River have taken around ▇▇▇▇ crabs

from South Carolina beaches each spring, placing between ▇▇▇▇ percent of crabs collected

into containment ponds. IC Ex. C at 3 (exhibit to Plaintiffs' motion for preliminary injunction).

42. I understand that Charles River ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, to ▇▇▇ horseshoe

crabs per year, with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ between ▇▇▇▇▇▇. IC

Ex. H (exhibit to Plaintiffs' motion for preliminary injunction). A ▇▇▇▇▇▇▇ of the

▇▇▇▇▇▇ may be held in containment ponds.

43. In South Carolina, harvested crabs are removed from or near red knot foraging beaches

and proposed critical habitat as they come ashore to spawn. The ▇▇▇▇▇▇▇▇▇▇

are then stored in containment ponds during spawning season and red knot stopovers.

44. According to Dr. Brockmann, the use of containment ponds removes significant numbers

of eggs from spawning beaches. *E.g.*, Brockmann Decl. ¶¶ 9(b)–(c), 62. The eggs of horseshoe

crabs not present on beaches are not accessible to beach-foraging red knots. Thus, containment

ponds remove ▇▇▇▇▇▇▇▇ horseshoe crabs from spawning beaches, where eggs

are accessible to red knots, to ponds beyond the reach of red knots.

45. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇

46. According to Dr. Brockmann, releasing crabs at these release locations means that pond-

held crabs are unlikely to spawn again for the entire season even after release, and particularly

unlikely to spawn on the beaches from which they were harvested, Brockmann Decl. ¶¶ 45–51—

namely, on red knot foraging beaches. These post-release spawning impacts further deplete egg availability for red knots.

47. In my opinion, horseshoe crab containment ponds and release locations substantially deplete egg availability critical to the survival and reproduction of red knots that stop over in South Carolina. As a result, the use of containment ponds to hold horseshoe crabs harvested during spawning seasons likely causes the death of red knots and prevents others from reproducing.

### B. The Harvest of Crabs for Pond Storage: Removal from Red Knot Feeding Areas

48. In South Carolina, horseshoe crabs are removed at an industrial scale from (or adjacent to) red knot foraging beaches—areas the Service has proposed as red knot critical habitat—and stored in containment ponds at the precise time red knots require a super-abundance of their eggs laid on beaches.[13]



49. In the last three years, there has been particularly heavy harvesting from on or near ███, ███████, and the █████████. *See* IC Ex. D to Plaintiffs' motion for preliminary injunction. This heavy harvesting draws directly from red knot feeding beaches or adjacent areas. *See supra* note 13. I understand that a ████████ of the crabs harvested from these beaches are ██████████████. *See* IC Ex. C

---

[13] *Compare, e.g.*, 86 Fed. Reg. at 37,425–37,427, 37,581–37,582, 37,585–37,588 (proposed critical habitat designations for Turtle, Harbor, Hunting, Fripp, Hilton Head, and Seabrook Island beaches, and Deveaux Bank, among other locations), *with* IC Ex. D to Plaintiffs' motion for preliminary injunction (noting substantial harvest in recent years from proposed red knot critical habitat on ████ and █████; ██████████, which abuts or encompasses proposed critical habitat on █████, ██████, and █████; ██████████, which abuts or encompasses proposed critical habitat on ████████; the ███ and ████████, which abut or encompass proposed critical habitat on ████████, ████████, and ██████; and ██████████, which abuts or encompasses proposed critical habitat on ███, ████████, and ████████, among other locations).

14

(to Plaintiffs' motion for injunction) at 3 (between ███████ percent of crabs collected were ████████████████████ since 2019).

50. Given the proximity of the harvest to stopover sites, harvesters are removing horseshoe crabs for pond storage that would otherwise be laying eggs on red knot foraging beaches. The removal of these crabs for pond storage deprives red knots of their eggs.

51. The below images from Turtle Island provide an example of what is occurring on red knot foraging beaches and proposed critical habitat across South Carolina. Turtle Island Beach has been proposed as critical habitat by the Service because, among other things, it "contains a high concentration of rufa red knots during the spring migration period, serving as an important northbound stopover site, particularly when horseshoe crabs are spawning." 86 Fed. Reg. at 37,461.

***Figures 5, 6, and 7, below.*** Red knots, identifiable in the foreground of *Figures 6 and 7*, and other shorebirds forage in the surf around a few horseshoe crabs on the sound side of Turtle Island, while harvesters push their boat by the flock and pile in crabs in the background. PLTF045180, PLTF045182–183.



15





16

***Figures 8, 9, and 10, below.*** Harvesters pile crabs in boats from the ocean-side of Turtle Island in 2019. Shorebirds, and potentially red knots, are visible in the background of *Figure 10*, foraging around horseshoe crabs in the surf. *See* ECF No. 67 at 13.







52. SCDNR and federal researchers observing the 2019 Turtle Island harvest, as well as harvesting in the adjacent Tybee Island National Wildlife Refuge, called the harvest at both sites "heavy" and "likely unsustainable," expressing concerns about impacts to red knots. Smith et al., *supra* ¶ 10, at 15, 17–18. In 2021, the Service reported that "intensive biomedical collections [on Turtle Island] in 2019" underscored "the risk of local extirpation." U.S. Fish & Wildlife Service, *Rufa Red Knot (Calidris canutus rufa), 5-Year Review: Summary and Evaluation*, at 21 (July 2021).[14] Data from SCDNR indicates that ███████████████████████████████████ ████████████. *See* IC Ex. D (from DNR000039–49).

53. SCDNR and federal researchers have identified "[t]he magnitude of the horseshoe crab harvest in critical shorebird foraging locations in South Carolina" as "likely the most significant

---

[14] https://ecos.fws.gov/docs/tess/species_nonpublish/3624.pdf, https://perma.cc/S4TL-T4MT (permanent link).

shorebird conservation issue moving forward in the region." Smith et al., *supra* ¶ 10, at 17. I

understand that the ███████████ of these crabs are harvested ███████████. *See supra* ¶ 49.

54. Cape Romain National Wildlife Refuge provides another example. Historically, Cape

Romain was known for providing an abundance of horseshoe crab eggs to red knots and other

shorebirds. Large numbers of these birds therefore relied on the refuge to serve as their migratory

stopover site.

55. For years, Charles River ███████████████████████████

███████████████████. *See* IC Ex. D (from DNR000030–46). As noted, for a

stopover to be viable for red knots, there must be repeated spawning events by horseshoe crabs

to deposit a super-abundance of eggs that are accessible to red knots. *Supra* ¶ 36. After years of

███████████ in Cape Romain, mean egg densities measured in 2015–16 were far below levels

associated with a 50% chance of red knot presence. Takahashi, *supra* ¶ 33, at 26–27, 53; *see also*

IC Ex. A to this declaration (only submitted *in camera*) (noting ███████████████

████████████████████████████████████████

███████████████████). Red knots unable to obtain sufficient crab

eggs at a stopover beach are far less likely to return to that site in subsequent years.

56. The available evidence from South Carolina indicates that the harvest for ponds is a

significant threat to red knots.

57. The fact that crabs are harvested from beaches, just as they come ashore to spawn and red

knots need their eggs, increases the threat to the birds.

58. The time and place of the harvest-for-ponds presents an additional threat to red knots'

feeding, breeding, and survival. The evidence I've reviewed, including figures 5 through 10

above, indicates that harvesters often take crabs for pond storage while red knots are present and

foraging for crab eggs. This presents threats in addition to food deprivation, likely disturbing and possibly flushing[15] the birds. Red knots disturbed in this manner will stop foraging for crab eggs, leave the perceived threat, and leave the beach, often until the disturbance stops. This will cause red knots to eat fewer crab eggs and also wastes critical time and energy during the brief period when red knots must build body mass, increasing the risk that red knots will not gain the weight they need to survive and breed.

59. In sum, the removal of ███████████████ of spawning horseshoe crabs from red knot feeding areas for storage in containment ponds, at the precise time the birds require a super-abundance of their eggs to be laid on beaches, deprives knots of crab eggs critical to their survival and reproduction.

### C. *When Red Knots Most Need Their Eggs, Horseshoe Crabs are in Containment Ponds Instead of on Red Knot Beaches*

60. Each spring, around ████████seshoe crabs, including many females, are taken from South Carolina beaches, with ██████% stored in ponds during spawning season, IC Ex. C (to Plaintiffs' motion for injunction) at 3, the precise window when red knots critically need their eggs before departing for the Arctic. Harvesters move ███████████████ crabs from spawning beaches, where eggs present in a super-abundance are accessible to red knots, to ponds beyond the reach of red knots.

61. The timing of the capture and holding of horseshoe crabs for bleeding in South Carolina shows the co-occurrence with red knot foraging in the same areas. Red knots feeding on horseshoe crab eggs in South Carolina build weight in late April and May, coinciding with peak horseshoe crab spawning. In my work with SCDNR to study movements of red knots, we trap in

---

[15] "Flushing" means to cause a bird to fly away suddenly in response to a disturbance.

mid to late April because it is the peak of the red knot migration. ██████████████

██ ████████████████████████████████████████ .

62. By removing ████████████████ of spawning crabs from red knot feeding beaches to inaccessible containment ponds, ██████████████████████████████

██████████████████, ponds usage likely prevents significant numbers of red knots from gaining the requisite weight to survive their migration and breed in the Arctic.

### D.  Crab are Released ████ from Red Knot Stopover Beaches

63. It is my understanding that crabs that survive the biomedical process are released to coastal waters. I understand that release locations are based, at least in part, on ████████

████████████████████████████████████ harvest beaches and proposed red knot critical habitat.

64. According to Dr. Brockmann, crabs released in these areas are not likely to spawn again for the rest of the season, and particularly unlikely to return all the way to their harvest beaches to spawn in the same season. Brockmann Decl. ¶¶ 47–51. As noted above, crabs are harvested from or near red knot foraging areas.

65. For red knots, this means that they are deprived of the eggs of pond-held crabs not only during the period of their transport to and storage in ponds, but also likely for the remainder of the season, even post-release. These post-release effects further deplete egg availability for red knots during their stopover.

### III.    The Impacts of Containment Ponds on Red Knots.

66. By removing significant numbers of horseshoe crabs from South Carolina spawning beaches each spring, containment ponds deprive red knots of vast numbers of crab eggs on their beach foraging grounds, precisely when the birds most need a super-abundance of crab eggs.

21

These harms are worsened by the fact that the use of ponds and ████████████ makes crabs unlikely to spawn again for the rest of the season even after release. *See* Brockmann Decl. ¶¶ 47–51. These harms will be greater beginning this season if Charles River ████████████ ████████████ .

67. It is my opinion that removing ████████████ crabs—and vast numbers of crab eggs—from red knot stopover sites as a result of the harvest for containment ponds makes it highly likely that some red knots will not obtain the sustenance needed to survive their migration and breed in the Arctic.

68. Containment ponds preclude the super-abundant egg densities red knots need at South Carolina stopover sites to survive migration and reproduce.

69. Based on my professional experience, the literature, and the evidence I have reviewed in this case, it is highly likely that horseshoe crab containment ponds have caused the death of red knots and prevented others from reproducing by depriving the birds of a critical food source. If the use of containment ponds in South Carolina is allowed to continue, these harms to red knots will continue. If horseshoe crab harvesting ████████████ , the harm to the birds will likely be more severe.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13th, 2023.

_Lawrence J. Niles_

_____

Lawrence Niles

EXHIBIT A

**LAWRENCE J. NILES**
**109 Market Lane, Greenwich, NJ 08323**
**(856) 451-0465 office (908) 303-3843 cell**

**EDUCATION**
**Ph.D. Ecology and Evolution**, Rutgers University. Stopover Ecology of Migratory Raptors. May 1996
**M.S. Wildlife Management**, Pennsylvania State University, August 1976.
**B.S. Zoology**, Pennsylvania State University, August 1973.

**EMPLOYMENT**
7/06 **:**present        **Biologist/Mgt Partner, Wildlife Restoration Partnerships, Greenwich, NJ 08323**
I started my own business focusing on Wildlife Investigations, Habitat Conservation Planning, and Habitat
Management in 2007. I conduct conservation and research projects for non-profit groups or agencies with
foundation funding. I focus on four main tasks: 1. Research on Shorebirds in Delaware Bay, Gulf states, South
America, and the Arctic, 2. New technology for tracking birds, including satellite transmitters, 3. Restoring
habitat for wildlife, including breeding and migrant shorebirds and horseshoe crabs. I am now co-managing
projects with the American Littoral Society to restore marsh and beach on Delaware Bay and a $13 million
Project developing Living Shoreline structures to protect Bayshore communities. I continue to lead research in
Chile, Brazil, Canada, and SC, MA, NY, and NJ on shorebird and horseshoe crab productivity and survival,
the impact of offshore wind power, and a hemisphere-wide strategy for recovering shorebirds. In collaboration
with NJ Audubon, I co-lead a new organization, the Horseshoe Crab Recovery Coalition, aiming to restore
horseshoe crab populations throughout their east coast range as a primary strategy to restore coastal shorebird
populations.

6/92 – 7/06:        **Chief, Endangered and Nongame Species Program,** Division of Fish, Game, andWildlife,
New Jersey Department of Environmental Protection, Trenton, NJ 08625.
I led 20 biologists, five technicians, and as many as 20 seasonal or part-time employees working on
endangered and rare species research, management, wildlife recreation, and ecosystem-level projects. During
my tenure, I developed a landscape-level conservation system now a major part of the State's land planning
initiatives and conducted research and management the Bald Eagle, colonial waterbirds, migrant songbirds and
raptors and Arctic nesting shorebirds. I led expeditions to the Canadian Arctic and the Argentine and Chilean
portions of Tierra del Fuego to conduct shorebirds surveys and site protection.

11/82 - 5/92:        **Principal Nongame Zoologist**; **Endangered and Nongame Species Program**; Division of
Fish, Game, and Wildlife, New Jersey Department of Environmental Protection, Tuckahoe, Wildlife
Management Area, Tuckahoe, NJ 08250

6/78 - 11/82:        **Wildlife Biologist II**; **Georgia Department of Natural Resources**, Game and Fish Division,
Route 1, Fitzgerald, GA 31750. As the regional game biologist in a twelve-county area of southeast Georgia,
I conducted research and management on white-tailed deer and black bears.

8/76 - 6/78:        **Forest Technician**; Belle Baruch Forest Science Institute, Clemson University, P.O. Box 596,
Georgetown, SC 29440.

5/74 - 8/76:        **Graduate Assistant and Research Technician**; School of Forest Resources, Pennsylvania
State University, University Park, PA 16802.

**OTHER ACTIVITIES**

Undergraduate instructor, Rutgers University, Ecology and Environmental Science, 1994 – 1997, 2005
NJ Audubon Richard Kane Conservation Award 2008
Littoral Society Macmillian Award 2009
Penn State Natural Resources Hall of Fame 2018
Member National Shorebird Council
Member Western Hemisphere Shorebird Reserve Executive Committee

**PUBLICATIONS** Selected publications below, my full list can be provided upon request

**Lathrop, R.L, Merchant D., Niles L., Feigin,S., Paludo  D., Santos D., Larrain  C. Smith J. and A. Dey. 2022** Multi-Sensor Remote Sensing of Intertidal Flat Habitats for Migratory Shorebird Conservation, Remote Sensing 14 (20-31)

**Smith, J.,Dey.A.,Williams K., Diehl, T.,Feigin S.,and L. Niles. 2022.** Horseshoe crab egg availability for shorebirds in Delaware Bay: Dramatic reduction after unregulated horseshoe crab harvest and limited recovery after 20 years of management. Aquatic Conservation Marine and Aquatic Ecosystems. https://doi.org/10.1002/aqc.3887.

**Burger J., Porter R., Niles L., and D. Newstead 2021**. Timing and duration of stopovers affects propensity to breed, incubation periods, and nest success of different wintering cohorts of red knots in the Canadian Arctic during the Years 2009 to 2016**.** Environmental Research. 2022 Dec;215(Pt 1):114227

**Brum A., Ribeiro B., Finger J., Feigin S., Alomaz L., Niles L. and V. Petry. 2021** Monitoring of Calidris canutus rufa ( Red knot) on the Coast of Rio Grande do Sul, Brazil.   Brazil Shorebird Plan Meeting Poster.

**Loring PH, Lenske AK, McLaren JD, Aikens M, Anderson AM, Aubrey Y, Dalton E, Dey A, Friis C, Hamilton D, Holberton B, Kriensky D, Mizrahi D, Niles L, Parkins K.L. Paquet J, Sanders F, Smith A, Turcotte Y, Vitz A, Smith PA**. 2020. Tracking Movements of Migratory Shorebirds in the US Atlantic Outer Continental Shelf Region. Sterling (VA): US Department of the Interior, Bureau of Ocean Energy Management. OCS Study BOEM 2021-008. 104 p.

**Yvonne I. Verkuil, Erika Tavares, Patricia M. González, Kristen Choffe, Oliver Haddrath,Mark Peck,Lawrence J. Niles,Allan J. Baker, Theunis Piersma & Jesse R. Conklin**. 2020. Genetic structure in the non-breeding range of rufa Red Knots suggests distinct Arctic breeding populations *The Condor*

**Poulson R., Carter D., Beville S, Niles L., Dey A., Minton C.,McKenzie P, Krauss D, Webby R, Webster R,and D. Stallknecht.** Influenza A Viruses in Ruddy Turnstones (Arenaria interpres); Connecting Wintering and Migratory Sites with an Ecological Hotspot at Delaware Bay. Viruses 2020, 12, 1205; doi:10.3390/v12111205

**J. Smith, Niles L. & S. Feigin,** Reduced horseshoe crab abundance and feeding activity beneath intertidal oyster aquaculture structures in the Delaware Bay. preprint https://doi.org/10.1101/2020.06.20.162693

**Joanna Burger, Porter R. & L.  Niles.** 2019. The migratory strategies of the Red Knots and Ruddy Turnstones that use Delaware Bay as revealed by geolocators. International Wader Studies 21: xx–xx. doi:10.18194/db.00181

**S. Duijns, Anderson A., Aubry Y., Dey A., Flemming S., Francis C., Friis C, Gratto-Trevor, S., Hamiltonm D.,9, Holberton R., Koch S., McKellar, A., Mizrahi D., Morrissey C., Neima S., Newstead N., Niles L., Nol E., Paquet J., Rausch J., Tudor L., Turcotte  Y., & P. Smith**. 2019. Long-distance migratory shorebirds travel faster towards their breeding grounds, but fly faster postbreeding grounds, but fly faster postbreeding Scientific Reports | (2019) 9:9420 | https://doi.org/10.1038/s41598-019-45862-0

**Lathrop, R.G., Niles, Lawrence, Smith, P., Peck, M., Dey, A., and R. Sacatelli.** 2018. Mapping and modeling the breeding habitat of the Western Atlantic Red Knot. Condor 120(3):650-665

**Burger, J., L, Niles, C. Jeitner, & M. Gochfeld.** 2018. Habitat risk: Use of intertidal flats by foraging red knots (*Calidris canutus rufa*), ruddy turnstones (*Arenaria interpres*), semipalmated sandpipers (*Calidris pusilla*), and sanderling (*Calidris alba*) on Delaware Bay beaches. Environ. Res. 165:237-26.

**Duijns S, Niles LJ, Dey A,Aubry Y, Friis C, Koch S, Anderson AM, Smith** PA. 2017 Body condition explains migratory performance of a long-distance migrant. Proc. R. Soc. B 284: 20171374. http://dx.doi.org/10.1098/rspb.2017.1374

**Smith, J.A.M., Hafner, S.F., & Niles, L.J. (2017)** The impact of past management practices on tidal marsh resilience to sea level rise in the Delaware Estuary. *Ocean & Coastal Management*, **149**, 33–41.

**Smith JAM and Niles L**. (2016) Are salt marsh pools suitable sites for restoration? Wetland Science and Practice. 33(4):101-109.

**Burger, J. & L. Niles.** 2017. Shorebirds, stakeholders, and competing claims to the beach and intertidal habitat in Delaware Bay, New Jersey, USA. *Natural Sci.* 9: 181-205.

**Lathrop R., Niles L.J., Peck M., and A. Dey**. (2016). Mapping and Modeling the nesting Habitat of an Arctic Shorebird at Landscape and Regional Scales. Report to Commission on Environment Cooperation 138pp

**Burger J. and L.J. Niles, 2016.** Injury and Response to Hurricane Sandy, Physical Damage Avian and Food Web Responses and Anthropogenic Attempts at Ecosystem Recovery. 25pp. in Taking Chances on the Coast After Hurrican Sandy. Rutgers University Press.

**Niles L. J., A.D. Dey, and B. Maslo** 2015. Overexploitation of marine species and its consequences for terrestrial biodiversity along coasts. 25pp. in: Coastal Conservation 450 pages. Cambridge University Press.

**Newstead, D.J., Niles, L.J., Porter, R.R., Dey, A.D., Burger, J. & Fitzsimmons, O.N.** 2013. Geolocation reveals mid-continent migratory routes and Texas wintering areas of Red Knots Calidris canutus rufa . Wader Study Group Bull. 120(1): 53–59.

**Niles, L.J., Burger, J., Porter, R.R., Dey, A.D., Koch, S., Harrington, B., Iaquinto, K. & Boarman,** M. 2012. Migration pathways, migration speeds and non-breeding areas used by northern hemisphere wintering Red Knots C*alidris canutus of* the subspecies r*ufa.* Wa*der Study Group Bull. 11*9(2): XX–XX.

**Burger J., M. Gochfeld, C. W. Powers, J. Clark, K. Brown, D. Kosson, L. Niles, M. Dey, C. Jitner, T. Pittfield.** 2013. Determining Environmental Impacts for Sensitive Species: Using Iconic Species as Bioindicators for Management and Policy. Journal of Environmental Protection, 2013, 4 (***_***) Published online August 2013.

**J. Bahl, S. Krauss, D. Kuhnert, M. Fourment, G. Raven, S. P. Pryor, L. Niles et al.** (2013) Influenza A Virus Migration and Persistence in North American Wild Birds. PLoS Pathog 9(8): e1003570.doi:10 .1371/journal.ppat.1003570

**J. Burger & L. Niles.** 2013 Shorebirds and stakeholders: Effects of beach closure and human activities on shorebirds at a New Jersey coastal beach. Urban Ecosystems DOI 10.1007/s11252-012-0269-9 published online 13 Nov 2012

**Bahl J, Krauss S, Ku¨ hnert D, Fourment M, Raven G, s. Paul Pryor, Lawrence Niles et al.** (2013) Influenza A Virus Migration and Persistence in North American Wild Birds. PLoS Pathog 9(8): e1003570. doi:10.1371/journal.ppat.1003570

**L.J. Niles, J Burger and A. Dey**. 2012. Life on Delaware Bay. Rutgers Press. 259 pages
**A. C. Schwarzer, J. A. Collazo, L. J. Niles, J. M. Brush, N. J. Douglass and H. F. Perciva**l. 2012. Annual Survival Of Red Knots (Calidris Canutus Rufa) Wintering In Florida. The Auk 129(4):725−733, 2012

**Espoz, C., Ponce, A., Matus, R., Blank, O., Rozbaczylo, N., Sitters, H.P., Rodriguez, S., Dey, A.D. & Niles, L.J.**

2008. Trophic ecology of the Red Knot Calidris canutus rufa at Bahía Lomas, Tierra del Fuego, Chile. Wader Study Group Bull. 115(2): 69–76.

**Niles, L. J., H.P. Sitters, A.D. Dey, P.W. Atkinson, A J. Baker, K.A. Bennett, R. Carmona, K.E. Clark, N.A. Clark, C. Espoza, P.M. Gonzalez, B.A. Harrington, D.E. Hernandez, K.S. Kalasz, R.G. Lathrop, R.N. Matus, C.D.T. Minton, R.I.G. Morrison, M.K. Peck, W. Pitts, R.A. Robertson and I.L. Serrano. 2008.** Status of the Red Knot in the Western Hemisphere. Studies in Avian Biology No. 36.  185 pages

**Niles LJ, J. Bart, H.P. Sitters, A.D. Dey, K.E. Clark, P.W. Atkinson, A.J. Baker, K.A. Bennett, K.S. Kalasz, N.A. Clark, J. Clark, S. Gillings, A.S. Gates, P.M. Gonzalez, D.E. Hernandez, C.D.T. Minton, R.I.G. Morrison, R.R. Porter, R.K. Ross & C.R. Veitch.** 2009. Effects of horseshoe crab harvest in Delaware Bay on Red Knots: Are harvest restrictions working? *BioScience* 59: 153–164.

**Niles, L.J., Burger, J., Porter, R.R., Dey, A.D., Minton, C.D.T., Gonzalez, P.M., Baker, A.J., Fox, J.W. & Gordon, C.** 2010. First results using light level geolocators to track Red Knots in the Western Hemisphere show rapid and long intercontinental flights and new details of migration pathways. *Wader Study Group Bull.* 117(2): 123–130.

**McGowan, C.P, J.E. Hines, J.D. Nichols, J.E. Lyons, D.R. Smith, P.W. Atkinson, A.J. Baker, N.A. Clark, A. Dey, P.M. Gonlalez, K.S. Kalasz, W. Kendall, L.J. Niles.** 2011. Multistate models linking red knot demographics to Delaware Bay horseshoe crab spawning activity with implications for conservation and management. Ecosphere.

**Espoz, C., Ponce, A., Matus, R., Blank, O., Rozbaczylo, N., Sitters, H.P., Rodriguez, S., Dey, A.D. & Niles, L.J.** 2008. Trophic ecology of the Red Knot Calidris canutus rufa at Bahía Lomas, Tierra del Fuego, Chile. Wader Study Group Bull. 115(2): 69–76.