# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| DEFENDERS OF WILDLIFE and SOUTH CAROLINA COASTAL CONSERVATION LEAGUE,<br><br>          Plaintiffs,<br><br>  v.<br><br>ROBERT H. BOYLES, JR., in his official capacity as Director of the South Carolina Department of Natural Resources, and CHARLES RIVER LABORATORIES, INTERNATIONAL, INC.,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civ. No. 2:22-CV-112-RMG<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DR. H. JANE BROCKMANN

I, H. Jane Brockmann, declare the following to be true and correct, and to reflect my professional opinion and my best judgment on the matter at hand based on the body of scientific evidence.

## PROFESSIONAL BACKGROUND AND QUALIFICATIONS

1.  I am a biologist and animal behaviorist. Since the 1980s, I have spent the majority of my professional career studying horseshoe crabs, and their mating behavior and breeding aggregations.

2.  I received my Master of Science in Zoology from the University of Wisconsin in 1972, and my Ph.D. in Zoology from the University of Wisconsin in 1976. I received my Bachelor of Science degree in Biology from Tufts University in 1967. Attached is my curriculum vitae. *See* Ex. A.

3.  Since 2011, I have served as an Emeritus Professor in the Department of Biology at the University of Florida. Prior to this time, I was an Assistant Professor, Associate Professor, and

Professor in the Department of Zoology at the University of Florida from 1976-2011. During my

tenure with the University of Florida, I chaired the Department of Zoology from 1997-2001.

4.  From 2003 to 2004, I was the Program Director for the Animal Behavior Program at the

National Science Foundation.

5.  I have published dozens of articles in peer-reviewed journals and supervised numerous

graduate students' research on horseshoe crab reproductive behavior. Since the early 1990s, I

have published a vast amount of research on horseshoe crabs, including on the following topics:

male mating tactics, nest site-selection, female nesting behavior, reproductive competition,

conservation genetics, and multiple stressor interactions on the development of horseshoe crab

embryos.

6.  I have also published several studies on genetic differences between populations of

horseshoe crabs, co-authored regional assessments on the conservation status of horseshoe crabs,

and published research on trait differences between populations (e.g., size, sexual dimorphism,

and behavior). These studies have included all populations of the American horseshoe crab. I

was also co-author of *The American Horseshoe Crab* published by Harvard University Press in

2003.

7.  Over the course of my decades of research, I have specifically studied the Southeast

population of horseshoe crabs (which includes all South Carolina horseshoe crabs) – crabs which

grow larger and very likely live longer than horseshoe crabs of any of the other genetically

distinct populations.

8.  I have managed numerous horseshoe crab surveys and volunteer trainings for horseshoe

crab surveys in Florida in recent years. Working with the State of Florida Fish and Wildlife

Conservation Commission and others, I organized and initiated (and continue to participate in) a

2

statewide tagging and breeding survey of Florida horseshoe crabs called the Florida Horseshoe Crab Watch.

## SUMMARY OF OPINIONS

9.   I have reviewed documents produced in discovery during this litigation that have been provided by Plaintiffs' counsel. Based on these documents, the literature on horseshoe crabs, and my professional expertise and experience, it is my opinion that:

   a.  Holding ponds, and the practices associated with collection, transport, and release of crabs that are held in these ponds, negatively impact horseshoe crab spawning and survival;

   b.  These impacts, combined with likely increased mortality from pond-held crabs during bleeding, and release in locations far from beaches where crabs were collected and normally breed, effectively remove these horseshoe crabs from the breeding population in South Carolina for the rest of the year;

   c.  Horseshoe crabs held in artificial containment ponds are spawning in the ponds, far from natural beaches; any horseshoe crab eggs produced in ponds are not recruited into the horseshoe crab population in South Carolina;

   d.  The terms put in place by South Carolina Department of Natural Resources ("SCDNR") in its 2022 holding ponds permits that were designed to minimize harm to horseshoe crabs and prevent female crabs from being stored in ponds were both impractical and wholly ineffective. As a result, ███████████████████ ████████████████████████████████████████ ██████████████. A significant number of female horseshoe crabs (almost ████) ██████████████ in 2022 despite SCDNR's new permit conditions, and

3

███████████████████████████████████████████

████████████████████ .

## BASIS FOR OPINIONS

### A.  Horseshoe Crabs and Containment Ponds Generally

10.  Horseshoe crabs (*Limulus Polyphemus*) have existed for almost 450 million years; they are living fossils that are most closely related to arachnids like spiders.

11. Horseshoe crabs live on the continental shelf in coastal areas from Florida to Maine. Horseshoe crabs feed in coastal areas, spending colder weather in channels and deeper coastal regions.

12. Each spring, horseshoe crabs emerge on South Carolina's beaches on the high tides associated with the new and full moon to mate and lay eggs. During these events in the spring, horseshoe crabs appear in large spawning aggregations on South Carolina beaches at the same time as shorebirds like the red knot migrate through South Carolina to feed on nutrient-rich horseshoe crab eggs to fuel their migration back to their Arctic breeding grounds.

13. Female horseshoe crabs lay eggs 10-20cm below the surface, but when there are large numbers of breeding females, they inadvertently excavate the eggs of females that bred earlier on that beach. Therefore, eggs are present on the beach surface only when very large aggregations of females have been nesting for a number of days. Spawning density directly affects the availability of eggs on the surface.

14. Each female horseshoe crab with a male attached to her shell can lay about 2,000-4,000 eggs in each nest which are fertilized by the attached male as the eggs are being laid. Studies conducted on Delaware Bay and mid-Atlantic female crabs show that they can lay over 80,000 eggs in total during a season. Because Southeastern female crabs are much larger, it is likely that

they lay even more eggs during a season, which typically runs from April into June in South Carolina.

15. After spawning is completed (which normally occurs during 1-5 high tides), the female returns to sea until the following year. This means that any female harvested on South Carolina's beaches has likely not yet completed her yearly spawning. Removing these spawning females from South Carolina's beaches into holding ponds results in female crabs continuing to spawn, if they are able, in the holding ponds. Regardless, it means that able crabs are not spawning on beaches.

16. The American horseshoe crab, the species present in South Carolina (and the only species currently existing in North America) is listed on the International Union for the Conservation of Nature's Red List of Threatened Species as "vulnerable," meaning there is a greater than 10% probability that horseshoe crabs will be extinct in the wild in 100 years.

17. The status of the Southeast population of horseshoe crabs (the population to which South Carolina crabs belong) is unclear but may be in decline. The Atlantic States Marine Fisheries Commission ("ASMFC") 2019 Stock Assessment Report classifies the South Carolina population of horseshoe crabs as stable because it could not demonstrate statistically that the population was either above or below a 1998 reference point. *See* Atlantic States Marine Fisheries Commission 2019 Horseshoe Crab Benchmark Stock Assessment Report at 15, 58, 197–201.[1] This conclusion is due in large part to the fact that there are so few data points that the statistical power to detect differences is very low (i.e., there would have to be a huge decline before it could be detected with these data). The chance of detecting a difference between years

---

[1] *Available at* www.asmfc.org/uploads/file/5cd5d6f1HSCAssessment_PeerReviewReport_May2019.pdf (asmfc.org) (last visited March 6, 2023).

is low because very few horseshoe crabs are actually caught using their sampling methods – the two trawl surveys that were used for this analysis were designed for fish and crustaceans, not horseshoe crabs, and horseshoe crabs only rarely get into the trawl nets.

18. Any conclusion drawn from such limited information is likely to be highly unreliable. Until surveys are conducted that are properly designed to detect horseshoe crabs, it is impossible for anyone to estimate horseshoe crab populations with any degree of certainty.

19. Horseshoe crabs are highly susceptible to overharvesting. They have long lives of up to 20 years and take a long time to grow to sexual maturity – 9-10 years for males, 11-12 years for females (South Carolina horseshoe crabs are the largest along the entire coast and therefore are likely to take longer to develop than elsewhere). Because it takes young crabs so long to reach reproductive age, the population can take a decade or more to recover from high mortality events even under ideal conditions— i.e., with no further harvesting or mortality from transport to, holding in, and release from ponds and bleeding.

20. Harvesting of horseshoe crabs during their spawning events increases the risk of adversely affecting the population, as beach-mating exposes all spawning crabs to capture. The biomedical harvest in South Carolina takes the most important members of the population (large females and mature males) off of South Carolina beaches, by hand, during the most critical of their life phases from a population perspective (e.g., during spawning).

### B. Charles River's Harvest of Horseshoe Crabs for Containment Ponds

21. Each year, Charles River's agents are permitted by SCDNR to harvest unlimited numbers of horseshoe crabs from South Carolina beaches, ██████████████████████████████████████████

██████████████████████████████████. *See* ECF No. 67—IC Ex. H at 3. ███████████████

████████████████████████████████████████████████

███████████████████████████████.

22. Since 2019, Charles River's harvesters have taken roughly ██████ crabs each spring from South Carolina beaches, storing roughly █████% of their harvest in containment ponds. *Id.* For example, in 2021, Charles River harvested over ██████ horseshoe crabs in South Carolina and over ███████ of those crabs were placed in containment ponds; in 2022, Charles River harvested almost ██████ horseshoe crabs in South Carolina and over ██████ of those crabs were placed in containment ponds. *Id.*



**Figure 1.** Aerial view of a horseshoe crab containment pond near Beaufort, SC.

23. Containment ponds are, to state the obvious, not the natural habitat for horseshoe crabs. They are artificial, man-made holes in the ground, located away from coastal beaches. These ponds make for a very poor substitute for the natural environment of horseshoe crabs.

24. Horseshoe crabs are remarkably tolerant of a wide range of environmental conditions and

██████████████████████████████████████████████████████████

████, i.e., temperatures above 31º C, dissolved oxygen below 4.0 mg/L, and salinity less than

15 ppt. However, there is very good evidence (Hamilton et al. 2020) that horseshoe crabs held

under containment pond conditions similar to Charles River's self-reported figures showed

significant physiological deterioration as a consequence of prolonged holding, particularly at

warmer water temperatures.

25. Of equal concern is that horseshoe crabs held in captivity for more than two weeks

without food are starving, i.e., they are metabolizing their own tissues (Smith et al. 2013).

Biomedical bleeding is known to be stressful for horseshoe crabs, with physiological effects that

last for weeks (Anderson et al 2013; Kurz &James-Pirri 2002; Leschen & Correira 2010; Owings

et al. 2019). The use of containment ponds greatly increases the stress that horseshoe crabs are

subjected to prior to bleeding and therefore the use of these ponds is likely to have an even

longer lasting effect on horseshoe crab behavior and reproduction.

26. Before Plaintiffs filed this case, SCDNR did not impose any restrictions on the length of

time horseshoe crabs could be stored in ponds before bleeding. *See* ECF No. 1-1 at 23 (2021

permit). After Plaintiffs filed this case, SCDNR in 2022 added new conditions to its permits

stating that "[h]orseshoe crabs may not be held longer than two weeks from the time of harvest

to biomedical bleeding." ECF No. 42-1 at 4. Although the permits now limit pre-bleeding pond

storage to two weeks, I have not seen evidence of successful measures implemented by pond

permittees or SCDNR to determine when each of the tens of thousands of pond-held crabs were

introduced to ponds or to ensure that they are removed and bled within two weeks or less. Thus, I

have not seen evidence that the two-week limit is being enforced, and crabs may be stored for much longer.

27. The added stress of placement in containment ponds is very likely to increase mortality after release and reduce future spawning on beaches. All biomedical bleeding operations cause some level of mortality and stress, but placement in containment ponds greatly increases that stress. This increased stress may not always result in immediate mortality, but it necessarily increases the risk of reduced breeding or mortality in the future.

28. There are no protections whatsoever for eggs laid or horseshoe crab larvae developing *in* holding ponds—SCDNR does not require Charles River to record their existence or return them to their natural habitat.

### C. *The Harvest for and Transport to Containment Ponds Harms Horseshoe Crabs*

29. As noted above, Charles River's agents harvest large numbers of horseshoe crabs from South Carolina's beaches each spring, including beaches that are proposed as red knot critical habitat by the United States Fish and Wildlife Service. *See* Proposed Rule, Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Rufa Red Knot (*Calidris canutus rufa*), 86 Fed. Reg. 37,410, 37,425–27 (July 15, 2021). South Carolina law, SCDNR permits, and best management practices from the ASMFC all prohibit the indiscriminate piling of crabs in boats. *See* S.C. Code Ann. § 50-5-1330(C) ("Horseshoe crabs . . . must be handled so as to minimize injury to the crab and "returned unharmed to state waters"); ████████

██████████████████████████████████████

██████████████████████ ; ECF No. 67– Ex. L at 2 (ASMFC best management practices for biomedical harvesting; requiring, inter alia, "[p]roper care and

handling of horseshoe crabs" and "avoiding over-stacking to minimize damage to other horseshoe crabs").

30. The photos below document the removal of spawning horseshoe crabs from Turtle Island in South Carolina and the piling of them indiscriminately on top of each other in boats in a manner that is likely to cause injury to these crabs.



***Figures 2 and 3.*** Harvesters pile horseshoe crabs into boats off of Turtle Island in 2019.

31.  These pictures also depict harvesters picking up crabs by the "telson," or tail. As SCDNR explains, "**[d]o not pick a horseshoe crab up by its tail—the tail is very sensitive and easily injured.**" SCDNR, *Horseshoe Crabs – Anatomy and Behavior* (2019) (emphasis in original).[2]

32. These photos are very concerning for the health and wellbeing of the horseshoe crabs being collected, and I have not seen any evidence from discovery that the above images are out of the ordinary. The crabs in South Carolina are particularly large and heavy. The manner of collection above (i.e., picking up heavy South Carolina crabs by the telson) is likely to damage the muscle at the base of the tail which is used by horseshoe crabs to turn themselves over when they get overturned in waves. Damage to the tail muscle will not result in immediate mortality but rather greatly increase mortality when they try to spawn in subsequent years.

33. Piling crabs indiscriminately on top of each other in massive numbers in boats likely causes additional injuries to crabs such as cracked shells, broken telsons, and injuries to the soft parts of the body. SCDNR's discovery additionally shows reports that harvesters then "walk[] across their boats, on top of a full load of crabs to get to the helm." DNR014067. The various injuries caused by these careless practices will likely increase mortality after release.

34. This sort of handling and transport to ponds has an impact on the status of horseshoe crabs that survive collection to make it to holding ponds. Documents obtained in discovery demonstrate that, independent of mortalities that occur in the holding ponds themselves,

███████████████████████████████████████████████████████████████. *See* ECF No. 67—IC Ex. H at 3–5. The crabs that ████████████████████████████

---

[2] *Available at* https://www.dnr.sc.gov/marine/pub/seascience/horseshoecrab.html (dnr.sc.gov) (last visited March 11,2023).

presumably result, at least in part, from rough handling, and they may be dead or lost during the transport and holding process.

35.  Moreover, this sort of handling and transport likely adversely affects the health and wellbeing of horseshoe crabs after their release, assuming they survive holding ponds and the bleeding and release processes. Crabs with injured telsons cannot right themselves, and, if overturned by a wave when attempting to reach spawning beaches, they would likely die. Other injuries will also increase mortality through increased susceptibility to disease and predation, and through decreased ability to forage.

36. In sum, this treatment of horseshoe crabs during collection and transport to holding ponds is one more way Charles River's holding ponds are removing horseshoe crabs from the population and from spawning each year. These impacts are magnified by the fact that all crabs are handled multiple extra times (beyond what is normally done in biomedical bleeding facilities) – once into the boat, then into the ponds, then out of the ponds and into the bleeding facility, then back to the truck for release, then out of the truck into chutes or tossed back into release waters.

**D.  *The Unloading of Horseshoe Crabs into Holding Ponds Violates the Possession Permit and Further Harms Horseshoe Crabs.***

37. The 2022 Possession Permit further states that ███████████████████████ █████████████████████████.

38.  But upon arrival at ponds, agents of Charles River also appear to █████████ to unload crabs into ponds.

39. Crabs are ███████████████████████████ into holding ponds, often by the ███████████████████████████.

12





***Figures 4 and 5.*** Horseshoe crabs ████████████████████████. Still images taken from undated videos disclosed by pond operator Jerry Gault in discovery. ████ ███████████.

40. Again, this is a likely source of harm and mortality to many of the crabs entering holding ponds, and contributes to the negative impacts of holding ponds on the horseshoe crab population in South Carolina and on future spawning of horseshoe crabs.

### E.  Harm to Horseshoe Crabs from Spawning in Containment Ponds

41. Instead of spawning on South Carolina beaches, ████% of harvested horseshoe crabs, ████████████████, are stored in ponds each spring for weeks during spawning season, *See* ECF No. 67—IC Ex. H at 3–5. Any horseshoe crab eggs, larvae, and young horseshoe crabs in containment ponds are necessarily unable to be recruited to South Carolina's horseshoe crab population.

42. Although SCDNR permits do not require that horseshoe crab spawning in containment ponds be monitored or reported, evidence from discovery indicates that ████████████ ██████████████████████████.

43. This is not surprising, as horseshoe crabs are harvested just as they come ashore to spawn in spawning aggregations and stored in ponds for weeks during their spawning season.



**_Figure 6._** Horseshoe crabs ███████████████████████████████. Undated photo disclosed by pond operator Jerry Gault in discovery. ██████████████████.

44. The pond operators openly acknowledge that this spawning is occurring. For example, ████████████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████. During a visit by reporters to one of his ponds, Mr. Gault dipped a

water bottle into the pond and held it up, revealing "so many" of the "bab[y]" horseshoe crabs

spawned in the pond. Radiolab, _Baby Blue Blood Drive_ podcast at 38:00–39:15 (July 23, 2020).[3]

---

[3] https://radiolab.org/episodes/baby-blue-blood-drive, https://perma.cc/53QU-Q4GD (permanent link).

### F. Harm to Horseshoe Crabs from Release after Containment Ponds

45. Based upon information obtained in discovery, I understand that ███████████
████████████████████████████████████████████████████████████████████
████████████. The ASMFC's Biomedical Best Management Practices provide that if
horseshoe crabs are "not being returned to the area of capture, ensure that conditions (salinity,
water temperature, etc.) are similar to those found at the harvest site." *See* Atlantic States Marine
Fisheries Commission 2019 Horseshoe Crab Benchmark Stock Assessment Report at 239.
Contrary to these Best Management Practices, █████████████████████████████
███████████████████████████.

46. The Possession Permit issued by SCDNR provides that ██████████████████
████████████████████.

47. Evidence produced in discovery indicates that █████████████████████████
████████████████████████████████████████████████████████████████████
███████████████████.

48. Some (or all) release locations are apparently ████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████.

49. The manner of release is also injurious to crabs and appears to be in violation of the
Possession Permit's mandate ██████████████████████████████████████████

16



50.  Not only are these release practices harming horseshoe crabs, but the ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

51.  This means that released crabs are unlikely to spawn again for the entire season, and particularly unlikely to travel miles back to the beaches from which they were taken to spawn again that season. Large numbers of eggs on the surface require very large aggregations of spawning crabs; reduced crab numbers means that crabs will spawn, but not enough for eggs to reach the surface. These post-release effects further deplete egg availability on beaches; it is likely that injured animals released far from familiar locations will take considerable time to resume normal breeding.

### G.  *The Terms of the 2022 Possession Permits are Unworkable and Do Not Resolve These Harms*

52. In 2022, SCDNR modified its Possession Permit to provide that ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮.

53. SCDNR discovery responses indicate that the term of the 2022 permits ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 *See* ECF No. 67—IC Ex. H at 3–5.

. *Id.*

. *Id.* at 5.

54. Moreover, Charles River pays pond operators

. Charles River continued to pay

. Female crabs are larger and Charles River can obtain more blood from them.

55. The term of the 2022 permits requiring

, but it is unworkable in practice.

56. It is very difficult to separate male and female crabs during spawning, particularly the very large South Carolina crabs. Documents produced by Charles River in discovery corroborate this difficulty.



***Figure 7.*** █████████████████████████████████
████. Image disclosed by Charles River in discovery. ████████████.

57. Males use a pair of specialized claws for holding onto a female's shell and if not removed carefully, a male may lose a claw rather than letting go. Not only will loss of a claw mean significant blood loss, but it will also mean that this male is no longer able to attach to females in the future.

19

58. Further, forcing a male's claw off the specialized spines (posterior opisthosomal spines) at the back of female's shell may damage the spines, and when a female has damaged spines, no male is able to hold onto her securely. Females with broken or damaged spines are unable to breed if a male cannot attach securely. Thus, any practice requiring separation of males and females will dramatically increase the risks that future spawning capacity will be diminished.

## **CONCLUSION**

59. In sum, it is my opinion that the transport to, holding in, and release of horseshoe crabs from holding ponds is violating South Carolina statutory and permitting requirements and best practices defined by the ASMFC.

60. The South Carolina legislature requires that crabs harvested for biomedical bleeding "must be handled so as to minimize injury to the crab" and "must be returned unharmed to state waters of comparable salinity and water quality as soon as possible after bleeding," S.C. Code § 50-5-1330(C). The evidence that I have seen produced in discovery shows that crabs are not handled to minimize injury, returned unharmed, or returned to waters with comparable conditions; instead, there are harms to horseshoe crabs at every stage of the process related to containment ponds.

61. The harms to horseshoe crabs related to the harvest for, transport to, holding in, and release from containment ponds are significant enough to contribute to population declines, and to remove horseshoe crabs from spawning for an entire season.

62. The above practices also remove a significant number of eggs from South Carolina's beaches. There is clear evidence that horseshoe crabs held in holding ponds are spawning in those ponds, and that those eggs or baby horseshoe crabs are left to die in those ponds.

63. The 2022 Permit Terms did not prevent these harms and are unworkable in

practice. Significant harms to horseshoe crabs and removal of a substantial portion of horseshoe crab eggs from South Carolina's beaches will continue so long as Charles River and its agents are allowed to hold horseshoe crabs in artificial containment ponds.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12th, 2023.

H. Jane Brockmann

EXHIBIT A

September 2015

# CURRICULUM VITAE

## H. JANE BROCKMANN

Professor Emeritus of Biology
University of Florida, Gainesville, Florida 32611-8525

## PERSONAL

Telephone: (352) 392-1297; 376-0473; FAX: 352-392-3704; email: HJB@ufl.edu

## EDUCATION

| | |
|---|---|
| 1967 | B.S., Tufts University, Department of Biology, Medford, Massachusetts |
| 1972 | University of Maryland, Department of Zoology (1968-1969) |
| | M.S., University of Wisconsin, Madison, Department of Zoology (advisor: Jack P. Hailman) |
| 1976 | Ph.D., University of Wisconsin, Madison, Department of Zoology (advisor: Jack P. Hailman) |

## PRESENT ACADEMIC POSITION

| | |
|---|---|
| 2011-present | Emeritus Professor, University of Florida, Department of Biology |

## POSITIONS HELD

| | |
|---|---|
| 1976-1981 | Assistant Professor, University of Florida, Department of Zoology |
| 1981-1989 | Associate Professor, University of Florida, Department of Zoology |
| 1989-2011 | Professor, University of Florida, Department of Biology |
| 1985-1986 | Visiting Research Biologist, Princeton University, Department of Biology |
| 1981-2004 | Affiliate Professor, Department of Psychology |
| 1997-2002 | Affiliate Professor, Department of Physiology, College of Veterinary Medicine, UF |
| 1980-2011 | Affiliate Professor, Department of Entomology, University of Florida |
| 2000-2011 | Affiliate Professor, Center for Women's Studies, University of Florida |
| 1997-2001 | Chair, Department of Zoology, University of Florida |
| 2003-2004 | Program Director, Animal Behavior Program, IBN, National Science Foundation |
| 2006-2007 | Associate Chair, Department of Zoology |

## FELLOWSHIPS

| | |
|---|---|
| 1968-1969 | Woodrow Wilson National Fellowship, University of Maryland, Dept. of Zoology |
| 1970-1972 | Federal Water Quality Training Grant Traineeship, University of Wisconsin, Dept. of Zoology |
| 1977-1978 | National Science Foundation, NATO Postdoctoral Fellowship, Animal Behaviour Research Group, Oxford University, England (mentor: Richard Dawkins) |
| 1983-1984 | Sabbatical, Department of Zoology, University of Florida |
| 1984 | Visiting Fellow, Wolfson College, Oxford, England |
| 1985-1986 | National Science Foundation Visiting Professorship for Women, Depart. of Biol., Princeton Univ. |
| 1994-1995 | Sabbatical, Department of Zoology, University of Florida |
| 1994 | Visiting Scholar, Dept. Evolution and Ecology, University of California, Davis, CA |

## HONORS

| | |
|---|---|
| 1967 | T. H. Carmichael and Emily Leonard Carmichael Scholarship in Physiol Psychol.  Tufts Univ. |
| 1974 | Elected member of Sigma Xi, University of Wisconsin |
| 1978 | American Men and Women of Science |
| 1992 | University of Helsinki Medal |
| 1995 | Animal Behavior Society Wm. C. Brown Animal Behavior Teaching Award |
| 1995 | Fellow of the Animal Behavior Society (elected) |
| 1996 | Teaching Incentive Program (TIP) Award, College of Liberal Arts and Sciences, Univ. Florida |
| 2000 | Animal Behavior Society, Distinguished Service Award |
| 2000 | STEP Award, University of Florida |
| 2003 | Distinguished Visiting Professor, University of Miami |
| 2003 | Sigma Xi Senior Research Award, University of Florida Chapter |
| 2005 | Doctoral Dissertation Advisor/Mentoring Award from UF Graduate School |
| 2008 | Fellow of AAAS (elected) |
| 2011 | Myrle E. and Verle D. Nietzel Visiting Distinguished Faculty Program Award, University of Kentucky |

*Brockmann CV continued*                                                              2

## GRANTS

| | |
|---|---|
| 1979-81 | Harry Frank Guggenheim Foundation Grant |
| 1980-83 | National Science Foundation (DEB 80-09334) |
| 1985-86 | National Science Foundation (RIT 85-03659) |
| 1988-89 | National Science Foundation (BNS 88-15345)   (Int. Travel Grant to IEC Conference) |
| 1990-94 | National Science Foundation (OCE 90-06392) |
| | Division of Sponsored Research, University of Florida |
| 1977, 1979, 1980 | Seed Money Grants;    Biomedical Research Grant, Faculty Research Award |
| 1980-81, 1982-83, 1989-90, 1996 | Graduate Research Assistantship Program |
| 1983-84, 1990 | Research Development Award |
| 2000 | CLAS Travel Award to attend International Ethological Conference |
| 2002-2003 | AAAS – WISC funded by the National Science Foundation |
| 2003-2006 | EPA Star Fellowship to my graduate student C.W. Gunnels |
| 2006-2007 | NSF Doctoral Dissertation Improvement Grant to my graduate student Hope Klug |
| 2008-2012 | PADI Foundation grant to my graduate student Daniel Sasson |
| 2009-2011 | NSF Doctoral Dissertation Improvement Grant to my graduate student Clare Ritschoff |
| 2007-2011 | National Science Foundation (IOB 06-41750) |

## EDITORSHIPS AND EDITORIAL BOARDS

| | |
|---|---|
| 1987-90 | Associate Editor, <u>Evolution</u> |
| 1979-80; 1988-1991 | Consulting Editor, <u>Animal Behaviour;</u> Editorial Board, <u>Animal Behaviour</u> |
| 1991-2001 | Editor, <u>Ethology</u> |
| 2002-2005, 2013-2015 | Editor, <u>Advances in the Study of Behavior</u> |
| 2005-2013 | Editor-in-Chief, <u>Advances in the Study of Behavior</u> |

## INVITED LECTURES AT NATIONAL AND INTERNATIONAL MEETINGS AND WORKSHOPS

| | |
|---|---|
| 1978 | Conference on Evolution and the Theory of Games, University of Bielefeld, Germany, Lecture |
| 1979 | XVI International Ethological Congress, Vancouver, B.C., Lecture |
| 1981 | XVII International Ethological Congress, Oxford, England, Symposium Lecture |
| | Nordic Council lecture series on Arthropod Behavioral Ecology, University of Uppsala, Uppsala, Sweden |
| 1982 | IX International Congress of the International Union for the Study of Social Insects, Boulder, Colorado |
| | NATO Workshop on Evolutionarily Stable Strategies, Queen's University, Kingston, Ontario, Lecture |
| 1983 | XVIII International Ethological Conference, Brisbane, Australia, Symposium Lecture |
| | Nordic Council lecture series on the Evolution of Behavior, Department of Entomology, University of Uppsala, |
| 1985 | XIX International Ethological Congress, Toulouse, France,  Plenary Lecture |
| 1987 | XX International Ethological Conference, Madison, WI, Lecture |
| 1989 | XXI International Ethological Conference Utrecht, The Netherlands, Symposium Lecture |
| 1990 | XI Int. Congress of the Int. Union for the Study of Social Insects, Bangalore, India, Symposium Lecture |
| 1991 | Visiting Women Scholar's Program, Queen's University, Kingston, Ontario, Lecture |
| | XII International Ethological Conference, Kyoto Japan, Lecture. |
| | Behavior of Marine Animals Symposium,  Okinawa, Japan, Lecture. |
| 1992 | Nordic Council lecture series on Reproductive Behavior, Dept. Zoology, Helsinki, Finland. |
| | IV International Behavioral Ecology Society, Princeton, NJ.  Lecture. |
| 1993 | Frontiers of Science, Department of Physics, University of Florida, Public Lecture |
| 1994 | The Walton Lecture, University of Virginia Biological Station, Mt. Lake, VA |
| | V International Behavioral Ecology Society, Nottingham, England, Invited Lecture |
| 1995 | XIV International Ethological Conference, Honolulu, Hawaii, Invited Lecture |
| 1997 | XV International Ethological Conference, Vienna, Austria, Invited Lecture |
| 1998 | Fellows Lecture, Animal Behavior Society Annual Meeting, Carbondale, IL (Plenary Lecture) |
| 1998 | Assoc. for the Study of Animal Behavior & Soc. Italian Ethology, Urbino, Italy (Plenary Lecture) |
| 1999 | J.T. Emlen Endowed Lectureship, April 1999.  University of Wisconsin, Madison, WI |
| 1999 | International Ethological Conference, Bangalore, India (Plenary Lecture) |
| 2001 | International Ethological Conference, Tübingen, Germany (Symposium Lecture) |
| 2001 | XIX Congress of Brazilian Ethology, Juiz de Fora , Brazil (Plenary Lecture) |
| 2003 | International Ethological Conference, Florianopolis, Brazil (Symposium Lecture) |
| 2004 | European Conference on Behavioral Biology, Groningen, The Netherlands (Symposium Lecture) |
| 2005 | International Ethological Conference, Budapest, Hungary (Symposium Co-Organizer) |

| | |
|---|---|
| 2005 | Biological Bases of Behavior, Tlaxcala, Mexico (Lecture at international course) |
| 2005 | Estuarine Research Federation, Norfolk, VA (Symposium Lecture) |
| 2007 | International Symposium on the Science and Conservation of Horseshoe Crabs, Oakdale, NY (Symp. Lecture) |
| 2007 | International Society of Invertebrate Reproduction, Panama City, Panama (Symposium Lecture) |
| 2012 | Animal Behavior Society Annual Meeting, Albuquerque, NM (Symposium Lecture) |
| 2013 | International Ethological Conference and Association for the Study of Animal Behavior, Newcastle, UK (symp lec) |
| 2013 | Coastal and Estuarine Research Federation (CERF), San Diego, CA (Symposium Lecture) |
| 2014 | 8th International Crustacean Congress, Frankfurt, Germany (Symposium Lecture) |
| 2015 | International Symposium on the Science and Conservation of Horseshoe crabs, Sasebo-City, Nagasaki, Japan |
| 2016 | Animal Behavior Society Presidential Symposium, Columbia, Missouri (Symposium Lecture) |

## LECTURES AND POSTERS AT SCIENTIFIC MEETINGS

1972, 1975-76, 1979-81, 1983-84, 1987, 1989, 1993-99,
2001, 2003, 2004, 2006, 2008, 2009  Animal Behavior Society Annual Meeting
1980, 1988  Soc. for the Study of Evolution Annual Meeting
2000, 2002, 2008  International Behavioral Ecology Society
1982-1996, 2012  Winter Animal Behav. Conf. (Invited)
2002  American Fisheries Society Meeting
2007  International Ethological Conference, Halifax, Nova Scotia
2009, 2010, 2011 UF Marine Biology Meeting, St. Augustine, FL
2009 International Ethological Conference, Rennes, France
2011 International Ethological Conference, Bloomington, Indiana
2014 International Society for Behavioral Ecology Conference, New York
2015 International Ethological Conference, Cairns, Australia

## INVITED SEMINARS (since 1986)

| | | |
|---|---|---|
| 1986 | University of Kansas, Lawrence, KS | American Museum of Natural History, New York |
| | University of Toronto, Toronto, NY | Brown University, Providence, RI |
| 1987 | SUNY-Binghamton, Binghamton, NY | University of Florida, Gainesville, FL |
| 1989 | Utah State University, Logan, Utah | Ohio State University, Columbus, OH |
| 1990 | University of Colorado, Boulder, CO | |
| 1991 | Queen's University, Kingston, Ontario | |
| 1992 | University of Helsinki, Helsinki, Finland | University of Jyvaskyla, Jyvaskyla, Finland. |
| | Florida International University, Boca Raton | Purdue University, Department of Zoology |
| | University of Chicago, Chicago, IL | |
| 1993 | Cornell Univ., Ithaca, NY | Kansas State Univ., Manhattan, KS |
| | Horseshoe Crab Festival, Cape May, NJ (public lecture) | |
| 1994 | U.C. Berkeley, CA | U.C. Davis, CA |
| 1997 | Univ. SW Louisiana, Lafayette, LA | Coastal Carolina College, Conway, SC |
| 1998 | Univ. Florida, Veterinary Medicine | Univ. Florida, Department Zoology |
| 2001 | University of Missouri, St. Louis | |
| 2003 | University of Miami, Department of Biology | Florida Institute of Technology, Melbourne, FL |
| 2004 | University of Maryland | ISPA, Lisbon, Portugal |
| 2005 | UNAM, Tlaxcala, Mexico | |
| 2007 | University of Montana, Missoula, MT | |
| 2010 | Florida State University, Tallahassee, FL | |
| | Institute of Ecology, National University of Mexico (UNAM), Mexico City, Mexico | |
| 2011 | University of Florida, Gainesville, FL | University of Kentucky, Lexington, KY |
| 2014 | Evening Public Lecture Series, Whitney Marine Laboratory for Bioscience | |

## PROFESSIONAL SOCIETIES: OFFICES HELD AND CONFERENCES/ SYMPOSIA ORGANIZED

| | |
|---|---|
| 1979-1981 | Animal Behavior Society, Policy Committee Member |
| 1998-2004 | Animal Behavior Society, Latin American Affairs Committee Member |
| 1982-1988 | Animal Behavior Society, Treasurer (elected 2 terms) |
| 1982-1988 | American Soc. of Zoologists, Animal Behavior Section, Treasurer |
| 1989-1991 | Animal Behavior Society, Second President-Elect (elected); First President-Elect |
| 1991-1992, 1992-1993 | Animal Behavior Society, President; Animal Behavior Society, Past-President |
| 1988-1989 | Co-organizer Winter Animal Behavior Conference |

*Brockmann CV continued*                                                                                     4

| 1984-1991 | International Council of Ethologists (elected U.S. representative) |
| 1985-1990 | U.S International Council of Ethologists Committee, Secretary |
| 1995-1998 | Delegate to write Evolutionary Biology White Paper (Evolution, Science and Society) |
| 1998-2003 | American Institute of Biological Sciences, Secretary/Treasurer (elected twice) |
| 1998-2002 | Councilor, International Society of Behavioral Ecology (elected) |
| 1995-1999 | International Ethological Conference, Vice-Secretary General |
| 1999-2003 | International Ethological Conference, Secretary General |
| 2003-2007 | International Ethological Conference, Past Secretary General; Corresponding Secretary |
| 2005-2007 | International Symposium on the Science and Conservation of Horseshoe Crabs (organizing committee) |
| 2009 | Animal Behavior Society symposium co-organizer and moderator |
| 2009 | International Ethological Conference symposium co-organizer and moderator |
| 2012-present | Retired Faculty, University of Florida, Treasurer (elected 3X) |
| 2013-2016 | Commission Member IUCN SSC, Horseshoe crab Specialist Group |

## MAJOR PUBLIC OUTREACH (Broader Impacts)

| 1991-1995 | Advisory Board, PBS series, "Natural History of the Senses". WETA, Washington, D.C. |
| 2002, '04, '05, '06, '08, 2010-2015 | Green Eggs and Sand (workshop on Horseshoe crabs for middle-school teachers). Delaware, New Jersey and Maryland Divisions of Fish and Wildlife, Delaware Science Institute |
| 2005, '06, '07, '08, '10, '11, '12, '13, '14, '15 | Green Eggs and Sand workshop (3-day workshop for FL and GA middle school and high school teachers), Marine Institute, Savannah, GA |
| 2008 | Green Eggs and Sand workshop (3-day workshop for NY middle and high school teachers), Cornell University Extension Marine Camp, Peconic, NY |
| 2006 | Georgia Outdoors, Georgia Public Radio, "Georgia's Beaches" (major segment on horseshoe crabs) |
| 2009-2011 | Green Eggs and Sand curriculum revision team (in collaboration with teachers and State of MD, DE and NJ science educators) |
| 2012 | Green Eggs and Sand workshop (3-day workshop for MA teachers), Mass. Aud. Society, Wellfleet, MA |
| 2012-2013 | Board of Directors for ERDG; database entered in horseshoecrab.org |
| 2013 | Green Eggs & Sand Workshop, Boothbay Harbor, Maine (3-day workshop) |
| 2013 | Public Lecture at Cedar Key Library, Kathleen Tuck Memorial installation |
| 2013 | Public Lecture, Whitney Marine Lab, St. Augustine, FL |
| 2013 | Public Lecture, Marine Discovery Center, New Smyrna Beach, FL |
| 2014 | Green Eggs & Sand Workshop, Milford, Connecticut (3-day workshop) |
| 2014 | Institute of Learning in Retirement, Gainesville, FL, Lecture on horseshoe crab management |
| 2015 | Public Lecture, St. Petersburg College, St. Petersburg, FL |

## GRANT REVIEW PANELS AND EVALUATION COMMITTEES (since 1986)

| 1987, 1990, 1992 | National Science Foundation N.A.T.O. Post-Doctoral Fellowships Panel |
| 1991 | National Research Council, Nat. Acad. of Sci. NSF Graduate Research Fellowships |
| 1988 | National Institutes of Mental Health Review Panel, Basic Behavioral Processes |
| 1987-1992 | Smithsonian Tropical Research Institute, Professional Evaluation and Review Committee |
| 1988 | Swedish National Research Council Review Panel, Invertebrate Zoology |
| 1988 | University of Chicago, Department of Evolution and Ecology, External Review Committee |
| 1992 | Nebraska EPSCoR Committee |
| 1994 | Swedish National Research Council Expert Committee, Evolutionary Ecology |
| 1995-1999 | Princeton University, Department of Ecology and Evolutionary Biology; Advisory Committee |
| 1998 | University of Virginia, Department of Biology, Program Review |
| 1998 | National Science Foundation Panel Member, IGERT |
| 1998 | National Science Foundation, Committee of Visitors, Animal Behavior Panel |
| 1998 | Atlantic States Marine Fisheries Commiss., Horseshoe Crab Management Plan, Peer Review Panel |
| 2000 | National Science Foundation, NEON Panel, Archbold Biological Station |
| 2000, 2003 | National Science Foundation, Animal Behavior Panel |
| 2001 | Oregon State University, Department of Zoology, External Review Committee |
| 2003 | Atlantic States Marine Fisheries Comm., Shorebird Management Plan, Peer Review Panel, Stone Harbor, NJ |
| 2005 | North Carolina State University, Department of Zoology, External Review Committee |
| 2003-08 | External Advisory Board, Montana PACE (NSF ADVANCE award) |
| 2008 | Purdue University, Department of Biology, External Review Committee |
| 2009 | Animal Behavior Society Student Grants Committee |

*Brockmann CV continued*                                                                                    5

| 2011 | University of Oklahoma, Department of Zoology, External Program Review |
| 2012 | Simon Fraser University, Vancouver, B.C., External Examiner |
| 2013 | University of Western Australia, Perth, W.A., External Examiner |
| 2014 | Baker Fund Grant review, Ohio University, Miami, OH |

## MANUSCRIPT and GRANT REVIEWS

2012: PLOS One, PNAS, Animal Behaviour, Behavioral Ecology (2), Journal of Marine Biology, NSF

2013: PNAS, Animal Behaviour (4), Behavioral Ecology (2), Proc. Roy Soc. B, Biology Letters, PLOS One, Biol. Bull., NSF (2), Journal of Animal Ecol.,

2014. Animal Behaviour (2), Marine Biology, Behavioral Processes, Behavioral Ecology and Sociobiology, Proceedings of the National Academy of Sciences, Journal of Animal Ecology, Biological Bulletin, Behavioral Ecology, NSF (2)

2015. Estuaries and Coasts, Horseshoe Crab Conservation book (3), Animal Behaviour, NSF(2), Aquatic Biology, New Jersey Sea Grant,

## TENURE AND PROMOTION REVIEWS

2014: UT Chattanooga, University of Manitoba,  University of Georgia, University of Florida

## MAJOR SERVICE TO COLLEGE OF LIBERAL ARTS AND SCIENCES and UNIVERSITY (since 2000)

| 2000-'03; 2006-11 | University Senate; Faculty Senate (elected) |
| 2007-2010 | Senate Infrastructure Council (elected) |
| 2008-2010 | Chair, Senate Infrastructure Council and member of the Senate Steering Committee |
| 2003-8 | University of Florida Marine Laboratory at Seahorse Key Task Force Chair; SHK Advisory |
| 1999-2001 | Women's Studies and Gender Research Executive Board |
| 2000-2002; 2004-2007 | Facilities Planning and Land Use Committee |
| 2000 | Psychology Department Chair Search Committee |
| 2000 | University of Florida Presidential Search Committee (SAC) |
| 2001 | Associate Dean Search Committee, CLAS |
| 2002 | Town / Gown Task Force on Neighborhoods (Co-chair) University Senate Committee |
| 2004-2005 | UF Master Plan Steering Committee |
| 2005-2008 | Graduate Council |
| 2006-2009 | CLAS Finance Committee (elected) |
| 2008-2010 | Chair, Faculty Senate Infrastructure Council   Member, ITAC-AT Committee |
| 2008-2010 | Member, Faculty Senate Steering Committee |
| 2006-2011 | Chair, United Faculty of Florida Grievance Team |

## COURSES TAUGHT

Introductory Zoology  Winter 1977; Ecology Seminar (graduate)  Winter 1977
Animal Behavior Spring 1977-present (each spring; 4 credit course with laboratory)
Evolution  Fall 1979-81, l987, 1993, 1994
Princeton University, Visiting Research Biologist:  Animal Behavior Seminar (graduate) Fall 1985; Tropical Biology (Costa Rica field trip) Spring 1986
Behavioral Ecology: Fall 1995, 1999
Animal Behavior Seminar (graduate)  1977, 1979-81, l983, l989, l991, 1995, 1997-2002, 2006, 2009, 2010, 2011
Ethology (graduate; 4 credit course with laboratory):  Fall 1982-1996; 2002, 2005
Veterinary Ethology: Spring 1997, 1998
Integrative Principles Graduate Course: Fall 2006, 2007, 2008 (one 4-week module)
Biological Perspectives on Contemporary Social Issues (honors introductory level): Fall 2006.
Theory and Practice in Biology:  Fall 2007, 2008, 2010
Animal Behavior Seminar (graduate) with St. Mary: spring 2012, 2013, 2015

## POST-DOCTORAL SCIENTISTS SUPERVISED

Sheri Johnson (PhD 2007 from University of Maine; Post-doc UF 2007-2010).  2015-present, Assistant Professor, Department of Zoology, University of Otago, Dunedin, New Zealand
Mary Hart (PhD 2011 from University of Kentucky). 2014-present, adjunct assistant professor, Dept. Biology, University of Florida.

*Brockmann CV continued*

## GRADUATE STUDENTS SUPERVISED

Jeff Lucas (PhD 1983).  Dissertation:  Feeding behavior and life history strategies of antlions.  NATO post-doctoral fellow, Oxford, England, 1983-1984.  Assistant Professor, College of William and Mary, 1984-1986 (temporary).  Univ. of California at Redlands, Assistant Professor, 1986-1987.  Purdue University, Assistant Professor 1987-1994, Associate Professor 1994-2001.  Professor 2001-present.

Glenn Goodfriend (PhD 1983).  Dissertation:  Feeding behavior and the evolution of clinal variation in Jamaican land snails.  Weizmann Institution of Science Post-doctoral Fellow, Rehovot, Israel, 1983-1994.  Research Scientist, Smithsonian Institution, Washington, D.C. 1994-1995.  Research Scientist, Geophysical Lab. Carnegie Institution of Washington, Washington, D.C. 1995-2002.  Deceased 10/02

Steven Frank (MS 1983).  Thesis:  Sex ratios and reproductive behavior of Florida fig wasps.  Univ. of Michigan Ph.D. 1987, Univ. of California-Irvine, Assistant Professor 1987-1993; Associate Professor 1994-1998; Professor 1998-present.

Martin Obin (MS 1983).  Thesis:  Territorial and marking behavior of a brood parasitic mud-daubing wasp. Assistant Professor, Tufts University Medical School, 1996-present.

Linda Fink (MS 1984, PhD 1989).  Thesis:  Maternal investment in the green lynx spider.  Dissertation:  Color polymorphism in sphingid caterpillars.  Middlebury College. Assistant Professor, 1989-90.  Sweet Briar College, Virginia, Assistant Professor, 1990-1995; Associate Professor 1995-2001; Professor and Chair 2000-2010. Duberg Professor of Biology 2010-present.

Giselle Mora-Bourgeois (MS 1987, PhD 1991).  Thesis:  Mating and nesting behavior of a tropical harvestman with paternal care.  Dissertation:  Site-based mating system in a tropical harvestman.  Assistant Professor, University of Costa Rica, San Jose, 1992-1998; Associate Professor 1998-2002; National Park Service Center for Urban Ecology, Science Education Coordinator, Washington, D.C.

Karen Masters (MS 1989).  Thesis:  The adaptive significance of female-biased sex ratios in the neotropical treehopper *Umbonia ataliba*.  Princeton University, Ph.D. 2000. Conducting research for Centro Científico Tropical (CCT), Monteverde, Costa Rica on the interactions between plants and insects.

Sharoni Shafir (MS 1991).  Thesis:  Honeybees foraging on artificial flowers - intransitivity of preferences and energetics.  Stanford University Ph.D. 1994.  Post-doctoral Fellowship, University of Ohio, Columbus, OH. 1995-1998; Lecturer 1998-2004, Associate Professor 2004-2010, Professor 2010-present, Department of Entomology, Hebrew University of Jerusalem and Director of the Triwaks Bee Research Center.

Richard Buchholz (MS 1989; Ph.D. 1994).  MS Thesis:  Singing behavior and ornamentation in the yellow-knobbed curassow (*Crax daubentoni*).  Ph.D. Dissertation:  Adaptive Functions of Fleshy Ornamentation in Wild Turkeys and Related Birds.  University of Florida, Visiting Assistant Professor, 1994.  University of Northeastern Louisiana, Monroe, LA Assistant Professor (tenure-track) 1995-1999; University of Mississippi, Oxford, MS. Assistant Professor (tenure-track) 1999-2003; Associate Professor 2003-present.

Bonnie Ploger (PhD 1992) Dissertation:  Proximate and ultimate causes of brood reduction in brown pelicans (*Pelecanus occidentalis*).  1993-94, Visiting Assistant Professor, Grinnel College, Grinnel, Iowa; N.A.T.O post-doctoral fellowship, Queen's University Kingston, Ontario 1994-95.  Hamline College, St. Paul, MN Assistant Professor, 1995-2001; Associate Professor 2001-2009; Professor 2009-present

Dustin Penn (MS 1992) Thesis:  Nesting behavior of horseshoe crabs.  University of Utah, Ph.D. 1993.  Univ. Utah  Post-doctoral Fellowship, 1997-2002. Director, Konrad Lorenz Institute of Ethology, University of Veterinary Medicine, Vienna, Austria. 2002-present.

Laurie Eberhardt (PhD 1994).  Dissertation: Sap Feeding and its Consequences for Reproductive Success and Communication in Yellow-bellied Sapsuckers.  Assistant Professor, Valparaiso University, Valparaiso, IN  1994-present (tenure-track); Associate Professor 2001-present.

Ron Clouse (MS 1994).  Thesis:  Nesting Decisions of the Social Paper Wasp *Myschocyttarus mexicanus*.  Agriculture Department Chair, PATS, Pohnpei, FM.  1994-1995.  Archbold Biological Station, Res. Sci. 1996.  Res. Sci., Museum of the Everglades 1996-97.  Economic Research, NYC (1998-2004).  Ph.D., Harvard University 2004-2010. Post-doctoral research associate, American Museum, NY (2010-2013); post-doctoral fellow, Dept. Bioinformatics and Genomics, University of North Carolina at Charlotte, Charlotte, NC

Jose-Luis Osorno (PhD 1996) Dissertation:  Male mate desertion in the magnificent frigate-bird.  Research Associate, Instituto de Ecologia, Universidad National Autonoma Mexico, 1996-2004.  Deceased October 2004.

Susan Chien (MS) 1994-2000. Paternity in the Pipe-organ Mud-daubing wasp.  (did not complete thesis).

Cynthia Filgate (Hassler) (MS 1999)  Thesis: Satellite male groups in horseshoe crabs (*Limulus polyphemus*): how and why are males choosing females? Computer firm in Austin, TX, 1999-2006.  Senior Database Developer, QuickArrow, Inc., Austin, TX (2006-present).

Kavita Isvaran (PhD 2003)  Dissertation: Mate choice in blackbuck.  Gardiner Post-doctoral Fellowship from Cambridge University, UK. (Post-doc with T. Clutton-Brock, Department of Zoology) (2003-2007). Tenured Assistant Professor, Centre for Ecological Sciences, Indian Institute of Science, Bangalore 560012 , India (2007-present).

*Brockmann CV continued*                                                                                       7

Suhel Quader (PhD 2003)  Dissertation: Mate choice in the baya weaverbird.  Marie Curie European Union Post-doctoral Fellowship., Cambridge, UK (Post-doc in Department of Zoology, Cambridge University with N. Davies) 2003-2005; British Society for the Protection of Birds 2005-06.  Scientist, National Centre for Biological Sciences, Bangalore, India. (2006-present)

Manuel Vélez (M.S 1999; Ph.D 2004)   Thesis: Parental care strategies in the Central American cichlid *Aequidens coeruleopunctatus*: tradeoffs between present and future reproduction.  Dissertation: Temporal variation in natural and sexual selection of calling behavior in the field cricket, *Gryllus rubens*.  Boston University Law School (2003-2006). Law clerk for federal district court judge in the District of Puerto Rico (2006-2007); Intellectual property Associate Lawyer with Mayer Brown law firm, NY (2008-present).

Laura Sirot (MS 1999; PhD 2004) Thesis: Intersexual conflict and mating avoidance in the damselfly, *Ischnura ramburi*.  PhD research: Sperm competition and mate conflict in *Diaprepes abbreviatus*, a weevil pest of citrus.  NIH NRSA Post-doctoral Fellowship with Mariana Wolfner, Cornell University (2004-2010).  Tenure-track Assistant Professor, College of Wooster, Wooster, OH (2010-present).

Billy Gunnels (Co-advisor with St. Mary) (PhD 2006) 2000-2006. Alternative strategies and nesting decisions in *Myschocyttarus mexicanus*, a primitively eusocial wasp. Teaching Post-doc, University of Florida (2006-2007); Assistant Professor, (2007-2014). Associate Professor, Florida Gulf Coast University, Dept. Biological Sciences (2014-present).

Dimitri Blondel (Co-advisor with Phelps) (MS 2006)   Social behavior of Costa Rican singing mice. Ph.D. program UF (2006-2012); post-doctoral fellow, Department of Biology, Duke University (2012-2014)

Rachel Schwab (Co-advisor with St. Mary) (MS 2006)  Thesis: Mating group formation in the horseshoe crab (*Limulus polyphemus*): are satellite males ideal-free distributed among females of variable fecundity and how do they assess fecundity? Naturalist, Amelia Island Plantation (2006-2007); graduate student College of Education, UF (2007-2009); teaching school in Jupiter, FL (2009-present).

Hope Klug (PhD 2007) 2006-2007. Filial cannibalism in gobies and flagfish. NSF International Post-doctoral Fellowship, University of Helsinki with Hanna Kokko (2008-2010).  NSF post-doctoral fellowship with Dr. Suzanne Alonzo, Yale University (2010-2011); Tenure-track assistant professor, University of Tennessee at Chattanooga (2011-present).

Katharine Saunders (M.S. 2010) 2008-2010. Chemical cues are used by male horseshoe crabs, *Limulus polyphemus*, to locate and select mates.  Field assistant, Farallon Islands 2011-2012; Copy editor, PLoSOne 2012-2013; Wildlife Technician, Bird Research Northwest, Burns, OR. (2013)

Clare Rittschof (PhD 2011).  Environmental heterogeneity and phenotypic variation: the evolution of male body size in a golden orb-web spider.  NSF Post-doctoral fellow, Department of Entomology and Carl R. Woese Institute for Genomic Biology, Dr. Gene Robinson, University of Illinois (2011-2014). Post-doctoral Associate, Department of Entomology, Pennsylvania State University, State College, PA (014-2015).  Tenure-track Assistant Professor, Department of Entomology, University of Kentucky, Lexington, KY (2016-present).

Matthew D. Smith (PhD 2012).  Evolution of body size and life-history patterns in horseshoe crabs. 2012-2013 Adjunct Lecturer, Dept of Biology, University of Florida, HHMI post-doctoral fellow with Dr. Martin Cohn, College of Medicine, UF

Daniel Sasson (PhD 2015). Evolution of sperm traits within and between populations. Post-doctoral Fellowship with Dr. Joe Ryan at the Whitney Laboratory for Marine Bioscience, St. Augustine, Florida.

**Member of Committee (since 2007)**

    **-Biology-**

| | |
|---|---|
| Charlotte Skov (PhD 2007) | Erin McClure (PhD 2009, Psychology) |
| Wendy Schelsky (PhD 2010) | Mary Beth Manjerovic (PhD 2010, Biology Univ Central Florida) |
| Ondi Crino (MS 2008) | Ashley King (MS 2009, Biology, University of Montana) |
| Samantha Hilber (PhD 2013) | Rachelle Yankelevitz (PhD 2009, Psychology) |
| Dimitri Blondel (PhD 2012) | Edward Atkinson (PhD 2011, Entomology) |
| Gustavo Londono (PhD 2013) | Monique Udell (PhD 2011, Psychology) |
| Alex Jahn (PhD 2013) | Frank Bouchard (PhD 2012, Genetics) |
| Ariel Zimmerman (MS 2010) | Natalie Williams (MS 2012, Wildlife) |
| Scarlett Tudor (PhD) | Erik Blosser (PhD 2014, UF Entomology in Vero Beach) |
| Christina Vasquez (PhD 2014) | Wendy Helmey-Hartman (PhD 2014, Entomology) |
| Joe Pfaller (PhD) | Erica Feuerbacher (MS 2011, PhD 2014, Psychology) |
| Patrick Norby (MS) | Mary Hart (Outside examiner, Ph.D. Bio. 2011, Univ.KY) |
| | Lindsay Mehrkam (MS 2013, Ph.D. 2015, Psychology) |

**Other than biology -**

| | |
|---|---|
| Frank Bouchard (Ph.D. 2010, Genetics) | Alexandra Protopopova (MS 2012, Ph.D. 2015, Psychology) |
| Evan Adams (MS 2007, Wildlife) | María Cristina Carrasquilla (PhD 2014, Entomol. in Vero Beach) |
| Julie Marischal (PhD 2009, Psychology) | Nathaniel J. Hall (PhD 2015, Psychology) |
| Katherine Saulsgiver (PhD 2009, Psychology) | Vanessa Simões Dias (PhD, Entomology) |

*Brockmann CV continued*

## EDITED BOOKS

2003    Shuster, C.S., R. B. Barlow and H. J. Brockmann. (eds.)  The American Horseshoe Crab. Harvard University Press. Cambridge, MA.  427 pp.

2008    Oliveira, R., M. Taborsky and H.J.Brockmann (eds.)  Alternative Reproductive Tactics – An Integrative Approach. Cambridge University Press. 507 pp.

## PUBLICATIONS (peer reviewed journals or book chapters) *graduate students under my direction; ‡ post-doctoral students

1973    Brockmann, H. J.  The function of poster-coloration in the beaugregory, *Eupomacentrus leucostictus* (Pisces: Pomacentridae).  Zeitschrift für Tierpsychologie, 33: 13-34.

1975    Bayer, L. J. and H. J. Brockmann.  Curculionidae and Chrysomelidae found in aquatic habitats in Wisconsin.  Great Lakes Entomologist, 8: 219-226.

1976    Brockmann, H. J. and J. P. Hailman.  Fish cleaning symbiosis:  Notes on juvenile angelfishes (*Pomacanthus*, Chaetodontidae) and comparisons with other species.  Zeitschrift für Tierpsychologie, 42: 129-138.

1978    Terborgh, J., J. Faaborg and H. J. Brockmann.  Island colonization by lesser Antillean birds.  Auk, 95: 59-72.

1979    Brockmann, H. J. and C. J. Barnard.  Kleptoparasitism in birds.  Animal Behaviour, 27: 487-514.

1979    Brockmann, H. J.  Nest-site selection in the great golden digger wasp, *Sphex ichneumoneus* L. (Specidae).  Ecological Entomology, 4: 211-224.

1979    Brockmann, H. J., A. Grafen and R. Dawkins.  Evolutionarily stable nesting strategy in a digger wasp.  Journal of Theoretical Biology, 77: 473-496.

1979    Brockmann, H. J. and R. Dawkins.  Joint nesting in a digger wasp as an evolutionarily stable preadaptation to social life.  Behaviour, 71: 203-245.

1980    Brockmann, H. J.  The control of nest depth in a digger wasp (*Sphex ichneumoneus* L.).  Animal Behaviour, 28: 426-445.

1980    Brockmann, H. J.  Diversity in the nesting behavior of mud-daubers (*Trypoxylon politum* Say; Sphecidae).  Florida Entomologist, 63: 53-64.

1980    Dawkins, R. and H. J. Brockmann.  Do digger wasps commit the Concorde fallacy?  Animal Behaviour, 28: 892-896.

1980    Brockmann, H. J.  House sparrows kleptoparasitize digger wasps.  Wilson Bulletin, 92: 394-398.

1981    Lucas*, J. and H. J. Brockmann.  Predatory interactions between ants and antlions.  Journal Kansas Entomological Society, 54: 228-232.

1983    Brockmann, H. J.  Animal behavior.  In L. Johnson (ed.) Biology.  W. C. Brown Co. Publ., pp. 826-859.

1983    Cohen*, J. A. and H. J. Brockmann.  Breeding activity and mate selection in the horseshoe crab, *Limulus polyphemus*. Bulletin Marine Science, 33: 274-281.

1984    Brockmann, H. J.  The evolution of insect sociality.  In J. Krebs and N. Davies (eds.) Behavioral Ecology.  Sinauer Associates, Second Edition, pp. 340-361.

1985    Brockmann, H. J.  Tool using in wasps.  Psyche 92:309-329.

1985    Brockmann, H. J.  Provisioning behavior of the great golden digger wasp.  Journal Kansas Entomological Society, 58:631-655.

1986    Brockmann, H. J.  Decision making in a variable environment: lessons from insects.  In L. Drickamer (ed.) Behavior and the Dynamics of Populations.  Privat Publ., Toulouse, France, pp. 95-111.

1987    Seger, J. and H. J. Brockmann.  What is bet-hedging? In P. Harvey and L. Partridge (eds.)  Oxford Surveys in Evolutionary Biology.  Oxford Univ. Press, 4:182-211.

1988    Brockmann, H. J.  Father of the brood (Conflict and cooperation in a mud-daubing wasp).  Natural History Magazine. 97(7):32-37.

1989    Brockmann, H. J. and A. Grafen.  Mate conflict and male behavior in a solitary wasp, *Trypoxylon politum*.  Animal Behaviour 37:232-255.

1990    Brockmann, H. J.  Mating behavior of horseshoe crabs, *Limulus polyphemus*.  Behaviour 114:206-220.

1992    Brockmann, H. J. and A. Grafen.  Sex ratios and life-history patterns of a solitary wasp.  Behavioral Ecology and Sociobiology 30:7-27.

1992    Brockmann, H. J.  Male behavior, courtship and nesting of the solitary wasp, *Trypoxylon monteverdeae*.  Journal of the Kansas Entomological Society 65(1):66-84.

1992    Brockmann, H.J. and D. Penn*.  Male mating tactics in horseshoe crabs, *Limulus polyphemus*.  Animal. Behaviour 44:653-665.

1993    Brockmann, H. J.  Parasitizing conspecifics:  comparison between Hymenoptera and birds.  Trends Ecol. Evol. 8:2-3.

1994    Brockmann, H.J., T. Coleson and W. Potts. Sperm competition in horseshoe crabs (*Limulus  polyphemus*).  Behavioral Ecology and Sociobiology  35: 153-160.

1994    Penn*, D. and H. J. Brockmann.  Nest-site selection in the horseshoe crab, *Limulus polyphemus*.  Biological Bulletin 187: 373-384.

1995    Penn*, D. and H. J. Brockmann.  Age-biased stranding and righting in horseshoe crabs (*Limulus polyphemus*).  Animal Behaviour. 49: 1531-1539.

*Brockmann CV continued*

9

1996  Brockmann, H. J.  Satellite male groups in horseshoe crabs. *Limulus polyphemus*.  Ethology  102: 1-21.

1996  Arnold, S. and H. J. Brockmann.  Evolution of behavior. Approaches to studying behavioral change IN Foundations of Ethology, L. D. Houck and L. C. Drickamer (eds.).  University of Chicago Press. pp. 673-682.

1996  Dyer, F. C. and H. J. Brockmann.  Sensory processes, orientation and communication:  Biology of the *Umwelt*.  IN Foundations of Ethology, L. D. Houck and L. C. Drickamer (eds.).  University of Chicago Press. pp. 529-538.

1997  Brockmann, H. J.  Cooperative Breeding in Wasps and Vertebrates:  the Role of Ecological Constraints.  IN Evolution of Social Behaviour in Insects and Arachnids, J. Choe and B. Crespi (eds.).  Cornell University Press. pp. 348-371.

1997  Brockmann, H.J. Xiphosurida. McGraw-Hill Yearbook of Science and Technology 1997.  McGraw Hill, NY.  pp. 491-493.

1999  Harari‡, A. R. and H. J. Brockmann.  Male beetles attracted by females mounting.  Nature 401:763.

2000  Harrari‡, A. and H.J. Brockmann and P.J. Landolt. Intrasexual mounting in the beetle *Diaprepes abbreviatus*.  Proceedings of the Royal Society of London B 267: 2071-2079.

2000  Brockmann, H.J., C. Nguyen and W. Potts.  Paternity in horseshoe crabs when spawning in multiple male groups.  Animal Behaviour  60:837-849.

2001  Sirot*, L. and H.J. Brockmann.  Costs of sexual interactions to females in Rambur's forktail damselfly, *Ischnura ramburi* (Zygoptera: Coenagrionidae).  Animal Behaviour. 61:415-424.

2001  Brockmann, H.J. The evolution of alternative strategies and tactics.  Advances in the Study of Behavior. 30:1-51.

2001  Hassler*, C. and H.J. Brockmann, H.J. Evidence for use of chemical cues by male horseshoe crabs when locating nesting females (*Limulus polyphemus*). Journal of Chemical Ecology. 27: 2319-2335.

2002  Brockmann, H.J.  An experimental approach to altering mating tactics in male horseshoe crabs (*Limulus polyphemus*). Behavioral Ecology 13:232-238.

2003  Harari‡, A.R., P.J. Landolt , C.W. O'Brien, H.J. Brockmann.  Prolonged guarding behavior and sperm competition in the weevil *Diaprepes abbreviatus* (L.) (Coleoptera: Curculionidae).  Behavioral Ecology 14: 89-96.

2003  Sirot*, LK and HJ Brockmann, C. Marinis and G. Muschett.  Maintenance of a female-limited polymorphism in *Ischnura ramburi* (Zygoptera: Coenagrionidae): evaluation of hypotheses and new insights.  Animal Behaviour 66:763-775.

2003  Brockmann, H.J. Nesting behavior: a shoreline phenomenon.  IN The American Horseshoe Crab.  Ed. By C.S. Shuster, R.B Barlow and H. J. Brockmann. Harvard University Press, Cambridge, MA.  Pp. 33-49.

2003  Brockmann, H.J. Male competition and satellite behavior. IN The American Horseshoe Crab.  Ed. By C.S.  Shuster, R.B Barlow and H. J. Brockmann. Harvard University Press, Cambridge, MA. Pp. 50-82.

2004  Brockmann, H.J. Variable Life-History Patterns in the Pipe-Organ Mud-daubing Wasp, *Trypoxylon politum* (Hymenoptera: Sphecidae).  Journal of the Kansas Entomological Society (invited memorial volume for Howard E. Evans) 77: 503-527.

2005  King, T.L., M.S. Eackles, A.P. Spidle and H.J. Brockmann.  Regional differentiation and sex-biased dispersal among populations of horseshoe crabs (*Limulus polyphemus*). Transactions of the American Fisheries Society  134:441-465.

2006  Duffy, E.E., D. Penn*, M.L. Botton, H. J. Brockmannn and R.E. Loveland.  Eye and clasper damage influence male mating tactics in the horseshoe crab, *Limulus polyphemus*.  Journal of Ethology  24: 67-74.

2006  Vélez*, M. and H.J. Brockmann. Seasonal variation in selection on male calling song in the field Cricket, *Gryllus rubens*.  Animal Behaviour 72:439-448.

2006  Veléz*, M. and H.J. Brockmann. Seasonal variation in female response to male calling song of the field cricket *Gryllus rubens*. Ethology, 112:1041-1049.

2007  Sirot*, L.K., H.J. Brockmann and S.L. Lapointe. 2007.  Male postcopulatory reproductive success in the beetle, *Diaprepes abbreviatus*.  Animal Behaviour 74:143-152.

2007  Schwab*, R., H.J. Brockmann. The role of visual and chemical cues in the mating decisions of satellite male horseshoe crabs (*Limulus polyphemus*).  Animal Behaviour 74:837-846.

2008  Brockmann, H.J. Alternative reproductive tactics in insects.  IN: Alternative Reproductive Tactics – An Integrative Approach.  R.F. Oliveira, M. Taborsky and H.J. Brockmann (eds.).  Cambridge University Press. Pp. 177-223.

2008  Brockmann, H.J and M. Taborsky.  Alternative reproductive tactics and the evolution of alternative allocation phenotypes. IN: Alternative Reproductive Tactics – An Integrative Approach.  R.F. Oliveira, M. Taborsky and H.J Brockmann (eds.). Cambridge University Press.  Pp. 25-51.

2008  Taborsky, M., R. F. Oliveira and H. J. Brockmann. The evolution of alternative mating tactics: concepts and questions. IN: Alternative Reproductive Tactics – An Integrative Approach.  R.F. Oliveira, M. Taborsky and H.J. Brockmann (eds.). Cambridge University Press. Pp. 1-21

2008  Brockmann, H.J., R.F. Oliveira and M. Taborsky. Integrating mechanisms and function: prospects for future research. IN: Alternative Reproductive Tactics – An Integrative Approach.  R.F. Oliveira, M. Taborsky and H.J. Brockmann (eds.). Cambridge University Press.  Pp. 471-489.

2009  Brockmann, H.J. and M.D. Smith*.  Reproductive competition and sexual selection in horseshoe crabs. IN: Biology and Conservation of Horseshoe Crabs.  J. Tanacredi, M. Botton, and D. Smith (eds.). Springer Science. Pp. 199-221.

2009  Zaldívar-Rae, J., R.E. Sapién-Silva, M. Rosales-Raya, and H. J. Brockmann. 2009. American horseshoe crabs, *Limulus polyphemus*, in Mexico: open possibilities. IN: Biology and Conservation of Horseshoe Crabs.  J. Tanacredi, M. Botton, and D. Smith (eds.). Springer Science. Pp. 97-113.

*Brockmann CV continued*                                                                                           10

2010  Taborsky, M. and H.J. Brockmann. Alternative reproductive tactics and life history phenotypes. IN: <u>Animal Behaviour:</u> <u>Evolution and Mechanisms</u>. P. Kappeler (ed.).  Springer Verlag Publ. pp. 537-586.

2010  Pereira, R*., J. Sivinski, P. Teal and H.J. Brockmann. 2010.  Enhancing male sexual success in a lekking fly (A*nanstrepha suspensa* (Loew; Tephritidae) through a juvenile hormone analog has no effect on adult mortality.  <u>Journal of Insect Physiology</u>, 56: 1552-1557.

2010  Johnson, S.L. and H.J. Brockmann.  Costs of multiple mates: an experimental study in horseshoe crabs  <u>Animal Behaviour</u> 80: 773-782.  Chosen as featured article of the month <u>Animal Behaviour</u>  80:771.

2010  Saunders, K*. and H.J. Brockmann, W. Watson  and  S.J. Jury.  Male horseshoe crabs, *Limulus polyphemus*, use multiple sensory cues to locate mates.  <u>Current Zoology</u>,  56: 485-498.

2011  Brockmann, H.J. and S.L. Johnson.  A long-term study of spawning activity in a Florida Gulf coast population of horseshoe crabs (*Limulus polyphemus*). <u>Estuaries and Coasts</u>. 34: 1049-1067.  doi: 10.1007/s12237-011-9419-1

2012 Johnson, S.L. and H.J. Brockmann.  Alternative reproductive tactics in female horseshoe crabs.  <u>Behavioral Ecology</u> 23: 999-1008.

2012  Sasson, D.A., S.L. Johnson and H.J. Brockmann.  The role of age on sperm traits in the American horseshoe crab, *Limulus polyphemus*  <u>Animal Behaviour</u> 84: 975–981.

2013  Smith, M.D., H.E. Schrank and H.J. Brockmann. 2012.  Measuring the costs of alternative reproductive tactics in horseshoe crabs, *Limulus polyphemus*.  <u>Animal Behaviour</u> 85: 165-173.  10.1016/j.anbehav.2012.10.021.

2013  Johnson, S.L. and H.J. Brockmann.  Parental effects on early development: testing for indirect benefits of polyandry.  <u>Behavioral Ecology</u> 24: 1218-1228. DOI: **10.**1093/beheco/art056

2014  Nossa, C., P. Havlak, J-X Yue, K. Vincent, J. Lv, N. Lee, H.J. Brockmann and N. H. Putnam.  Joint assembly and genetic mapping of the Atlantic horseshoe crab genome reveals ancient whole genome duplication. accepted <u>GigaScience</u> 3:1-21. doi:10.1186/2047-217X-3-9

2014  Smith, M.D.  and H.J. Brockmann.  The evolution and maintenance of sexual size dimorphism in horseshoe crabs: an evaluation of six functional hypotheses.  <u>Animal Behaviour</u> 96:127-139.

2014  Vasquez, M.C., S.L. Johnson, H.J. Brockmann and D. Julian.  Nest site selection minimizes environmental stressor exposure in the American horseshoe crab, *Limulus polyphemus*. <u>Journal of Experimental Marine Biology and Ecology</u> 463: 105-114. doi: 10.1016/j.jembe.2014.10.028

2015  Brockmann, H.J., T. Black and Tim L. King. Florida horseshoe crabs: Populations, genetics and the marine life harvest. IN R.H. Carmichael, Mark L. Botton, P.K.S. Shin and S.G. Cheung, editors.  <u>Changing Global Perspectives on Biology,</u> <u>Conservation and Management of Horseshoe Crabs</u>. Springer Scientific (in press)

2015  Brockmann, H.J., S.L. Johnson, M.D. Smith and D. Sasson.  Mating tactics of the American Horseshoe crab. IN R.H. Carmichael, Mark L. Botton, P.K.S. Shin and S.G. Cheung, editors.  <u>Changing Global Perspectives on Biology,</u> <u>Conservation and Management of Horseshoe Crabs</u>. Springer Scientific (in press)

2015  King, T., M. Eackles, A.W. Aunins, H.J. Brockmann, E.M. Hallerman and B.B.Brown. Conservation genetics of the horseshoe crab (*Limulus polyphemus*): allelic diversity, zones of genetic discontinuity, and regional differentiation.  IN R.H. Carmichael, Mark L. Botton, P.K.S. Shin and S.G. Cheung, editors.  <u>Changing Global Perspectives on Biology,</u> <u>Conservation and Management of Horseshoe Crabs</u>. Springer Scientific (in press)

2015  Sasson, D., Johnson, S.L. and H.J. Brockmann.  Sperm traits in a system with condition-dependent alternative reproductive tactics. <u>Behavioral Ecology and Sociobiology</u> (in press)

2015  Vasquez, M.C., A. Murillo, H.J. Brockmann and D. Julian. Multiple stressor interactions influence embryo development rate in the American horseshoe crab, *Limulus polyphemus*.  <u>Journal of Experimental Biology</u>. (in press)


**<u>SUBMITTED AND IN PREPARATION</u>**

Brockmann, H.J., S.L. Johnson, D.A. Sasson and M.D. Smith.  Seasonal variation in horseshoe crab spawning (Limulus polyphemus).  Being revised

Sasson, D., Johnson, S.L. and H.J. Brockmann.  The role of sexual selection on sperm trait variation across populations of the horseshoe crab, *Limulus polyphemus*. J. Evol. Biol.

Smith, M.D. and H.J. Brockmann.  The interaction between temperature and season length predicts a rare non-linear ecogeographic cline in body size.

Keegan**, L., M.D.Smith* and H.J. Brockmann.  Life-history patterns of juvenile horseshoe crabs from Florida.

Keegan**, L, S.L. Johnson and H.J. Brockmann.  Juvenile behavior

Ponciano, J.M. and H.J. Brockmann. Spawning survey methods.

St. Mary, C. and H.J. Brockmann. Model of the horseshoe crab mating system.

Hart, M.K. and H.J. Brockmann. Mate choice in horseshoe crabs

## THESIS AND DISSERTATION
1972    The function of poster-coloration in the Beau-Gregory, *Eupomacentrus leucostictus* (Pisces; Pomacentridae).  (Jack P. Hailman - adviser)
1976    The control of nesting behavior in the great golden digger wasp, *Sphex ichneumoneus* (L.) (Hymenoptera, Sphecidae). <u>Dissertation</u> <u>Abstracts</u> <u>International</u> B, 37(5): 2705.  (Jack P. Hailman-major professor)


## ABSTRACTS
1983    Brockmann, H. J.  Nest Sharing in Solitary Wasps:  Mutualism or Parasitism?  In Breed, M. D., C. D. Michener and H. E. Evans.  <u>The Biology of Social Insects</u>.  Westview Press, Boulder, CO.  p. 180.
1990    Brockmann, H. J.  Primitive eusociality:  Comparisons between Hymenoptera and vertebrates.  In Veeresh, G. K., B. Mallik and C. A. Viraktanuth, editors.  <u>Social Insects and the Environment</u>.  Proc. 11th. Int. Congress of IUSSI, 1990.  Oxford & IBH Publ. Co., New Delhi.
1992    Brockmann, H.J.  The effects of age on male behavior in *Limulus polyphemus*.  <u>Galaxea</u> 11: 61-62.
1997    Brockmann, H.J.  Sperm competition and satellite male groups in horseshoe crabs, *Limulus polyphemus*.  <u>Advances in Ethology</u> 32: 220.
1999    Brockmann, H.J. The evolution of alternative strategies and tactics. <u>Advances In Ethology</u> 34: 1.
2001    Brockmann, H.J. Pattern and Process in the evolution of alternative reproductive tactics.  <u>Adv. in Ethology</u> 36: 70.
2003    Brockmann, H.J. Alternative Reproductive Tactics and Life Histories.  <u>Rev. de Ethologia</u>. 5:31.

## BOOK REVIEWS AND MISCELLANEOUS
1977    Brockmann, H. J.  Review of: *Territory* by A. W. Stokes.  <u>Animal</u> <u>Behaviour</u>, 25: 252-253.
1984    Brockmann, H. J.  Review of: *The Evolution of Insect Mating Systems* by R. Thornhill and J. Alcock.  <u>Florida Entomologist</u> 67:180-182.
1984    Brockmann, H. J.  Review of: *The Biology of Social Insects* by M. Breed, C. Michener and H. Evans (eds.).  <u>Amer</u>. <u>Sci</u>. 72:298.
1988    Brockmann, H. J.  Review of: *The Natural History and Evolution of North American Beewolves* by H.E. Evans and K. O'Neill.  <u>Trends</u> <u>in</u> <u>Ecology</u> <u>&</u> <u>Evolution</u>, 3: 313-314.
1988    Brockmann, H. J.  Why I became a scientist.  <u>Amer</u>. <u>Scientist</u>.  (requested for 75th anniversary issue) 76: 456.
1990    Brockmann, H. J.  Review of: *The Selfish Gene* by R. Dawkins.  <u>Trends</u> <u>in</u> <u>Ecology</u> <u>and</u> <u>Evolution</u>, 5(8):266-267.
1992    Brockmann, H. J.  Review of: *The Social Biology of Wasps* by K. Ross and R. Matthews.  <u>Trends</u> <u>in</u> <u>Ecology</u> <u>and</u> <u>Evolution</u> 7:140-141.
2001    Brockmann, H.J. 50 years of International Ethological Conferences.  <u>Advances in Ethology</u> 36: I-II.
2006    Brockmann, H.J. Preface. <u>Advances in the Study of Behavior</u> 36: xi-xii.
2006    Brockmann, H.J. Review of: *The Evolution of Animal Communication* by W. Searcy and S. Nowicki.  <u>Bioscience</u> 56: 849-851.
2007    Brockmann, H.J. Preface. <u>Advances in the Study of Behavior</u> 37: xi-xii.


## CURRENT RESEARCH
  I am an animal behaviorist interested in the evolution of alternative strategies and tactics and the economics and mechanisms of decision making.  In particular, I am studying the evolution of mating and nesting behavior of horseshoe crabs. My current focus is on the evolution of multiple mating in female and group spawning by male horseshoe crabs.  I am also interested in sexual selection, mate choice, and paternal care, the evolution of sex ratios, the evolution of life-history patterns and the evolution of social behavior (e.g. solitary and social wasps).


## PUBLICATIONS BY MY STUDENTS (Publications based on research conducted under my direction or while in my lab)
2009.    Blondel, D.V.**,** J. Pino, and S.M. Phelps. Space use and social structure of long-tailed singing mice (*Scotinomys xerampelinus*).  Journal  of Mammalogy  90:715-723.
1991    Buchholz, R. Older males have bigger knobs: correlates of ornamentation in two species of curassow. <u>Auk</u> 108: 153-160.
1992    Buchholz, R. Confusing models with tests in studies of sexual selection: reply to Jones. <u>Auk</u> 109: 199-201.
1995    Buchholz, R. Descending whistle display and female visitation rates in the yellow-knobbed curassow, *Crax daubentoni*, in Venezuela. <u>Ornithologia Neotropical</u> 6: 27-36.
1995    Buchholz, R. Female choice, parasite load and male ornamentation in wild turkeys.  <u>Animal Behaviour</u>. 50: 929-943.
1996    Buchholz, R. Thermoregulatory role of the unfeathered head and neck in male wild turkeys. <u>Auk</u> 113: 310-318.
1997    Buchholz, R.  Male dominance and variation in fleshy head ornamentation in wild turkeys. <u>Journal of Avian Biology</u>. 28:223-230.
1990    Cohen, J.A. Sexual selection and the psychophysics of female choice. <u>Zietschrift für Tierpsychologie</u> 64: 1-8.
1995    Clouse, R.M. Nest usurpation and intercolonial cannibalism in *Mischocyttarus mexicanus* (Hymenoptera: Vespidae). <u>Journal of the Kansas Entomological Society</u> 68: 67-73.

*Brockmann CV continued*

1998   Clouse, R. Some effects of group size on the output of beginning nests of *Mischocyttarus mexicanus* (Hymenoptera: Vespidae) Florida Entomologist 84: 418-425.

1997   Eberhardt, L.  A test of an environmental advertisement hypothesis for the function of drumming in yellow-bellied sapsuckers. Condor. 99: 798-803.

2000   Eberhardt, L.  Use and selection of sap trees by yellow-bellied sapsuckers. Auk 117: 41-51.

1984   Fink, L.S. Venom spitting by the green lynx spider, *Peucetia viridans*. Journal of Arachnology. 12: 372-373.

1986   Fink, L.S. Costs and benefits of maternal behaviour in the green lynx spider (Oxyopidae, *Peucetia viridans*).  Animal Behaviour 34: 1051-1059.

1987   Fink, L.S. Green lynx spider egg sacs: sources of mortality and the function of female guarding. Journal of Arachnology. 15: 2231-239.

1995   Fink, L. S. Foodplant effects on colour morphs of *Eumorpha fasciata* caterpillars (Lepidoptera: Sphingidae).  Biological Journal of the Linnean Society. 56: 423-437.

1983   Frank, S.  A hierarchical view of sex-ratio patterns.  Florida Entomologist. 66: 42-75.

1984   Frank, S.  The behavior and morphology of the fig wasps *Pegoscapus assuetus* and *P. jimenezi*: descriptions and suggested behavioral characters for phylogenetic studies.  Psyche, 91: 189-208.

1985   Frank, S. Are mating and mate competition by a fig wasp *Pegoscapus assuetus* random within a fig? Biotropica 17: 170-172.

1985   Frank, S. Hierarchical selection theory and sex ratios. II. On applying the theory and a test with fig wasps.  Evolution 39: 949-964.

1983   Goodfriend, G. Anemotaxis and its relation to migration in the land snail *Cepaea nemoralis*.  Am. Midl. Nat. 109: 414-415.

1983   Goodfriend, G. Some new methods for morphometric analysis of gastropod shells.  Malacological Rev. 16: 79-86.

1983   Goodfriend, G.  Convergent evolution of shell colour patters in two Caribbean terrestrial prosobranch snails. J. Zool. 201: 125-133.

1986   Goodfriend, G.  Radiation of the land snail genus *Sagda* (Pulmonata: Sagdidae): comparative morphology, biogeography and ecology of the species of north-central Jamaica.  Zoological Journal of the Linnean Society 87: 367-398.

2007   Gunnels, C.W. Seasonally variable eusocially selected traits in the paper-wasp, *Mischocyttarus mexicanus*. Ethology 113: 629-732.

2010   Gunnels, C.W., A. Dubrovskiy and A. Avalos. Social interactions as an ecological constraint in a eusocial insect.  Animal Behaviour 75: 681-691.

2000   Isvaran, K. and Y. Jhala, Variation in lekking costs in blackbuck (*Antilope cervicapra*): Relationship to lek-territory location and female mating patterns.  Behaviour. 137: 547-563.

2000   McCauley, SJ, SS Bouchard, BJ Farina, K Isvaran, S Quader, DW Wood, CM St. Mary. 2000. Energetic dynamics and anuran breeding phenology: insights from a dynamic model. Behavioral Ecology 11(4):429-436.

2003   Isvaran, K. and C. St. Mary. When should males lek?  Insights from a dynamic state variable model.  Behavioral Ecology 14:876-886.

2004   Isvaran, K. The blackbuck.  In: Mammals of South Asia. Ed. by A.J.T. Johnsingh and K. Sukumar.  In press.

2005   Isvaran, K. Female grouping best predicts lekking in blackbuck (*Antilope cervicapra*).  Behavioral Ecology Sociobiology 57: 283-294.

2005   Isvaran, K. Variation in male mating behaviour within ungulate populations: patterns and processes.  Current Science 89: 1192-1199.

2007   Isvaran, K. Intraspecific variation in group size in the blackbuck antelope: the roles of habitat structure and forage at different spatial scales. Oecologia 154(2): 435l-444.

2009   Chin-Baarstad, A.*, Klug, H., & Lindström, K. 2009. Should you eat your offspring before someone else does? Effect of an egg predator on filial cannibalism in the sand goby. *Animal Behaviour*. 78:203-208.

2009   Klug, H. The relationship between filial cannibalism, egg energetic content, and parental condition in the flagfish. *Animal Behaviour*. 77:1313-1319.

2008   Klug, H. & Lindström, K. Hurry-up and hatch: selective filial cannibalism of slower developing eggs. Biology Letters 4:160-162.

2008   Klug, H., St. Mary, C.M, & Clark, A.M. Isolation and characterization of microsatellite DNA markers for the flagfish, *Jordanella floridae* (Technical Note). *Conservation Genetics*. 9:1677-1678.

2008   Klug, H., Kontax, C.I.*, Annis, S.**, & Vasudevan, N.** 2008. Operational sex ratio affects nest tending and aggression in the flagfish (*Jordanella floridae*). *Journal of Fish Biology*. 72:1295-1305.

2007   Klug, H. & Bonsall, M.B. 2007. When to care for, abandon, or eat your offspring: the evolution of parental care and filial cannibalism. *American Naturalist*. 170: 886-901.

2006   Klug, H., Lindström, K., & St. Mary, C. M. 2006. Parents benefit from eating offspring: densitydependent egg survivorship compensates for filial cannibalism. *Evolution* 60: 2087-2095.

1981   Lucas, J.R. and L.A. Stange. Key and descriptions to *Myrmeleon* larvae of Florida (Neuroptera: Myrmeleonidae). Florida Entomologist 64: 207-216.

1982   Lucas, J.R. The biophysics of pit construction by antlion larvae (Myrmeleon, Neuroptera). Animal Behaviour 30: 651-664.

1983   Lucas, J.R. The role of foraging time constraints and variable prey encounter in optimal diet choice.  Am. Nat. 122: 191-209.

1983   Lucas, J.R. Variable foraging and cleaning behavior by juvenile leatherjackets, *Oligoplites saurus* (Carangidae). Estuaries 6: 247-250.

1985   Lucas, J.R. Metabolic rates and pit-construction costs of two antlion species.  Journal of Animal Ecology 54: 295-309.

1985   Lucas, J.R. Partial prey consumption by antlion larvae.  Animal Behaviour. 33:  945-958.

1986   Lucas, J.R. Ants and antlions: kleptoparasitism of predators by prey.  Florida Entomologist 69: 702-710.

1992   Masters, K. L., A.R. Masters and A. Forsyth. Female-biased sex ratio in the neotropical treehopper *Umbonia ataliba* (Homoptera/Membracidae). Ethology. 96: 353-366.

1990   Mora, G. Paternal care in a neotropical harvestman.  Animal Behaviour 39: 582-593.

1992   Obin, M. Spiders living at wasp nesting sites: what constrains predation by mud daubers? Psyche 89: 321-335.

1987   Landes, D.A., Obin, M., A.B. Cady, J.H. Hunt.  Seasonal and latitudinal variation in spider prey of the mud dauber *Chalybion californicum*, Hymenoptera, Sphecidae.  Journal of Arachnology 15: 249-256.

1995   Osorno, J.L. The function of hatching asynchrony in the blue-footed booby. Behavioral Ecology and Sociobiology 37:265-273.

1999   Osorno, J.L.  Offspring desertion in the Magnificent Frigatebird: Are males facing a trade-off between current and future reproduction?  Journal of Avian Biology 30: 335-341.

*Brockmann CV continued*                                                                                    13

2004    Osorno, J.L. and T. Székely. Sexual conflict and parental care in magnificent frigatebirds: full compensation by deserted females. Animal Behaviour 68: 337-342.

1997    Ploger, B.  Does brood reduction provide nestling survivors with a food bonus? Animal Behaviour  54: 1063-1076.

2004    Quader, S., K. Isvaran, R. Hale, B. Miner and N. Seavy.  Nonlinear relationships and independent contrasts. Journal of Evolutionary Biology 17:709-715.

2005    Quader, S. Probable hybridization between the weaverbirds *Ploceus philipi* and *P. manyar*. Journal of the Bombay Natural History Society. (in press)

2005    Quader, S. Elaborate nests in a weaverbird: a role for female choice?  Ethology 111:1073-1088

2005    Quader, S. Mate choice and its implications for conservation and management. Current Science 89: 1220-1229.

2006    Quader, S. Sequential settlement by nesting male and female Baya weaverbirds *Ploceus philippinus*: the role of monsoon winds. Journal of Avian Biology, **37,** 396-404.

2006    Quader, S. What makes a good nest? Benefits of nest choice to female Baya Weavers (*Ploceus philippinus*). Auk, 123, 475-486.

2010    Rittschof, C. and K.V. Ruggles.  The complexity of site quality: multiple factors affect web tenure in orb-web spider. Animal Behavior 79:1147-1155.

2010    Rittschof, C. Male density affects large-male advantage in the golden silk spider, Nephila clavipes. Behavioral Ecology 21:979-985.

2011    Constant, N., Valbuena, D. & Rittschof, C.C. Male contest investment changes with male body size but not female quality in the spider *Nephila clavipes*. Behavioural Processes, 87: 218-223.

2011    Rittschof, C.C. Mortality risk affects mating decisions in the spider *Nephila clavipes*. Behavioral Ecology, 22: 350-357.

2011    Michalik P. & Rittschof, C.C. A comparative analysis of the morphology and evolution of permanent sperm depletion in spiders. PLoS ONE 6:e16014.

2012    Rittschof, C.C. Temperature affects egg development and web site selection in *Nephila clavipes*. Journal of Arachnology. 40: 141-145.

2012    Rittschof, C.C., Hilber, S.A., Tudor, M.S. & St. Mary, C.M. Male reproductive strategies and optimal mate number in an orb-web spider. Behavioral Ecology, 23: 1-10.

1994    Shafir, S. Intransitivity of preferences in honey bees: support for 'comparative' evaluation of foraging options. Anim. Behav. 48: 55-67.

2003    Sirot, L. The evolution of insect mating structures through sexual selection.  Florida Entomologist  86:124-133.

1999    Sirot, L. K. Reproductive behavior of two female morphs of the damselfly, *Ischnura ramburi*. American Zoologist, **39,** 23A-23A.

2006    Sirot, L. K., Lapointe, S. L., Shatters, R. & Bausher, M. Transfer and fate of seminal fluid molecules in the beetle, *Diaprepes abbreviatus*: Implications for the reproductive biology of a pest species. Journal of Insect Physiology, **52,** 300-308.

2007    Smith, M.D. Use of mammal manure by nesting burrowing owls: a test of four functional hypotheses. Animal Behaviour 73: 65-73.

2001    Vélez, M., M.D. Jennions, S.R. Telford.  The effect of an experimental brood reduction on male desertion in the Panamanian blue acara cichlid, *Aequidens coeruleopunctatus*. Ethology. 108:331-340.

# EXHIBIT B
# Studies Cited

Comparative Biochemistry and Physiology, Part A 239 (2020) 110554



Contents lists available at ScienceDirect

# Comparative Biochemistry and Physiology, Part A

journal homepage: www.elsevier.com/locate/cbpa

Short communication

# Physiological impacts of time in holding ponds, biomedical bleeding, and recovery on the Atlantic horseshoe crab, *Limulus polyphemus*



Kristin Linesch Hamilton[a,b,*], Louis E. Burnett[c], Karen G. Burnett[c], Rachel E.G. Kalisperis[d], Amy E. Fowler[a,1]

[a] Marine Resources Research Institute, South Carolina Department of Natural Resources, Charleston, SC 29412, United States of America
[b] Environmental Studies Graduate Program, College of Charleston, Charleston, SC 29424, United States of America
[c] Grice Marine Laboratory, College of Charleston, Charleston, SC 29412, United States of America
[d] South Carolina Aquarium, Charleston, SC 29401, United States of America

ARTICLE INFO

Keywords:
Commercial harvest
Health
Hemocyanin
Hemocyte
Hemolymph
Lysate
Mortality

ABSTRACT

Atlantic horseshoe crabs, *Limulus polyphemus* (HSC), are commercially harvested along the eastern U.S. coast and bled for hemolymph used in pharmaceutical safety testing. In South Carolina, some HSCs are held in outdoor ponds before transport to facilities where they are bled and then released to the wild. This study examined whether the time HSCs are held before bleeding, bleeding itself, or the duration of the recovery after bleeding affects HSC mortality and physiological condition. Female HSCs were collected from Coffin Point Beach, South Carolina (April 22–24, 2016), held in ponds for 2, 4, 6, or 8 weeks, then bled or held as controls. Body weights, hemocyanin concentrations, and hemocyte densities were measured prior to treatment (bled/control) and at 2, 6, and 12 days of recovery. Hemocyanin concentrations declined significantly in HSCs held in ponds for 8 weeks prior to bleeding and were excluded from further analyses. Compared to some studies, HSC mortalities were low (11%). Impacts of time in holding ponds, bleeding, and recovery from bleeding on physiological measures were assessed using 3-way fixed-effects ANOVA. While duration of recovery had main effects on physiological measures, significant interactions were also present. There was an interaction of treatment and recovery duration, with control crabs having higher hemocyte densities than bled animals at days 2 and 6 of recovery. There were two significant two-way interactions influencing hemocyanin concentration: pond time and recovery, and treatment and recovery. Our study suggests both main and synergistic effects are important when assessing the physiology and mortality of HSCs harvested for biomedical purposes.

The Atlantic horseshoe crab (HSC), *Limulus polyphemus*, is harvested and bled to produce *Limulus* Amebocyte Lysate (LAL), a cellular extract derived from the hemolymph used to screen pharmaceutical drugs and medical instruments for contamination by bacterial endotoxins. A 67% increase in biomedical harvest (2004–2017) and lethal harvest of HSCs for bait likely contributed to the recent declines documented for HSCs in parts of the United States (Eyler et al., 2018). The Atlantic States Marine Fisheries Commission (ASMFC) assumes a 15% mortality rate for biomedical bleeding in HSCs (Eyler et al., 2018), but estimates range from 8% (Walls and Berkson, 2003) to 30% or higher (Hurton and Berkson, 2006). Sublethal effects also have been associated with biomedical bleeding, and some evidence supports the idea that holding

conditions between initial harvest and hemolymph extraction can be detrimental alone and in combination with bleeding (James-Pirri et al., 2012; Anderson et al., 2013; Smith et al., 2017).

The steps involved in the biomedical harvest of HSCs to produce LAL vary. Animals collected by licensed harvesters may be placed temporarily in ponds or immediately transported to extraction facilities. After bleeding, HSCs are often returned to the ocean. The South Carolina (SC) fishery is distinct in that HSCs can be held in ponds from 1 day to multiple weeks between mid-April and mid-June before biomedical bleeding. In SC, ponds used to hold HSCs must be aerated, mortalities must be reported, and all HSCs are required to be released by the end of the harvest season, per state-issued permits. It is well

---

Abbreviations: ASMFC, Atlantic States Marine Fisheries Commission; HSC, horseshoe crab; LAL, *Limulus* Amebocyte Lysate; SC, South Carolina
* Corresponding author at: Marine Resources Research Institute, South Carolina Department of Natural Resources, 217 Ft. Johnson Road, Charleston, SC 29412, United States of America.
E-mail address: hamiltonk@dnr.sc.gov (K.L. Hamilton).
[1] Present address: Department of Environmental Science and Policy, George Mason University, Fairfax, VA 22030, United States of America.

https://doi.org/10.1016/j.cbpa.2019.110554
Received 6 February 2019; Received in revised form 15 August 2019; Accepted 19 August 2019
Available online 22 August 2019
1095-6433/© 2019 Elsevier Inc. All rights reserved.

K.L. Hamilton, et al.

*Comparative Biochemistry and Physiology, Part A 239 (2020) 110554*

known, however, that changes in water quality (temperature, dissolved oxygen, salinity) can be harmful to marine organisms (reviewed by Burnett and Stickle, 2001; Fotedar and Evans, 2011) and HSCs in particular (Crabtree and Page, 1974; Hurton and Berkson, 2006; Coates et al., 2012).

Here, we examined whether the length of time HSCs are kept in outdoor holding ponds prior to bleeding, biomedical bleeding, and recovery after bleeding can separately or synergistically affect HSC physiological condition and mortality. The physiological condition of individual animals was monitored by measuring body weight, hemocyte density, and hemocyanin concentration in the hemolymph. These hemolymph variables have been used to monitor the physiological condition of many marine species, including HSCs (Coates et al., 2012; James-Pirri et al., 2012; Anderson et al., 2013; Kwan et al., 2014).

Between April 22 and 24, 2016, 101 female HSCs were hand-collected from Coffin Point Beach, SC (32.433802, −80.473438) and transported to the Waddell Mariculture Center in Bluffton, SC in open air trucks covered by tarpaulins. HSCs were placed randomly in three outdoor, aerated, open-bottom ponds (each approximately $1000\,\text{m}^2$) filled with unfiltered, natural seawater to approximately 1-m depth. These ponds simulated the environmental conditions of commercial HSC holding ponds. All HSCs were introduced into ponds at the same time and were divided between the three ponds (∼34 HSCs per $1000\,\text{m}^2$). HSCs were not fed, and pond water was not changed, but continually aerated. Data loggers measured salinity, temperature, dissolved oxygen and pH in each pond every 15 min over the duration of the experiment (Table S1). Ponds were checked daily for mortality.

Every two weeks over an eight-week period, eight HSCs were selected randomly from each of the three experimental ponds ($n = 24$) and processed as described below. At each time point, the first animals to be processed were the biomedically bled treatment group. Four animals were removed from each of the three ponds and processed as a set; individual HSCs in each set were weighed and prosoma width was measured. Next, 1 mL of hemolymph was sampled for measurements of hemocyte density and hemocyanin concentration. To do this, the surface of the arthrodial membrane was disinfected with 10% betadine, and a sterile 21-gauge needle was inserted through the arthrodial membrane, and 1 mL of hemolymph was drawn with a syringe. Following the 1 mL hemolymph sampling, HSCs in the biomedically bled treatment group were left exposed to air for 2 h to mimic the time out of water during transport to the bleeding facility. Afterwards, HSCs were biomedically bled simulating the commercial bleeding process used in SC. This was achieved by placing HSCs individually in a bleeding harness consisting of a board with a rubber strap used to stabilize and position each animal to expose its arthrodial membrane. The surface of the arthrodial membrane was disinfected with 10% betadine, and a sterile 14-gauge, 2-inch trocar needle was inserted through the arthrodial membrane into the cardiac sinus. The pressure in the cardiac sinus pushed hemolymph through the needle and into a beaker. Following industry standards, animals were bled for 8 min. To simulate aerial exposure during transport from the bleeding facility back to the ocean, HSCs in the treatment group were held out of water for 2 h after hemolymph extraction and then placed in the same recovery tank (described below) as the control crabs.

After the biomedically bled HSCs had been sampled and aerial exposure had begun, four animals were removed from each of the three ponds to constitute the unbled control group. Individual HSCs were weighed and prosoma width was measured. One millilitre of hemolymph was sampled from the large cardiac sinus with a syringe, as described above, for measurements of hemocyte density and hemocyanin concentration. These animals did not undergo a period of aerial exposure but were placed immediately in the recovery tank.

The recovery tank was a shaded outdoor 4.6-m circular tank (≈16,000 L) of aerated natural flow-through seawater under ambient temperature and salinity regimes. The recovery tank was monitored continuously for salinity, temperature, dissolved oxygen, and pH. In the recovery tank, however, unlike in the experimental ponds, HSCs were fed thawed shrimp every other day to satiation. On recovery days 0, 2, 6, and 12, both treatment and control HSCs ($n = 24$ total) were weighed, and 1 mL of hemolymph was sampled as above and analyzed for hemocyte density and hemocyanin concentration. On recovery day 12 after hemolymph sampling, these 24 HSCs were returned to the ocean. This process was repeated every two weeks for a total time of eight weeks, until all HSCs were removed from experimental ponds (total bled $n = 48$; total control $n = 48$).

Variables (body weight, hemocyte density, hemocyanin concentration) were measured in all HSCs immediately after removal from experimental ponds and prior to treatment (day 0) and then after 2, 6, and 12 days of recovery. Each 1 mL hemolymph sample was divided into two aliquots. Total circulating hemocytes were enumerated by diluting 0.1 mL of hemolymph with 0.9 mL anticoagulant solution (1.74% NaCl, 100 mM glucose, 34 mM trisodium citrate, 26 mM citric acid monohydrate, 4 mM EDTA, pH 4.5; Jill Arnold, Directory of Laboratory Services, National Aquarium, Baltimore, Maryland, USA, pers. comm.) and then fixing the diluted sample with 0.1 mL 10% neutral buffered formalin. The hemocytes per volume of hemolymph were counted with a hemocytometer (Hausser Scientific; Mix and Sparks, 1980; $n = 3$ technical replicates) and hemocyte densities expressed as total hemocytes $\text{mL}^{-1}$ hemolymph. Total hemocyte densities in HSCs at day 0 prior to biomedical bleeding ranged from about 7 to $21 \times 10^6\,\text{mL}^{-1}$. These values are slightly lower but within an order of magnitude of values reported by others (Yeager and Tauber, 1935; Levin and Bang, 1968). Similarly, Coates et al. (2012) reported hemocyte densities of 26 to $46 \times 10^6$ hemocytes $\text{mL}^{-1}$ for animals acclimated to 15 °C, but hemocyte densities declined from a mean of $29 \pm 1.7\ \text{SD} \times 10^6$ to $10 \pm 1.4\ \text{SD} \times 10^6$ hemocytes $\text{mL}^{-1}$ hemolymph in animals shifted from 15 °C to 23 °C, overlapping values reported in the present study.

To quantify hemocyanin concentration, the second hemolymph aliquot was allowed to clot; the clot was homogenized and pelleted by centrifugation for 6 min at $600 \times g$, 4 °C; supernatant was stored at 4 °C. A volume of hemolymph supernatant was diluted 1:100 in 10 mM EDTA, 2.5% NaCl (pH 10), and absorbance was measured at 338 nm on a UV-VIS spectrophotometer (Eppendorf; $n = 2$ technical replicates). Hemocyanin concentration was calculated using an extinction coefficient of 2.23 (Nickerson and Van Holde, 1971) for a 1 g $100\,\text{mL}^{-1}$ dilution of HSC hemocyanin. In the present study, conducted at approximately 26 °C, hemocyanin concentrations of HSCs at day 0 prior to biomedical bleeding ranged from an average of 2.12 to 6.92 g $100\,\text{mL}^{-1}$ (Table 1). Using the same assay method, Mangum (1976) measured generally higher mean hemocyanin values (9–12 g $100\,\text{mL}^{-1}$) in adult HSCs held at slightly cooler temperatures (22–24 °C), while Coates et al. (2012), using a different method, found higher average hemocyanin concentrations (8.0 ± 2.4 SD g $100\,\text{mL}^{-1}$) in smaller (∼1.0 kg) HSCs held at 15 °C.

Differences in variables were tested across pond holding times using a one-way ANOVA on animals before they were biomedically bled; at this stage there was no difference in the way the animals in the bleeding treatment and the unbled control treatment were handled, so these data were combined and only the factor of time in the ponds was considered. Holding time did not significantly affect body weight ($P = .125$, ANOVA) or hemocyte densities ($H = 6.940$, $P = .079$, Kruskal-Wallis one-way ANOVA on ranks) (Table 1). These results for HSCs held at mean temperatures of 25.8–27.5 °C stand in contrast to Coates et al. (2012) who reported a 65–71% decline in hemocyte densities of HSCs held at 23 °C for eight weeks, with smaller but significant declines in animals held at colder temperatures over the same period. Their results after six weeks also showed significant reductions in hemocyte density, but only at 23 °C and not at the lower temperatures. This lower temperature of collection and acclimation compared with the present study may be an important difference. Furthermore, the declines in hemocyte densities observed by Coates et al. (2012) may be related to the high stocking density of HSCs employed in their study (i.e., ≤3 $\text{m}^{-2}$)

K.L. Hamilton, et al.                                                                                   Comparative Biochemistry and Physiology, Part A 239 (2020) 110554

**Table 1**

Hemocyte densities and hemocyanin concentration of female horseshoe crabs sampled at 0, 2, 6, and 12 days from the recovery tank, after having been held in experimental ponds for 2, 4, 6, or 8 weeks prior to biomedical bleeding (biomedically bled HSCs) or maintained as unbled controls. Horseshoe crabs that died before hemolymph sampling on recovery day 12 were excluded.

| | Hemocyte Density (hemocytes $\times 10^6$ mL$^{-1}$ hemolymph) | | | | | | | | Hemocyanin Concentration (g 100 mL$^{-1}$) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Held in Ponds for 2 Weeks | | | | | | | | Held in Ponds for 2 Weeks | | | | | | | |
| | Biomedically Bled | | | | Unbled Control | | | | Biomedically Bled | | | | Unbled Control | | | |
| Days | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 |
| Mean | 12.79 | 11.23 | 11.14 | 10.32 | 20.71 | 21.38 | 15.52 | 9.96 | 5.26 | 3.50 | 3.41 | 3.73 | 6.11 | 4.94 | 5.29 | 6.16 |
| SE | 1.42 | 2.41 | 2.01 | 2.87 | 3.11 | 3.07 | 3.33 | 2.37 | 0.92 | 0.51 | 0.58 | 0.56 | 0.77 | 0.79 | 0.86 | 0.99 |
| $n$ | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| | Held in Ponds for 4 Weeks | | | | | | | | Held in Ponds for 4 Weeks | | | | | | | |
| | Biomedically Bled | | | | Unbled Control | | | | Biomedically Bled | | | | Unbled Control | | | |
| Days | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 |
| Mean | 19.84 | 12.85 | 9.18 | 8.25 | 18.46 | 14.52 | 11.92 | 7.89 | 6.92 | 4.29 | 4.79 | 3.92 | 5.08 | 4.07 | 3.61 | 3.05 |
| SE | 2.48 | 2.78 | 1.85 | 2.79 | 3.50 | 3.10 | 1.64 | 2.82 | 1.02 | 0.67 | 0.76 | 0.63 | 0.72 | 0.61 | 0.52 | 0.46 |
| $n$ | 12 | 12 | 12 | 12 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 11 | 11 | 11 | 11 |
| | Held in Ponds for 6 Weeks | | | | | | | | Held in Ponds for 6 Weeks | | | | | | | |
| | Biomedically Bled | | | | Unbled Control | | | | Biomedically Bled | | | | Unbled Control | | | |
| Days | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 |
| Mean | 17.77 | 8.95 | 8.87 | 9.88 | 13.60 | 13.94 | 13.43 | 10.74 | 5.44 | 3.79 | 2.99 | 3.75 | 5.49 | 4.95 | 3.90 | 4.54 |
| SE | 3.29 | 1.61 | 1.43 | 2.07 | 3.11 | 2.28 | 1.78 | 3.00 | 0.67 | 0.52 | 0.51 | 0.48 | 1.00 | 0.87 | 0.77 | 0.76 |
| $n$ | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| | Held in Ponds for 8 Weeks | | | | | | | | Held in Ponds for 8 Weeks | | | | | | | |
| | Biomedically Bled | | | | Unbled Control | | | | Biomedically Bled | | | | Unbled Control | | | |
| Days | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 |
| Mean | 16.97 | 11.06 | 10.85 | 7.40 | 7.44 | 11.09 | 9.52 | 7.02 | 4.55 | 4.04 | 2.34 | 4.14 | 2.12 | 3.04 | 2.61 | 2.99 |
| SE | 1.99 | 2.80 | 1.52 | 1.12 | 1.16 | 1.70 | 1.55 | 1.41 | 0.91 | 0.63 | 0.57 | 0.64 | 0.52 | 0.51 | 0.43 | 0.53 |
| n | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |

compared with the present study ($\leq 0.034$ m$^{-2}$).

Time held in ponds had a significant effect on hemocyanin concentration ($H = 12.862$, $P = .005$, Kruskal-Wallis one-way ANOVA on ranks) (Table 1); pairwise comparisons using Dunn's Method revealed significant differences between weeks 2 and 8 ($P = .020$), 4 and 8 ($P = .011$), and 6 and 8 ($P = .037$). Hemocyanin concentrations after 8 weeks were 55% to 61% of the values in weeks 2, 4, and 6. These observations were consistent with the findings of Coates et al. (2012), who showed that HSC hemocyanin concentrations negatively correlated with holding time and temperature, with greatest declines of 69.3% and 65% in HSCs held at the warmest test temperature (23 °C) for 56 days. These results suggest that the physiological condition of HSCs deteriorated as a consequence of prolonged holding in captivity, especially at warmer water temperatures.

Since the physiological status of HSCs at week 8 was different from those at weeks 2, 4, and 6 before treatment began, week 8 animals were excluded from the analyses of the effects of the biomedical bleeding treatment and recovery. To examine the effects of the time HSCs were held in the ponds up to 6 weeks, biomedical bleeding, and time in the recovery tanks (0, 2, 6, and 12 days) on hemocyte densities, hemocyanin concentrations, and body weight, three-way fixed-effects ANOVA were performed, with recovery time treated as the repeated measure. Statistically significant three-way interactions ($P < .05$) were further assessed for two-way interactions using Bonferroni-adjusted alpha values ($P < .0125$). In the absence of a significant three-way interaction, data were assessed for simple two-way interactions and where present, simple main effects were tested in SPSS. Outliers were not included in statistical analyses. Statistical tests on hemocyanin concentrations were performed on raw data (as summarized in Table 1) and in the case of hemocyte densities, data were square root-transformed prior to analysis. To illustrate physiological change, hemocyte densities and hemocyanin concentrations of individual animals (Table 1) were normalized to their values on recovery day 0 (Fig. 1).

Hemocyte density declined during the recovery period ($P < .001$; Table 1; Fig. 1A), with higher values on day 2 and lower values on day 12. Neither holding time up to 6 weeks nor treatment had a significant effect on hemocyte density. There were no significant interactive effects

of the three factors on hemocyte densities (($F_{6, 174}$) = 1.038, $P = .402$), however, there was a significant two-way interaction of treatment and days of recovery (($F_{3,174}$) = 3.168, $P = .026$). At all three pond holding times, controls had higher average hemocyte densities than bled animals at days 2 and 6 of recovery (Table 1). This pattern was not evident at 0 or 12 days of recovery, at which times unbled control animals from only one of the three pond holding times had lower average hemocyte densities than bled animals. All other interactions were not significant ($P > .05$).

Similar to hemocyte density, hemocyanin concentration declined over recovery days ($P < .001$; Table 1; Fig. 1B), but neither time in the experimental holding ponds up to 6 weeks nor treatment had a significant overall effect on hemocyanin concentration. There was no significant three-way interaction on hemocyanin concentration ($F_{4,122} = 1.353$, $P = .254$). There were, however, two significant two-way interactions that influenced hemocyanin concentration: holding time up to 6 weeks and days of recovery ($F_{4, 122} = 7.876$, $P < .001$), and treatment and days of recovery ($F_{2, 122} = 9.111$, $P < .001$). There were no significant simple main effects associated with either of the two-way interactions ($P > 0.05$). Compared to the present study, others have reported more substantial effects of biomedical bleeding on hemocyanin concentration. Anderson et al. (2013) found a rapid (one-week post-bleeding) and sustained decline (up to six weeks post-bleeding) in hemocyanin concentration of HSCs after biomedical bleeding compared to control animals under laboratory conditions. Additionally, no indication of hemolymph protein recovery has been observed at 17 days (James-Pirri et al., 2012) or even six weeks (Anderson et al., 2013) after biomedical bleeding when compared to control animals. Unlike the present study, however, previous studies did not use ponds to mimic pre-bleeding holding conditions and most conducted bleeding experiments using HSCs recently collected from the wild.

There was an overall, experiment-wide mortality rate of 11% ($n = 11$, of 101 crabs), with 5% mortality occurring in the ponds before and 6% mortality after the bleeding treatments. The same number of mortalities occurred among bled ($n = 2$) and control ($n = 2$) HSCs held in ponds for up to 6 weeks, with two additional mortalities among

K.L. Hamilton, et al.                                                           Comparative Biochemistry and Physiology, Part A 239 (2020) 110554



**Fig. 1.** Mean percent change ( ± SE) of hemocyte densities (A) and hemocyanin concentration (B) in biomedically bled (open circles, solid lines) and control (closed circles, dashed lines) female horseshoe crabs sampled at 0, 2, 6, and 12 days from the recovery tank, after being removed from the experimental ponds. Horseshoe crabs were held for 2, 4, or 6 weeks in experimental ponds prior to biomedical bleeding or maintained as unbled controls in May and June 2016. Horseshoe crabs that died before hemolymph sampling on recovery day 12 were excluded.

animals held for 8 weeks. The overall mortality rate was lower than the ASMFC's assumed mortality rate (15%) for HSCs undergoing biomedical bleeding (Eyler et al., 2018). Although the present study is unique in that it incorporates holding ponds representative of industry pre-bleeding conditions, this mortality rate was still well-within the range of rates (~8–30%) found in other studies of biomedical bleeding (Walls and Berkson, 2003; Hurton and Berkson, 2006; Leschen and Correia, 2010).

The initial body weights of HSCs held in ponds for 2, 4, and 6 weeks ranged from 2.35 to 4.65 kg ($\overline{x}$ = 3.30, $n$ = 70, SE = 0.066). Body weight was positively correlated with prosoma width (linear regression: log body weight (kg) = −6.296 + (2.75 × log prosoma width (mm)), $r^2$ = 0.78; $n$ = 70); Fig. S1). Body weight was analyzed using a three-way fixed effects ANOVA with recovery time treated as a repeated measure. There was a main effect of recovery day on body weight ($P$ < .001), but there was no significant three-way interaction of the test factors on body weight. Pond holding time and days of recovery had a significant two-way interaction (($F_{1,54}$ = 2.641, $P$ = .018). This analysis supported the observed decrease in the average body weight of animals (controls and bled) with longer pond holding times at each

recovery day tested. Average body weights for animals held in ponds for 2, 4, and 6 weeks respectively were 3.33, 3.24, and 3.20 kg at day 0 of recovery, 3.29, 3.21, and 3.21 kg at day 2 of recovery, 3.32, 3.25, and 3.19 kg at day 6 of recovery, and 3.32, 3.25, and 3.19 kg at day 12 of recovery. These differences were small however, and all pair-wise interactions between pond holding time and day of recovery were not statistically significant.

There was a positive relationship between HSC body weight and the volume of hemolymph biomedically extracted for 8 min, with heavier animals yielding more hemolymph. This held true when HSCs that died after bleeding were included in the analysis (linear regression: hemolymph volume extracted (g) = −70.007 + (0.104 × body weight (kg)); $r^2$ = 0.34, $F_{1,33}$ = 17, $P$ < .001) and when they were not included (linear regression: hemolymph volume extracted (g) = −94.794 + (0.1092 × body weight (kg)); $r^2$ = 0.40, $F_{1,31}$ = 20.35, $P$ < .001). The total volume of hemolymph in an HSC is approximately 25% of its body weight (Hurton et al., 2005; i.e., a 3000 g HSC would have 750 mL hemolymph). Total hemolymph volumes were calculated based on body weight (Hurton et al., 2005), and volumes extracted were converted to percentages of the calculated total

hemolymph volumes. The average volume of hemolymph extracted from individual HSCs was 263.2 mL (32% of the total hemolymph volume), ranging from 18.6 to 437.1 mL (3–51% of total hemolymph volume). Novitsky (1984) previously estimated that 30% of HSC blood volume could be safely extracted during the biomedical bleeding process, while Hurton and Berkson (2006) found that mortalities increased with extraction volumes up to 40% of total hemolymph. Indeed, in this study the two bled HSCs that died had 47.2% and 50.9% of their total hemolymph volume extracted. Our results indicate that as much as half of an individual's total hemolymph volume might be extracted during a standardized eight-minute biomedical bleeding, a substantial loss of hemolymph during an already stressful process (Leschen and Correia, 2010; James-Pirri et al., 2012). Current protocols for biomedical bleeding, however, do not measure the total or extracted volume of hemolymph in individual animals.

To our knowledge, this is the first published study to explicitly incorporate holding ponds into mortality and physiological assessments of HSCs used for biomedical bleeding. Hemocyte densities and hemocyanin concentrations of HSCs were not significantly affected by being held in ponds up to six weeks, but reduced physiological status (i.e., hemocyanin concentration) was documented at eight weeks. While duration of recovery had significant main effects on physiological measures, the interactive effects reported here indicate that synergistic impacts of the biomedical harvest on HSC health are important to consider. Overall, this study supports previous findings that HSC physiological status may be impacted by biomedical harvest.

### Ethical standards

All applicable international, national, and/or institutional guidelines for the care and use of animals were followed.

### Declaration of Competing Interest

The authors declare that they have no conflict of interest.

### Acknowledgements

We are grateful for the organizations that helped to fund this project including the College of Charleston, the South Carolina Department of Natural Resources (SCDNR), and the Slocum-Lunz Foundation. Members of the SCDNR Shellfish Research Section assisted in collecting and sampling HSCs. The SCDNR Office of Fisheries Management generously shared their knowledge of the South Carolina HSC fishery and introduced us to the many stakeholders involved. The SCDNR Mariculture Research Section assisted with animal husbandry. The Waddell Mariculture Center in Bluffton, South Carolina provided its facilities to conduct much of this research. This publication represents the South Carolina Department of Natural Resources Marine Resources Research Institute contribution number 809, and Grice Marine Laboratory contribution number 528.

### Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.cbpa.2019.110554.

### References

Anderson, R.L., Watson, W.H., Chabot, C.C., 2013. Sublethal behavioral and physiological effects of the biomedical bleeding process on the American horseshoe crab, *Limulus polyphemus*. Biol. Bull. 225 (3), 137–151.

Burnett, L.E., Stickle, W.B., 2001. Physiological responses to hypoxia. In: Rabalais, N.N., Turner, R.E. (Eds.), Coastal Hypoxia: Consequences for Living Resources and Ecosystems. Coastal and Estuarine Studies, American Geophysical Union, Washington, D.C., pp. 101–114.

Coates, C.J., Bradford, E.L., Krome, C.A., Nairn, J., 2012. Effect of temperature on biochemical and cellular properties of captive *Limulus polyphemus*. Aquaculture. 334, 30–38.

Crabtree, R.L., Page, C.H., 1974. Oxygen-sensitive elements in the book gills of *Limulus polyphemus*. J. Exp. Biol. 60 (3), 631–639.

Eyler, S., Michels, S., Schmidtke, M., Rootes-Murdy, K., 2018. Review of the Atlantic States Marine Fisheries Commission Fishery Management Plan for Horseshoe Crab: 2017 Fishing Year. Atlantic States Marine Fisheries Commission, pp. 1–25.

Fotedar, S., Evans, L., 2011. Health management during handling and live transport of crustaceans: a review. J. Invertebr. Pathol. 106 (1), 143–152.

Hurton, L., Berkson, J., 2006. Potential causes of mortality for horseshoe crabs (*Limulus polyphemus*) during the biomedical bleeding process. Fish. Bull. 104, 293–298.

Hurton, L., Berkson, J., Smith, S., 2005. Estimation of the total hemolymph volume in the horseshoe crab *Limulus polyphemus*. Mar. Freshw. Behav. Physiol. 38, 139–147.

James-Pirri, M.J., Veillette, P.A., Leschen, A.S., 2012. Selected hemolymph constituents of captive, biomedically bled, and wild caught adult female American horseshoe crabs (*Limulus polyphemus*). Mar. Freshw. Behav. Physiol. 45, 281–289.

Kwan, B.K., Chan, A.K., Cheung, S.G., Shin, P.K., 2014. Hemolymph quality as indicator of health status in juvenile Chinese horseshoe crab *Tachypleus tridentatus* (Xiphosura) under laboratory culture. J. Exp. Mar. Biol. Ecol. 457, 135–142.

Leschen, A.S., Correia, S.J., 2010. Mortality in female horseshoe crabs (*Limulus polyphemus*) from biomedical bleeding and handling: implications for fisheries management. Mar. Freshw. Behav. Physiol. 43 (2), 135–147.

Levin, J., Bang, F.B., 1968. Clottable protein in *Limulus*; its localization and kinetics of its coagulation by endotoxin. Thromb. Diath. Haemost. 19, 186–197.

Mangum, C.P., 1976. Primitive respiratory adaptations. In: Newell, R.C. (Ed.), Adaptations to Environment: Essays on the Physiology of Marine Animals. Butterworths, London, pp. 191–278.

Mix, M.C., Sparks, A.K., 1980. Hemocyte classification and differential counts in the Dungeness crab, *Cancer magister*. J. Invertebr. Pathol. 35 (2), 134–143.

Nickerson, K.W., Van Holde, K.E., 1971. A comparison of molluscan and arthropod hemocyanin—I. Circular dichroism and absorption spectra. Comp. Biochem. Physiol. B Comp. Biochem. 39 (4), 855–872.

Novitsky, T.J., 1984. Discovery to commercialization-the blood of the horseshoe-crab. Oceanus 27 (1), 13–18.

Smith, D.R., Brockmann, H.J., Beekey, M.A., King, T.L., Millard, M.J., Zaldívar-Rae, J.A., 2017. Conservation status of the American horseshoe crab, (*Limulus polyphemus*): a regional assessment. Rev. Fish Biol. Fish. 27 (1), 135–175.

Walls, E.A., Berkson, J., 2003. Effects of blood extraction on horseshoe crabs (*Limulus polyphemus*). Fish. Bull. 101, 457–459.

Yeager, J.F., Tauber, O.E., 1935. On the hemolymph cell counts of some marine invertebrates. Biol. Bull. 69 (1), 66–70.

Animal Behaviour 85 (2013) 165–173



Contents lists available at SciVerse ScienceDirect

# Animal Behaviour

journal homepage: www.elsevier.com/locate/anbehav



# Measuring the costs of alternative reproductive tactics in horseshoe crabs, *Limulus polyphemus*

Matthew Denman Smith*, Hunter E. Schrank, H. Jane Brockmann

*University of Florida, Department of Biology, Gainesville, FL, U.S.A.*

## A R T I C L E   I N F O

*Article history:*
Received 31 May 2012
Initial acceptance 6 August 2012
Final acceptance 28 September 2012
Available online 20 November 2012
MS. number: A12-00418R

*Keywords:*
alternative reproductive tactic
fasting
feeding strategy
horseshoe crab
*Limulus polyphemus*
mating cost
mate guarding
nutritional stress
reproduction
stable isotope

Trade-offs are inherent to alternative reproductive tactics (ARTs), and identifying the costs and benefits of tactics is essential to understanding their evolution and maintenance within a population. Male horseshoe crabs exhibit two condition-dependent ARTs: males that are in better condition arrive on spawning beaches attached to a female, while males in poorer condition join spawning pairs as satellites and engage in sperm competition. Previous research has identified several benefits to the attached tactic, but the costs are less well understood. We examined a previously uninvestigated potential cost to the attached male tactic: nutritional stress caused by a restricted ability to feed. We found that field-caught attached males produced 57% less faeces in a 12 h period than satellite males, and had 2.5 times emptier digestive tracts than satellite males. We further examined this cost using stable isotopes because nutritionally stressed animals are predicted to have higher $\delta^{15}N$ levels. We found that field-caught attached males had higher $\delta^{15}N$ values than satellite males. However, higher $\delta^{15}N$ values could result from nutritional stress or from feeding on higher trophic levels. We tested this experimentally and found that starved animals had higher post-treatment $\delta^{15}N$ values compared to animals that were fed. Furthermore, the digestive tracts of field-caught attached males contained three times more sea grass (lower tropic levels have lower $\delta^{15}N$ values) than satellite males. These findings mean that the higher $\delta^{15}N$ values of field-caught attached males likely result from fasting rather than differences in diet. Taken together, our results indicate that a period of nutritional stress caused by reduced food consumption is a novel cost of the attached tactic. This study provides a key piece of information to explain why ARTs in horseshoe crabs take the form they do and provides a novel method for studying costs associated with ARTs in other species.

© 2012 The Association for the Study of Animal Behaviour. Published by Elsevier Ltd. All rights reserved.

Alternative reproductive tactics (ARTs) by males are common in competitive mating systems (Taborsky et al. 2008). For example, in some anurans, 'sneaker' males sit silently near larger vocalizing males and either intercept females that are attracted to the callers, or wait to take over a resident male's calling site or territory (Wells 1977a, b; Robertson 1986a, b). The evolution and maintenance of such discrete alternative phenotypes is puzzling because we generally expect that if one phenotype is only slightly less successful than the other, it would be eliminated by selection (Brockmann 2001). In some cases, ARTs are maintained as a genetic polymorphism, but in most cases they depend on the individual's phenotype (e.g. body size, condition) and the circumstances in which they live (e.g. population density, sex ratio; Gross 1996; Zamudio & Chan 2008). In order for alternative tactics to be maintained at high frequencies, conditions must exist under which each tactic is more successful than the other (i.e. fitness curves

must cross; Brockmann & Taborsky 2008). This means that trade-offs are inherent to ARTs. For example, an animal simply cannot simultaneously call and sneak, or maintain a territory and disperse widely in search of females. As a consequence, the phenotypes that maximize fitness for one tactic are different from those that maximize fitness for the other tactic. Therefore, the decision about which tactic to follow is based not only on an individual's phenotype and the circumstances in which it lives, but also on the costs and benefits of the alternative tactics. Understanding the nature of the trade-offs for each tactic is vital to understanding why particular tactics take the form they do, and to understanding the evolution and maintenance of alternative mating tactics within populations (Brockmann et al. 2008). In this study, we examine the trade-offs associated with ARTs of male horseshoe crabs.

Horseshoe crabs have a highly competitive, explosive mating system (Brockmann 1990) in which males show two condition-dependent, alternative phenotypes (Brockmann & Penn 1992; Brockmann 2002). Younger males in better condition (based on visual inspection of the carapace) attach to females at sea and arrive on spawning beaches paired in amplexus with females. The attached

---

* Correspondence: M. D. Smith, University of Florida, Department of Biology, 316 Bartram Hall, P.O. Box 118525, Gainesville, FL 32611, U.S.A.
  *E-mail address:* madsmith@ufl.edu (M. D. Smith).

0003-3472/$38.00 © 2012 The Association for the Study of Animal Behaviour. Published by Elsevier Ltd. All rights reserved.
http://dx.doi.org/10.1016/j.anbehav.2012.10.021

M. D. Smith et al. / Animal Behaviour 85 (2013) 165–173

male remains with the female until she has completed egg laying for the season, and then detaches and seeks another female. Unattached, older males in poorer condition roam the shoreline, join spawning pairs as satellites on the beach, and engage in sperm competition with attached males and other satellite males (Brockmann & Penn 1992; Brockmann et al. 1994; Brockmann 1996, 2002). These behavioural differences are not just a consequence of a male being unable to locate or hold onto a female, but instead result from an evolved decision rule based on age or condition (Brockmann 2002). That is, individuals maximize fitness by switching tactics at a given age or condition (i.e. fitness curves of the two tactics cross with condition).

Several trade-offs involving differences in paternity and righting behaviour have been identified for each tactic. During each 1-week spawning cycle (Cohen & Brockmann 1983; Barlow et al. 1986; Sekiguchi 1988; Smith et al. 2002), attached males normally mate with only one female, whereas satellite males may join several pairs. During each mating bout in a spawning cycle, satellite males have similar paternity success compared to attached males (Brockmann et al. 2000), but attached males do not always compete for paternity with satellites (depending on the number of unattached males present). In contrast, satellite males must always engage in sperm competition (Brockmann et al. 1994, 2000). Satellites appear at the beach to mate more often than attached males (Brockmann & Penn 1992), but they do not always find a mating pair. Lastly, horseshoe crabs are often overturned on the beach, leaving them vulnerable to desiccation and predation (Botton & Loveland 1989, 1993). When this happens, attached males are better able to right themselves than satellite males because righting ability is related to condition (Penn & Brockmann 1995). But also, the risk of coming ashore may be greater for unattached males because they may overturn more easily than attached males since they do not have a large female to act as an 'anchor' and stabilize them against wave action. Taken together, attached males have higher mating success overall (Brockmann et al. 2000) and are less likely to become stranded than unattached (satellite) males. However, if an age or condition threshold for switching tactics has evolved that maximizes fitness, then we would expect some compensating costs associated with the attached tactic. In this study we investigate a previously unexplored, potential cost to the attached male tactic: nutritional stress caused by a reduced ability to feed while attached to a female (Brockmann 2003).

Adult horseshoe crabs feed on a variety of items (e.g. bivalves, polychaetes, crustaceans) by digging into the substrate, stirring up sediment with their walking legs, and grasping food and directing it to their ventral mouth with their chelae and chelicerae. Gnathobases (leg bases) that surround the mouth macerate the food and also help to manipulate food into the mouth where it is then drawn into the esophagus (Manton 1964; Wyse & Dwyer 1973; Botton

1984; Botton et al. 2003). During the breeding season, attached males hold onto the posterior opisthosomal spines of the female using a modified pair of pedipalps. As a result of amplexus, the attached male's mouth is dorsal to and covered by the female's telson (Brockmann 2003); moreover, attached males cannot bury themselves in the substrate to feed in their normal manner. Thus, our first hypothesis is that the attached tactic inhibits feeding ('reduced feeding hypothesis'). In Florida, males typically remain attached for a 1-week spawning cycle (mean $\pm$ SD length of attachment is $3.7 \pm 6.1$ days; Brockmann & Penn 1992), but occasionally may stay attached up to 51 days (Brockmann 2003). In other populations, they can remain attached for much longer (Shuster 1954); for example, in New England, attached pairs have been observed overwintering together (Barlow et al. 1987; Moore 2004). If attaching to females inhibits feeding, then our second hypothesis is that fasting is costly; that is, it results in a period of nutritional stress for males adopting the attached tactic ('nutritional stress hypothesis'). Since attached males do not spend energy locating spawning pairs as satellite males do, and since attached males are 'carried' along by females (females are the ones exerting energy in locomotion and digging while spawning and during circatidal movements to and from the beach), it is possible that fasting is not nutritionally stressful for attached males.

### Reduced Feeding Hypothesis

The first prediction of this hypothesis is that if the attached tactic inhibits feeding, then attached males will not defecate at all, or will produce less faecal material than satellite males (Table 1). We tested this prediction with a waste production experiment that compared the amount of faeces produced by attached and satellite males. Alternatively, if physical condition affects assimilation efficiency and subsequently the amount of faeces defecated, then differences in waste production may be due to the differences in condition between attached and satellite males. We tested this possibility by analysing the relationship between condition and waste production in both males and females. Additionally, our ability to detect differences in waste production assumes that food transit times (the latency for an indigestible marker to first appear in faeces; Karasov & del Rio 2007; Barboza et al. 2009) are the same for attached males and satellite males. Transit time can be influenced by the size of the animal's digestive tract, by the amount, type and quality of food intake (Barboza et al. 2009), and possibly by an animal's condition. Thus, differences in waste production between attached and satellite males may be due to differences in transit time. We tested this with an experiment by hand-feeding crabs with an indigestible marker to determine food passage time (Table 1). This experiment also allowed us to test a second

**Table 1**
Summary of the hypotheses, predictions and assumptions regarding a cost to feeding for the attached male reproductive tactic in horseshoe crabs, and the methods we used to test them

| Hypothesis | Prediction | Method |
|---|---|---|
| Reduced feeding | (1) Attached males defecate less than satellite males | Measure waste production over 12 h in wild animals |
| | (a) Assumes condition does not influence defecation | Correlate condition and faeces in males and females |
| | (b) Assumes equal gut transit times | Measure gut transit times in hand-fed, wild animals |
| | (2) Attached males more motivated to feed than satellites | Measure food consumption during hand feeding |
| | (3) Attached males eat less food than satellite males | Examine gut fullness of wild animals |
| Nutritional stress | (4) Higher $\delta^{15}N$ values in attached males | Measure $\delta^{15}N$ values of faeces of wild animals |
| | (c) Assumes starved animals will have higher $\delta^{15}N$ | Experimentally starve animals, measure $\delta^{15}N$ of faeces |
| | (d) Assumes no differences in diet between tactics, or, if differences exist, attached males are feeding at a lower tropic level (lower $\delta^{15}N$) | Examine gut contents of wild animals |

The reduced feeding hypothesis addresses whether attached males eat less than satellite males; the nutritional stress hypothesis addresses whether this reduction in feeding is costly.

M. D. Smith et al. / Animal Behaviour 85 (2013) 165–173

prediction of the reduced feeding hypothesis: if the attached tactic inhibits feeding, then attached males should be more motivated to eat than satellite males (Table 1). A third, more direct prediction is that if the attached tactic inhibits feeding, then the amount of food in the digestive tract should be lower for attached males compared to satellite males (Table 1). We tested this by examining the gut fullness of attached and satellite males.

### Nutritional Stress Hypothesis

Nutritional stress due to a period of fasting (i.e. when feeding is forgone in favour of other activities; McCue 2010) or starvation (i.e. when feeding is prevented due to some extrinsic limitation; McCue 2010) can be inferred from stable isotope values of animal tissues (Hobson et al. 1993; Gannes et al. 1997, 1998; del Rio & Wolf 2005; Castillo & Hatch 2007; McCue 2007; McCue & Pollock 2008; del Rio et al. 2009). If an animal is in a negative energetic balance, $^{15}N$ is preferentially retained, while $^{14}N$ is excreted. As a result, $\delta^{15}N$ values increase in tissues over time as the animals 'feed on themselves' (McCue & Pollock 2008). Increased $\delta^{15}N$ values during fasting or starvation occurs in a wide variety of taxa and tissue types (reviewed in McCue & Pollock 2008), including in the excreta of lizards (Castillo & Hatch 2007) and rattlesnakes (McCue 2007). Thus, the first prediction of the nutritional stress hypothesis is that values of $\delta^{15}N$ from faeces of attached males will be higher compared to satellite males and females (Table 1). We tested this prediction by examining the stable isotope signatures of faeces from attached males, satellite males and females.

Alternatively, variation in $\delta^{15}N$ values can reflect differences in the trophic level at which animals are feeding: as animals feed at higher trophic levels, the value of $\delta^{15}N$ in their tissues increases (Deniro & Epstein 1981; Michener & Schell 1994). Hence, changes in $\delta^{15}N$ values may reflect either nutritional stress or differences in diet. Inferring that differences in $\delta^{15}N$ values are due to nutritional stress, rather than differences in diet, requires demonstrating that: (1) fasting or starving does indeed cause an increase in the $\delta^{15}N$ values of faeces in horseshoe crabs, and (2) any differences in diet between attached and satellite males cannot explain the differences in $\delta^{15}N$ values. We tested whether differences in $\delta^{15}N$ values were due to fasting in two ways. First, we conducted a 4-week experiment in which we starved some animals, but fed others. If differences in $\delta^{15}N$ values are due to nutritional stress rather than differences in diet, then $\delta^{15}N$ values should be higher in animals that were starved compared to those that were fed (Table 1). Second, we compared the gut contents of attached and satellite males. If gut contents analysis revealed that attached males fed at a higher tropic level than satellite males, then we would not be able to tell whether high $\delta^{15}N$ values were due to nutritional stress or diet. However, if gut content analysis revealed that diets of attached males were at a lower trophic level than those of satellite males, then high $\delta^{15}N$ values would be due to nutritional stress.

### METHODS

We conducted this study during 2008–2011 at the University of Florida Seahorse Key Marine Laboratory. Seahorse Key is a 67-ha island that is part of the Cedar Keys National Wildlife Refuge along the northwestern Gulf coast of Florida. We collected adult horseshoe crabs as they initially came to the beach to spawn during evening high tides. Each animal was marked uniquely with a numbered thumb tack, placed immediately into a clean bucket, transported to the laboratory on the island, and placed into separate, randomly assigned holding tanks (one crab per tank). The holding tanks were $61 \times 61 \times 20$ cm deep, and fed by a flow-through, running sea water system. For all animals used in our experiments, we measured their body size (maximum carapace width in cm) and assessed their condition using an index based on visual inspection of their carapace. Each individual was assigned a condition score based on (1) carapace colour, which darkens as the carapace erodes, (2) the amount of mucus present, which deters fouling organisms, and (3) the degree of pitting of the carapace, which is caused by chitinoclastic bacteria (modified from previous studies; for complete methods see Brockmann & Penn 1992; Brockmann 1996; Brockmann 2002). Each of the three criteria had a maximum score of 5 points, thus a maximum of 15 points was possible and represented the highest condition. Previous studies have shown that attached males are in better condition than satellite males, but there are no differences in carapace width (CW) between males that show different mating status (attached or satellite: Brockmann & Penn 1992; Brockmann et al. 1994; Brockmann 1996, 2002); these patterns were also supported for the animals used in this study.

### Measuring Waste Production

During 4–17 October 2008 and 10–14 March 2009, we conducted an experiment to test whether attached males produced less faecal waste than satellite males (Table 1: prediction 1). Each experimental replicate consisted of three animals collected from the beach at the same time: a female, her attached male, and one satellite male associated with this pair ($N = 27$ replicates and 81 individual horseshoe crabs). In the running sea water system where we conducted this experiment, sea water is pumped into a large holding tank before entering the individual tanks, and water runs out of each individual tank through an overflow pipe. Hence, the relatively heavy packet of waste produced by horseshoe crabs did not flow out of the individual tanks. However, some debris did flow in, which could affect our measure of waste produced. So, in addition to the three tanks that each housed an attached male, a satellite male and a female, we added a fourth empty tank as a control for each replicate. We left all individuals in their individual holding tanks without food for 12 h before collecting waste (i.e. attached males and females were not coupled during the experiment). The average food passage time of horseshoe crabs was not known, and so we chose a 12 h time period (a priori) based on our best estimate of what it might be; this time period turned out to be reasonable because all animals had produced waste within 12 h. After the crabs were returned to the ocean, we siphoned out all visible waste and debris from each holding tank through a fine-mesh plastic filter. We then rinsed off this plastic filter and collected the sample remaining on a piece of filter paper. Each sample was dried for 4 h in an oven at 60 °C and weighed (in g, minus the weight of the filter paper).

Body size was positively correlated with the amount of faeces produced (linear regression: $r^2 = 0.25$, $F_{1,78} = 26.0$, $P < 0.0001$). Therefore, we applied a size correction to our measure of waste production ((log waste − control)/log CW × 100) and compared the amount of waste (minus the amount of debris found in the control tanks) that was produced among the groups using paired $t$ tests. If differences in waste production were due to the differences in physical condition between attached and satellite males (Table 1: assumption a), then we would expect a relationship between condition and the amount of faeces produced for both males and females. We analysed the influence of condition on the amount of faeces produced with two ANOVAs: one for males and a second for females.

### Measuring Food Transit Time

We tested the assumption of equal transit times (Table 1: assumption b) by conducting an experiment during 28–30 March

and 12–27 April 2010 that compared transit time between male tactics (females were also tested for comparison). We collected animals for this experiment ($N = 16$ for attached males, 15 for satellite males, and 14 for females), and then left them in the holding tanks for 12 h before the experiment began so that all had defecated prior to the start of the experiment. We cut a large, fresh shrimp into 10 equal pieces ($1.07 \pm 0.08$ g) and soaked it for 10–30 min in a solution of 2.1 g carmine red dye (an inert digestion marker) and 1–2 ml of water. We fed each animal by taking it out of the holding tank, turning it ventral side up on a table and placing individual pieces of shrimp in its mouth, ad libitum for 20 min. We then checked the animals every 3 h until we observed the red dye in their faeces. We chose this 3 h interval based on observations from the waste production experiment.

We wanted to compare the transit time among our three groups, but we also wanted to know whether the amount of shrimp consumed or the animal's physical condition influenced transit time. Therefore, we conducted an ANCOVA with transit time as the response variable, status (attached, satellite or female) as the explanatory variable, and the amount of shrimp consumed and the crab's physical condition as covariates. Additionally, the reduced feeding hypothesis predicts that attached males will eat more than satellite males when given an opportunity to feed (Table 1: prediction 2). We compared the amount of shrimp eaten among the three groups with an ANOVA, and then conducted least squares means contrasts to identify specific differences between groups.

### Stable Isotope Analysis of Faeces

To test whether values of $\delta^{15}N$ of faeces were higher for attached males compared to satellite males (Table 1: prediction 4), we collected faeces from the waste production experiment (spring 2008 samples only, $N = 19$ for each group). We removed any sand present in the samples, and then each faecal sample was ground to a homogenous, fine powder using a mortar and pestle. All samples were analysed by the Stable Isotope Mass Spectrometry Lab in the Department of Geological Sciences at the University of Florida to determine values of $\delta^{15}N$ (‰, normalized to air). We compared stable isotope values among the three groups with an ANOVA, and then conducted least squares means contrasts to identify specific differences between groups.

### Effect of Starvation on Faecal Stable Isotope Values

We first tested whether differences in $\delta^{15}N$ values between attached and satellite males are due to nutritional stress (Table 1: assumption c) by conducting an experiment where we fed some crabs and starved others. On 27 March 2011, we collected 20 satellite males from Seahorse Key and brought them to the lab at the University of Florida in Gainesville. Crabs were kept on a 12:12 h light:dark cycle in a 1360-litre tank of filtered sea water with a salinity of 28–30 ‰, at room temperature (approximately 21 °C). Partial water changes were conducted every third day to alleviate nitrate build-up. We hand-fed all crabs a diet of freshly frozen bay scallops (*Chlamys patagonica*) that were purchased from a local grocery store (Publix brand). Every other day for 4 weeks, each crab was fed ad libitum for 15 min. After this acclimation period, we placed each crab in a 22-litre container with an oxygen bubbler for 48 h. We checked the containers every 3 h and collected any faeces that were produced. The faeces collected at this time were used to obtain the pretreatment $\delta^{15}N$ values. We then randomly chose 10 crabs to receive a feeding treatment, and another 10 crabs for a starving treatment. For animals in the feeding treatment, we continued the same feeding schedule as before. Animals in the starving treatment received no food, but were handled exactly

as in the feeding treatment to simulate the feeding process. The experiment ran for 4 weeks, and on the last day we feed all crabs once ad libitum for 15 min. We then placed animals back into individual containers for 48 h and collected all faeces to obtain post-treatment $\delta^{15}N$ values. Each faecal sample was placed onto a coffee filter and dried for 4 h in an oven at 60 °C. The samples were then removed from the filter, ground to a homogenous powder, and analysed at the University of Florida Stable Isotope Mass Spectrometry Lab. All horseshoe crabs were then fed ad libitum for 1 week and returned to the beach from which they had been collected.

We conducted paired *t* tests on the feeding and starving groups separately to test whether the mean difference between pre- and post-treatment values was different from zero. We then conducted a matched-pairs analysis of grouped data with 'treatment' (feeding or starving) as a grouping variable. This analysis performs two *F* tests that evaluate whether the values across treatment groups differ: (1) the 'mean difference' tested whether the change across the pair of responses (pre- and post-treatment values) differed in the feeding and starving groups; (2) and the 'mean mean' tested whether the average response for a subject differed in the feeding and starving groups (SAS Institute 2007).

### Gut Contents Analysis

The above experiments reflect our best efforts to measure the feeding habits of attached and satellite males without sacrificing animals. While these experiments can show support (or not) for the reduced feeding and nutritional stress hypotheses, they are indirect. Therefore, a measure of gut contents was needed to confirm the waste production experiment and to fully interpret the isotope results. We attempted to use a nonlethal lavage technique, but this failed. Thus, in order to measure directly what and how much males were eating, we decided to sacrifice a limited number of animals and examine their gut contents. We collected 10 attached males and 10 satellite males on 20 April 2011 while they were spawning on the evening tide. We collected these animals on the first day of that particular week-long spawning cycle to maximize the likelihood that attached males would have some food in their gut. This also allowed us to compare directly (and conservatively) the amount of food in the gut between attached and satellite males (Table 1: prediction 3). The animals were euthanized by immediately placing them in a freezer for 24 h (Botton & Ropes 1989). The euthanized crabs were fixed in 10% formalin for 4–5 days; we then dissected out the digestive tract and stored it in 90% ethanol for 2 weeks (Botton & Ropes 1989). We first cut open the digestive tract (esophagus, proventriculus, mid gut and hindgut) to estimate gut fullness (e.g. a score of 100% was assigned if the entire length and width of the gut was filled). Gut contents were then removed by hand and placed in vials with 90% ethanol (Botton & Ropes 1989).

During the removal of gut contents, we specifically separated sea grass that was found in the esophagus and proventriculus (but not the lower digestive tract) from other materials because it represents a low trophic-level food source. Therefore, differences in sea grass consumption between attached and satellite males may inform whether any differences in $\delta^{15}N$ values are the result of nutritional stress, or of feeding on different trophic levels (Table 1: assumption d). All sea grass was then dried in an oven at 60 °C for 4 h and weighed (mg). We used *t* tests to compare (1) gut fullness and (2) amount of grass in the esophagus and proventriculus between attached and satellite males.

To meet the assumptions of normality and homogeneity of variance, we log-transformed the values of (1) the amount of faeces defecated, (2) transit times, (3) weight of shrimp consumed and (4)

M. D. Smith et al. / Animal Behaviour 85 (2013) 165–173

**Table 2**
Values of various measures for three groups of horseshoe crabs (attached males, satellite males, and females) collected from Seahorse Key, FL, U.S.A., in 2008–2010

| | Attached males | | | Satellite males | | | Females | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mean±SD | N | 95% CI | Mean±SD | N | 95% CI | Mean±SD | N | 95% CI |
| Carapace width (cm) | 16.2±0.85 | 43 | 16–16.5 | 16.1±1.0 | 43 | 15.8–16.4 | 21.4±2.1 | 43 | 20.8–22.1 |
| Defecation (g, dry weight) * | 0.79±1.1 | 27 | 0.34–1.24 | 1.24±1.4 | 27 | 0.70–1.78 | 3.8±3 | 27 | 2.61–4.94 |
| Shrimp consumed (g, wet weight) | 0.48±0.3 | 16 | 0.31–0.65 | 0.44±0.3 | 16 | 0.28–0.59 | 0.29±0.2 | 16 | 0.16–0.42 |
| Transit time (h) | 18.9±9.1 | 16 | 14.0–24.0 | 17.5±6.7 | 15 | 13.8–21.2 | 22.8±10.7 | 14 | 16.3–29.0 |
| Faeces $\delta^{15}N$ (‰) | 5.0±1.3 | 19 | 4.4–5.6 | 4.2±1.1 | 19 | 3.7–4.7 | 4.0±1.6 | 19 | 3.3–4.8 |
| Gut fullness (%) | 12.4 ± 1.2 | 10 | 8.9–17.4 | 31.0±1.2 | 10 | 22.2–43.4 | — | — | — |
| Foregut sea grass (mg) | 9.4 ± 2.3 | 10 | 4.2–14.5 | 3.1±1.4 | 10 | 0–6.3 | — | — | — |
| Median condition† | 8 | 14 | 7–10‡ | 7 | 43 | 5–9‡ | 7 | 43 | 6–9‡ |

* Waste minus debris in control tanks. Control tanks had an average of 0.13 ± 0.3 g of material present (95% CI = 0.01–0.26).
† Based on carapace colour, amount of mucus present and degree of pitting of the carapace (5 points each, 15 points denotes best possible condition).
‡ 25% and 75% quartiles.

sea grass weight in the gut prior to all analyses. All tests were two tailed, and all variation is reported as standard error, except where noted. Statistical tests were performed using JMP v.8 (SAS Institute, Inc., Cary, NC, U.S.A.), and all figures were created using Sigma Plot (SYSTAT Software 2008) and Adobe Illustrator (Adobe Systems 2007).

## RESULTS

### Waste Production

The mean amount of waste produced (controlled for body size) differed between the three groups (Table 2, Fig. 1). In support of prediction 1, satellite males produced 57% more waste than attached males (paired $t$ test: $t_{25} = 2.7$, $P = 0.012$); females also produced more waste than either attached males ($t_{25} = 6.1$, $P < 0.0001$) or satellite males ($t_{25} = 5.4$, $P < 0.0001$). Condition was not related to the amount of faeces produced for males (ANOVA: $F_{7, 45} = 0.8$, $P = 0.569$) or females ($F_{7, 19} = 0.6$, $P = 0.722$), which verifies assumption a.

### Transit Time

We found verification for assumption b: the whole model ANCOVA was not significant ($F_{10, 34} = 1.0$, $P = 0.440$), and transit time was not influenced by mating status ($F_2 = 1.3$, $P = 0.284$), carapace condition ($F_7 = 1.0$, $P = 0.421$), or the amount of food consumed ($F_1 = 0.2$, $P = 0.669$; Table 2, Fig. 1). In contrast to prediction 2, attached and satellite males did not differ in the amount of food eaten during the 20 min feeding period (contrasts: $F_{1, 45} = 0.2$, $P = 0.679$); however, females ate more (contrasts: $F_{1, 45} = 4.1$, $P = 0.048$) than both attached and satellite males (Table 2).

### Stable Isotope Analysis of Faeces

In accordance with prediction 4, the mean $\delta^{15}N$ values for attached males were slightly higher than those for satellite males (difference = 0.82 ± 0.4‰; contrasts: $F_{1, 54} = 3.6$, $P = 0.063$) and females (difference = 0.99 ± 0.4‰; contrasts: $F_{2, 54} = 3.1$, $P = 0.024$; Table 2, Fig. 2). We found no difference between satellite males and females (difference = 0.18 ± 0.4‰; contrasts: $F_{1, 54} = 0.2$, $P = 0.677$; Table 2, Fig. 2).

### Experimental Starvation

The mean difference between pre- and post-treatment was not greater than zero for the fed group (mean = −0.54 ± 0.4‰; paired $t$ test: $t_8 = −1.4$, $P = 0.208$), but was greater than zero for the starved group (mean = 1.06 ± 0.2‰; paired $t$ test: $t_9 = 6.3$, $P = 0.0001$), confirming assumption c. Analysis of grouped data showed



**Figure 1.** (a) Mean ± SE faecal mass produced in 12 h by wild-caught horseshoe crabs ($N = 19$/group), corrected for the amount of waste found in control tanks and the body size (carapace width, CW) of animals: ((waste − control)/CW × 100). (b) Mean ± SE transit time of food through the gut in horseshoe crabs that were experimentally fed carmine-red-dyed shrimp ($N = 16$ attached males, $N = 15$ satellite males, $N = 14$ females). All individuals from the three groups were collected from Seahorse Key, FL, U.S.A. Different letters above bars denote significant differences ($P = 0.05$) between groups based on least squares means contrasts.

*M. D. Smith et al. / Animal Behaviour 85 (2013) 165–173*



**Figure 2.** Mean ± SE values of $\delta^{15}$N stable isotopes in faeces produced by three groups of horseshoe crabs ($N = 19$ each for each group) collected from Seahorse Key, FL, U.S.A. Values for attached males were higher than those of satellite males ($P = 0.063$) and females ($P = 0.024$).

differences in the response (pre- and post-treatment) of $\delta^{15}$N values across the two treatment groups (fed and starved) for both the among-pairs 'mean mean' (matched pairs: $F = 9.1$, $P = 0.008$) and the within-pairs 'mean difference' (matched pairs: $F = 14.9$, $P = 0.001$; Fig. 3).





**Figure 3.** (a) Mean ± SE pre- and post-treatment values of $\delta^{15}$N from two groups of satellite male horseshoe crabs: one group was starved for 4 weeks and the other group was fed scallops ad libitum for 4 weeks ($N = 10$ each). (b) Mean ± 95% CI difference in $\delta^{15}$N values for the two experimental groups (post-treatment minus pretreatment). An asterisk indicates a significant difference ($P \leq 0.001$) between pre- and post-treatment values.

*Gut Contents*

In accordance with prediction 3, gut fullness (all contents) was 150% greater ($t$ test: $t_{18} = 4.0$, $P = 0.0008$) for satellite males compared to attached males (Table 2, Fig. 4). Additionally, we found confirmation for assumption d: attached males had 200% more sea grass in the esophagus and proventriculus ($t$ test: $t_{15} = 2.3$, $P = 0.035$) than did satellite males (Table 2, Fig. 4).

## DISCUSSION

The maintenance of condition-dependent ARTs in a population depends on there being conditions under which each tactic is more successful (Gross 1996; Brockmann & Taborsky 2008). Until this study, the trade-offs between the attached tactic in male horseshoe crabs have not been obvious. Satellite males produced more faeces than attached males, had higher gut fullness and had slightly lower $\delta^{15}$N values than attached males. Thus, our results support the hypothesis that advantages of the attached tactic come at a cost of reduced feeding and nutritional stress.

Food transit times (range 6–39 h) were well within the time that most males remain attached to females (mean ± SD = 3.7 ± 6.1 days; Brockmann & Penn 1992). Coupled with the fact that attached males produced some faeces during the waste production experiment, it appears that males and females probably feed while paired. However, attached males only produced approximately half as much waste on average as satellite males. In addition, there was no difference in transit time between attached and satellite males, and condition did not influence the amount of faeces produced. Thus, the results from the waste production experiment demonstrate support for the reduced feeding hypothesis. The gut content analysis showing that the guts of satellite males were 2.5 times fuller than those of attached males also strongly supports this hypothesis.

Lower faecal production and an emptier gut could have been due to attached males being less motivated to feed, as opposed to being due to the physical constraint of being attached. But, this appears to be unlikely because the amount of food eaten by attached and satellite males in the transit time experiment did not differ. In fact, the reduced feeding hypothesis makes the opposite prediction: that attached males should be more motivated to eat. We found no support for this prediction, although our measure of consumption might not accurately reflect motivation to feed due to the rather artificial feeding conditions. Alternatively, our results may have been due to satellite males eating more recently. For example, perhaps attached males do not feed at all after attaching, and that the waste we saw was what remained of their intake prior to attaching. Nevertheless, both possibilities suggest reduced food consumption for attached males in this population. Furthermore, we show that this reduced feeding is costly for males that are using the attached tactic, even though attached males may have lower energetic requirements than satellite males, because the female 'carries' them and because they are not required to spend energy locating multiple mating groups on each tide. Additionally, given the trade-off between food passage time and digestive efficiency (Penry 1993), males may slow their food passage time to increase assimilation efficiency when attached, thereby compensating for not eating as much as the satellite males. Our study was not designed to test this, but passage times did not differ for attached and satellite males, and evidence of increased $\delta^{15}$N values for attached males refutes this hypothesis and demonstrates nutritional stress in attached males.

A model proposed by del Rio & Wolf (2005) predicts that $\delta^{15}$N values will increase with fasting time. It seems paradoxical that $\delta^{15}$N should increase in excreta of starving animals, even though $^{15}$N is preferentially retained and $^{14}$N is excreted. However, the increase in



**Figure 4.** Mean ± SE (a) percentage of gut fullness and (b) mass of sea grass found in the gut of attached and satellite male horseshoe crabs ($N = 10$ each). Asterisks indicate significant differences (*$P \leq 0.05$; **$P \leq 0.001$) between attached and satellite males.

$\delta^{15}N$ values of excreta during starvation is thought to result from the breakdown of structural proteins (that tend to have higher $\delta^{15}N$ values) that progressively contribute to the pool of labile proteins (i.e. those most readily metabolized to nitrogenous waste), thus becoming the primary source of nitrogen in the excreta (Castillo & Hatch 2007; McCue 2007). Additionally, in horseshoe crabs, nitrogenous waste is converted to ammonia and dumped via their book gills and coxal gland (Towle et al. 1982) rather than in their faeces.

Our observations of horseshoe crabs showed that the faeces of attached males had $\delta^{15}N$ values that were $0.82 \pm 0.4\%$ higher than satellite males. While this difference was not statistically significant, the effect size was nearly 20% higher for attached males, and lack of significance may be due to our relatively small sample sizes. In order to attribute this difference to nutritional stress we first had to show that starvation produces an increase in $\delta^{15}N$ values in faeces. Experimentally, we found that a 4-week starvation increased $\delta^{15}N$ values by $1.06 \pm 0.2\%$ from the initial measurement, whereas the values did not change for animals that were fed. The degree of enrichment that we found observationally and experimentally is comparable to the results from other studies. For example, in quail that were fed a reduced food intake, blood $\delta^{15}N$ values increased by 0.8‰ compared to controls (Hobson et al. 1993); in lizards, uric acid $\delta^{15}N$ values increased by 2.2‰ after 14 days of starving (Castillo & Hatch 2007); in Daphnia, whole body tissue $\delta^{15}N$ values increased by 0.4‰ after 5 days of starving compared with controls (Adams & Sterner 2000); and in spider hatchlings, whole body tissue $\delta^{15}N$ values increased by 1.3‰ after 12 days of starving compared with initial values (Oelbermann & Scheu 2002).

We found little evidence that differences in $\delta^{15}N$ values between attached and satellite males reflects a difference in the trophic level at which they are feeding or a difference in their diet. Horseshoe crabs create a slurry of sediment and food when they feed (Botton et al. 2003), and it seems likely that attached males are able to grab food particles missed by the females. However, we found that attached males are less similar to females in $\delta^{15}N$ values than are satellite males. Because attached males are physically associated with females, we would have expected the opposite outcome. Perhaps attached males selectively feed on animal tissue (which has higher $\delta^{15}N$ values) rather than on plant matter and detritus (which

is a typical food source that has low $\delta^{15}N$ values; Carmichael et al. 2004). If attached males ate at a higher trophic level (e.g. ate less organic material) than satellite males or females, it could explain why attached males had higher $\delta^{15}N$ values, and also why they differed more from females than from satellite males. However, we found the opposite pattern: attached males actually consumed three times more plant material than did satellite males. This result, along with the finding that experimental starving increased $\delta^{15}N$ values, indicates that the increase in $\delta^{15}N$ values of naturally occurring attached males are the result of a period of fasting, as opposed to differences in diet.

The pattern of more plant material in the diets of attached males may further explain how amplexus disrupts feeding. In addition to blocking the mouth and preventing attached males from burying into the substrate, amplexus may also interfere with the processing of food. Horseshoe crabs grab food items using terminal pincers located on their chelicerae, pedipalps and prosomal legs 2–4 (sensu Botton et al. 2003), which then direct the food towards the mouth for processing (Manton 1964; Wyse & Dwyer 1973; Botton 1984; Botton et al. 2003). Like many Chelicerata, horseshoe crabs use pairs of biting or chewing coxal gnathobases to process food (Manton 1964). Coxal feeding is performed by repeated transverse abduction and adduction of the proximal segments of the walking legs (i.e. gnathobases and coxa). Spines on each gnathobase are directed inward and serve to hold and macerate food. During the rhythmic movements of feeding, successive pairs of legs move out of phase (phase difference = 0.5 s), resulting in food being partially shredded and pushed towards the mouth (Manton 1964; Wyse & Dwyer 1973). Once drawn into the mouth, food passes through the esophagus into the proventriculus, which is a muscular organ that further fractures food into a pulp by muscle action (Botton et al. 2003).

Larger food items are processed by gnathobases of legs 3 and 4, which shred out a strand of tissue and draw it forward towards the mouth. Hard food items are gripped between the chilaria (highly reduced, spine-covered appendages) and are frequently held in position by extending the genital operculum 90° from the normally flat position. Once in position, hard food items are cracked by the 6th coxae before being passed to gnathobases of legs 2–4. In contrast, soft food is manipulated by limbs 1–4 and can be placed directly into the mouth (Manton 1964). Amplexus may inhibit the grasping of food with chelicerae (as they are in close contact with

a female's opisthosoma when attached) or interfere with the rhythmic movements of coxal feeding that are needed to process larger, tougher food items, and may also prevent attached males from extending their genital operculum to hold harder food items in place. Thus, attached males may be restricted to feeding on soft food items that can be grasped by the pincers of their more posterior legs and placed directly in the mouth, and then macerated by the proventriculus. Sea grass may be an easily accessible food item that could fulfil such requirements.

Taken together, our results demonstrate that reduced consumption of food and a period of nutritional stress are costs of the attached tactic not previously considered. There is evidence that male horseshoe crabs in other populations remain attached longer than those in the Seahorse Key population used in our study (Shuster 1954; Barlow et al. 1987; Moore 2004), and that males in other horseshoe crab species are more highly attached and remain attached for longer periods (Botton et al. 1996; Brockmann & Smith 2009), suggesting even greater costs of attaching in those populations and species.

In conclusion, this is one of the first studies to use stable isotopes to investigate a predicted period of nutritional stress in a natural population of animals. Moreover, this study furthers our understanding of the trade-offs in this system and provides a key piece of information that may potentially explain why these alternative tactics in horseshoe crabs take the form that they do. Our findings show that the satellite tactic has specific benefits in that these males are able to feed, whereas feeding is restricted for attached males. Low-energy alternative phenotypes or behaviours often evolve as a release from the energetic demands of 'preferred' phenotypes (Taborsky 1998; Widemo 1998; Cummings & Gelineau-Kattner 2009), and in some systems, a male's success for a given tactic may partially depend on energy reserves (McCauley et al. 2000). Therefore, older males in poorer condition may not be able to afford the cost of reproduction (i.e. periodic fasting) that accompanies being attached to a female during breeding. Consequently, the satellite tactic may allow males to maintain (or regain) a positive energy balance while still obtaining reproductive success. Investigating this hypothesis is the next step to fully understanding the evolution and maintenance of alternative tactics in horseshoe crabs. Finally, the feeding costs associated with reproduction that we found, and the use of stable isotopes techniques to measure such costs, has implications in other systems with similar ARTs (Wells 1977a, b; Robertson 1986a, b) and in systems with extended periods of mate guarding (Alberts et al. 1996; Sparkes et al. 1996; Saeki et al. 2005).

## Acknowledgments

We thank Melissa Clark and Jessica Diller, who conducted the retention time experiment, Kim Barbeitos and Lindsay Keegan, who assisted with the waste production experiment, Jason Curtis and the University of Florida Mass Spectrometry Lab, who conducted the isotope measurements, and Ben Olivar, Pete Ryschkewitsch and Mike Gunter, who provided support with animal care and lab maintenance. The research was carried out under a special use permit from the Cedar Keys National Wildlife Refuge. We thank the Lower Suwannee National Wildlife Refuge and its Manager, John Kasbohm, for their support of this project. We also thank the University of Florida Marine Laboratory at Seahorse Key, its Director, Harvey Lillywhite, and station managers Henry Coulter, Al Dinsmore and Bronko Gukanovich. This research was supported by the National Science Foundation IOB-0641750 to Jane Brockmann. We also thank Daniel Hahn, Doug Levey, Hope Klug, Hannah Vander Zanden and two anonymous referees for their helpful comments in improving the manuscript.

## References

Adams, T. S. & Sterner, R. W. 2000. The effect of dietary nitrogen content on trophic level N-15 enrichment. Limnology and Oceanography, 45, 601–607.

Adobe Systems 2007. Adobe Illustrator. Version CS3. San Jose, California: Adobe Systems.

Alberts, S. C., Altmann, J. & Wilson, M. L. 1996. Mate guarding constrains foraging activity of male baboons. Animal Behaviour, 51, 1269–1277.

Barboza, P. S., Parker, K. L. & Hume, I. D. 2009. Integrative Wildlife Nutrition. Berlin: Springer–Verlag.

Barlow, R. B., Powers, M. K., Howard, H. & Kass, L. 1986. Migration of Limulus for mating: relation to lunar phase, tide height, and sunlight. Biological Bulletin, 171, 310–329.

Barlow, R. B., Powers, M. K., Howard, H. & Kass, L. 1987. Vision in Limulus mating and migration. In: Signposts in the Sea (Ed. by W. F. Herrnkind & A. B. Thistle), pp. 69–84. Tallahassee: Florida State University Press.

Botton, M. L. 1984. Diet and food preferences of the adult horseshoe crab Limulus polyphemus in Delaware Bay, New Jersey, USA. Marine Biology, 81, 199–207.

Botton, M. L. & Loveland, R. E. 1989. Reproductive risk: high mortality associated with spawning by horseshoe crabs (Limulus polyphemus) in Delaware Bay, USA. Marine Biology, 101, 143–151.

Botton, M. L. & Loveland, R. E. 1993. Predation by herring gulls and greater black-back gulls on adult horseshoe crabs (Limulus polyphemus). Wilson Bulletin, 105, 518–521.

Botton, M. L. & Ropes, J. W. 1989. Feeding ecology of horseshoe crabs on the Continental Shelf, New Jersey to North Carolina. Bulletin of Marine Science, 45, 637–647.

Botton, M. L., Shuster, C. N., Jr, Sekiguchi, K. & Sugita, H. 1996. Amplexus and mating behavior in the Japanese horseshoe crab. Tachypleus tridentatus. Zoological Science, 13, 151–159.

Botton, M. L., Shuster, C. N., Jr & Keinath, J. A. 2003. Horseshoe crabs in a food web: who eats whom? In: The American Horseshoe Crab (Ed. by C.N. Shuster Jr, R. B. Barlow & H. J. Brockmann), pp. 133–153. Cambridge, Massachusetts: Harvard University Press.

Brockmann, H. J. 1990. Mating-behavior of horseshoe crabs, Limulus polyphemus. Behaviour, 114, 206–220.

Brockmann, H. J. 1996. Satellite male groups in horseshoe crabs, Limulus polyphemus. Ethology, 102, 1–21.

Brockmann, H. J. 2001. The evolution of alternative strategies and tactics. Advances in the Study of Behavior, 30, 1–51.

Brockmann, H. J. 2002. An experimental approach to altering mating tactics in male horseshoe crabs (Limulus polyphemus). Behavioral Ecology, 13, 232–238.

Brockmann, H. J. 2003. Male competition and satellite behavior. In: The American Horseshoe Crab (Ed. by C.N. Shuster Jr, R. B. Barlow & H. J. Brockmann), pp. 50–82. Cambridge, Massachusetts: Harvard University Press.

Brockmann, H. J. & Penn, D. 1992. Male mating tactics in the horseshoe crab, Limulus polyphemus. Animal Behaviour, 44, 653–665.

Brockmann, H. J. & Smith, M. D. 2009. Reproductive competition and sexual selection in horseshoe crabs. In: Biology and Conservation of Horseshoe Crabs (Ed. by J. T. Tanacredi, M. L. Botton & D. R. Smith), pp. 199–221. New York: Springer.

Brockmann, H. J. & Taborsky, M. 2008. Alternative reproductive tactics and the evolution of alterntive allocation phenotypes. In: Alternative Reproductive Tactics: an Integrative Approach (Ed. by R. F. Oliveira, M. Taborsky & H. J. Brockmann), pp. 25–51. Cambridge: Cambridge University Press.

Brockmann, H. J., Colson, T. & Potts, W. 1994. Sperm competition in horseshoe crabs (Limulus polyphemus). Behavioral Ecology and Sociobiology, 35, 153–160.

Brockmann, H. J., Nguyen, C. & Potts, W. 2000. Paternity in horseshoe crabs when spawning in multiple-male groups. Animal Behaviour, 60, 837–849.

Brockmann, H. J., Oliveira, R. F. & Taborsky, M. 2008. Integrating mechanisms and function: prospects for future research. In: Alternative Reproductive Tactics: an Integrative Approach (Ed. by R. F. Oliveira, M. Taborsky & H. J. Brockmann), pp. 471–489. Cambridge: Cambridge University Press.

Carmichael, R. H., Rutecki, D., Annett, B., Gaines, E. & Valiela, I. 2004. Position of horseshoe crabs in estuarine food webs: N and C stable isotopic study of foraging ranges and diet composition. Journal of Experimental Marine Biology and Ecology, 299, 231–253.

Castillo, L. P. & Hatch, K. A. 2007. Fasting increases delta N-15 values in the uric acid of Anolis carolinensis and Uta stansburiana as measured by nondestructive sampling. Rapid Communications in Mass Spectrometry, 21, 4125–4128.

Cohen, J. A. & Brockmann, H. J. 1983. Breeding activity and mate selection in the horseshoe crab, Limulus polyphemus. Bulletin of Marine Science, 33, 274–281.

Cummings, M. E. & Gelineau-Kattner, R. 2009. The energetic costs of alternative male reproductive strategies in Xiphophorus nigrensis. Journal of Comparative Physiology, 195, 935–946.

Deniro, M. J. & Epstein, S. 1981. Influence of diet on the distribution of nitrogen isotopes in animals. Geochimica et Cosmochimica Acta, 45, 341–351.

Gannes, L. Z., O'Brien, D. M. & del Rio, C. M. 1997. Stable isotopes in animal ecology: assumptions, caveats, and a call for more laboratory experiments. Ecology, 78, 1271–1276.

Gannes, L. Z., del Rio, C. M. & Koch, P. 1998. Natural abundance variations in stable isotopes and their potential uses in animal physiological ecology. Comparative Biochemistry and Physiology, 119, 725–737.

Gross, M. R. 1996. Alternative reproductive strategies and tactics: diversity within sexes. Trends in Ecology & Evolution, 11, 92–98.

**Hobson, K. A., Alisauskas, R. T. & Clark, R. G.** 1993. Stable nitrogen isotope enrichment in avian tissues due to fasting and nutritional stress: implications for isotopic analyses of diet. *Condor*, **95**, 388–394.

**Karasov, W. H. & del Rio, C. M.** 2007. *Physiological Ecology: How Animals Process Energy, Nutrients, and Toxins.* Princeton, New Jersey: Princeton University Press.

**McCauley, S. J., Bouchard, S. S., Farina, B. J., Isvaran, K., Quader, S., Wood, D. M. & St Mary, C. M.** 2000. Energetic dynamics and anuran breeding phenology: insights from a dynamic game. *Behavioral Ecology*, **11**, 429–436.

**McCue, M. D.** 2007. Western diamondback rattlesnakes demonstrate physiological and biochemical strategies for tolerating prolonged starvation. *Physiological and Biochemical Zoology*, **80**, 25–34.

**McCue, M. D.** 2010. Starvation physiology: reviewing the different strategies animals use to survive a common challenge. *Comparative Biochemistry and Physiology A*, **156**, 1–18.

**McCue, M. D. & Pollock, E. D.** 2008. Stable isotopes may provide evidence for starvation in reptiles. *Rapid Communications in Mass Spectrometry*, **22**, 2307–2314.

**Manton, S. M.** 1964. Mandibular mechanisms and the evolution of arthropods. *Philosophical Transactions of the Royal Society of London, Series B*, **247**, 1–183.

**Michener, R. H. & Schell, D. M.** 1994. Stable isotope ratios as tracers in marine aquatic food webs. In: *Stable Isotopes in Ecology and Environmental Science* (Ed. by K. Lajtha & R. H. Michener), pp. 138–157. Oxford: Blackwell Scientific.

**Moore, S.** 2004. *The Taunton Bay assessment. Report to Marine Resouces Committee, Maine Legislature.* W. Boothbay Harbor, Maine: Maine Department of Marine Resources.

**Oelbermann, K. & Scheu, S.** 2002. Stable isotope enrichment (delta N-15 and delta C-13) in a generalist predator (*Pardosa lugubris*, Araneae: Lycosidae): effects of prey quality. *Oecologia*, **130**, 337–344.

**Penn, D. & Brockmann, H. J.** 1995. Age-biased stranding and righting in male horseshoe crabs, *Limulus polyphemus*. *Animal Behaviour*, **49**, 1531–1539.

**Penry, D. L.** 1993. Digestive constraints of diet selection. In: *Diet Selection: an Interdisciplinary Approach to Foraging Behavior* (Ed. by R. W. Hughes), pp. 32–55. Oxford: Blackwell Scientific.

**del Rio, C. M. & Wolf, B. O.** 2005. Mass balance models for animal isotopic ecology. In: *Physiological and Ecological Adaptations to Feeding in Vertebrates* (Ed. by M. A. Starck & T. Wang), pp. 141–174. Enfield, New Hampshire: Science.

**del Rio, C. M., Wolf, N., Carleton, S. A. & Gannes, L. Z.** 2009. Isotopic ecology ten years after a call for more laboratory experiments. *Biological Reviews*, **84**, 91–111.

**Robertson, J. G. M.** 1986a. Female choice, mating strategies, and the role of vocalizations in the Australian frog *Uperoleia rugosa*. *Animal Behaviour*, **34**, 773–784.

**Robertson, J. G. M.** 1986b. Male territoriality, fighting, and assessment of fighting ability in the Australian frog, *Uperoleia rugosa*. *Animal Behaviour*, **34**, 763–772.

**Saeki, Y., Kruse, K. C. & Switzer, P. V.** 2005. Physiological costs of mate guarding in the Japanese beetle (*Popillia japonica* Newman). *Ethology*, **111**, 863–877.

**SAS Institute** 2007. Paired data: the matched pairs platform. In: JMP Statistics and Graphics Guide. Cary, North Carolina: SAS Institute.

**Sekiguchi, K.** 1988. Ecology. In: *Biology of Horseshoe Crabs* (Ed. by K. Sekiguchi), pp. 50–68. Tokyo: Science House.

**Shuster, C. N., Jr.** 1954. A horseshoe 'crab' grows up. *Ward's Natural Science Bulletin*, **28**, 1–6.

**Smith, D. R., Pooler, P. S., Swan, B. L., Michels, S. F., Hall, W. R., Himchak, P. J. & Millard, M. J.** 2002. Spatial and temporal distribution of horseshoe crab (*Limulus polyphemus*) spawning in Delaware Bay: implications for monitoring. *Estuaries*, **25**, 115–125.

**Sparkes, T. C., Keogh, D. P. & Pary, R. A.** 1996. Energetic costs of mate guarding behavior in male stream-dwelling isopods. *Oecologia*, **106**, 166–171.

**SYSTAT Software** 2008. *SigmaPlot*. Version 11. Chicago: SYSTAT Software.

**Taborsky, M.** 1998. Sperm competition in fish: 'bourgeois' males and parasitic spawning. *Trends in Ecology & Evolution*, **13**, 222–227.

**Taborsky, M., Oliveira, R. F. & Brockmann, H. J.** 2008. The evolution of alternative reproductive tactics: concepts and questions. In: *Alternative Reproductive Tactics: an Integrative Approach* (Ed. by R. F. Oliveira, M. Taborsky & H. J. Brockmann), pp. 1–21. Cambridge: Cambridge University Press.

**Towle, D. W., Mangum, C. P., Johnson, B. A. & Mauro, N. A.** 1982. The role of the coxal gland in ionic, osmotic, and pH regulation in the horseshoe crab *Limulus polyphemus*. In: *Physiology and Biology of Horseshoe Crabs: Studies on Normal and Stressed Animals* (Ed. by J. Bonaventura, C. Bonaventura & S. Tesh), pp. 147–172. New York: Alan R. Liss.

**Wells, K. D.** 1977a. The social behavior of anuran amphibians. *Animal Behaviour*, **25**, 666–693.

**Wells, K. D.** 1977b. Territoriality and male mating success in the green frog (*Rana clamitans*). *Ecology*, **58**, 750–762.

**Widemo, F.** 1998. Alternative reproductive strategies in the ruff, *Philomachus pugnax*: a mixed ESS? *Animal Behaviour*, **56**, 329–336.

**Wyse, G. A. & Dwyer, N. K.** 1973. The neuromuscular basis of coxal feeding and locomotory movements in *Limulus*. *Biological Bulletin*, **144**, 567–579.

**Zamudio, K. R. & Chan, L. M.** 2008. Alternative reproductive tactics in amphibians. In: *Alternative Reproductive Tactics: an Integrative Approach* (Ed. by R. F. Oliveira, M. Taborsky & H. J. Brockmann), pp. 300–331. Cambridge: Cambridge University Press.

NIH Public Access
**Author Manuscript**
*Biol Bull*. Author manuscript; available in PMC 2014 July 02.

Published in final edited form as:
*Biol Bull*. 2013 December ; 225(3): 137–151.

NIH-PA Author Manuscript

# Sub-lethal behavioral and physiological effects of the biomedical bleeding process on the American horseshoe crab, *Limulus polyphemus*

**Rebecca L. Anderson**[1], **Winsor H. Watson III**[2], and **Christopher C. Chabot**[1]

[1]Department of Biological Sciences Plymouth State University Plymouth, NH 03264, NH

[2]Department of Biological Sciences University of New Hampshire Durham, NH 03824, USA

## Abstract

The hemolymph of the American horseshoe crab, *Limulus polyphemus*, is harvested from over 500,000 animals annually to produce Limulus Amebocyte Lysate, a medically important product used to detect pathogenic bacteria. Declining abundance of spawning *Limulus* females in heavily harvested regions suggests deleterious effects of this activity and, while mortality rates of the harvest process are known to be 10–30%, sub-lethal behavioral and physiological effects are not known. In this study, we determined the impact of the harvest process on locomotion and hemocyanin levels of 28 female horseshoe crabs. While mortality rates after bleeding (18%) were similar to previous studies, we found significant decreases in the linear and angular velocity of freely moving animals, as well as changes in their activity levels and expression of circatidal behavioral rhythms. Further, we found reductions in hemocyanin levels, which may alter immune function and cuticle integrity. These previously unrecognized behavioral and physiological deficits suggest that the harvest of Limulus Amebocyte Lysate may decrease female fitness, and thus may contribute to the current population decline.

## Keywords

American horseshoe crabs; *Limulus polyphemus*; circadian; circatidal; LAL; bleeding; activity

## Introduction

The American horseshoe crab, *Limulus polyphemus*, is valued for both its ecological and economic importance. Ecologically, *L. polyphemus* is a keystone species in marine ecosystems of the Atlantic and Gulf coasts of North America (Botton, 1984b), serving as a bioturbator (Krauter and Fegley, 1994; Lee, 2010), a food source for shorebirds, fish and crustaceans (Botton 1984a), and a predator of mollusks and polychaete worms (Botton, 1984b). Commercially, *L. polyphemus* is the preferred bait source for the whelk (*Buscyon carica*, *Buccinum undatum*, and *Busycotypus canaliculatus*; ASMFC, 2012) and eel (*Anguilla rostra* and *Anguilla Anguilla*: ASMFC, 1998) fisheries, and its hemolymph provides the raw material for Limulus Amebocyte Lysate (LAL), the industry standard for

Corresponding author email: Rebecca Anderson rlanderson4@plymouth.edu.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Anderson et al.                                                                                                    Page 2

detection of bacterial endotoxin in pharmaceuticals, vaccines, and medical devices (Novitsky, 2009). The magnitude of the LAL harvest, principally composed of female horseshoe crabs (50–77%; Rutecki *et al*., 2004; ASFMC, 2012), has increased 76% since 2006, during which time New England populations of *L. polyphemus* have declined, despite a 45% bait harvest reduction (ASMFC, 2012). Further, population trends in heavily harvested Pleasant Bay, MA, have evoked concern over possible effects of the LAL harvest process (Malkoski, 2010; ASFMC, 2012; James-Pirri, 2012). In this region, where horseshoe crabs have been harvested for LAL production for over 30 years, but closed to the bait fishery since 2006 (Rutecki *et al*., 2004; Leschen and Correia, 2010), the proportion of females appearing at spawning beaches has declined from 30% (Carmichael *et al*., 2003) to 10% (Malkoski, 2010; James-Pirri, 2012) and egg abundances at spawning beaches have significantly decreased (James-Pirri, 2012). These trends have prompted researchers and environmental managers to suggest that the LAL harvest process, while causing moderate mortality rates of 8–15% in males (Walls and Berkson, 2003; Hurton and Berkson, 2006) and 10–29% in females (Hurton and Berkson, 2006; Leschen and Correia, 2010), may also induce behavioral and physiological effects in *L. polyphemus*, which could lead to alterations in spawning activity (Malkoski, 2010; James-Pirri, 2012). Moreover, these effects could be exacerbated by the high level (50%) of the annual LAL harvest that occurs during the spawning season (Leschen and Correia, 2010).

The LAL harvest procedure incorporates multiple stressors, several of which have been shown to alter both the behavior and physiology of marine species. Briefly, hemolymph is obtained in a 24–72 h process that includes trawl or hand-harvest capture, transport to, and time spent in, containment at a biomedical facility, a 30% blood extraction, and return to the point of capture (ASFMC, 1998; Leschen and Correia, 2010). Interestingly, numerous crustaceans exhibit both transient and long-term (1–4 week) behavioral (Harris and Andrews, 2005; Parsons and Eggleston, 2005; Haupt *et al*., 2006) and physiological (Vermeer, 1987; Bergmann *et al*., 2001; Ridgway *et al*., 2006; Patterson *et al*., 2007) alterations in response to similar capture stressors, with effects including altered hemolymph biochemistry (Vermeer, 1987; Ridgway *et al*., 2006), reduced immune function (Ridgway *et al*., 2006), decreased predator avoidance behaviors (Brown and Caputi, 1983: Vermeer, 1987), altered responses to stimuli (Parsons and Eggleston, 2005), reduced locomotion (Davis *et al*., 1978), and diminished or altered spawning behaviors (Smith and Ritar, 2005). The LAL harvest process compounds typical capture through an extended (up to 72 h) period of aerial exposure and substantial blood loss, and thus has the potential to effect analogous behavioral and physiological changes in *L. polyphemus*.

Immediate and long-term behavioral responses of *L. polyphemus* to the biomedical bleeding process have been little studied. Both activity levels (Rudloe, 1983) and movement velocity (Kurz and James-Pirri, 2002) have been reported to be unaffected by a hemolymph extraction performed with a minimal (30 min to 3 h) amount of aerial exposure. Interestingly, a high-stress hemolymph extraction process, which includes 48 h of aerial exposure combined with thermal stress, causes the highest mortality (Hurton and Berkson, 2006), although neither activity nor velocity alterations in response to such a process have been investigated. In addition, a salient behavioral feature of *L. polyphemus* is the

expression of tidal activity rhythms, driven by a circatidal clock (Chabot *et al*., 2004), which facilitates successful spawning and foraging activities in the wild (Cohen and Brockmann, 1983; Barlow *et al*., 1986; Watson and Chabot, 2010). In other species, disruptions of behavioral and physiological circadian rhythms occur in response to a variety of environmental stressors, including alterations in light intensities (*Procambarus clarkii* and *Procambarus digueti*; Fanjul-Moles *et al*., 1998), decreased water quality (*Astacus astacus*; Styrishave *et al*., 1995), and trawl capture (*Nephrops norvegicus*; Aguzzi *et al*., 2005), and disruptions in circatidal rhythms occur in response to osmotic (*Ruditapes philippanarum*; Kim *et al*., 2001) or thermal stress (*Chthamalus bisinuatus*; Kasten and Flores, 2013). However, to date, the ramifications of the high-stress biomedical bleeding process on behavior and physiology of horseshoe crabs have not been well characterized.

The effects of the harvest process on hemolymph properties also have not been clearly elucidated. While *L. polyphemus* regains its blood volume within three to 30 days after being bled (Rudloe, 1983; Novitsky, 1984), restitution of amebocytes takes up to four months (Novitsky, 1984), and the length of time required for recovery of additional hemolymph constituents is unclear. Capture stress alone decreases total hemolymph protein concentration in some crustaceans (Ridgway *et al*., 2006), and this decline is correlated with reduced immune system functioning and increased susceptibility to infection in lobsters, *Homarus americanus* (Theriault *et al*., 2008). The biomedical bleeding process combines capture stress with substantial hemolymph loss, and *L. polyphemus* exhibits significantly decreased hemolymph protein concentration for at least two weeks after extraction (James-Pirri *et al*., 2012). Over 90% of *L. polyphemus* hemolymph protein is the respiratory pigment hemocyanin (Ding *et al*., 2005). In addition to aiding in the circulation of oxygen, hemocyanin may also participate in the primary immune response (Coates *et al*., 2011), and cuticle hardening and wound repair (Adachi *et al*., 2005). Poor environmental conditions, including thermal and captivity stress, accelerate hemocyanin decline in *L. polyphemus* (Coates *et al*., 2012), and therefore the combination of all these stressors is likely to produce a more dramatic decline than either of them alone.

The overall goal of this investigation was to determine whether the biomedical bleeding process induces sub-lethal physiological and behavioral effects in female horseshoe crabs during their spawning season. Our specific aims were to evaluate: (1) overall activity, linear and angular velocities of their movements, and expression of tidal rhythms for two weeks before and four weeks after a 52 h bleeding process, and (2) hemocyanin concentrations immediately prior to, and six weeks after, a 52 h bleeding process. We evaluated these parameters in *L. polyphemus* from Great Bay, NH. While this population is genetically distinct from the harvested mid-Atlantic populations, the genetic distance is low (King *et al*., 2005); further, this population has not historically been harvested for biomedical bleeding (ASFMC, 2012), and so animals were presumably naïve to the process. We performed both laboratory studies, which allowed continuous monitoring of animal activities, and an outdoor study, which enabled evaluation of bleeding impacts in a quasi-natural environment. Our results suggest that *L. polyphemus* experiences sub-lethal behavioral (reduced activity, velocity of movements, and expression of circatidal rhythms) and physiological (chronic

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Anderson et al.                                                                                          Page 4

hemocyanin loss) alterations in response to the bleeding process, and these should be considered when assessing the impact of this procedure on horseshoe crab populations.

## Materials and Methods

### 2.1 Animals- Treatment Groups and Conditions

Fifty-six female horseshoe crabs were collected during high tide at spawning beaches on Adams Point, Durham, New Hampshire, from May 15–23, 2012, and their prosomal width was measured. Animals were distributed by size into four experimental groups; this distribution by size was necessary because of constraints of experimental equipment. The largest 14 animals (prosomal width: 18–23 cm) were assigned to the outdoor unrestrained (OU) group, and they were placed in tanks outside of the University of New Hampshire Jackson Estuarine Laboratory (JEL). These outdoor tanks could accommodate larger animals than could our indoor laboratory tanks. The remaining 42 animals were transported by van to Plymouth State University (PSU; trip duration was 2 h) in polyurethane coolers. The smallest 14 animals (prosomal width: 16–18 cm) were assigned to the laboratory running wheel (LRW) group; the smallest animals were selected for this group because pre-constructed running wheels could only fit animals of prosomal width less than 18.5 cm. The remaining 28 animals were equally divided between the laboratory unrestrained (LU) and laboratory communal tank (LCT) groups. Because smaller animals were selected for the LRW group, prosomal width varied significantly (F(3,52) = 6.05, $P = 0.002$; Table 1) across the four groups, with prosomal width in the OU and LU groups greater than that of the LRW group ($P < 0.05$), while prosomal width in the LCT group was not significantly different from any of the other groups.

#### 2.1.1 Outdoor Unrestrained Group—The purpose of the OU group ($n = 14$; prosomal width: $19.1 \pm 0.4$ cm, mean $\pm$ SEM) was to monitor activity in animals exposed to a natural photoperiod and constantly replenished estuarine water. Accelerometers (Onset Computer, Pocasset, MA), set to measure acceleration (g) in the three orthogonal axes, were affixed to the prosoma of each animal using cable ties, duct tape, and cyanoacrylate (Schaller *et al*., 2010). Animals were placed in separate cylindrical wire enclosures (70 cm diameter × 48 cm height) within seven 850-L tanks (183 cm × 92 cm × 50 cm) containing approximately 15 cm of sand so animals had the opportunity to bury. Water from the estuary continuously flowed (~4 L/min) through the tanks, keeping salinity and temperature consistent with that of Great Bay, NH, and the tanks remained uncovered and exposed to the natural light/dark cycle (approximate sunrise: 5:01–5:15 am; sunset: 8:00–8:28 pm). The animals were allowed access to 2% of their body weight in diced quahogs three times a week by placing the food in the bottom of the tanks. Activity was logged via the accelerometers for two weeks prior to the biomedical bleeding process.

#### 2.1.2 Indoor Groups at Plymouth State University—To simulate the summer photoperiod, all indoor groups were maintained under a 14:10 light/dark (LD) cycle with instantaneous photic transitions, salinity between 25 and 30 psu, and temperature between 18–21°C. Temperature and lighting conditions were continuously recorded using Vernier Labquest handheld data collection units connected to a light sensor and temperature probe

NIH-PA Author Manuscript

Anderson et al.                                                                                         Page 5

(Vernier Software and Technology LCC, Beaverton, OR). Activity was measured in two separate laboratory groups via two different monitoring systems, enabling comparison between the two techniques for validation of results.

**Laboratory Running Wheel Group:** The activity of this group of 14 animals (prosomal width: 17.5 ± 0.8 cm) was monitored using "running wheels," constructed as described in Chabot *et al.* (2004, 2007). The animal was secured within the wheel with its telson sticking out through a slit. Then a polypropylene plastic golf ball was placed on the telson to prevent it from being drawn into the wheel. Cable ties were used to attach the front of the carapace to the frame. After all animals were prepared, the running wheels were distributed among four custom-made acrylic recirculating open top tanks (80 cm L × 65 cm W × 32 cm D). Wheel rotations were recorded with ClockLab Data Collection Software (Actimetrics, Wilmette, IL).

**Laboratory Unrestrained Group:** The activity of this group of 14 freely moving animals (prosomal width: 18.9 ± 0.3 cm) was monitored using video recording. The animals were distributed between two large (1.7 m L × .9 m W × .75 m D) tanks, each with a separate filter system. The tanks were subdivided by plastic egg grating (1 cm × 1 cm) into a total of eight arenas per tank (each 21 cm × 45 cm), and a 4 m length of waterproof red LED Ribbon Flex strip lighting (λ = 630–660 nm; LED Liquidators, Inc., Westlake Village, CA) was threaded through the egg grating in each tank to provide continuous illumination for video recording. One animal was placed into each of seven arenas per tank (one arena in each tank was excluded to house the filtration system). An infrared video camera was suspended 1 m above the tanks, and digital video recordings were obtained at a rate of one frame per 20 s using Gawker software (Piwonka, Seattle, WA). The videos were then analyzed for total distance moved, linear velocity, and angular velocity using Ethovision XT software (Noldus Information Technology Inc., Wageningen, Netherlands).

**Laboratory Communal Tank Group:** The 14 animals in this group were kept in one acrylic recirculating open top tank (80 cm L × 65 cm W × 32 cm D). Activity of this group was not measured; hemocyanin concentrations in control and bled horseshoe crabs of the LCT group ($n$ = 14; prosomal width: 18.4 ± 0.4 cm) were measured from 1–2 mL blood samples taken each week, using the "Hemolymph Sampling" process detailed below.

## 2.2 Biomedical Bleeding Procedure

After collecting behavioral data for two weeks, 28 animals were bled using a process that approximated the standard biomedical bleeding procedure (high stress: Hurton and Berkson, 2006).

### 2.2.1 Laboratory Groups—The bleeding process for these groups was completed from June 1–3, 2012. Half of the horseshoe crabs from each of the LRW, LCT, and LU groups ($n$ = 7 each) were randomly selected to undergo the bleeding process and distributed among three 50-gallon plastic barrels; the remaining 21 remained in their treatment conditions as controls. The temperature within the barrels was monitored using a Vernier Labquest with thermometer attachment during the 52 h process.

**Pre-Bleeding Procedure:** To replicate the capture and transportation during a typical biomedical bleeding process, the barrels were placed on the roof of Boyd Hall at PSU for 8 h. For the first 4 h, the barrels were kept in direct sunlight to simulate time spent on the deck of a boat; during this time, temperatures reached 37°C (mean ± SD: 32.0 ± 2.9°C). For the next 4 h, the barrels were covered with cardboard and moved into shade to simulate time spent in a truck en route to a bleeding facility (26.1 ± 1.1°C). Then the covered barrels were moved indoors (20.8 ± 0.9°C) for 16 h to simulate time spent overnight at the bleeding facility and then hemolymph was withdrawn.

**Bleeding Procedure:** Hemolymph was extracted using the procedure of Armstrong and Conrad (2008). One person held the animal in the abdominal flexure position, exposing the arthrodial membrane of the medial dorsal surface at the joint between the prosoma and the opisthosoma, while a second person withdrew the hemolymph. The arthrodial membrane was sterilized with 70% ethanol and punctured with a 14 gauge needle. Hemolymph was collected in 50 mL conical tubes, pre-chilled on ice, until the flow stopped or the estimated 30% volume had been reached. The equation of Hurton *et al.* (2005) was used to estimate total hemolymph volume for each horseshoe crab:

$$H = 21.6 \, e^{0.1234P} \, [H = \text{hemolymph volume (mL)}; P = \text{prosonal width (cm)}].$$

Extraction volumes ranged from 30 to 75 mL (mean ± SE: 35.8 ± 4.6 mL) and were generally less than the calculated 30% volume (17.3 ± 2.0%; Table 1). The hemolymph was kept on ice until processed further.

**Post Bleeding Procedure:** Animals were returned to their barrels and held indoors for 24 h (19.8 ± 0.9°C) to simulate a second overnight at a bleeding facility. The barrels were placed next to a heater (24.0 ± 1.3°C) and shaken periodically for 4 h to simulate transportation by truck back to the ocean. Finally, they were returned to their treatment conditions after a total of 52 h out of water. Activity in the LU and LRW groups was recorded for the next six weeks, and weekly hemolymph samples were taken from the LCT group. Tanks were checked daily for mortalities.

**2.2.2 Outdoor group—**The bleeding process for the OU group took place from June 6–8 and used a treatment paradigm similar to that used on the laboratory groups, though with minor modifications to adjust for poor weather conditions. Seven horseshoe crabs (one per tank) were selected to undergo the bleeding process; their accelerometers were detached, and they were distributed between two 50-gallon plastic barrels. The barrels were first kept under a heat lamp for 4 h to simulate time spent on the deck of a boat; during this time, temperature reached 28°C (26.1 ± 2.1°C). Then the barrels were transported by van to PSU (2 h; 21.3 ± 2.7°C) and placed indoors (18.2 ± 1.7°C) overnight (16 h). Then hemolymph was extracted as described for the indoor groups and the animals were returned to their barrels and kept indoors, uncovered, for 24 h (18.0 ± 0.5°C). The barrels were transported by van back to JEL (2 h; 25.6 ± 0.3°C) and placed outdoors, covered, for the final 4 h to complete the simulation of transport back to the ocean (24.2 ± 1.1°C). Finally, the

NIH-PA Author Manuscript

accelerometers were reattached and the horseshoe crabs were returned to their original tanks, after being out of water for 52 h, and their activity was recorded for the next six weeks.

The percent of hemolymph extracted varied significantly (F(3,24) = 7.2, $P$ = 0.001; Table 1) across the four groups. Percent extracted in the OU group significantly exceeded that of the LRW and LCT groups ($P$ < 0.05), while percent extracted in the laboratory unrestrained group was not significantly different from the other groups.

### 2.3 Hemolymph Sampling

Weekly 1–2 mL hemolymph samples were taken from all animals in the LCT group. Samples were taken from all control animals at the time of the bleeding process for the bled groups, and from all animals six weeks after the bleeding process. Hemolymph was extracted following the procedure used for the bled group, except it was collected with 25-gauge needles in 2.0-mL microcentrifuge tubes. During this process, each crab was kept out of water for no longer than 5 min.

### 2.4 Determination of Hemocyanin Concentrations

Hemocyanin concentrations were determined using the procedure of Coates *et al.* (2012). Samples were centrifuged for 10 min at 3000 g and 4°C, and then the supernatant (cell-free hemolymph) was stored at 4°C until analysis (1–2 days). An aliquot of hemolymph was diluted 1:100 in 0.1 M Tris-HCl buffer (pH- 7.5), and absorbance was measured at 280 nm on a UV-160 spectrophotometer (Shimadzu, Columbia, MD). Hemocyanin concentration was calculated using an absorbance of 1.39 for a 1 mg/mL hemocyanin solution in a quartz cuvette (pathlength of 1 cm; Coates *et al.*, 2012).

### 2.5 Data Analysis

**Laboratory Running Wheel Activity:** The ClockLab collection system recorded the number of wheel revolutions per minute, and these data were used to generate actograms and Lomb-Scargle periodograms. The number of wheel revolutions was multiplied by the circumference of the wheel to obtain distance moved per minute, and these distances were summed to obtain distance moved per day. The daily sums were averaged over seven day intervals to obtain average daily distance during the two weeks before bleeding and the three weeks after bleeding.

**Laboratory Unrestrained Activity:** Video files were analyzed for distance moved (cm), linear velocity (cm/s), and angular velocity (degrees/s) at 20-s intervals using Ethovision XT software (Noldus Information Technology Inc., Leesburg, VA). Distance was summed per minute, and these values were used to generate actograms and Lomb-Scargle periodograms using ClockLab. Distance moved per day was calculated, and these sums were averaged over seven day intervals to obtain average daily distance for the two weeks before and the three weeks after the bleeding process. Linear velocity and angular velocity during periods of movement (distance moved > 5 cm per 20 seconds) were averaged for the two weeks prior to and the four weeks after the bleeding process. Linear velocity measured locomotive speed in one direction (net distance moved divided by 20 s between sampling intervals),

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

while angular velocity measured rate of directional change (change in direction of movement between two consecutive samples divided by 20 s; Ethovision XT).

**Outdoor Unrestrained Activity:** The accelerometers provided acceleration in the three orthogonal axes each minute. The difference between successive x, y, and z coordinates was calculated, and these differences were used to calculate the net acceleration vector. These values were used to generate actograms and Lomb-Scargle periodograms. The daily percent of time active was determined by summing the number of minutes per day with a net vector exceeding 0.02 (determined by frequency histogram analysis to be the threshold value for background noise). The daily percentages were averaged over seven day intervals to obtain weekly values for the two weeks before and the three weeks after the bleeding process.

**Hemocyanin Concentration:** The percent of original hemocyanin remaining for each animal was calculated as the ratio of final hemocyanin concentration (six weeks post bleeding) to the original hemocyanin concentration (day of bleeding). To distinguish hemocyanin loss due to hemolymph extraction from hemocyanin decline due to other factors, the amount of hemocyanin extracted (volume of hemolymph extracted multiplied by initial hemocyanin concentration) was subtracted from the estimated total hemocyanin (initial hemocyanin concentration multiplied by estimated hemolymph volume); this value was compared to final total hemocyanin (hemocyanin concentration six weeks post-bleeding multiplied by estimated hemolymph volume). In the LCT group, rate of hemocyanin concentration decline ($mg*mL^{-1}*week^{-1}$) was calculated as the ratio of concentration difference between successive hemolymph samples to the number of weeks between samples.

## 2.6 Statistical Analyses

Repeated measures ANOVAs, two-way ANOVAs, mixed model ANOVAs, or Student's T-tests ($P < 0.05$) were performed using Minitab (Minitab Inc., State College, PA) to examine the effects of bleeding on physiological and behavioral parameters. Tukey's HSD post-hoc analyses ($P < 0.05$) were used to examine differences between means. Lomb-Scargle periodogram analyses were used to determine whether animals expressed significant circatidal (~12.4 h) or daily (~24 h) rhythms each week (peaks exceeding $P = 0.001$; tidal: 10–14 h range; daily: 22–26 h range; arrhythmic: no significant peaks). Mixed model ANOVAs with repeated measures in one factor were used to compare percentages of animals expressing tidal rhythms in the three activity groups and the rates of hemocyanin decline in the LCT group. Two-way ANOVAs were used to test for effects of environmental conditions (LRW, LU, and OU) and treatment (bled/control) on percent of animals expressing tidal rhythms and percent of hemocyanin remaining in the four treatment groups. Repeated measures ANOVAs were used to compare pre-bleeding activity, linear velocity, and angular velocity to that post-bleeding. Correlational and single linear regression analyses were used to determine relationships between hemocyanin decline and activity, and immediate activity to second week post-bleeding activity.

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Anderson et al.                                                                                                                    Page 9

## Results

### 3.1 Alterations in Behavior: Biological Rhythms, Activity, and Velocity

The bleeding process affected both activity levels and expression of tidal rhythms (Figs. 1–3; Table 2). Bled animals (LRW and OU) decreased their expression of tidal rhythms during the second week post- bleeding (Table 2, Fig. 1). There was a significant interaction of the bleeding treatment by time (F(3, 23) = 9.55, $P = 0.005$) on the percent of animals expressing tidal rhythms. Specifically, expression of tidal rhythms in bled animals during the second week after bleeding was significantly less ($P < 0.05$) than it was in bled and control animals before bleeding, during the first week after bleeding, and during the third week after bleeding. During this second week, the percent of animals expressing tidal rhythms decreased by 83% in the OU group and by 60% in the LRW and LU groups. Significant differences between treatment conditions on the expression of tidal behavioral rhythms were not seen (F(2,23) = 1.38, $P = 0.305$).

In the OU group, three of seven bled animals appeared to shift activity patterns to diurnal activity during the second week after the bleeding process (Fig. 1), one appeared to shift to primarily nocturnal activity, and the remaining three did not appear exhibit a preference. In the LU group, four of six animals appeared to express diurnal activity during the second week post-bleeding period, while two animals appeared to express no preference for day/night. In the LRW group, one animal became active primarily during the day, while five animals appeared to express no preference.

Activity of the three bled groups decreased significantly after the bleeding process (Fig. 2). In the LRW and LU bled groups, there was a significant effect of time on mean daily distance moved (F(3,12) = 3.82, $P = 0.039$ and F(3,15) = 3.51, $P = 0.041$, respectively): bled animals decreased the distance they traveled during the second week after the bleeding process (Fig. 2; $P < 0.05$), while there was no effect of time on daily distance moved in the control groups (LRW: F(3,9) = 0.52, $P = 0.678$; LU: F(3,15) = 0.514, $P = 0.679$). In the OU bled group, time after bleeding also significantly affected mean daily activity (F(3,18) = 4.02, $P = 0.024$; Fig. 2, 3); percent of time spent active decreased ($P < 0.05$) during the second week after bleeding, while activity in the control group was not affected (F(3,18) = 0.17, $P = 0.92$). In the OU group, activity returned to pre-bleeding levels during the third week post-bleeding, while activity in the LRW and LU did not fully recover (Fig. 2).

In the OU group, six of seven bled animals appeared to exhibit normal to high activity levels for one to two days upon return to the water (percent of time active equaled or exceeded mean pre-bleeding levels; Fig. 3, top). This response was also seen in three of seven animals in the LU group, and one of seven animals in the LRW group. However, within the LU group, four of six animals exhibited a period of latency to initiate activity immediately after the bleeding process, with a "quiescent" period ranging 1.5 to 25.5 h (mean ± SE: 16.7 ± 5.5 h) prior to movement for four of the animals. Similarly, six of seven animals of the LRW group had a latency ranging from 2.8 to 21.6 h (8.6 ± 3.5 h) to initiate activity. In the OU group, the initial percent change in activity was significantly negatively correlated to the magnitude of the second-week activity decrease ($R^2 = 0.57$, F(1,6) = 6.64, $P < 0.05$; Fig. 3,

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Anderson et al.                                                                                           Page 10

bottom), with animals that exhibited highest initial increases in activity exhibiting larger activity decreases during week two post-bleeding.

Bled animals in the LRW and LU groups moved similar distances (LRW: $50.5 \pm 10.7$ m/ day; LU: $62.3 \pm 7.0$; $t(11) = 0.38$, $P = 0.715$) prior to the bleeding process. During the second week after the bleeding process, LRW animals decreased activity by 66%, while LU animals decreased activity by 33%, with distance moved significantly less in the LRW than in the LU group ($t(11) = 2.76$, $P = 0.04$; LRW: $10.2 \pm 2.9$ m; LU: $42.8 \pm 11.5$ m). Similar to LU animals, OU animals decreased overall activity by 33% during the second week post-bleeding. Within each group, neither prosomal width nor percent of hemolymph extracted was correlated with percent reduction in activity during the second week post-bleeding for the three activity groups (prosomal width: OU: $r(6) = 0.127$, $P = 0.811$; LRW: $r(6) = 0.361$, $P = 0.55$; LU: $r(6) = -0.275$, $P = 0.60$; percent extracted: OU: $r(6) = -0.308$, $P = 0.50$; LRW: $r(6) = 0.644$, $P = 0.24$; LU: $r(6) = -0.581$, $P = 0.23$).

**Linear and Angular Velocity**—Linear and angular velocities were monitored in the LU group to assess changes in locomotor behaviors. While moving within the LU tank system, animals tended to exhibit three types of behaviors: traversals of the rectangular arenas, circles around the arena, or back and forth movements along one wall of the arena. Animals making both rapid traversals and circling movements exhibited high linear and angular velocity, while animals moving primarily along one side of their arenas exhibited lower velocities. During the 14 days before the bleeding process, both bled and control animals had similar linear ($t(9) = 1.5$, $P = 0.167$) and angular ($t(12) = 1.02$, $P = 0.331$) velocities. Bled animals decreased both linear ($F(4,20) = 6.4$, $P = 0.002$) and angular ($F(4,20) = 2.99$, $P = 0.044$) velocity during the first week after the bleeding process (Fig.4). While linear velocity returned to pre-bleeding levels during the third week post-bleeding, angular velocity remained suppressed (Fig. 4). In the control group, there was no effect of time on linear ($F(4,24) = 0.93$, $P = 0.461$) or angular ($F(4,24) = 0.34$, $P = 0.849$) velocity. Within the context of the LU system, the reductions in linear velocity suggest both slower locomotor rate during tank traversals and increased time spent moving along one side of the arena, while decreased angular velocity suggests slower rotational rates while circling arenas.

### 3.2 Alterations in Physiology

**Hemocyanin**—Hemocyanin loss was significantly affected by both bleeding ($F(1,39) = 10.10$, $P = 0.003$) and treatment condition ($F(4,44) = 7.26$, $P = 0.001$). Post-hoc analyses indicated that, six weeks post-bleeding, the percent of initial hemocyanin concentrations (pre-bleeding) remaining in the LRW, LU, and OU bled groups was significantly less than those of the corresponding control groups ($P < 0.05$). Further, hemocyanin percent losses in the LRW, LU, and LCT groups significantly exceeded those of the outdoor unrestrained group ($P < 0.05$; Fig. 5). The LRW bled and LU bled groups lost approximately 70% of the original concentration of hemocyanin, while the OU group lost 40%. On the day of the bleeding process, hemocyanin concentration did not differ significantly between bled and control animals of the four treatment groups ($F(7,37) = 1.5$, $P = 0.2$; data not shown).

NIH-PA Author Manuscript

Anderson et al.    Page 11

When amount of hemocyanin lost as a result of the bleeding process was subtracted from initial hemocyanin levels, the hemocyanin reductions that occurred during the six weeks after the bleeding process did not differ between bled and control animals for the four groups combined ($F(1,37) = 2.72$, $P = 0.107$; data not shown), nor between bled and control animals within each treatment group ($F(3,37) = 0.84$, $P = 0.479$). Treatment conditions, however, affected total hemocyanin loss ($F(3, 37) = 9.98$, $P < 0.001$); specifically, subsequent losses in the OU group (bled and control) were significantly less than those laboratory groups.

In the LCT group, there was a significant effect of the bleeding process on hemocyanin concentration loss ($F(1, 32) = 10.95$, $P = 0.002$; data not shown), with a significant interaction of the bleeding treatment by time ($F(3, 32) = 6.32$, $P = 0.002$). Particularly, highest hemocyanin reductions in bled animals occurred immediately after the bleeding process (bled: $13.44 \pm 2.8$ mg*mL$^{-1}$week$^{-1}$, control: $2.31 \pm 1.4$ mg*mL$^{-1}$ week$^{-1}$). This immediate loss was significantly greater than that in both bled and control animals before bleeding (bled: $4.48 \pm 1.4$ mg*mL$^{-1}$ week$^{-1}$, control: $1.89 \pm 2.1$ mg*mL$^{-1}$ week$^{-1}$) and during weeks 2–6 post bleeding (bled: $2.87 \pm 0.7$ mg*mL$^{-1}$ week$^{-1}$, control: $2.17 \pm 0.7$ mg*mL$^{-1}$ week$^{-1}$).

**Mortality**—There were five total mortalities (18%) among bled animals (Table 1), with 42% mortality in the LCT, 0% mortality in the OU group, and 14% mortality in the LRW and LU groups. Mortalities in the LCT and LU groups occurred on the third day after return to water, while the mortality in the LRW group occurred on day two. The mean percent of hemolymph extracted in the five animals that died ($15.9 \pm 1.8\%$) did not significantly differ from that extracted from the remaining animals ($19.8 \pm 1.2\%$; $t(27) = -1.85$; $P = 0.09$).

## Discussion

In this study, we found that the biomedical bleeding process causes several sub-lethal behavioral and physiological changes. The most obvious behavioral effects were immediate (within one week) decreases in walking speed and latent (one week post) reductions in both overall activity and the expression of tidal rhythms. The greatest impact of bleeding on *Limulus* physiology was an immediate and sustained decline in hemocyanin concentrations.

### Behavioral Effects

**Activity Levels**—The bleeding process caused, after a one-week delay, a period of reduced activity: during the second week after the bleeding process, animals decreased activity (distance moved and percent of time active) between 33% and 66%. Similarly, the stone crab (*Menippe mercenaria*, Davis *et al*., 1978) decreases activity for ten days after the fishery practice of declawing. Further, discarded (undersized) Norwegian lobsters (*Nephrops norvegicus*; Harris and Ulmestrand, 2004) exhibit diminished swimming performance for eight to fifteen days following harvest stress (trawl capture plus 1 h of emersion), activity reductions attributed to the energy costs of initial activity during capture, effects of aerial exposure, and recovery from trawl-related injuries. However, in *N. norvegicus*, the reduction in swimming ability is apparent immediately after harvest processes, a contrast to what we found in *L. polyphemus*.

While it is likely that the period of reduced activity in *L. polyphemus* is the result of the combination of blood loss, thermal stress, desiccation, and aerial exposure, the reason for the one week delay prior to a decline in activity is not clear. Animals varied in their initial behavioral responses to the bleeding process, with six of seven animals in the OU group, four of six animals in the LU group, and one of six animals in the LRW group exhibiting high activity levels immediately after re-immersion (Fig.1, LU bled, OU bled; Fig. 3) and then, after a 1 week delay, exhibiting a reduction in activity. The significant negative correlation between the immediate activity increase and the second week activity decrease in the OU group may suggest that the second week activity deficit is possibly a response to the initial damage from the bleeding process compounded by the depletion of energetic resources that may occur during initial high activity output. This initial activity may be a manifestation of an escape response (*L. polyphemus*, Rudloe and Hernnkind, 1976); alternatively, it may reflect disorientation incurred by the bleeding process (*L. polyphemus*; Kurz and James-Pirri, 2002) or foraging efforts to replace lost energy reserves (*Cancer pagurus*; Patterson *et al.*, 2009). In contrast, the second-week activity decrease is likely to be due to an impact of the bleeding process that is more long-term; however, future work is needed to clarify the mechanisms responsible.

These results conflict with those of Rudloe (1983), who found no difference in overall activity between bled and control animals during the 28 days following hemolymph extraction. Several reasons may account for this discrepancy. Firstly, Rudloe (1983) examined activity in animals after a bleeding process that only included 3 h of aerial exposure, while our 52 h procedure more closely resembles the procedure typically used to extract blood for LAL. Secondly, in the Rudloe (1983) study, activity was assessed by the number of deflections of two rods suspended above a pool containing several animals, and thus individual activity was not examined; in contrast, our three separate activity monitoring systems enabled continuous collection of activity data from each individual animal, with the lowest resolution of one sample/minute. Finally, Rudloe (1983) compared activity between bled and control animals during a 2 h window each day over 28 days, while we used several weeks of continuous activity when making comparisons. Overall, our study both more closely replicated an actual biomedical bleeding process and allowed a closer monitoring of individual behaviors.

The degree of activity decline and recovery may have been differentially affected by treatment conditions in this study. Specifically, that complete recovery of activity levels only occurred in the OU group was most likely due to the fact that they had access to food, while the LU and LRW groups were not fed. Starvation both prolongs stress recovery periods (oyster, *Crassostrea gigas*, Li *et al.*, 2009b) and decreases locomotion (*Cancer pagurus*, Ansell, 1973). Additionally, though the smaller animals of the LRW group exhibited the same trend in activity decline as did animals of both unrestrained groups, they appeared to have a larger activity loss (66%). However, among controls, LRW animals had the largest decreases in hemocyanin concentration, suggesting that conditions of the LRW system may have been more stressful than those of the LU and OU systems. As such, whether the smaller size of these animals or the experimental conditions affected the magnitude of the activity decline cannot be determined by this study, and it would be useful

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

to compare activity of animals of varied sizes that are maintained in the same data collection system.

**Expression of Tidal Rhythms—**Decreased expression of tidal rhythms occurred contemporaneously with the decrease in activity levels. In the OU group, the transition from bimodal to unimodal behavioral patterns appeared to be due to a temporary disappearance of one of the two daily bouts of activity (four of five animals; Fig. 1, OU bled), with three animals appearing to be primarily active during the daytime high tide and one animal appearing to be active during the nighttime high tides. These transitions may serve as means of energy conservation, and may be directly related to the decreased overall activity during the second week after the bleeding process. Similarly, concomitant decreases in expression of tidal rhythms and overall activity occurs when *L. polyphemus* is exposed to decreased water temperature (4–11°C; Chabot and Watson, 2010). Additionally, in our laboratory animals that initially expressed primarily daily patterns of activity, the duration of the activity bout shortened during the second week after the bleeding process (Fig. 1, LU bled), and the loss of rhythmicity that occurred in three of the bled laboratory animals appeared to be a correlate of reduced overall activity.

**Velocity—**In the LU group, both the linear and angular velocity of the animals' movements significantly decreased during the first week after the bleeding process. Similarly, the great scallop, *Pecten maximus*, has significant reductions in swimming velocity during the first 24 h after dredge capture and aerial exposure (20 min; Jenkins and Brand, 2001). This transient effect is attributed to physical exhaustion after capture (Jenkins and Brand, 2001), while, in other species, immediate behavioral alterations appear to be caused by the physical trauma of harvest practices (Stoner, 2012a, b). However, the factors responsible for these immediate behavioral changes in *L. polyphemus* deserve further investigation.

Our linear velocity findings contrast with those of Kurz and James-Pirri (2002), who found no significant difference between movement rates of bled and non-bled female *L. polyphemus* returned to Nauset Estuary (Cape Cod, MA) after hemolymph extraction. This discrepancy could have been caused by the more intensive bleeding procedure we used: Kurz and James-Pirri (2002) performed a hemolymph extraction with a maximum of 30 min aerial exposure, while we used a high-stress bleeding treatment more closely analogous to the biomedical bleeding procedure (Hurton and Berkson, 2006). The heightened physiological impact of the high-stress treatment (higher mortality; Hurton and Berkson, 2006) is attributed to the synergistic effect of multiple stressors (hemolymph extraction, thermal stress, and aerial exposure); similarly, the presence of these compound stressors may evoke a heightened behavioral effect. However, Kurz and James-Pirri (2002) also observed that the bled females lacked a directional preference towards spawning beaches, contrasted to the directed movement patterns of controls towards these spawning beaches. Kurz and James-Pirri (2002) suggested this behavioral discrepancy may be caused by disorientation incurred by the bleeding process. Whether the velocity and activity changes we documented were laboratory manifestations of the movement patterns Kurz and James-Pirri observed in the wild remains to be determined and further work is also necessary in

NIH-PA Author Manuscript

order to ascertain the connection between bleeding stress and relatively long-term alterations in behavior.

### Physiological Effects

**Hemocyanin Concentration Decrease—**The bleeding process caused a prolonged period of hemocyanin loss: six weeks after the bleeding process, three of the bled groups exhibited significantly greater losses in hemocyanin concentration than the control animals in those groups (Fig. 5). Despite feedings, bled animals in the OU had only 60% of their original hemocyanin concentration six weeks after being bled. In contrast, OU controls lost just 10% of their original hemocyanin concentration. As the outdoor group experienced the most naturalistic conditions (freshly flowing bay water, sediment, and access to food), these results suggest that hemocyanin recovery in the wild may require a prolonged (>6 week) period. Similarly, James-Pirri *et al.* (2012) found significantly reduced total hemolymph protein in bled animals, compared to both wild caught and captive controls, 17 days after bleeding (James-Pirri *et al.*, 2012), with hemolymph protein of bled animals approximately 20% less than that of controls. As hemocyanin constitutes over 90% of total hemolymph protein (Ding *et al.*, 2005), our results support the suggestion that the bleeding process has a lingering impact on *L. polyphemus* hemolymph quality (James-Pirri *et al.*, 2012), with no indication of recovery over six weeks even in animals that were fed.

The fact that the highest hemocyanin reductions occurred in the laboratory groups may be due to the both captivity stress and the lack of feeding. Not surprisingly, in the LCT group, hemolymph extraction caused significant hemocyanin loss during the first week after the process, indicating an immediate effect of the process of hemolymph quality. However, rates of decline between bled and control animals were similar during the following weeks, suggesting subsequent losses were most likely due to captivity stress (Coates *et al.*, 2012); similarly, once hemocyanin loss due to hemolymph extraction was subtracted, net hemocyanin losses in all groups during the weeks following the extraction were equal, further suggesting that captivity stressors perpetuated these additional losses. Within the laboratory groups, the lack of feeding most likely exacerbated hemocyanin loss, as starvation can decrease total hemolymph protein through hemocyanin catabolism (*Cancer maenas*, Uglow, 1969) and slow protein synthesis (Li *et al.*, 2009; Sokolova *et al.*, 2012), an energetically demanding process (Hand and Hardewig, 1996).

**Mortality Rates—**The 18% total mortality across our four bled groups is lower than that reported by Leschen and Correia (30%; 2010) and by Hurton and Berkson (29%; 2006) for females that underwent either a 40% blood extraction (Hurton and Berkson, 2006) or a hemolymph extraction at a biomedical company (Associates of Cape Cod; Leschen and Correia, 2010) combined with 24–48 h aerial exposure. The low mortality in the LU and LRW groups, and the lack of mortality in the OU group, may be related to the percent of hemolymph we extracted (15–28%). Similarly, Hurton and Berkson (2006) found 0–6% mortality after a 48 h high stress process with 20–30% hemolymph extraction. However, the five deaths in our experiment appeared to be unrelated to percent of hemolymph extracted, with mean percent extracted for these five animals within the range of the overall mean extraction of $19.8 \pm 1.2\%$. Additionally, the magnitude of the second week activity change

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Anderson et al.                                                                                                    Page 15

did not appear to be related to the amount of hemolymph extracted, suggesting that, possibly, additional factors of the process (for example, air exposure or thermal stress) may be responsible for the observed behavioral and physiological effects.

The apparent variation in mortality among our four groups may be related to treatment conditions, notably the presence of feeding in the OU group and the weekly blood samples in the LCT groups. However, the disparate degrees of thermal stress in the bleeding processes may have also affected mortality: the laboratory groups experienced a maximum of 37°C while the outdoor unrestrained group experienced a maximum of 28°C. Thermal stress alone influences mortality and vigor in *Liocarcinus depurator* (Giomo *et al*., 2008) and *Nephrops norvegicus* (Lund *et al*., 2009), and, possibly, the higher temperature in our laboratory groups partially accounts for the increased mortality. The latency to initiate activity that occurred in 11 of the 14 animals of our laboratory groups may similarly be related to the degree of thermal stress these animals experienced, with both increased desiccation and accumulation of metabolic waste products potentially responsible for limiting activity until animals regained sufficient water volume. Both length of emersion (*Pandalus platyceros*, Stoner, 2012) and degree of thermal stress are positively correlated to degree of immediate behavioral and physiological impairments post-exposure in *Panulirus cygnus* (Paterson *et al*., 2005), *Nephrops norvegicus* (Ridgway *et al*., 2006), and *Homarus americanus* (Basti *et al*., 2010), and it would be useful to further investigate the importance of these variables on post-harvest behavior of *L. polyphemus*. Importantly, both the percent of hemolymph we extracted and the degree of stress to which we exposed the animals may be less than that of standard biomedical practices (ASMFC, 1998; Leschen and Correia, 2010), and the behavioral effects that we observed may underestimate the effects of a complete biomedical bleeding process with a full 30–40% blood extraction.

### 4.3 Ecological Implications

The changes we observed in activity levels, movement velocity, and expression of tidal rhythms may interfere with daily *L. polyphemus* activities, which would be particularly pronounced during the spawning season. Spawning necessitates several energetically costly trips to the intertidal zone (Leschen *et al*., 2006); larger females tend to make more excursions to the intertidal zone, often making multiple trips within the same week (Leschen *et al*., 2006). An activity deficit, such as that caused by biomedical bleeding, may either influence the number of those trips, or it may influence the timing of those trips. In the case of the latter, females may delay spawning activity while they are recuperating, and this could reduce their spawning output. In addition, modifications in the expression of tidal rhythms may alter the timing of excursions to mating beaches and cause a reduction in the probability they would find males with which to mate. As females are preferentially harvested (76%; Rutecki *et al*., 2003), these behavioral alterations during the spawning season may partially account for declining populations in heavily harvested regions (James-Pirri, 2012), specifically the declining proportions of females at spawning beaches (1 female: 8.5–14 males in Pleasant Bay), reduced egg abundances (James-Pirri, 2012), and the occurrence of single females attempting to spawn (James-Pirri, 2012).

The extended periods of low hemocyanin levels that we found may impact *L. polyphemus* fitness in the natural habitat. Hemocyanins have multiple physiological functions in invertebrates, including sclerotization and maintenance of cuticle integrity (Adachi *et al.*, 2005; Terwilliger, 2007), wound repair, osmoregulation (Paul and Pirow, 1998), and involvement in the immune response (Coates *et al.*, 2011). Reductions of this protein, combined with a reported four month deficit in amebocytes caused by the bleeding process (Novitsky, 1984), may result in a weakened organism, one that is both less able to contend with additional stresses and that exhibits increased susceptibility to infection. Further, the sustained declines in hemocyanin concentration that we found may partially account for the increased (10–11%) probability of mortality during the first two years post-bleeding in animals returned to the wild (Rudloe, 1983).

In summary, *L. polyphemus* females have decreased overall activity and expression of tidal rhythms during the second week after bleeding, decreased linear and angular movement velocities in the first week after the bleeding process, and long-term (>6 week) declines in hemocyanin concentrations. These results suggest that *L. polyphemus* experiences sub-lethal effects of the bleeding process, which, along with high mortality rates in females (Hurton and Berkson, 2006; Leschen and Correia, 2010), may partially account for the changing population characteristics in areas of heavy biomedical harvest. Whether these behavioral and physiological changes occur, or are possibly heightened, in the wild deserves further investigation in order to fully assess the implications of the harvest process for *L. polyphemus* spawning behaviors. Maintenance of populations of *L. polyphemus* is essential not only for the ecosystem as a whole, including subsistence of shorebird populations (Baker *et al.*, 2004), but also for several commercial sectors. The use of horseshoe crabs in the production of LAL is of global importance, and a continued harvest is important in meeting the demands for LAL. However, to maintain the integrity of the stock needed to supply the industry, adaptive or flexible management strategies may need to be considered. In areas of population decline, harvest limits during the spawning season may help to minimize any potential population-level consequences incurred by individual behavioral and physiological changes.

## Acknowledgments

This project could not have been completed without the assistance of Steven Simpson, Katherine Fondo, Alexandria Santry, Kyle Kenyon, Tyler Remillard, and Megan Cooper, who helped with animal collection, maintenance, and data collection. Special thanks to Alicia Franklin for animal care and feeding, and to the staff at Jackson Estuarine Laboratory, especially Dave Shay, for assistance with technical aspects. We also thank the anonymous reviewers and *The Biological Bulletin* editors for helpful feedback. Financial support for this project was provided by New Hampshire Sea Grant Award (#12-092) to CCC and RLA, NSF (IOS to CCC and WHW III), Plymouth State University College of Graduate Studies, and the New Hampshire IDeA Network of Biological Research Excellence with grants from the National Institute of General Medical Sciences (1P20GM030360) National Institutes of Health.

## Abbreviations

LAL          (Limulus Amebocyte Lysate)

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Anderson et al.     Page 17

## Literature Cited

Adachi K, Endo H, Watanabe T, Nishioka T, Hirata T. Hemocyanin in the exoskeleton of crustaceans: enzymatic properties and immunolocalization. Pigment Cell Res. 2005; 18:136–143. [PubMed: 15760343]

Aguzzi J, Chiesa JJ, Abelló P, Diez-Noguera A. Temporal modification of cardiac rhythmicity in *Nephrops norvegicus* (Crustacea: Decapoda) in relation to trawl capture stress. Sci. Mar. 2005; 69:369–374.

Ansell AD. Changes in oxygen consumption, heart rate and ventilation accompanying starvation in the decapod crustacean *Cancer pagurus*. Neth. J. Sea Res. 1973; 7:455–475.

Armstrong P, Conrad M. Blood collection from the American horseshoe crab, *Limulus polyphemus*. J. Vis. Exp. 2008; 20:958. [PubMed: 19078938]

ASMFC. Interstate Fishery Management Plan for Horseshoe Crab. 1998. Fishery management report no.32 of the Atlantic States Marine Fisheries Commission.

ASMFC. 2012 review of the fishery management plan in 2011 for horseshoe crab (*Limulus polyphemus*). 2012.

Baker A, Gonzalez P, Piersma T, Niles L, Nascimento I, Atkinson P, Clark N, Minton C, C, Peck M, Aarts G. Rapid population decline in red knots: fitness consequences of decreased refueling rates and late arrive in Delaware Bay. Proc. R. Soc. Lond. 2004; 271:875–882.

Barlow RB Jr. Powers MK, Howard H, Kass L. Migration of *Limulus* for mating: relation to lunar phase, tide height, and sunlight. Biol. Bull. 1986; 171:310–329.

Barrento S, Marques A, Vaz-Pires P, Nunes ML. Live shipment of immersed crabs *Cancer pagurus* from England to Portugal and recovery in stocking tanks: stress parameter characterization. ICES J. Mar. Sci. 2010; 67:435–443.

Basti D, Bricknell I, Hoyt K, Chang E, Halteman W, Bouchard D. Factors affecting post-capture survivability of lobster *Homarus americanus*. Dis. Aquat. Org.. 2010; 90:153–166. [PubMed: 20662372]

Bergmann M, Taylor AC, Moore PG. Physiological stress in decapod crustaceans (*Munida rugosa* and *Liocarcinus depurator*) discarded in the Clyde Nephrops fishery. J. Exp. Mar. Biol. Ecol. 2001; 259:215–229. [PubMed: 11343713]

Botton ML. Diet and food preferences of the adult horseshoe crab *Limulus polyphemus* in Delaware Bay, New Jersey, USA. Mar. Biol. 1984a; 81:199–207.

Botton ML. The importance of predation by horseshoe crabs, *Limulus polyphemus*, to an intertidal sand flat community. J. Mar. Res. 1984b; 42:139–161.

Brown RS, Caputi N. Factors affecting the recapture of undersize western rock lobster *Panulirus cygnus* George returned by fishermen to the sea. Fish. Res. 1983; 2:103–128.

Carmichael RH, Rutecki D, Valiela I. Abundance and population structure of the Atlantic horseshoe crab *Limulus polyphemus* in Pleasant Bay, Cape Cod. Mar. Ecol. Prog. Ser. 2003; 246:225–239.

Chabot CC, Kent J, Watson WH III. Circatidal and circadian rhythms of activity in *Limulus polyphemus*. Biol. Bull. 2004; 207:72–75. [PubMed: 15315945]

Chabot CC, Betournay SH, Braley NR, Watson WH III. Endogenous rhythms of locomotion in the American horseshoe crab, *Limulus polyphemus*. J. Exp. Mar. Biol. Ecol. 2007; 345:79–89.

Chabot CC, Skinner SJ, Watson WH III. Rhythms of locomotion expressed by *Limulus polyphemus*, the American horseshoe crab: I. Synchronization by artificial tides. Biol. Bull. 2008; 215:34–45. [PubMed: 18723635]

Chabot CC, Watson WH III. Circatidal rhythms of locomotion in the American horseshoe crab *Limulus polyphemus*: Underlying mechanisms and cues that influence them. Curr. Zool. 2010; 56:499–517.

Chabot CC, Yelle JF, O'Donnell CB, Watson WH III. The effects of water pressure, temperature, and current cycles on circatidal rhythms expressed by the American horseshoe crab, *Limulus polyphemus*. Mar. Freshw. Behav. Physiol. 2011; 44:43–60.

Coates CJ, Kelly SM, Nairn J. Possible role of phosphatidylserine-hemocyanin interaction in the innate immune response of *Limulus polyphemus*. Dev. Comp. Immunol. 2011; 35:155–163. [PubMed: 20816893]

Coates CJ, Bradford EL, Krome CA, Nairn J. Effect of temperature on biochemical and cellular properties of captive *Limulus polyphemus*. Aquaculture. 2012; 334:30–38.

Cohen JA, Brockmann HJ. Breeding activity and mate selection in the horseshoe crab *Limulus polyphemus*. Bull Mar Sci. 1983; 33:274–281.

Davis, GE.; Baughman, DS.; Chapman, JD.; MacArthur, D.; Pierce, AC. Mortality associated with declawing stone crabs, *Menippe mercenaria*. U.S. National Park Service; 1978. Report T-522

Ding JL, Tan KC, Thangamani S, Kusuma N, Seow WK, Bui THH, Wang J, Ho B. Spatial and temporal expression of expression of immune genes during *Pseudomonas* infection of the horseshoe crab, *Carcinoscorpius rotundicauda*. Genes Immun. 2005; 6:557–574. [PubMed: 16001078]

Fanjul-Moles ML, Bosques-Tistler T, Prieto-Sagredo J, Castañón-Cervantes O, Fernández-Rivera-Río L. Effect of variation in photoperiod and light intensity on oxygen consumption, lactate concentration, and behavior in crayfish *Procambarus clarkii* and *Procambarus digueti*. Comp. Biochem. Physiol. 1998; 119A:263–269.

Giomo F, Raicevich S, Giovanardi O, Pranovi F, Di Muro P, Beltramini M. Catch me in winter! Seasonal variation in air temperature severely enhances physiological stress and mortality of species subjected to sorting operations and discarded during annual fishing activities. Hydrobiologia. 2008; 606:195–202.

Hand SC, Hardewig I. Downregulation of cellular metabolism during environmental stress: mechanisms and implications. Annu. Rev. Physiol. 1996; 58:539–563. [PubMed: 8815808]

Harris RR, Ulmestrand M. Discarding Norway lobster (*Nephrops norvegicus* L.) through low salinity layers – mortality and damage seen in simulation experiments. ICES J. Mar. Sci. 2004; 61:127–139.

Harris RR, Andrews MB. Physiological changes in Norway lobster *Nephrops norvegicus* (L.) escaping and discarded from commercial trawls on the West Coast of Scotland: II. Disturbances in haemolymph respiratory gases, tissue metabolites and swimming performance after capture and during recovery. J. Exp. Mar. Biol. Ecol. 2005; 320:195–210.

Haupt P, Brouwer SL, Branch GM, Gade G. Effects of exposure to air on the escape behavior and haemolymph chemistry of the South African Cape lobster, *Jasus lalandii*. Fish. Res. 2006; 81:210–218.

Hurton L, Berkson J, Smith S. Estimation of total hemolymph volume in the horseshoe crab *Limulus polyphemus*. Mar. Freshw. Behav. Physiol. 2005; 38:139–147.

Hurton L, Berkson J. Potential causers of mortality for horseshoe crabs (*Limulus polyphemus*) during the biomedical bleeding process. Fish. Bull. 2006; 104:293–298.

James-Pirri MJ, Veillette PA, Leschen AS. Selected hemolymph constituents of captive, biomedically bled, and wild caught adult female American horseshoe crabs (*Limulus polyphemus*). Mar. Freshw. Behav. Physiol. 2012; 45:281–289.

James-Pirri MJ. Assessment of spawning horseshoe crabs (*Limulus polyphemus*) at Cape Cod National Seashore, 2008–2009. Natural Resource Technical Report NPS/CACO/NRTR-2012/573. 2012

Jenkins SR, Brand AR. The effect of dredge capture on the escape response of the great scallop, *Pecten maximu*s (L.): implications for the survival of undersized discards. J. Exp. Mar. Biol. Ecol. 2001; 266:33–50.

Kasten P, Flores AAV. Disruption of endogenous tidal rhythms of larval release linked to food supply and heat stress in an intertidal barnacle. Mar. Ecol. Prog. Ser. 2013; 472:185–198.

Kim WS, Huh HT, Huh SH, Lee TW. Effects of salinity on endogenous rhythm of the Manila clam, *Ruditapes philippinarum* (Bivalvia: Veneridae). Mar. Biol. 2001; 138:157–162.

King TL, Eackles MS, Spidle AP, Brockmann HJ. Regional differentiation and sex-biased dispersal among populations of the horseshoe crab *Limulus polyphemus*. Trans. Am. Fish. Soc. 2005; 134:441–465.

Krauter JN, Fegley SR. Vertical disturbance of sediments by horseshoe crabs (*Limulus polyphemus*) during their spawning season. *Estuaries*. 1994; 17:288–294.

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

Kurz W, James-Pirri MJ. The impact of biomedical bleeding on horseshoe crabs, *Limulus polyphemus*, movement patterns on Cape Cod, Massachusetts. Mar. Freshw. Behav. Physiol. 2002; 35:261–268.

Lee WJ. Intensive use of an intertidal mudflat by foraging adult American horseshoe crabs *Limulus polyphemus* in the Great Bay estuary, New Hampshire. Curr. Zool. 2010; 56:611–617.

Leschen AS, Grady SP, Valiela I. Fecundity and spawning of the Atlantic horseshoe crab, *Limulus polyphemus*, in Pleasant Bay, Cape Cod, Massachusetts, USA. Mar. Ecol. 2006; 27:54–65.

Leschen AS, Correia SJ. Mortality in female horseshoe crabs (*Limulus polyphemus*) from biomedical bleeding and handling: implications for fisheries management. Mar. Freshw. Behav. Physiol. 2010; 43:135–147.

Li Y, Qin JG, Li X, Benkendorff K. Spawning-dependent stress responses in Pacific oysters *Crassostrea gigas*: a simulated bacterial challenge in oysters. Aquaculture. 2009a; 293:164–171.

Li Y, Qin JG, Li X, Benkendorff K. Spawning-dependent stress response to food deprivation in Pacific oyster *Crassostrea gigas*. Aquaculture. 2009b; 286:309–317.

Lund HS, Wang T, Chang ES, Pedersen LF, Taylor EW, Pedersen PB, McKenzie DJ. Recovery by the Norway lobster *Nephrops norvegicus* (L.) from the physiological stresses of trawling: Influence of season and live-storage position. J. Exp. Mar. Biol. Ecol. 2009; 373:124–132.

Malkoski V. Massachusetts 2010 compliance report to the Atlantic States Marine Fisheries Commission-Horseshoe Crab. Massachusetts Division of Marine Fisheries. 2010

Novitsky TJ. Discovery to commercialization: the blood of the horseshoe crab. Oceanus. 1984; 27:19–26.

Novitsky, TJ. Biomedical applications of Limulus Amebocyte Lysate. In: Tanacredi, JT.; Botton, ML.; Smith, D., editors. Biology and Conservation of Horseshoe Crabs. Springer Science+Business Media, LLC; New York, NY: 2009. p. 315-329.

Parsons DM, Eggleston DB. Indirect effects of recreational fishing on behavior of the spiny lobster *Panulirus argus*. Mar. Ecol. Prog. Ser. 2005; 303:235–244.

Paterson BD, Spanoghe PT. Stress indicators in marine decapod crustaceans, with particular reference to the grading of western rock lobsters (*Panulirus cygnus*) during commercial handling. Mar. Freshw. Res. 1997; 48:829–834.

Paterson BD, Spanoghe PT, Davidson GW, Hosking W, Nottingham S, Jussila J, Evans LH. Predicting survival of western rock lobsters *Panulirus cygnus* using discriminant analysis of haemolymph parameters taken immediately following simulated handling treatments. N. Z. J. Mar. Freshw. Res. 2005; 39:1129–1143.

Patterson L, Dick JTA, Elwood RW. Physiological stress responses in the edible crab, *Cancer pagurus*, to the fishery practice of de-clawing. Mar. Biol. 2007; 152:265–272.

Patterson L, Dick JTA, Elwood RW. Claw removal and feeding ability in the edible crab, *Cancer pagurus*: implications for fishery practice. Appl. Anim. Behav. Sci. 2009; 116:302–305.

Paul RJ, Pirow R. The physiological significance of respiratory proteins in invertebrates. Zoology. 1998; 100:298–306.

Ridgway ID, Taylor AC, Atkinson RJA, Chang ES, Neil DM. Impact of capture method and trawl duration on the health status of the Norway lobster, *Nephrops norvegicus*. J. Exp. Mar. Biol. Ecol. 2006a; 339:135–147.

Ridgway I, Taylor AC, Atkinson RJA, Stentiford GD, Chang ES, Neil DM. Morbidity and mortality in Norway lobsters, *Nephrops norvegicus*: physiological, immunological and pathological effects of aerial exposure. J. Exp. Mar. Biol. Ecol. 2006b; 328:251–264.

Rudloe A, Herrnkind WF. Orientation of *Limulus polyphemus* in the vicinity of breeding beaches. Mar. Behav. Physiol. 1976; 4:75–89.

Rudloe A. The effect of heavy bleeding on mortality of the horseshoe crab, *Limulus polyphemus*, in the natural environment. J. Invertebr. Pathol. 1983; 42:167–176.

Rutecki D, Carmichael RH, Valiela I. Magnitude of harvest of Atlantic horseshoe crabs, *Limulus polyphemus*, in Pleasant Bay, Massachusetts. Estuaries. 2004; 27:179–187.

Schaller SY, Chabot CC, Watson WH III. Seasonal movements of American horseshoe crabs *Limulus polyphemus* in the Great Bay Estuary, New Hampshire (USA). Curr. Zool. 2010; 56:587–598.

Smith GG, Ritar AJ. Effect of physical disturbance on reproductive performance in the spiny lobster, *Jasus edwardsii*. N. Z. J. Mar. Freshw. Res. 2005; 39:317–324.

Sokolova IM, Frederich M, Bagwe R, Lannig G, Sukhotin AA. Energy homeostasis as in integrative tool for assessing limits of environmental stress tolerance in aquatic invertebrates. Mar. Environ. Res. 2012; 79:1–15. [PubMed: 22622075]

Stoner AW. Evaluating vitality and predicting mortality in the spot prawn, *Pandalus platyceros*, using reflex behaviors. Fish. Res. 2012a; 119:108–114.

Stoner AW. Assessing stress and predicting mortality in economically significant crustaceans. Rev. Fish. Sci. 2012b; 20:111–135.

Styrishave B, Rasmussen AD, Depledge MH. The influence of bulk and trace metals on the circadian rhythm of heart rates in freshwater crayfish, *Astacus astacus*. Mar. Pollut. Bull. 1995; 31:87–92.

Terwilliger NB. Hemocyanins and the immune response: defense against the dark arts. Integr. Comp. Biol. 2007; 47:662–665. [PubMed: 21672871]

Theriault M, VanLeeuwen J, Morrison M, Cawthorn R. Risk factors for the development of shell disease in impounded populations of the American lobster, *Homarus americanus*. J. Shellfish Res. 2008; 27:1239–1245.

Uglow RF. Haemolymph protein concentrations in portunid crabs - II. The effects of imposed fasting on *Carcinus maenas*. Comp. Biochem. Physiol. 1969; 31:959–967.

Vermeer GK. Effects of air exposure on desiccation rate, hemolymph chemistry, and escape behavior of the spiny lobster, *Panulirus argus*. Fish. Bull. 1987; 85:45–51.

Walls EA, Berkson J. Effects of blood extraction on horseshoe crabs (*Limulus polyphemu*s). Fish. Bull. 2003; 101:457–459.

Watson WH III, Chabot CC. High resolution tracking of adult horseshoe crabs *Limulus polyphemus* in a New Hampshire estuary using fixed array ultrasonic telemetry. Curr. Zool. 2010; 56:599–610.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Anderson et al.                                                                 Page 21



**Figure 1. The effects of bleeding on locomotor activity and rhythms in representative *L. polyphemus***

Larger panels: Actograms are double-plotted, with size and position of black marks indicating the intensity and timing of activity. Asterisks indicate the start of the bleeding process; in the control actograms, the start is marked to facilitate comparison. The LD cycle (14:10) is indicated by light/dark bars at the top. Smaller panels: Lomb-Scargle periodograms to the right of each actogram indicate significant rhythms of activity during successive intervals; horizontal line above x-axis indicates *P* = 0.001. Number next to peak indicates most significant period of activity within circatidal (12–14 h) or circadian (22–16 h) range.

*Biol Bull*. Author manuscript; available in PMC 2014 July 02.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Figure 2. Effects of bleeding on activity (mean ± SEM) in the Laboratory Running Wheel, Laboratory Unrestrained, and Outdoor Unrestrained groups**

White-Control; Grey-Bled. * - $P < 0.05$. Pre= 2 weeks before bleeding; Weeks 1–3= post-bleeding.



**Figure 3. Effects of bleeding on activity (mean ± SEM) in the Outdoor Unrestrained group**
**Top: Mean activity;** White-Control; Grey-Bled. Pre= 2 days before bleeding; Days 1–14 = post-bleeding. **Bottom**: Relationship between activity percent change during the first two days post-bleeding to activity percent change during the second week post bleeding.

Anderson et al.    Page 24



**Figure 4. Effects of bleeding on linear and angular velocity in the Laboratory Unrestrained group**
White bars: controls; grey bars: bled; *- $P < 0.05$. Pre= 2 weeks before bleeding; Weeks 1–4= post-bleeding.

*Biol Bull*. Author manuscript; available in PMC 2014 July 02.



**Figure 5. Percent of original hemocyanin concentration remaining six weeks post-bleeding**
White bars: controls; grey bars: bled. *- $P < 0.05$.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Anderson et al.                                                                                          Page 26

**Table 1**

Size, amount of hemolymph extracted, and mortality in the four female bled groups.

| Treatment | Prosomal Width (cm) | Extracted Hemolymph Volume (mL) | Estimated Percent Extraction | Total Mortality | Percent Mortality |
|---|---|---|---|---|---|
| Lab Running Wheel | 17.5 ± 0.8 | 28.9 ± 4.7 | 15.5 ± 2.5 | 1 | 14 |
| Lab Unrestrained | 18.9 ± 0.3 | 47.6 ± 7.0 | 21.0 ± 3.0 | 1 | 14 |
| Outdoor Unrestrained | 19.1 ± 0.4 | 64.4 ± 2.8 | 28.1 ± 1.1 | 0 | 0 |
| Lab Communal Tank | 18.4 ± 0.4 | 29.0 ± 4.9 | 14.2 ± 2.4 | 3 | 42 |

Values are mean ± SEM; $n$ = 7 per group. Estimated percent extraction determined by comparing actual amount extracted to expected hemolymph volume, calculated using prosomal width.

Anderson et al.

Page 27

**Table 2**

Percent of *L. polyphemus* expressing tidal and daily rhythms ($\tau \pm$ SEM) before and after the bleeding process.

| Experimental Group | Rhythm Type | Pre | Week 1 Post | Week 2 Post | Week 3 Post |
|---|---|---|---|---|---|
| Lab RW Control | Tidal | 86% (12.6 ± 0.3) | 71% (12.1 ± 0.2) | 57% (12.4 ± 0.2) | 57% (12.3 ± 0.3) |
| | Daily | 14% (23.8) | 29% (23.0 ± 0.2) | 43% (23.9 ± 0.7) | 43% (24.6 ± 0.1) |
| Lab RW Bled | Tidal | 83% (12.5 ± 0.1) | 83% (12.5 ± 0.3) | 33% (12.3 ± 0.2) | 83% (12.5 ± 0.2) |
| | Daily | 17% (24.3) | 17% (23.5) | 51% (24.3 ± 0.1) | 17% (24.6) |
| Lab Unrestrained Control | Tidal | 71% (12.6 ± 0.3) | 57% (12.0 ± 0.2) | 57% (12.3 ± 0.2) | 71% (12.6 ± 0.3) |
| | Daily | 28% (24.1 ± 0.4) | 42% (23.3 ± 0.4) | 43% (24.3 ± 0.3) | 28% (25.0 ± 0.8) |
| Lab Unrestrained Bled | Tidal | 83% (12.3 ± 0.1) | 67% (12.7 ± 0.2) | 33% (12.4 ± 1.0) | 83% (12.5 ± 0.2) |
| | Daily | 17% (23.2) | 33% (24.5 ± 0.8) | 51% (24.0 ± 0.2) | 17% (23.8) |
| Outdoor Control | Tidal | 86% (12.5 ± 0.1) | 100% (12.2 ± 0.2) | 86% (12.6 ± 0.2) | 71% (12.2 ± 0.1) |
| | Daily | 14% (26) | 0% | 14% (23.9) | 29% (24.0 ± 0.5) |
| Outdoor Bled | Tidal | 86% (12.7 ± 0.2) | 86% (12.5 ± 0.1) | 14% (11.2) | 86% (12.3 ± 0.1) |
| | Daily | 14% (23.7) | 14% (23.1) | 71% (24.4 ± 0.2) | 14% (24.9) |

*Biol Bull*. Author manuscript; available in PMC 2014 July 02.

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/233459663

# The Impact of Biomedical Bleeding on Horseshoe Crab, Limulus polyphemus, Movement Patterns on Cape Cod, Massachusetts

**Article** *in* Marine and Freshwater Behaviour and Physiology · December 2002

DOI: 10.1080/10236240210000019315

CITATIONS
32

READS
228

2 authors, including:



Mary-Jane James
University of Rhode Island
**29** PUBLICATIONS   **662** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Dissertation View project

All content following this page was uploaded by Mary-Jane James on 01 December 2018.

The user has requested enhancement of the downloaded file.

*Mar. Fresh. Behav. Physiol.*, Vol. 35, No. 4, pp. 261–268



# THE IMPACT OF BIOMEDICAL BLEEDING ON HORSESHOE CRAB, *LIMULUS POLYPHEMUS*, MOVEMENT PATTERNS ON CAPE COD, MASSACHUSETTS

## W. KURZ[a,*] and M.J. JAMES-PIRRI[b,†]

[a]*Nicholas School of the Environment and Earth Sciences, Duke University Marine Lab, 135 Duke Marine Lab Road, Beaufort, NC 28516, USA;* [b]*Graduate School of Oceanography, University of Rhode Island, Narragansett, RI 02882, USA*

*(Received 5 April 2002; In final form 11 July 2002)*

The purpose of this study was to determine if bleeding, for biomedical purposes, influenced the behavior of horseshoe crabs, *Limulus polyphemus*. In the summer of 2001, ten bled and ten control (unbled) female horseshoe crabs were tracked for 26 days using acoustic telemetry in a small estuary on Cape Cod, Massachusetts. All but three crabs, two bled and one control, were located during the study period. No mortality was observed in the control group, while 20% mortality was observed within the bled group. There was no significant difference in the average rate of movement or in the spatial distribution within the estuary between the two groups. However, a difference was detected in the movement patterns. Horseshoe crabs from the bled group had a random direction of movement compared to the directional movement pattern of the control group, suggesting that the bled crabs experienced more disorientation.

*Keywords:* Horseshoe crab; Behavior; Acoustic telemetry

## INTRODUCTION

The American horseshoe crab, *Limulus polyphemus*, is exploited by both a commercial bait fishery and the biomedical industry (ASMFC, 1999). The biomedical industry uses blood from horseshoe crabs in the production of *Limulus* ameobocyte lysate or LAL, which is the standard test used to detect endotoxins pathogenic to humans in all injectable drugs and implantable medical devices (Novitsky, 1984). During the bleeding process up to 30% of the blood volume is removed from the horseshoe crab (Novitsky, 1984). All bled horseshoe crabs collected for LAL production must be released within 72 h of capture as mandated by the United States Food and Drug Administration (ASMFC, 1998). Previous studies have estimated that horseshoe

---

*Corresponding author. Current address: North Carolina National Estuarine Research Reserve, 135 Duke Marine Lab Road, Beaufort, NC 28516, USA. E-mail: Whitney_Kurz@ncnerr.org; wjk@duke.edu
†Tel.: (401) 874-6617. Fax: (401) 874-6887. E-mail: MJJP@gso.uri.edu

ISSN 1023-6244 print: ISSN 1029-0362 online © 2002 Taylor & Francis Ltd
DOI: 10.1080/1023624021000019315

W. KURZ AND M.J. JAMES-PIRRI

crabs used for biomedical bleeding suffer an 8–15% mortality rate from the procedure (Rudloe, 1983; Walls and Berkson, 2000; Wenner and Thompson, 2000). However, the influence of bleeding on horseshoe crab behavior and long-term survival are unknown. This study evaluated the behavior patterns of bled and control (unbled) female horseshoe crabs in a natural setting using acoustic telemetry.

## METHODS

Twenty female horseshoe crabs were collected from Pleasant Bay and Nauset Estuary within Cape Cod National Seashore, Cape Cod, Massachusetts in July of 2001. All horseshoe crabs used in this study were larger than 200 mm prosomal width (Table I) and free of epibionts, similar to individuals that are typically used by biomedical facilities for blood extraction. The twenty horseshoe crabs were treated in pairs, with one horseshoe crab from each of the ten pairs randomly chosen and bled. The individual that was to be bled was placed in a stand, similar in design to those utilized by the

TABLE I  Summary of information for horseshoe crabs used in study. Number of days detected refers to the actual days where the individual's signal was located. Total number of data points refers to the number times a signal and corresponding GPS coordinates were recorded for the individual. The number of consecutive data points (within a 12 h period) for each individual is given in parentheses. Status indicates available current information on the location of the individual

| Crab no. | Treatment | Prosomal width (mm) | Blood volume removed (mL) | First day detected | Last day detected | No. of days detected | Total number and (consecutive) data points | Status as of spring 2002 |
|---|---|---|---|---|---|---|---|---|
| 234 | bled | 232 | 120 | 7/7/01 | 7/31/01 | 4 | 11 (9) | unknown |
| 245 | bled | 261 | 90 | – | – | 0 | 0 (0) | signal never detected |
| 253 | bled | 215 | 76 | 7/4/01 | 7/19/01 | 5 | 11 (8) | dead (7/30/02) |
| 267 | bled | 265 | 100 | 7/6/01 | 7/6/01 | 1 | 1 (0) | unknown |
| 336 | bled | 221 | 82 | 7/4/01 | 7/31/01 | 7 | 10 (6) | dead (9/8/02) |
| 344 | bled | 212 | 86 | 7/4/01 | 7/20/01 | 9 | 10 (4) | unknown |
| 347 | bled | 217 | 104 | 7/6/01 | 7/10/01 | 2 | 3 (2) | unknown |
| 353 | bled | 219 | 81 | 8/11/01 | 8/11/01 | 1 | 1 (0) | unknown |
| 433 | bled | 221 | 85 | 7/9/01 | 7/25/01 | 4 | 6 (4) | unknown |
| 457 | bled | 261 | 75 | 7/9/01 | 7/11/01 | 2 | 2 (0) | unknown |
| 254 | control | 225 | 0 | – | – | 0 | 0 (0) | unknown |
| 455 | control | 209 | 0 | 7/9/01 | 7/13/01 | 2 | 2 (0) | unknown |
| 477 | control | 255 | 0 | 7/10/01 | 7/10/01 | 1 | 3 (3) | unknown |
| 553 | control | 233 | 0 | 7/4/01 | 7/25/01 | 7 | 21 (19) | unknown |
| 555 | control | 229 | 0 | 7/4/01 | 8/2/01 | 9 | 25 (20) | transmitter found spring '02 |
| 563 | control | 219 | 0 | 7/6/01 | 7/22/01 | 7 | 8 (2) | unknown |
| 566 | control | 208 | 0 | 7/4/01 | 8/17/01 | 10 | 17 (9) | transmitter found spring '02 |
| 634 | control | 213 | 0 | 7/12/01 | 7/12/01 | 1 | 1 (0) | unknown |
| 666 | control | 251 | 0 | 7/4/01 | 7/31/01 | 7 | 22 (21) | unknown |
| 673 | control | 256 | 0 | – | – | 0 | 0 (0) | signal never detected |

biomedical companies, to hold the horseshoe crab and expose the articular membrane. The articular membrane was swabbed with 70% isopropyl alcohol and a sterile, disposable, pyrogen-free, 14-gauge, 2-inch hypodermic needle was inserted into the articular membrane to drain blood from the cardiac sinus. The needle was removed once the blood flow from the cardiac sinus slowed to an intermittent drip. An average of 90 mL of blood (Table I) was removed from each of the ten female horseshoe crabs. Time out of the water was same for both treatment groups and did not exceed 30 min.

Sonic transmitters (Sonotronics, Tuscon AZ) 64 mm in length, 16 mm in diameter, and weighing 8 g, were attached to each of the twenty horseshoe crabs. The transmitter was fastened to the top of the prosoma using marine epoxy and a three-point monofilament harness. Each sonic transmitter emitted a unique signal, thus tracking multiple animals was possible. The sonic transmitters were detectable up to 1000 m and have a battery life of 14 months. A signal can only be detected when the transmitter is in the water, therefore if a horseshoe crab was out of the water the signal would not be detected. Alternatively, if an individual dies in the water, the signal would be detected but there would be no movement associated with that particular signal. All horseshoe crabs were released in pairs at the same location in Nauset Estuary from July 2 to 8, 2001 and were tracked using a hydrophone during July and August.

Nauset Estuary is a small system (600 hectares) within the boundaries of Cape Cod National Seashore. Horseshoe crabs within the estuary typically spawn from mid-May to early July, and a known spawning beach is located in the northern portion of the estuary (Fig. 2) (James-Pirri *et al.*, 2002). Due to its small size and shallow depths, locating signals from the transmitters was possible using a hydrophone from the platform of a kayak. A handheld geographic positioning system (GPS) unit was used to record the geographic coordinates of signals from the tagged horseshoe crabs. Once a signal was located, the individual was tracked for approximately 15 min (if possible) and the GPS coordinates and time of day were recorded every 3–5 min. Then the estuary would be searched for another signal and the process would continue. We also recorded the GPS coordinates of locations where no signals were detected to evaluate which areas of the estuary were frequented by horseshoe crabs. Often we would return to the location of previous signals one to five hours later to determine if the horseshoe crab was still in the area and to collect additional data. We refer to a signal from a transmitter and corresponding GPS coordinates and time as a datum point. Consecutive data points refer to data where an individual was tracked over time and information on its location was recorded at 3–5 min intervals.

Average rate of movement (m min$^{-1}$) was calculated for horseshoe crabs where data points (a detected signal, corresponding GPS coordinates, and time) occurred within a 12 h period. The 12 h criterion was chosen since this was the time frame on any one day when the estuary could be searched for horseshoe crabs. If data points were included that spanned longer than 12 h, the rate of movement would be underestimated since crabs tended to return to the same areas on the each tidal cycle and thus distance traveled between data points would be small, whereas the time period between data points on different days would be great (1 or more days). To calculate the rate of movement, the time interval between consecutive data points within a 12 h period was determined and distance traveled was calculated from the GPS coordinates for those data points. Rate of movement for each individual (individuals were the replicates) was then calculated as the total distance traveled divided by the total time between consecutive data points within a 12 h period.

To determine differences between the rate of movement for bled and control groups, a One-way ANOVA was performed on the average rate of movement for each treatment group where consecutive data points on individuals were collected within a 12 h period. Prior to analyses, tests for normality and homogeneity of variances were conducted and the data were found not to violate the assumptions of ANOVA. Only 12 of the 17 horseshoe crabs that were located had consecutive data points that met the 12 h criteria, and thus only these individuals were included in the analyses of rate of movement (Table I).

GPS coordinates were entered into GIS software and superimposed with geographic data to display the spatial distribution of the horseshoe crabs within Nauset Estuary (Fig. 2a–c). To determine if the spatial distribution and movement of the two treatment groups displayed a nonrandom or random pattern, all data points were analyzed by Biotas® software from Ecological Software Solutions. Biotas® software provides a variety of analyses of spatial and temporal data including analyses of spatial dispersion, spatial autocorrelation, spatial randomness, and movement patterns. Additionally, GIS data can be used as an overlay to confine the analyses of spatial distribution and movement patterns to abiotic and biotic limits of the organism (e.g. home range, water bodies). Biotas® was used to evaluate the data with the Moran's I Test (Moran, 1950) and the Movements Analysis test within the boundaries of Nauset Estuary. The Moran's I Test uses a grid overlay on the pattern of geographic points within Nauset Estuary to analyze data in adjacent grids to determine if there is a spatial pattern such as spatial clustering. We used this test to evaluate if horseshoe crabs from the two treatment groups differed in their spatial autocorrelation (i.e. did the treatment groups have different spatial patterns) within Nauset Estuary. A high spatial autocorrelation would imply that the horseshoe crabs were not randomly distributed. The Movements Analysis takes a circular measure, a bearing, and converts it to a linear measure, an angle, and then uses the angle measure to test if changes in the animal's direction of movement (e.g. number of left and right turns) are significantly different than what would be expected from random chance. We used this test to determine if the pattern of movement, in terms of directional change, differed between the two treatment groups.

## RESULTS

Seventeen (9 control, 8 bled) of the twenty horseshoe crabs were located after release. Three horseshoe crabs (one control and two bled) were not located during the study period. These three individuals could have moved out of Nauset Estuary, traveled to deeper water, or died with their bodies stranded out of the water where the transmitter signal would not be detected. Two of the horseshoe crabs from the bled treatment were found dead within Nauset Estuary 28 days and 68 days post bleeding. No mortality was observed among the control group. Horseshoe crabs from both groups frequented the same general area (northern portion) of the estuary (Fig. 2a,b). Locations where no signal was detected are shown in Fig. 2c.

There was no significant difference in rate of movement (One-way ANOVA, $p = 0.261$) between the bled and control horseshoe crabs (Fig. 1). However, due to the low sample size and associated variability, the power of this test was very low (power $= 0.13$, alpha $= 0.05$) indicating that the probability of failing to detect a



FIGURE 1    Rate of movement for bled and control horseshoe crabs.

difference between the treatments when a difference actually existed (i.e. Type II error) was 87%. To increase the power of the test to an acceptable level (i.e. power = 0.8, alpha = 0.05) we would have needed more than twice as many replicates within each treatment group.

The null hypothesis of no spatial autocorrelation was rejected by the Moran's I Test for both treatment groups (bled: $Z$-score = 4.517, $p > 0.05$; control: $Z$-score = 4.506, $p > 0.05$) indicating that both groups exhibited spatial autocorrelation (clustering), and therefore had a nonrandom distribution patterns within Nauset Estuary (Fig. 2a,b). The Movement Analyses indicated that the bled group exhibited a random direction of movement ($Z$-score = 0.43, $p < 0.05$), whereas the control group exhibited directional movement patterns ($Z$-score = 2.71, $p > 0.05$).

## DISCUSSION

Our telemetry data show that horseshoe crabs from both treatment groups frequented similar areas of the estuary, particularly the northern portion that contains extensive tidal flats, while other areas were not extensively used by the horseshoe crabs. These shallow tidal flats are most likely an important foraging area since horseshoe crabs are predators on intertidal fauna (Botton, 1984a,b). It is interesting to note that the small beach used by horseshoe crabs for spawning in this area also has the highest horseshoe crab egg densities observed on beaches surveyed within Cape Cod (James-Pirri *et al.*, 2002). We have periodically searched for signals from the horseshoe crabs over the winter of 2001 through the summer of 2002, and have not yet located any of the animals from this study, although 2 transmitters that had fallen loose from the horseshoe crabs were recovered in the spring of 2002 within Nauset Estuary.

266    W. KURZ AND M.J. JAMES-PIRRI



FIGURE 2    Map of Nauset Estuary showing the distribution of sonar signals for bled (2a) and control (2b) horseshoe crabs and locations where no signal was detected (2c).

IMPACT OF BIOMEDICAL BLEEDING ON HORSESHOE CRAB    267

The 20% mortality observed within the bled group is slightly higher than the 8–15% mortality estimated in previous studies (Rudloe, 1983; Walls and Berkson, 2000; Wenner and Thompson, 2000). However, the slightly higher mortality rate observed in this study may have been an artifact of low sample size.

We found no difference in the rate of movement between the bled and control groups, although there was a trend towards a lower rate of movement in the bled horseshoe crabs. Unfortunately, the statistical power of the test was low and probably of a Type II error was high. Both groups showed similar spatial distribution patterns, most likely related to foraging areas within the estuary. However, the bled horseshoe crabs did not exhibit the same type of movement as the control crabs. The bled group had a random movement pattern compared to the directional movement pattern of the control group, suggesting that the bled horseshoe crabs experienced more disorientation, presumably resulting from the bleeding procedure and the associated loss of blood volume. If this disorientation prevents horseshoe crabs from locating spawning beaches, bled horseshoe crabs may have a reduced reproductive output compared to those that are not bled. Unfortunately, due to the small number of horseshoe crabs where appropriate data were collected for statistical analyses, these results do not permit a conclusive statement about the influence of bleeding on horseshoe crab behavior and we believe that further investigation is warranted based on the observed disorientation and the trend of lower activity of the bled horseshoe crabs.

## Acknowledgments

Support for this project was provided by Joshua A. Nickerson Conservation Fund, Duke University's Nicholas School of Environment and Earth Sciences and Marine Laboratory to WK and funding to MJJP from the National Park Service. Cape Cod National Seashore provided WK with housing and a summer stipend. We thank Kevin Sallee of Ecological Software Solutions for statistical and technical assistance with the Biotas® software package, John Dubczak of Charles River Laboratory for providing sterile syringes for bleeding, and Win Watson (University of New Hampshire) and Sonotronics for loaning hydrophones and receivers. Additional thanks are extended to Nancy Finley, Ryan Tainsh, Erin Pulster, and Dave Medici. This study complies with the current laws of the United States of America.

## References

Atlantic Marine States Fisheries Commission. (1999). *Horseshoe Crab Stock Assessment Report for Peer Review*. Stock Assessment Report No. 98-01 (Supplement).

Atlantic Marine States Fisheries Commission. (1998). *Interstate Fishery Management Plan for Horseshoe Crab.*

Botton, M.L. (1984a). The importance of predation by horseshoe crabs, *Limulus polyphemus*, to an intertidal sand flat community. *J. Mar. Res.*, **42**, 139–161.

Botton, M.L. (1984b) Diet and food preference of the adult horseshoe crab, *Limulus polyphemus*, in Delaware Bay, New Jersey, USA. *Mar. Biol.*, **81**, 199–207.

Ecological Software Solutions. 3154 53rd Street, Sacramento, California 95820, USA. http://www.ecostats.com.

James-Pirri, M.-J., Tuxbury, K., Koch, S. and Fish, S. (2002). Population demographics and spawning densities of the horseshoe crab, *Limulus polyphemus*, within Cape Cod National Seashore, Cape Cod Bay, and Monomoy National Wildlife Refuge, Massachusetts. Final Report to Cape Cod National Seashore.

Moran, P.A.P. (1950). Notes on continuous stochastic phenomena. *Biometrika*, **37**, 17–23.

Novitsky, T.J. (1984). Discovery to commercialization: the blood of the horseshoe crab. *Oceanus*, **27**, 13–18.
Rudloe, A. (1983). The effect of heavy bleeding on mortality of the horseshoe crab, *Limulus polyphemus*, in the natural environment. *J. Invert. Pathol.*, **42**, 167–176.
Sonotronics. 3250 South Dodge Boulevard, Suite 6, Tucson, Arizona 85713, USA. http://www.sonotronics.com.
Walls, E.A. and Berkson, J.M. (2000). Effects of blood extraction on the survival of the horseshoe crab, *Limulus polyphemus*. *Va. J. Sci.*, **51**, 195–198.
Wenner, E. and Thompson, M. (2000). Evaluation of harvesting impacts and population trends for *Limulus polyphemus* in South Carolina. Final report to the National Oceanographic and Atmospheric Administration, MARFIN Grant Award Number NA87FFO431.

View publication stats

This article was downloaded by: *[Leschen, A. S.]*
On: *4 May 2010*
Access details: *Access Details: [subscription number 921910732]*
Publisher *Taylor & Francis*
Informa Ltd Registered in England and Wales Registered Number: 1072954 Registered office: Mortimer House, 37-41 Mortimer Street, London W1T 3JH, UK



**Marine and Freshwater Behaviour and Physiology**
Publication details, including instructions for authors and subscription information:
http://www.informaworld.com/smpp/title~content=t713644420

## Mortality in female horseshoe crabs (*Limulus polyphemus*) from biomedical bleeding and handling: implications for fisheries management

A. S. Leschen [a];S. J. Correia [a]
[a] Massachusetts Division of Marine Fisheries, New Bedford, MA, USA

First published on: 29 April 2010

**To cite this Article** Leschen, A. S. andCorreia, S. J.(2010) 'Mortality in female horseshoe crabs (*Limulus polyphemus*) from biomedical bleeding and handling: implications for fisheries management', Marine and Freshwater Behaviour and Physiology, 43: 2, 135 — 147, First published on: 29 April 2010 (iFirst)
**To link to this Article: DOI:** 10.1080/10236241003786873
**URL:** http://dx.doi.org/10.1080/10236241003786873

## PLEASE SCROLL DOWN FOR ARTICLE

Full terms and conditions of use: http://www.informaworld.com/terms-and-conditions-of-access.pdf

This article may be used for research, teaching and private study purposes. Any substantial or systematic reproduction, re-distribution, re-selling, loan or sub-licensing, systematic supply or distribution in any form to anyone is expressly forbidden.

The publisher does not give any warranty express or implied or make any representation that the contents will be complete or accurate or up to date. The accuracy of any instructions, formulae and drug doses should be independently verified with primary sources. The publisher shall not be liable for any loss, actions, claims, proceedings, demand or costs or damages whatsoever or howsoever caused arising directly or indirectly in connection with or arising out of the use of this material.

*Marine and Freshwater Behaviour and Physiology*
Vol. 43, No. 2, March 2010, 135–147



Downloaded By: [Leschen, A. S.] At: 20:59 4 May 2010

# Mortality in female horseshoe crabs (*Limulus polyphemus*) from biomedical bleeding and handling: implications for fisheries management

A.S. Leschen* and S.J. Correia

*Massachusetts Division of Marine Fisheries, New Bedford, MA, USA*

(*Received 26 October 2009; final version received 25 February 2010*)

Horseshoe crabs (*Limulus polyphemus*) are bled for biomedical purposes to produce Limulus Amebocyte Lysate (LAL), a valuable material used to detect endotoxins in medical devices and implants. Previous studies generally found mortality from the bleeding process of 5–15% with one study reporting 29% for females; the 15% value is now used for management purposes. However, most of these studies looked only at males, did not mimic handling practices typical of the biomedical facility in Massachusetts, or harvested females after the spawning season when much of the actual biomedical harvest occurs. Female mortality is of particular concern because they have greater importance than males for population dynamics, are preferentially harvested, and are more likely to be physiologically stressed than males because of energy outlay for egg production. We examined the mortality of unbled female horseshoe crabs versus that of crabs bled by the local biomedical company and either returned directly to water, or held overnight as is the current practice. Mortality of Control (unbled) crabs was low (3%) and differed significantly (*p* < 0.001) from that of either bled group (22.5% and 29.8% mortality, respectively); the two bled groups did not differ significantly from each other (*p* = 0.31). Mortality rates in bled treatment groups were double those used in current management of the biomedical fishery. The bait and biomedical fisheries are managed differently because biomedical is considered a low-mortality "catch and release" fishery. States and interstate management agencies may want to re-examine policies surrounding biomedical horseshoe crab harvest based on these results.

**Keywords:** horseshoe crab; *Limulus polyphemus*; biomedical bleeding; lysate; sex ratio; Pleasant Bay; harvest

## Introduction

Horseshoe crabs (*Limulus polyphemus*) are a valuable and highly contested resource in Massachusetts, as elsewhere along the eastern seaboard of the United States. Historically, this species has been a ubiquitous feature along the coast because crabs come ashore to spawn in spring. Horseshoe crabs are much admired by the public and conservation groups because of the visible spectacle of their beach spawning events and the "prehistoric" nature of the animal: a fossilized xiphosurid displaying

*Corresponding author. Email: alison.leschen@state.ma.us

ISSN 1023–6244 print/ISSN 1029–0362 online
© 2010 Taylor & Francis
DOI: 10.1080/10236241003786873
http://www.informaworld.com

136     *A.S. Leschen and S.J. Correia*

Downloaded By: [Leschen, A. S.] At: 20:59 4 May 2010

the typical horseshoe crab body plan has been aged at 445 million years (Rudkin et al. 2008). Horseshoe crabs also have important ecological value because of their eggs' role in fueling the northward migration of shorebirds (Botton et al. 1994; Karpanty et al. 2006; Atkinson et al. 2007) and the role they play as bioturbators in estuarine ecosystems (Botton et al. 2003).

In addition to the intrinsic ''natural'' value of the horseshoe crabs, they support several important commercial industries in Massachusetts. An extract of horseshoe crab blood cells, Limulus Amebocyte Lysate (LAL), is greatly valued as the raw material for a reagent critical to assuring safety of injectable pharmaceutical products and certain medical devices. LAL is used worldwide to detect endotoxins in virtually all medical products injected or implanted into humans, and currently has no substitute. Horseshoe crabs are essential to a multi-million dollar biomedical bleeding industry in Massachusetts. They are also the favored bait for the whelk (*Busycon* spp.) pot fishery, valued at approximately $3 million per year in Massachusetts (Massachusetts Division of Marine Fisheries – DMF – unpublished data). Finally, several bait dealers, draggers, and horseshoe crab fishermen rely on these animals as their primary source of income, and many more supplement their earnings with this species. For these reasons, maintaining horseshoe crab populations and the fishery at sustainable levels is important to both humans and the ecosystem. Recent concerns about overharvest of horseshoe crabs have highlighted the need for accurate assessments of the fishery's impact on populations in order to manage the fishery for sustainability.

Currently, biomedical and bait fisheries are treated separately under Massachusetts regulations. Fishermen hold permit endorsements to fish for one purpose or the other, but not both. Massachusetts does not currently manage biomedical crab fishery with quota, and their harvest is not counted against the annual quota of 165,000 bait crabs. In addition, fishermen with biomedical harvest permits have a daily limit of 1000 crabs, rather than the 400 crab per day limit imposed on fishermen with bait permits. Pleasant Bay, a large embayment on Cape Cod, Massachusetts (Figure 1), is closed to bait fishing, but biomedical harvest is allowed in the Bay except in areas which are part of the Cape Cod National Seashore. The Atlantic States Marine Fisheries Commission (ASMFC) has also treated coast-wide biomedical harvest differently from bait harvest. Addendum IV (ASMFC 2006) to the ASMFC Management Plan for Horseshoe Crabs (ASMFC 1998) maintains the provision that biomedical crabs are not subject to the same restrictions as those for bait use.

The two different sets of rules evolved because the biomedical fishery has been considered a ''catch and release'' fishery with low mortality. Crabs must be returned to the water body of origin after bleeding, and several previously published studies showed relatively low mortality resulting from bleeding (Rudloe 1983; Kurz and James-Pirri 2002; Walls and Berkson 2003; Hurton and Berkson 2006). Mortality in these studies fell mostly in the 5–15% range, which is the basis of Massachusetts policy, with Hurton and Berkson reporting 29% for females in the high-stress, high-bled group. ASMFC allows a maximum annual mortality of 57,500 crabs coast-wide from biomedical bleeding. The actual annual figure is calculated based on the assumption that 15% of the total biomedical harvest suffers mortality (ASMFC 2009). A mortality rate that is in fact higher than 15% could have implications for management policy in Massachusetts and with ASMFC and its member states.

Downloaded By: [Leschen, A. S.] At: 20:59 4 May 2010



Figure 1. Study area: Pleasant Bay, Cape Cod, Massachusetts.

We began to question the applicability of previous bleeding studies to Massachusetts due to the history of horseshoe crab fishing in Pleasant Bay and results of spawning surveys in this embayment and elsewhere on Cape Cod. Pleasant Bay has been consistently fished for biomedical purposes for nearly 30 years (Frank Germano, DMF, personal communication). For most of that time, bait fishery removals were small or nonexistent. Part of the Pleasant Bay coastline within the Cape Cod National Seashore was closed to all harvest in 2001. The bait fishery in the rest of the Bay rapidly expanded in 2005 and 2006 when a red tide forced the state to ban harvest of bivalves in most areas, and many shellfishermen turned to horseshoe crab harvest as an alternative income source. Bait harvest jumped from a few hundred crabs to 17,800 in 2005 and 40,700 in 2006 (DMF unpublished data) out of an estimated population of 500,000 (Carmichael et al. 2003). Concern by the biomedical company that their crab supply would be rapidly depleted prompted the DMF to place an emergency closure on bait harvest in Pleasant Bay, and to allow only the harvesting of biomedical crabs. The assumption behind this closure was that maintaining a biomedical-only harvest with low-mortality rate in this Bay would facilitate a sustainable fishery.

However, results of spawning surveys conducted in Pleasant Bay and other estuaries that are part of the National Seashore on Cape Cod prompted concern that

138    *A.S. Leschen and S.J. Correia*

Table 1. Females as proportion of the count of horseshoe crabs on spawning beaches by region and year.

| Region | Historic (1950s)[a] | 2000[b,d] | 2001[b,d] | 2002[b,d] | 2008[c,d] | 2009[c,d] |
|---|---|---|---|---|---|---|
| | | | Year | | | |
| Buzzards Bay | N/A | N/A | N/A | N/A | 0.41 (0.15−0.69) | 0.44 (0.21−0.71) |
| Cape Cod Bay | 0.29 | 0.24 (0−0.57) | 0.26 (0−667) | N/A | 0.38 (0−0.75) | 0.28 (0−0.55) |
| Monomoy | N/A | N/A | 0.33 (0.25−0.42) | 0.38 (0.27−0.49) | 0.31 (0.17−0.46) | 0.45 (0.26−0.63) |
| Nauset Estuary | N/A | N/A | 0.38 (0.12−0.75) | 0.39 (0.17−0.61) | 0.43 (0.23−0.64) | 0.43 (0.31−0.54) |
| Pleasant Bay | 0.29 | 0.18 (0.07−0.30) | 0.10 (0.02−0.19) | 0.17 (0.08−0.27) | 0.09 (0.05−0.14) | 0.12 (0.09−0.15) |
| Wellfleet Bay | N/A | 0.22 (0−0.46) | 0.29 (0−0.62) | N/A | 0.32 (0.10−0.56) | 0.30 (0.10−0.50) |

Notes: Approximate 95% confidence limits are given in parentheses. N/A = data not available (surveys not conducted).
[a]From Shuster (1979). Raw data not available; so no confidence intervals are calculated.
[b]Data adapted from James-Pirri et al. (2005).
[c]DMF and James-Pirri (unpublished data).
[d]Counts of horseshoe crabs by sex were made on various spawning beaches within regions. The sampling utilized a cluster sampling design with multiple sampling of spawning beaches within regions over a spawning season. Approximately 95% confidence limits were constructed using the exact binomial formula using the average number of horseshoe crabs within samples for each region and year as an effective sample size.

biomedical harvest, possibly exacerbated by the 2-year spike in bait harvest, might be disproportionately affecting females. These surveys, modeled after those in Delaware Bay, were conducted in 2000, 2001, 2002, 2008, and 2009 (James-Pirri et al. 2005; James-Pirri unpublished data). During that time period, sex ratios have become increasingly male-dominated in Pleasant Bay, while remaining fairly constant in all other Cape estuaries surveyed (Table 1). Pleasant Bay is the only embayment where only biomedical harvest is allowed, and where this fishery has been in effect for 30 years. The uniqueness of this situation led us to ask whether the biomedical fishery might be behind the sex ratio trend particular to that bay.

This trend was of particular concern because females are much more important in population dynamics than males (Caswell 2000; Grady and Valiela 2007) under the assumption that enough males are available to fertilize females' eggs. We considered several possible explanations for why ratios may have become male-skewed. First, egg production in females of many species has been shown to be an energetically expensive process (Bryant and Hartnoll 1995; Nicol et al. 1995; Guillou and Lumingas 1999; Chaparro and Flores 2002; Lovrich et al. 2005; Jørgensen et al. 2006). Assuming that this is true in horseshoe crabs, this investment of energy prior to the spawning season could render females more physiologically stressed or depleted than males by the bleeding process. Over 50% of harvest and bleeding takes place during or shortly after spawning. Such stress could lead to either higher mortality rates than seen in males, or failure of some females to spawn after bleeding, either of which could explain their relative absence on spawning beaches.

Downloaded By: [Leschen, A. S.] At: 20:59 4 May 2010

Downloaded By: [Leschen, A. S.] At: 20:59 4 May 2010

Second, 66% (Rutecki et al. 2004; DMF unpublished data) of the reported biomedical harvest out of Pleasant Bay has been female since 2001, so any biomedical-associated mortality would disproportionately affect females. Third, Rutecki et al. (2004) found that harvested females were significantly larger on average than those in the general Pleasant Bay population; thus the harvest selects for larger animals. Since larger females are more fecund (Leschen et al. 2005), selective harvest, if associated with high mortality or spawning inhibition, could reduce the number of eggs being produced over time. Determining whether the prevailing assumption of 5–15% mortality applied to female horseshoe crabs became an important question, particularly in the case of Pleasant Bay.

In reviewing the literature, we found that the study designs and handling of crabs in previous studies on bleeding mortality were not comparable to the conditions experienced by crabs bled in the Massachusetts biomedical industry. This discrepancy brought into question the applicability of mortality estimates from these studies to the biomedical fishery in Pleasant Bay. Walls and Berkson (2003) used only males, whereas we were primarily interested in females. Kurz and James-Pirri (2002) focused primarily on movement patterns and had small sample sizes. Rudloe (1983) kept the crabs out of water only long enough to draw blood and did not account for the substantial handling that biomedically bled horseshoe crabs undergo during the harvesting/bleeding process. Handling of crabs in the Massachusetts biomedical industry has typically included time spent on an open boat deck during harvest, an hour drive in a non-air-conditioned truck to the bleeding facility, bleeding suspended upside down in racks until the blood clots naturally, and 24 h out of water stacked in 30 gal Rubbermaid containers at room temperature before being returned to the water after another 1 h truck ride and 15 min boat ride. In addition, crabs may have been further stressed by being bled more than once in a season, as no reliable system of marking was in place for bled crabs until 2009. In another study, Hurton and Berkson (2006) used crabs that had been caught in a dragger fishery in July and August, rather than hand-harvested during spawning season. Nevertheless, the latter study found that females that underwent the highest bleeding level and stress had a mortality of 29.4%. This figure, which resulted from conditions most closely resembling those practiced in Massachusetts, and which is nearly double the 15% currently used when setting quota management, led us to believe that a study focusing on females that underwent realistic handling would be prudent. Hurton and Berkson's finding of 29.4% mortality has not previously been used in management because that study did not focus on that group – rather the figure was "diluted" in the discussion by being averaged in with lower mortality rates of males and less-handled females.

Meanwhile, discussions with the biomedical industry about handling practices led them to agree to obtain a refrigerated truck in which crabs would be transported and stored overnight, fill the barrels only two-thirds full to lessen pressure on the bottom crabs, and keep barrels covered with wet burlap to minimize evaporation from the crabs' gills. To avoid re-bleeding the same crab within a season they also agreed to make a small notch on the edge of the opisthosoma, alternating sides each year. DMF also theorized that returning the crabs to the water the same day as bleeding would likely increase survival, but this practice would increase handling costs and time for both the company and the fisherman who returns them to the water. We decided to test (1) the difference in mortality between unbled control female crabs and female crabs handled and bled according to the new best

management practices (BMPs) agreed upon by DMF and the Massachusetts biomedical industry and (2) the difference between mortality in those two groups versus an additional treatment wherein the crabs were subjected to new BMPs but were returned to the water the same day they were bled. We limited our study to females for the reasons described above, because Walls and Berkson (2003) had studied male mortality (exclusively), and because tank space was limited and we wanted room for an adequate sample size of females.

## Methods

Crabs were divided into three treatment groups and held in six flow-through seawater tanks at the Marine Biological Laboratory (MBL) in Woods Hole. This facility is located approximately 1.25 h drive from Pleasant Bay, and 15 min from the biomedical company. Tanks were prepared by placing approximately 5 cm of sediment on the bottom so that crabs could burrow, and running seawater through for several days to clear out fines and detritus in the sediment. Lights are on during the day, but the facility is dark at night. The total number of crabs assigned to each tank approximated an equal number of crabs per area for all tanks. Tanks differed by volume and shared a common water flow. A similar number of crabs from each treatment group was assigned to each tank ($\pm 1$ for sizes not evenly divisible by 3). The three treatment groups were as follows:

(1) Group (Treatment) 1 – control (unbled)
(2) Group (Treatment) 2 – bled and handled according to new BMP but crabs returned to water the same day.
(3) Group (Treatment) 3 – bled and handled according to new BMP but returned to water the morning following bleeding.

Approximately 310 female horseshoe crabs were obtained from the biomedical fisherman in Pleasant Bay early in the morning of 2 June 2009. Crabs were randomly assigned to one of the 18 categories: three treatments and six tanks. Each crab was measured (prosomal width – PW in mm), labeled with two lobster bands (cut in half lengthwise to facilitate doubling over, two bands used for security in case one came off ) on the telson. Bands on each crab were one of three colors depending on group (treatment) assignment. After measuring and labeling, crabs were placed in Rubbermaid barrels labeled with their group and tank number. Sorting was carried out inside an air-conditioned truck cooled to approximately 10°C at the dock. Barrels with crabs waiting to be sorted were covered with wet burlap, as were all barrels after sorting was finished.

After sorting was completed, the truck was driven to the biomedical company. Groups 2 and 3 were dropped off for bleeding, and Group 1 crabs were driven to the MBL and were placed immediately in their respective tanks (time out of water was 4 h). Groups 2 and 3 crabs were bled at the biomedical facility according to the standard procedures which included placing the crabs upside down in racks, puncturing the arthrodial membrane with a needle, and allowing blood to drain into a collecting vessel until bleeding stopped on its own. Group 2 crabs were then driven to the MBL, for a time out of water totaling 6 h. Group 3 crabs remained inside the facility (as they normally would) until the truck returned. They were then transferred into the refrigerated truck where they remained overnight with the

Downloaded By: [Leschen, A. S.] At: 20:59 4 May 2010

Downloaded By: [Lieschen, A. S.] At: 20:59 4 May 2010

thermostat set at 8.9°C. These crabs were driven to the MBL at 6 am the next morning, for a time out of water totaling 25 h, as is the current practice. After being dropped at the MBL, Groups 2 and 3 barrels were left in the parking lot for 15 min and shaken occasionally, to simulate the 15 min boat ride they would normally have in Pleasant Bay before being returned to the water. They were then distributed to their assigned tanks.

Twelve crabs were rejected during sorting due to injury or other damage. Another 17 crabs (5.7% – 11 from Treatment 2 and six from Treatment 3) were sorted but later classified as not bleedable by the biomedical company because they did not meet qualifications for bleeding – injured, too small, damaged arthrodial membrane, etc. – were excluded from the study without replacement. A total of 99 crabs received Treatment 1 (Control), 89 received Treatment 2, and 93 received Treatment 3. Thus, crabs deemed not bleedable by the company were included in the Control group but not the treatment groups.

The tanks were checked daily for mortalities and dead crabs were removed. PW, band color, and date of death were recorded. MBL staff caring for the crabs was blind to treatments and did not know the details of the study or band color code until the study's conclusion. Temperature (T) and dissolved oxygen (DO) were recorded for each tank daily. Since crabs would presumably be foraging if returned to the wild, they were fed three times per week for the 17-day duration of the study. This time period was primarily a function of tank and funding availability.

Mortality rate was modeled as a function of treatment and tank with PW as a covariate using a generalized linear model (GLM) logistic regression with binomial errors using R software (R Development Core Team 2009). Several candidate models, ranging from a full model with interactions between treatment, tank and PW to just marginal treatment effects were evaluated using Analysis of Deviance. Marginal effects of treatment were examined using a model with treatment only. Difference in T and DO among the tanks was calculated for tank and day effects using two-way ANOVA.

### Results

The first mortality was recorded on the third day of the study, and 84.3% of mortalities in the bled groups had occurred by day 6. Highest mortalities occurred on days 4 (13.7%), 5 (49%), and 6 (19.6%). The general pattern of die-off was consistent in the two bled groups. The Controls died on days 6, 7, and 17 (the one on day 17 had a previously undetected injury that may have caused its death).

Analysis of Deviance indicated that treatment and tank were significant factors in explaining mortality, but tank-interaction and PW as a covariate (Figure 2) were not significant (Table 2). Predicted mortality rates with approximately 95% confidence intervals by treatment and tank are provided in Table 3. Mortality rate for the Control was significantly different from Treatment 2 ($p < 0.001$) and Treatment 3 ($p < 0.001$). Treatments 2 and 3 were not significantly different from each other ($p = 0.31$).

Tank effects were relatively small compared with treatment effects. The odds ratio of dying in tanks 2–6 compared to Control in tank 1 ranged from 0.4 to 3.7. The odds ratio of dying from Treatments 2 and 3 compared to the Control was 10.3 and 14.6, respectively. The odds ratio for Treatment 2 compared to Controls in tank

Downloaded By: [Leschen, A. S.] At: 20:59 4 May 2010



Figure 2. Jittered status (1 = dead, 0 = alive) by PW for Treatments 2 and 3 pooled. Black solid line is Loess fit, representing mortality at PW. Dashed line is mean mortality rate (0.26) for the two groups combined over all PWs.

Table 2. Analysis of Deviance for select GLM models.

| Candidate model | Df | Residual deviance | Df | Deviance | Probability | Akaike information criteria |
|---|---|---|---|---|---|---|
| Treatment*tank*PW | 245 | 200.884 | | | | 272.88 |
| Treatment*tank + PW | 262 | 212.670 | −17 | −11.786 | 0.81 | 250.67 |
| Treatment + tank + PW | 272 | 223.833 | −10 | −11.163 | 0.35 | 241.83 |
| Treatment + tank | 273 | 223.919 | −1 | −0.086 | 0.77 | 239.92 |
| Treatment | 278 | 236.168 | −5 | −12.250 | 0.03 | 242.17 |

Notes: Model formula based on Wilkinson–Rogers notation.
*Indicates model includes estimating interaction term between factors or separate intercepts and slopes for covariates.

1 ranged from 4.4 to 38.2, while the odds ratio for Treatment 3 compared to Controls in tank 1 ranged from 6.3 to 54.4 (Table 3).

In the model including only marginal treatment effects, the mortality rate was 0.031 in Control, 0.225 in Treatment 2, and 0.298 in Treatment 3 (Table 4). Treatments 2 ($P < 0.001$) and 3 ($P < 0.001$) were significantly different from the Control. Treatments 2 and 3 were not significantly different ($P = 0.26$). Treatment 2 had 9 times and Treatment 3 had 13 times the odds of dying as in the Control group (Treatment 1).

Differences in densities between tanks were negligible (Table 5), and marginal tank predicted mortality was not related to tank densities. DO ranged from 5.91 to

Downloaded By: [Lieschen, A. S.] At: 20:59 4 May 2010

Table 3. Predicted mortality rates by treatment and tank with approximately 95% confidence interval.

| Treatment | Tank | Total crabs | Predicted mortality rate | Lower 95% | Higher 95% | Odds ratio |
|---|---|---|---|---|---|---|
| 1 (Control) | 1 | 16 | 0.017 | 0.004 | 0.069 | |
| | 2 | 21 | 0.028 | 0.008 | 0.096 | 1.6 |
| | 3 | 16 | 0.061 | 0.018 | 0.190 | 3.7 |
| | 4 | 13 | 0.008 | 0.001 | 0.046 | 0.4 |
| | 5 | 16 | 0.043 | 0.012 | 0.143 | 2.6 |
| | 6 | 16 | 0.024 | 0.006 | 0.090 | 1.4 |
| 2 | 1 | 15 | 0.152 | 0.063 | 0.321 | 10.3 |
| | 2 | 19 | 0.225 | 0.116 | 0.391 | 16.7 |
| | 3 | 13 | 0.400 | 0.228 | 0.601 | 38.2 |
| | 4 | 14 | 0.072 | 0.017 | 0.255 | 4.4 |
| | 5 | 14 | 0.314 | 0.167 | 0.511 | 26.2 |
| | 6 | 14 | 0.203 | 0.094 | 0.384 | 14.6 |
| 3 | 1 | 17 | 0.203 | 0.091 | 0.392 | 14.6 |
| | 2 | 21 | 0.293 | 0.163 | 0.467 | 23.7 |
| | 3 | 14 | 0.487 | 0.300 | 0.678 | 54.4 |
| | 4 | 9 | 0.099 | 0.024 | 0.329 | 6.3 |
| | 5 | 15 | 0.395 | 0.226 | 0.592 | 37.3 |
| | 6 | 18 | 0.265 | 0.135 | 0.455 | 20.7 |

Note: Odds ratio compares odds of dying in any cell with odds of dying as a control in tank 1 (0.02 : 1).

Table 4. Predicted mortality rate with approximately 95% confidence limit from a model using only treatments.

| Treatment | Predicted mortality rate | Lower 95% | Higher 95% | Odds ratio compared with odds of control |
|---|---|---|---|---|
| 1 (Control) | 0.031 | 0.01 | 0.09 | |
| 2 | 0.225 | 0.15 | 0.32 | 9.2 |
| 3 | 0.298 | 0.21 | 0.40 | 13.4 |

Note: Odds ratio compares odds of dying in a treatment to odds in controls (0.032 : 1).

Table 5. Crabs m$^{-2}$ in each tank after unbleedables removed from sample.

| Tank | Crabs m$^{-2}$ | DO (ppm) Mean (range) | T (C) Mean (range) |
|---|---|---|---|
| 1 | 7.2 | 9.2 (8.4–9.7) | 15.4 (14.8–16.1) |
| 2 | 6.7 | 8.9 (7.2–9.6) | 15.7 (14.8–16.3) |
| 3 | 6.6 | 9.4 (8.4–9.9) | 15.4 (14.8–16.0) |
| 4 | 6.1 | 8.6 (5.9–9.9) | 15.6 (14.9–16.4) |
| 5 | 6.9 | 9.1 (8.0–9.8) | 15.4 (14.8–15.9) |
| 6 | 7.2 | 8.6 (7.6–9.1) | 15.6 (14.8–16.4) |

Note: DO and T mean and range in each tank.

9.91 ppm with an overall mean of 8.95, well above the minimum of 5.0 ppm recommended for aquaculture systems (Timmons et al. 2001). Temperature ranged from 14.8 to 16.4°C with an overall mean of 15.5. A two-way ANOVA of DO indicated that tank ($p < 0.001$) and day effects ($p < 0.001$) were significant for DO. Similarly, ANOVA of T indicated significant tank ($p < 0.001$) and day effects ($p < 0.001$). Unlike other tanks, tank 4 showed a declining trend in DO over the first 8 days. Low values of 5.91 and 6.80 ppm were recorded on days 8 and 9 in tank 4, at which point it was discovered that flow into that tank was low; this was corrected, and DO values increased. A correlation between mean tank DO and marginal predicted tank mortality was 0.73 with a 95% CI $= -0.20 - 0.97$ and a ($p = 0.10$). Although not significant at 5% significance, the relatively high correlation and low probability suggests that variation in DO may have contributed to tank effects. No relationship was observed between marginal predicted tank mortality and either temperature or crab densities. Tank 4 contributed towards low mortality and had the lowest mean DO while tank 3 had the highest mean DO and highest marginal tank mortality.

### Discussion

Our study showed higher female mortality from biomedical bleeding than previously reported, except the group of females with the highest level of bleeding and handling in Hurton and Berkson (2006), where mortality was virtually identical to that of our Group 3 (29.4% and 29.8%, respectively). These mortality rates are considerably higher than those currently used for management in both Massachusetts and by ASMFC (15%). It is worth noting that our study did not include males; as such, we recommend management to use the male mortality based on previous studies such as Walls and Berkson (2003).

In this experiment, 12 crabs were rejected by DMF because of injury or other defects at the dock. Another 17 crabs were rejected by the biomedical company from Treatments 2 and 3 as unfit for bleeding. Our estimate of mortality rate does not include the harvest-induced mortality component of rejected crabs. Since crabs deemed not bleedable were included in the Control group but not in the treatment groups, the odds ratios for the treatments compared to the Control may have been underestimated if non-bleedable crabs have higher mortality rates in captivity. This potential bias would have the impact of underestimating the difference in mortality between the control and the two treatments. The biomedical company's typical percentage of crabs that do not meet criteria for bleeding due to injury or death for MA biomedical crabs is 5.0%; it was 5.7% in this study.

Although we observed a significant tank effect, the only obvious pattern that emerged is that tank 4 exhibited particularly low mortality (Table 3). Although DO and T varied among tanks, the lowest DO was recorded in tank 4, where mortality rate was the lowest. No obvious positional, lighting, or other differences among the tanks were discernable that could explain the difference in mortality. The source of variation in mortality among tanks remains unexplained and may simply reflect type I error.

Until now, the absence of annual quota for the biomedical horseshoe crab fishery in Massachusetts and the ASMFC annual biomedical quota have been based on an assumption of no more than 15% mortality. Our mortality rate of 30% for the

Downloaded By: [Leschen, A. S.] At: 20:59 4 May 2010

treatment mimicking current practices may, if anything, underestimate actual bleeding mortality for several reasons. First, crabs in our study were handled with more care than has been the practice of the biomedical company over the past 30 years – air-conditioned truck and storage, less-full barrels, barrels covered with wet burlap, and notching to prevent re-bleeding. Mortality under the old practices may have been even higher. Second, harvest-associated mortality of rejected crabs was not followed or included in the data. We note that crabs can be rejected due to injury as well as damage to the arthrodial membrane.

Our study did not address the question of whether there are sublethal effects on spawning behavior. This question deserves more study since sex ratios are becoming highly skewed toward males, yet the biomedical harvest, which occurs away from the spawning beaches, is still highly skewed toward females. Although some bled (notched) crabs have been sighted on spawning beaches, this apparent inconsistency in sex ratios on and off the spawning beaches may indicate that some bled females still present in the population may not be appearing on beaches to spawn.

The biomedical industry contributes not only to local economies where they are sited, but also provides essential products necessary for human health and safety. Curtailing their operations by restricting harvest may not be desirable in the short term. However, having marked decline in populations could permanently reduce biomedical harvest and undermine the industry. Results of this study show that previously reported mortality rates of bled horseshoe crabs may not accurately reflect deaths of crabs harvested and handled in the Massachusetts biomedical industry.

## Conclusion

Amidst growing concern about horseshoe crab populations in Massachusetts and sex ratios in Pleasant Bay, managing the fishery for sustainability is increasingly important. Management must therefore be based on realistic estimates of total mortality that reflect handling and bleeding procedures to which local biomedical crabs are subjected. This study provides estimates of female mortality, which are disproportionately more important than that for males, both because of their importance to population dynamics and because they are preferentially harvested.

## Acknowledgments

We thank Dr Mary-Jane James-Pirri of URI for supplying Pleasant Bay data and lending her National Park Service interns (Stacey Ng, Matt Holt, Chris Keon, Nikki Kirkton, Meg Swecker, and Kelly Bowman) who helped measure and sort crabs at the dock, the MBL interns and staff who helped care for them (in particular, Janice Simmons and Melissa Genazzio), and William Boudreau (DMF) for assistance in the field and lab. This study was funded by the MA Division of Marine Fisheries. Crabs were donated by Associates of Cape Cod. Robert Glenn (DMF) and two anonymous reviewers provided useful editing of the manuscript.

## References

ASMFC. 1998. Fishery management report no. 32 of the Atlantic States Marine Fisheries Commission. Interstate Fishery Management Plan for Horseshoe Crab. p. 57.

Downloaded By: [Lieschen, A. S.] At: 20:59 4 May 2010

146    *A.S. Leschen and S.J. Correia*

Downloaded By: [Leschen, A. S.] At: 20:59 4 May 2010

ASMFC. 2006. Fishery management report no. 32d of the Atlantic States Marine Fisheries Commission. Addendum IV to the Interstate Fishery Management Plan for Horseshoe Crab. p. 5.

ASMFC. 2009. Review of the fishery management plan in 2008 for horseshoe crab (*Limulus polyphemus*). p. 15.

Atkinson PW, Baker AJ, Bennett KA, Clark NA, Clark JA, Cole KB, Dekinga A, Dey A, Gillings S, Gonzalez PM, et al. 2007. Rates of mass gain and energy deposition in red knot on their final spring staging site is both time- and condition-dependent. J Appl Ecol. 44:885–895.

Botton ML, Loveland RE, Jacobsen TR. 1994. Site selection by migratory shorebirds in Delaware Bay, and its relationship to beach characteristics and abundance of horseshoe crab (*Limulus polyphemus*) eggs. Auk. 111:605–616.

Botton ML, Shuster Jr CN, Keinath JA. 2003. Horseshoe crabs in a food web: who eats whom? In: Shuster Jr CN, Barlow RB, Brockmann HJ, editors. The American horseshoe crab. Cambridge (MA): Harvard University Press. p. 133–150.

Bryant AD, Hartnoll RG. 1995. Reproductive investment in two spider crabs with different breeding strategies. J Exp Mar Biol Ecol. 188:261–275.

Carmichael RH, Rutecki D, Valiela I. 2003. Abundance and population structure of the Atlantic horseshoe crab *Limulus polyphemus* in Pleasant Bay, Cape Cod. Mar Ecol Prog Ser. 246:225–239.

Caswell H. 2000. Matrix population models. 2nd ed. Sunderland (MA): Sinauer Associates, Inc.

Chaparro OR, Flores ML. 2002. Reproductive output of *Crepidula fecunda* females: distribution of energy in the gametes and capsular walls. New Zeal J Mar Fresh. 36:661–673.

Grady SP, Valiela I. 2007. Stage-structured matrix modeling and suggestions for management of Atlantic horseshoe crab, *Limulus polyphemus*, populations on Cape Cod, Massachusetts. Estuaries Coasts. 29:685–698.

Guillou M, Lumingas LJL. 1999. Variation in the reproductive strategy of the sea urchin *Spaerechinus granularis* (Echinodermate: Echinoidea) related to food availability. J Mar Biol Assoc. UK. 79:131–136.

Hurton L, Berkson J. 2006. Potential causes of mortality for horseshoe crabs (*Limulus polyphemus*) during the biomedical bleeding process. Fish Bull. 104:293–298.

James-Pirri MJ, Tuxbury K, Marino S, Koch S. 2005. Spawning densities, egg densities, size structure, and movement patterns of spawning horseshoe crabs, *Limulus polyphemus*, within four coastal embayments on Cape Cod, Massachusetts. Estuaries. 28:296–313.

Jørgensen C, Ernande B, Fiksen Ø, Dieckmann U. 2006. The logic of skipped spawning in fish. Can J Fish Aquat Sci. 63:200–211.

Karpanty SM, Fraser JD, Berkson J, Niles LJ, Dey A, Smith EP. 2006. Horseshoe crab eggs determine red knot distribution in Delaware Bay. J Wildlife Manage. 70:1704–1710.

Kurz W, James-Pirri MJ. 2002. The impact of biomedical bleeding on horseshoe crab, *Limulus polyphemus*, movement patterns on Cape Cod, Massachusetts. Mar Freshw Behav Phys. 35:261–268.

Leschen AS, Grady SP, Valiela I. 2005. Fecundity and spawning of the Atlantic horseshoe crab, *Limulus polyphemus*, in Pleasant Bay, Cape Cod, Massachusetts, USA. Mar Ecol. 27:54–65.

Lovrich GA, Romero MC, Tapella F, Thatje S. 2005. Distribution, reproductive and energetic conditions of decapod crustaceans along the Scotia Arc (Southern Ocean). Sci Mar. 69(Suppl.2):183–193.

Nicol SW, De La Mare K, Stolp M. 1995. The energetic cost of egg production in Antarctic krill (*Euphausia superba* Dana). Antarct Sci. 7:25–30.

R Development Core Team. 2009. R: A Language and Environment for Statistical Computing. Vienna, Austria. [Accessed 24 Aug 2009] Available from: http://www.R-project.org

Rudkin DM, Young GA, Nowlan GS. 2008. The oldest horseshoe crab: a new xiphosurid from late Ordovician Konservat-Lagerstatten deposits, Manitoba, Canada. Palaeontology. 51:1–9.

Rudloe A. 1983. The effect of heavy bleeding on mortality of the horseshoe crab, *Limulus polyphemus*, in the natural environment. J Invertebr Pathol. 42:167–176.

Rutecki D, Carmichael RH, Valiela I. 2004. Magnitude of harvest of Atlantic horseshoe crabs, *Limulus polyphemus*, in Pleasant Bay, MA. Estuaries. 27:179–187.

Shuster Jr CN. 1979. Distribution of the American horseshoe "crab," *Limulus polyphemus* (L.). In: Cohen E, Bang FB, Levin J, Marchalonis JJ, Pistole TG, Prendergast RA, Shuster C, Watson SW, editors. Biomedical applications of the horseshoe crab (Limulidae). New York: Alan R Liss, Inc. p. 3–26.

Timmons MB, Ebelong JM, Wheaton FW, Summerfelt ST, Vinci BJ. 2001. Recirculating aquaculture systems. Northeast regional aquaculture center publication no. 01-002. Cayuga Aqua Ventures. p. 650.

Walls EA, Berkson J. 2003. Effects of blood extraction on horseshoe crabs (*Limulus polyphemus*). Fish Bull. 101:457–459.

Downloaded By: [Lieschen, A. S.] At: 20:59 4 May 2010

Reference: *Biol. Bull.* **236**: 207–223. (June 2019)
© 2019 The University of Chicago
DOI: 10.1086/702917

# Effects of the Biomedical Bleeding Process on the Behavior of the American Horseshoe Crab, *Limulus polyphemus*, in Its Natural Habitat

MEGHAN OWINGS[1], CHRISTOPHER CHABOT[2], AND WINSOR WATSON III[1,*]

*[1]Department of Biological Sciences, University of New Hampshire, Durham, New Hampshire 03824;
and [2]Department of Biological Sciences, Plymouth State University, Plymouth, New Hampshire 03264*

**Abstract.**　Horseshoe crabs are harvested by the biomedical industry in order to create *Limulus* amebocyte lysate to test medical devices and pharmaceutical drugs for endotoxins. Most previous studies on the impacts of the biomedical bleeding process on horseshoe crabs have focused on mortality rates and sublethal impacts in the laboratory. In this study, we investigated the effects of the bleeding process on the behavior of horseshoe crabs after they had been released back into their natural environment. A total of 28 horseshoe crabs (14 control and 14 bled) were fitted with acoustic transmitters and released into the Great Bay Estuary, New Hampshire, during the spring of 2016. The acoustic tags transmitted information about the activity and depth of each animal, and these data were logged by an array of passive acoustic receivers. These data were collected from May to December 2016 and from March to October 2017. Bled animals approached mating beaches less than control animals during the first week after release, with the greatest differences between bled and control females. Bled animals also remained significantly deeper during the spawning season than control animals. However, overall, bled and control animals expressed similar biological rhythms and seasonal migrations. Thus, it appears as if the most obvious impacts of the bleeding process take place during the first one to two weeks after crabs are bled.

Received 19 September 2018; Accepted 30 January 2019; Published online 15 April 2019.

* To whom correspondence should be addressed. Email: win@unh.edu.
*Abbreviations*: BMP, best manufacturing process; GBE, Great Bay Estuary; IO, intercular; JEL, Jackson Estuarine Laboratory; LAL, *Limulus* amebocyte lysate.

## Introduction

The American horseshoe crab, *Limulus polyphemus*, is an ecologically and economically important species found in bays and estuaries along the Atlantic coast of North America, including the Great Bay Estuary (GBE), New Hampshire. Horseshoe crabs play an important ecological role as bioturbators, as a result of foraging for food (Krauter and Fegley, 1994; Lee, 2010); and their eggs are a vital food source for 425,000 to 1 million migratory shorebirds (Walls *et al.*, 2002; Botton *et al.*, 2010). They are also harvested for use as bait for the eel and whelk fisheries (ASMFC, 1998, 2012) and for their blood, which is used to create *Limulus* amebocyte lysate (LAL) (Novitsky, 2009). LAL is used in the biomedical industry to test medical devices, vaccines, and pharmaceutical drugs for pathogenic gram-negative bacteria (Novitsky, 2009; Chen and Mozier, 2013).

Currently, while quotas and regulations have been placed on the bait fishery (ASMFC, 2012), the biomedical fishery remains fairly unrestricted; and harvest rates continue to increase in certain areas (ASMFC, 2013), which could have deleterious effects on populations of this valuable marine species. A quota system and several complete closures of coastal waters have been implemented for harvesting horseshoe crabs for the eel and whelk fisheries (ASMFC, 1998, 2012), and this led to a significant decrease in the commercial harvest levels of horseshoe crabs, from around 2 million crabs in 2000 to 600,000–700,000 crabs in 2014 (ASMFC, 2013). In contrast, the number harvested for the biomedical industry continues to increase, with levels climbing from 340,000 crabs in 2004 to 610,000 crabs in 2012 (ASMFC, 2013).

With the growing demand for LAL as the global population expands, medical advancements improve, and medical needs increase, it is critical to understand the consequences

207

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).

of the biomedical bleeding industry on horseshoe crabs' fitness and population dynamics. The capture process for this industry includes multiple stressors, such as air exposure (time on docks, boats, and trucks) and warm temperatures (on boat decks during the summer or in poorly temperature-controlled facilities and transport vehicles). In addition, the blood extraction process itself can compromise the health of the horseshoe crab, because ~30% of the estimated blood volume of individual horseshoe crabs is extracted (James-Pirri *et al.*, 2012). Female horseshoe crabs are preferentially chosen for this process because of their larger size and subsequently greater blood volume (Rutecki *et al.*, 2004; James-Pirri *et al.*, 2012); this has led to skewed sex ratios in some areas (Leschen and Correia, 2010). Each of the four major biomedical companies that bleed horseshoe crabs has slightly different collection, handling, and bleeding processes; and the extent to which they follow best manufacturing practices (BMPs) likely varies, depending on region. These BMPs include keeping them moist, avoiding bleeding injured animals or those that can be identified as having been bled before, and returning them to their point of capture within 24 hours.

Mortality rates associated with the bleeding process range from 5% to 30% (Rudloe, 1983; Thompson, 1998; Walls and Berkson, 2000, 2003; Kurz and James-Pirri, 2002; Hurton and Berkson, 2006; Leschen and Correia, 2010; Anderson *et al.*, 2013), with a differential mortality rate between sexes (15% mortality in males and up to 29% in females; Leschen and Correia, 2010; James-Pirri, 2012). Sublethal impacts include delayed blood volume recovery, reduced blood protein levels, and behavioral deficits. Specifically, Novitsky (2009) found that in laboratory holding tanks it takes three to seven days for a bled horseshoe crab to regain its total blood volume and up to four months for amebocytes to return to baseline levels. Captive bled animals exhibit significantly lower blood protein values, signifying that biomedical bleeding may have prolonged impacts on horseshoe crab physiology; and bled crabs released back into their natural environment displayed a more random pattern of movements than control animals (Kurz and James-Pirri, 2002; James-Pirri *et al.*, 2012). Finally, Anderson *et al.* (2013) found changes in the bled horseshoe crab's activity levels, expression of circatidal rhythms, linear and angular movement velocities, and hemocyanin levels.

Although the harvest process used by the biomedical fishery is considered low impact and classified as "minimally harmful to horseshoe crabs" (ASMFC, 2012), the aforementioned detrimental effects could alter population dynamics and could lead to long-term declines (Krisfalusi-Gannon *et al.*, 2018). For example, because females are preferentially bled and because there is a higher mortality rate in females, this could lead to an overall decline in female fecundity and altered sex ratios (Le Moullac and Haffner, 2000; James-Pirri *et al.*, 2005; Leschen *et al.*, 2006; Leschen and Correia, 2010). The sublethal effects of biomedical bleeding on activity levels, expression of tidal rhythms, and movement velocities (An-

derson *et al.*, 2013) may disrupt activities such as foraging and spawning and may reduce crabs' ability to find mates and appropriate spawning beaches, thus leading to declines in reproductive output (Powers and Barlow, 1985; Barlow *et al.*, 1986, 2001; Herzog *et al.*, 1996; Barlow, 2001). Finally, extended periods of reduced hemocyanin levels may cause additional respiratory stress and increased susceptibility to infection because hemocyanin plays a major role in immune function and wound repair (Adachi *et al.*, 2005; Coates *et al.*, 2011).

With the exception of a study by Rudloe (1983) on the mortality rates of bled animals and a study by James-Pirri *et al.* (2012) on the impacts of bleeding on horseshoe crab orientation, all relevant studies regarding biomedical bleeding effects on horseshoe crabs have been carried out in the laboratory. Therefore, the major goal of this project was to determine the behavioral and physiological effects that the bleeding process has on horseshoe crabs that are released back into their natural environment. The animals in this study were collected from, and released back into, the GBE. This population of horseshoe crabs has not been previously harvested for biomedical bleeding (ASMFC, 2012), and a great deal is already known about the behavior of horseshoe crabs in this estuary. For example, Schaller *et al.* (2010) and Watson *et al.* (2016) found that horseshoe crabs remained in GBE year-round but that they changed depths and locations in the estuary as temperatures changed throughout the year. In the spring (March–April), when water temperatures exceeded 10–11 °C, animals traveled to shallower areas and moved to spawning beaches at high tides. After spending the summer and early fall scouring the mudflats for food, they moved down the estuary into deeper waters in the late fall to overwinter. If bled horseshoe crabs express these same patterns of behavior, then we can conclude that the bleeding process does not impact them when they are released back into their natural habitat.

In this study, before being released into GBE, designated animals underwent the bleeding process; then all animals, both bled and controls, were fitted with acoustic transmitters to monitor their movements, the times when they were active, and their preferred depths. These data were collected for about two years and were used to discern whether the bleeding process had an impact on spawning activity, the expression of daily and tidal rhythms, overall activity and distances traveled, and seasonal migrations.

## Materials and Methods

### Animal collection and tagging

A total of 28 (14 male, 14 female) healthy adult American horseshoe crabs, *Limulus polyphemus* (Linnaeus, 1758), were hand collected during high tide from a spawning beach on Adams Point, Durham, New Hampshire, in May 2016 (Fig. 1). All captured crabs were brought back to the University of New Hampshire's Jackson Estuarine Laboratory (JEL) and held in flow-through estuarine-water tanks until they under-

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).



**Figure 1.** Map of the study location in the Great Bay Estuary, New Hampshire. The star represents the collection and release site of horseshoe crabs at Adams Point, Durham, New Hampshire. The arrow indicates the location of the Jackson Estuarine Laboratory (JEL)

tivities and not those of a female to which they were attached. After the transmitters were attached, the animals were released into the GBE at the same spawning beach where they had been previously collected.

### Bleeding procedure

*Pre-bleeding treatment.* The bleeding process, replicating industry standard procedures, took a total of three days (May 13–15, 2016). Half of the 28 horseshoe crabs ($n = 14$, 7 males, 7 females) were randomly selected to undergo the bleeding procedure. The animals in this treatment group were evenly distributed between two 50-gallon plastic barrels. HOBO temperature loggers (Onset Computer Corporation, Bourne, MA) were placed in each of the barrels to record temperature. The control animals (7 males, 7 females) remained in the flow-through tanks at JEL ($14.1 \pm 1.4\,°C$, mean $\pm$ SD) until transmitters were attached, and then they were released at the same location where they had been collected, which was also the same location where the bled animals were released.

The 50-gallon barrels with the treatment animals were placed outside of JEL in direct sunlight for 4 h, or next to a space heater in the JEL greenhouse (depending on the temperature and ambient sunlight during the selected day), to replicate the duration of time spent on the deck of a boat or a dock prior to transport to biomedical facilities. The average temperature that the animals experienced during this time was $32.6 \pm 2.7\,°C$. After the first 4 h, the barrels were placed in the back of a car and were driven for an additional 4 h, to simulate time spent in a truck traveling to a bleeding facility ($23.2 \pm 1.7\,°C$). After these 4 h, the barrels were placed indoors at JEL for 16 h, to simulate time spent overnight at a bleeding facility ($20.7 \pm 0.6\,°C$). Finally, after 16 h, hemolymph was extracted as described below.

*Hemolymph extraction.* Hemolymph was extracted following the procedure of Armstrong and Conrad (2008), with modifications from Anderson *et al.* (2013). The arthrodial membrane between the prosoma and the opisthosoma of each horseshoe crab was exposed, and the hinge joint was sterilized with 70% ethanol. An 18-gauge syringe needle was inserted into the membrane, and hemolymph was collected in pre-chilled 50-mL conical tubes until 30% of total hemolymph volume had been reached or until the blood flow stopped. Total hemolymph volume for each individual was calculated using the following equation from Hurton *et al.* (2005):

$$H = 25.7\, e^{0.1928(IO)}\ [H = hemolymph\ volume\ (mL);$$
$$IO = interocular\ width\ (cm)].$$

*Post-bleeding treatment.* To minimize the amount of handling the treated horseshoe crabs experienced, immediately after they were bled transmitters were attached to them, and they were returned to their respective barrels. For the control animals, transmitters were attached at the same time, but they were returned to the flow-through tanks at JEL. The bled an-

went their designated treatment. Half of the animals (7 males: inter-ocular [IO] width = $8.21 \pm 0.61$ cm [SD]; 7 females: IO width = $11.56 \pm 0.52$ cm) were used as controls, while the remaining half (7 males: IO width = $8.31 \pm 0.47$ cm; 7 females: IO width = $11.42 \pm 0.63$ cm) were bled according to the industry standard procedures typically followed by the biomedical bleeding facilities, as outlined below (see *Bleeding procedure*). However, it should be noted that these procedures might vary from facility to facility and from state to state.

After treatments (bleeding or not), all horseshoe crabs were fitted with VEMCO V13AP ultrasonic transmitters (69 kHz, 147-dB low-power output, 13-mm diameter, 48-mm length, 6.5 g in water, estimated battery life of ~530 days; VEMCO, Bedford, Nova Scotia, Canada). The V13AP transmitters were programmed to transmit acceleration and depth data at random intervals about every three minutes. They were also programmed to turn off in December 2016 and then turn back on in March 2017. A transmitter was attached to the dorsal carapace of each individual, using the following method. First, it was superglued into a piece of plastic tubing that had two cable ties attached to it. The cable ties were then affixed to the carapace by using small screws. Finally, duct tape was superglued over the entire harness to ensure that the fixture would not become caught on underwater obstructions. In addition, male claspers were secured in the closed position with cyanoacrylate glue to eliminate their ability to attach to females. This ensured that data from males represented their ac-

210

M. OWINGS *ET AL.*

imals remained in their barrels overnight to replicate a second night at a bleeding facility (20.5 ± 1.1 °C). Then the barrels were placed back into a car for 4 h (21.9 ± 0.9 °C) to simulate transportation back to the dock, where they would be loaded on vessels and returned to their capture location. Finally, all 28 horseshoe crabs were returned to their collection site at Adams Point and released into the estuary.

*Acoustic telemetry/tracking*

An array of VR2W acoustic monitoring receivers ($n = 11$; 69 kHz; VEMCO) was set up throughout the estuary, ranging from Fox Point to the Great Bay Discovery Center (Fig. 1). The receivers were deployed ~0.5 km apart and were attached to a mooring line suspended ~5–10 m from the bottom, or placed in an empty lobster trap, depending on the depth of the listening station (some areas were only ~2 m deep at low tide). Based on previous range tests, each receiver was capable of detecting a horseshoe crab with a transmitter attached when it was within 200–500 m of the receiver. However, this range varied as a result of currents, turbidity, topography, weather events, and high winds. The transmitters were programmed to take depth (m) and triaxial ($x$, $y$, $z$) acceleration (m s$^{-2}$) readings at 5 Hz within a 25-s period. Then, every 70–140 s the acceleration data (root mean square of the three axes [m s$^{-2}$ = $(x^2 + y^2 + z^2)^{1/2}$ averaged over $T$, time]) obtained during the most recent 25-s period ($T$), or the depth at that time, were transmitted (depth and acceleration transmissions would alternate). Based on specifications for these transmitters, the proportion of time for which acceleration was measured was only 12% of every 2–5 min. Each time a transmission was received, the receiver would record the date and time and either the acceleration or the depth of the animal.

Receivers were downloaded in VUE software 2.3.0 (VEMCO) every one to two weeks in the spring and summer and about once every month in the fall, and they were removed from the water in the winter after the date the transmitters were programmed to shut off. After each download, if the receiver had multiple detections of different animals, it would be kept in the same location. If the receiver did not contain a viable number of detections, we would move it to a more suitable location. HOBO temperature data loggers were attached to several of the receiver mooring lines to record water temperature every five minutes for the duration of the project. The temperature data loggers were placed near the release site, at JEL, and in the middle of Little Bay. Near the middle of Great Bay, temperature data were collected by a buoy that was deployed by the NOAA National Estuarine Research Reserve System (NERRS). This buoy was located on the outskirts of the deep channel, with the temperature logger ~1 m below the surface of the water.

A VR100 acoustic receiver and a VH165 omni-directional hydrophone (VEMCO) were also used to manually track horseshoe crabs. The hydrophone was plugged into the VR100 re-

ceiver and was slowly towed behind a research vessel to locate tagged horseshoe crabs. If a horseshoe crab was within range, the geographical position (GPS coordinates), depth, and/or acceleration were logged in the VR100. These data were downloaded after each trip in VUE software and were used to help determine the location of animals and the best positions for deploying receiver stations.

*Data analyses.* A previously determined threshold value of 0.1 m s$^{-2}$ (Watson *et al.*, 2016) was used to classify an animal as either active or inactive based on accelerometer tag output. Data were lumped into 10-minute bins; and if an animal exceeded the threshold value during any of the minutes in that 10-minute period, the animal was considered to have been active during that 10-minute period. These values were entered into the program ActogramJ to create actograms that could be used to determine the types of rhythms expressed by individual horseshoe crabs (Schmid *et al.*, 2011). Periodograms, using the Lomb-Scargle method, were used to determine when animals expressed significant circatidal (~12.4-h) or circadian (~24-h) rhythms (peaks exceeding $\alpha = 0.001$; tidal: 10–14-h range; daily: 22–26-h range; arrhythmic: no significant peaks).

For most analyses, we used data only from animals that were detected for more than seven days in a row in a given month. Three-way ANOVAs were used to test for effects of treatment group (bled and control), years (2016 and 2017), and sex (males and females) on days at large and also on ranges of movements in the estuary. Days at large were calculated as the first day in a season an animal was detected until the last day an animal was detected. Ranges were measured as the distance from the animal's farthest up-estuary position to its farthest down-estuary position. Two-way ANOVAs were used to test for effects of treatment groups and sex on mating and also on depth changes. A MANOVA was used to look at the impacts of sex, treatment groups, and months on percentage of time active and depth in different animals. In all cases, the time active, movements, and rhythms of control animals were compared to the experimental animals. Tukey's honest significant difference *post hoc* analyses (with a level of significant difference set at $P < 0.05$) were used to examine differences between means of treatment groups, monthly depths, rhythms expressed at different depths, and sexes. Correlational and single linear regression analyses were used to determine relationships between temperature and years, as well as between activity and depth across months. Unpaired Student's $t$ tests were used to compare depth or activity between treatment groups.

To determine whether horseshoe crabs were approaching spawning beaches, changes in animals' depths and tide heights were examined together, along with their activity. Water depth and tide height data were obtained from the Squamscott River Monitoring Station (data provided by the NOAA Tide Predictions website, https://tidesandcurrents.noaa.gov /noaatidepredictions.html?id = 8422687) and the Great Bay

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).

2:22-cv-00112-RMG    Date Filed 03/15/23    Entry Number 97-2    Page 106 of 118

Buoy (data provided through the Northeastern Regional Association of Coastal Ocean Observing Systems, Portsmouth, NH, and University of New Hampshire Center for Coastal Ocean Observation and Analysis, Durham, NH). Horseshoe crabs were considered "spawning" if they showed high activity levels ($>0.1$ m s$^{-2}$; Watson *et al.*, 2016) around the times of high tides, commensurate with a movement to a shallower location, during the peak of the spawning period in 2016. Only data from the first two weeks after release were used for these analyses, for two reasons: (1) this time period represented the peak of the spawning season in 2016 in the GBE, and (2) most of the animals were still within the VR2W array and near the spawning beaches where we collected them, which enabled us to obtain the maximum possible amount of data from the most animals before they dispersed. For each animal we determined how many high tides occurred while we were collecting continuous data from them. Then, to determine the spawning percentage, we divided the number of apparent spawning events (identified as described above) by the number of available high tides they experienced.

## Results

### Days at large and days detected

A total of 28 horseshoe crabs were successfully tracked in the GBE, from May 15 to December 6, 2016 (205 days); and data were also obtained from 23 of these between April 14 and October 4, 2017 (191 days). In 2016, animals were at large for an average of $158 \pm 59$ days (max = 205, min = 7) and were detected for $84.3 \pm 50$ days (max = 180, min = 8). In 2017, the 23 animals were at large for $91 \pm 56$ days (max = 172, min = 1) and were detected for $32.4 \pm 41$ days (max = 171, min = 0).

### Potential mating events

Based on data from New Hampshire *Limulus* spawning surveys, which are conducted each year, including during this study (Cheng *et al.*, 2016), the mating season for 2016 started on May 9, when temperatures reached 11.2 °C; it peaked around May 21–26; and it ended around June 10. The mating season for 2017 started on May 16, when temperatures reached 11.3 °C; it peaked around June 10–16; and it ended around June 20. We used these data to focus our analyses of potential mating events of the bleeding process on mating behavior on the peak spawning period that occurred right after animals were released.

The criteria outlined in Materials and Methods were used to determine whether horseshoe crabs approached spawning beaches to possibly mate (Fig. 2). Out of all the times animals were detected during each high tide within the first week after they were released, females appeared to mate less than males, bled animals less than controls, and bled females much less than control females (Fig. 3; Table A1). More precisely, con-

trol females appeared to spawn $4.8 \pm 2.5$ times during the first week after they were released, while bled females spawned only $2.0 \pm 0.7$ times. Out of the animals that were detected for at least two weeks, there was no difference in apparent mating events between the first and second weeks post-release (Student's paired *t* test, $P = 0.16$; data not shown). These analyses were not performed in 2017 because there were not enough animals present near the spawning areas that were being monitored with VR2W receivers, and they did not appear to approach beaches to mate for a long enough time period to provide sufficient data for a rigorous analysis.

### Biological rhythms

*2016.* Horseshoe crabs from which we obtained sufficient data for biological rhythm analyses (*i.e.*, at least seven days of continuous data) exhibited both tidal and daily rhythms. In June, all animals expressed tidal rhythms ($n = 12$; $\tau = 12.4$ h; Table 1; Fig. 4). This corresponds to the mating season in 2016 in GBE. In the following months they exhibited a combination of arrhythmic, daily, and tidal rhythms (Table 1; Figs. A1, A2). While there were more control animals detected, the majority of both treatment groups expressed clear daily or tidal rhythms from June to October 2016. When we added up all of the months during which a given animal expressed a clear rhythm, control animals were rhythmic during 30 of 32 months, while bled animals expressed clear biological rhythms in 15 of 16 months (Table 1). All animals that expressed daily rhythms ($\tau = 24$ h; Fig. A1) were more active during the day than at night, except for Animal 75, which was more active during the night in July and September. There was no significant difference between the depths where animals resided in months that they displayed daily rhythms ($4.4 \pm 1.4$ m) *versus* tidal rhythms ($3.3 \pm 1.3$ m; unpaired Student's *t* test, $P = 0.5$). This was also true for the relationship between depths and rhythms for animals that switched from one kind of rhythm to another (Fig. A2). There was also no clear relationship between sexes and the expression of different rhythms (Table 1). Finally, four animals switched from a tidal rhythm to a daily rhythm in July, directly after the mating season (Table 1; Fig. A2).

*2017.* In 2017, these same animals continued to express the same variety of rhythms (Table 1). Since different animals were detected at different times in 2017, there was a lower sample size and a greater distribution of rhythms, so we have chosen to discuss the two years separately. In April, before the start of the mating season, horseshoe crabs exhibited tidal rhythms or were arrhythmic. Interestingly, all of the bled animals ($n = 4$) were arrhythmic. After April, there was no clear difference between the types of rhythms exhibited by both groups. In June, only 1 animal expressed a tidal rhythm in 2017, while 13 did so in 2016; but there were also fewer animals detected overall. As in 2016, all animals that displayed daily rhythms were more active during the day than at night. In contrast to 2016, there was a significant relationship between the depths

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).

212                                    M. OWINGS *ET AL.*



**Figure 2.**   Potential mating events recorded from one control female (A, C) and one bled female (B, D) horseshoe crab. The gray lines in all graphs indicate the natural tides (in feet, so they can be distinguished from the depth of animals, which is shown in meters). The top graphs show the accelerometer output (m s$^{-2}$) of the tags on a control female (A) and a bled female (B). The filled circles in the bottom two graphs show the depth (in meters) of both females. Note that the bled female did not move much, so her depth followed the tides very closely. In contrast, the control female was very active, especially during high tides, and sometimes she moved into shallow water during a high tide (at times indicated by the arrows in A and C). We considered these to be potential mating events.

occupied by animals and the types of rhythms they expressed. Animals that were arrhythmic resided in deeper water (9.8 ± 4.5 m) than animals that expressed tidal rhythms (4.7 ± 2.4 m) or daily rhythms (4.6 ± 1.1 m; ANOVA, $F_{2, 21} = 8.22$, $P = 0.002$).

*Ranges of animal movements*

All of the horseshoe crabs appeared to remain within the GBE for the duration of the study. The farthest an animal moved from the release site toward the coast was 3.2 km, and the farthest an animal traveled up-estuary was 3.4 km. In 2016, the mean annual range of movement (distance from the animal's farthest up-estuary position to its farthest down-estuary position) was 3.3 ± 1.7 km, and in 2017, it was 3.2 ± 1.3 km. There was no difference in range for years, between treatments, or between sexes (Table A2).

In 2017, 5 out of the 23 detected animals returned to their release site (Fig. A3). Four of these animals returned during the mating season in May–June. All four were males, three were controls, and one was a bled animal. The fifth animal was a control female that returned to the release site in late July. Because this is generally two to three weeks after horseshoe crabs stop spawning in the GBE (Schaller *et al.*, 2010; Cheng

*et al.*, 2016; Watson *et al.*, 2016), it probably was not spawning at that time.

*Overall seasonal changes in behavior*

The water temperature in the GBE ranged from 9.5 to 25.4 °C during the time when we were tracking animals, and there was no difference in the mean water temperature between the 2 years of the study (2016: 18.9 ± 3.6 °C; 2017: 18.12 ± 3.2 °C; $P < 0.0001$). We also ran a regression comparing the daily temperatures in each year, and they were highly correlated ($r = 0.85$, $P < 0.0001$).

The majority (21 of 23) of the animals that were detected in 2017 were first detected near the location where they were last detected in 2016. The 2 animals that were not detected at their exact location from the previous year were still in Little Bay but ±2.3 km up- or down-estuary from their last location. Therefore, although transmitters were turned off during the winter season, all of the animals appeared to have remained in the same location throughout the winter months.

*Seasonal changes in depth and activity.* Only animals that were detected and active for at least seven days in a given month were used for depth and activity analyses (2016: $n = 21$; 2017: $n = 11$). In 2016, there was a significant correlation

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).



**Figure 3.** Average percent (±SEM) of times that horseshoe crabs appeared to be mating as a function of the number of high tides they experienced during the first week after they were released. (A) Females ($n = 10$) appeared to mate less than males ($n = 13$). (B) Bled animals ($n = 12$) appeared to mate less than control animals ($n = 11$). (C) There was no difference between control males ($n = 6$) and bled males ($n = 7$). (D) Bled females ($n = 5$) appeared to mate less than control females ($n = 5$). Asterisks indicate statistically significant differences ($P < 0.05$).

between activity and depth ($r^2 = -0.35$, $P = 0.01$), with animals being more active when they were in shallower water (Fig. A4). In addition, animals tended to be more active from May to August when water temperatures were warmer ($\geq \sim 18\ ^\circ C$). There was no difference between bled and control animals in terms of the percentage of time when they were active (unpaired Student's $t$ test, $P = 0.4$). As water temperatures started to decrease in the fall, animals moved deeper and exhibited a lower amount of activity, and bled animals spent significantly more time in deeper water in 2016 than control animals (Fig. 5; Table A3). Finally, 15 of the 21 animals that migrated from Great Bay to Little Bay (toward the coast) moved in late July to early August when temperatures peaked at 22 °C. The following year, 14 of 15 of those animals moved back into Great Bay when temperatures reached 11.2 °C in May.

In 2017, only four animals (three males and one female) were detected continuously, and were active, for at least seven days in a month. Based on data from only these four animals, there was a significant difference between month and depth (MANOVA, $F_{6,19} = 3.32$, $P = 0.021$) but no significant difference between activity and month (MANOVA, $F_6 = 1.410$, $P = 0.262$).

*Summary of seasonal movements.* Most of the animals in this study followed the same seasonal trends of activity and depth preferences that were reported in two previous studies in the GBE (Fig. 6; Schaller *et al.*, 2010; Watson *et al.*, 2016). Animals overwintered in deep water and remained there until water temperatures started to exceed ~11 °C in the spring. At this time, they moved up into the estuary, where it tends to be shallow, and they had a higher level of activity during warmer months of the year. Then in the fall they returned to deeper water as temperatures began to drop. It should also be noted that when water temperatures exceeded 20 °C, 8 of the animals in 2017 moved out of Great Bay to Little Bay, where the water is a bit cooler, which is exactly what these same animals did at the same time in 2016 (late July to early August).

Between 2016 and 2017, there were no major differences in the seasonal migration trends, or annual ranges, of bled *versus* control animals (Fig. 6). However, there were some distinct changes in the seasonal movements of some of the bled animals from one year to the next. One noticeable trend was that in May and June of 2017, the bled animals did not approach shallower areas in Great Bay, preferring to remain in deeper channels. Out of all of the animals that were detected in 2017 (regardless of whether they were also detected at the same time in 2016), bled animals remained in deeper waters than controls (unpaired Student's $t$ test, $P < 0.001$).

## Discussion

While some of the impacts of the biomedical bleeding process have been studied in the laboratory and in the field, this seems to be one of the first comprehensive studies designed to determine the behavioral impacts that the bleeding process has on the horseshoe crabs that are released back into their natural environment. The two most obvious impacts we found were that (1) bled females appeared to approach beaches to mate less frequently than control females, and (2) bled animals remained in deeper water than control animals during certain times of the year. However, there was no difference in the annual ranges of bled *versus* control animals or in their overall distribution in the GBE across months or years.

### Mating

Since it is well known that horseshoe crabs mate at high tide at spawning beaches during the spring and early summer (Rudloe, 1980; Cohen and Brockmann, 1983; Barlow *et al.*, 1986; Cheng *et al.*, 2016), it was possible to use a combination of depth, tide, and accelerometer data to determine possible mating events of animals fitted with appropriate acoustic transmitters. We found that control animals probably mated, or at least moved inshore toward mating beaches during the high tides, more often than bled animals during the first tracking season, especially when comparing bled *versus* control females. These data suggest that the bleeding process might have an immediate impact on the reproductive output of fe-

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).

214    M. OWINGS *ET AL.*

Table 1

*Rhythms expressed by individual horseshoe crabs for each month in 2016 and 2017*

| Animal no. | Treatment | Sex | 2016 | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | June | July | August | September | October | April | May | June | July | August | September |
| 69 | B | F | T | T | | | | | | | | | |
| 70 | B | F | T | T | | T | | A | A | A | | A | |
| 71 | B | F | T | A | | | | | | | | | |
| 39 | B | M | T | | | | | | | | | | |
| 73 | B | M | | | T | | | | T | | | | |
| 74 | B | M | | | T | | | A | T | | | D | |
| 75 | B | M | | T/D | D | D | | A | | | | | D |
| 85 | B | M | | | D | | | A | A | | | | D |
| 87 | B | M | T | T | | | | | | | | | |
| 37 | C | F | T | T/D | T | T | A | | | | | | |
| 38 | C | F | T | T | | | | | | | | | |
| 76 | C | F | T | D | D | | | | | | | | |
| 77 | C | F | | T | T | | | | D | | | D | |
| 80 | C | F | T | T/D | T | T | | | D | | D | | |
| 37 | C | F | T | T/D | T | T | A | T | D | T | D | | |
| 38 | C | F | T | T | D | | | | | | | | |
| 68 | C | M | T | T | T | | D | | | | | | |
| 36 | C | M | T | T | T | | D | | | | | | |

A, arrhythmic; B, bled; C, control; D, daily rhythm; T, tidal rhythm; T/D, both tidal and daily rhythms. Empty cells indicate that data were not sufficient to identify a type of rhythm.

male horseshoe crabs for that season. These data are also consistent with the decreases in activity in bled animals that were documented by Anderson *et al.* (2013) in previous laboratory experiments. Since female horseshoe crabs are preferentially selected for in the biomedical bleeding process because of their size (James-Pirri *et al.*, 2012), and their mortalities are consistently greater than males (Leschen and Correia, 2010; James-Pirri, 2012; Krisfalusi-Gannon *et al.*, 2018), both the lethal and sublethal impacts of the bleeding process can alter the effective sex ratio and reproductive output of the population. For example, in several areas where horseshoe crabs are harvested, such as Pleasant Bay, Massachusetts, there has already been a 20% decrease in female appearances at spawning beaches (Carmichael *et al.*, 2003; Malkoski, 2010); and egg abundances have also significantly decreased at spawning sites (James-Pirri, 2012). Although Massachusetts regulations do not permit the harvesting of horseshoe crabs during the 5 days including and surrounding the new and full moons during the mating season, this does not always coincide with the peak of the spawning season; and many horseshoe crabs mate during other high tides during the ~1.5-month-long spawning season (Smith *et al.*, 2010; Cheng *et al.*, 2016). Therefore, it might be prudent to revisit harvest regulations and consider not harvesting horseshoe crabs at all during the majority of the spawning period.

Males are more frequently detected at mating beaches than females (Loveland and Botton, 1992). Furthermore, females usually only spawn several times within one week and do not return until the next year, whereas males return to these beaches more often (Rudloe, 1980; Brockmann and Penn, 1992; Leschen *et al.*, 2006). This trend was also evident in this study, further supporting the hypothesis that the skewed sex ratios observed near most mating locations are due to behavioral differences between males and females and are not indicative of the actual sex ratios of the local populations.

In this study, we restricted our analyses of mating behavior impacts to just 2 weeks during the peak of the mating season, allowing for ~14–15 potential mating events per week. Control animals appeared to mate, on average, three to four times a week, whereas bled animals mated one to two times per week. For control animals, this meant that they were likely to be mating during 22%–29% of the potential high tides, while bled animals appeared to be mating during only 7%–14% of them. Although these numbers are consistent with the results reported by Watson and Chabot (2010) and Brousseau *et al.* (2004), they are slightly lower. This difference could be due to two main factors. First, because our animals were released midway into the spawning season and because we examined only two weeks of data, some of our subjects might have already mated, or attempted to mate, several times before they were captured. Second, environmental factors could have affected spawning. During our spawning surveys, in both years, we noted that there was (1) heavy rain, (2) increased detritus on beaches on days immediately following large storms, and (3) overcast conditions. All of these factors appear to be correlated with fewer mating animals. A similar pattern was observed during spawn-

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).



**Figure 4.** Representative tidal rhythms expressed by two horseshoe crabs in June. (A) Actograms showing the activity of a control female (left) and a bled female (right). The lack of activity by the control female around days 11–14 may represent a span of time when the animal was not within the detection range of a receiver. Each small black tick mark represents the amount of activity per 10 min. The *x*-axis is double plotted to make rhythms appear more evident, showing a span of 48 h for each line. The white and black horizontal bars at the top in (A) represent the light and dark periods of the day, respectively. The *y*-axis represents the 30 days in June 2016. (B) Periodograms displaying significant periods of activity (*P* < 0.05) for each animal for the amount of time shown in the actograms. The control female on the left and the bled female on the right had similarly strong tidal rhythms (τ = 12.5 h *vs.* τ = 12.3 h).

ing surveys in the GBE in 2012 and 2013, when periods of heavy rain were correlated with periods of decreased spawning activity (Cheng *et al.*, 2016).

### Behavioral rhythms

Horseshoe crabs possess endogenous clocks (Chabot *et al.*, 2007) that allow them to anticipate changes in environmental factors, specifically changes in tides, so they can synchronize their spawning and foraging activities to particular phases of the tides (Cohen and Brockmann, 1983; Barlow *et al.*, 1986; Watson and Chabot, 2010). Any disruptions to the rhythms controlled by these clocks could have negative implications for reproduction and survival. In 2016, all animals that expressed activity in June had tidal rhythms. This is likely because this was the spawning season, when they approach mating beaches at high tide (Rudloe, 1980; Shuster and Botton, 1985; Barlow *et al.*, 1986). During the following summer, animals expressed both tidal and daily rhythms or became arrhythmic; and then in October no animals expressed tidal rhythms. This same seasonal transition was reported in previous studies, and it is likely due to the fact that as winter approaches, crabs move into deeper waters and prepare for overwintering (Chabot and Watson, 2010; Watson *et al.*, 2016).

In 2016, animals that had daily rhythms were more active during the day than at night. It has been previously argued that horseshoe crabs spawn more and increase their activity at night (Cavanaugh, 1975; Rudloe, 1980, 1981; Barlow, 1983; Barlow *et al.*, 1986; Finn *et al.*, 1990; Swan *et al.*, 1991, 1993; Smith *et al.*, 2010). In the GBE, this hypothesis has not been supported by previous telemetry studies or spawning surveys; in contrast, horseshoe crabs have actually been shown to be significantly more active during the day (Watson *et al.*, 2009; Watson and Chabot, 2010). The data from this study are consistent with this pattern of activity.

In 2017, there appeared to be some impact of the bleeding process on the expression of biological rhythms, as indicated by the fact that more bled animals were arrhythmic (four of nine animals) in 2017 than control animals (zero of three animals). For example, Animal 70, a bled female, remained arrhythmic throughout all of the months that it was active, including during the spawning season. However, the animals that were arrhythmic were also deeper and mostly manifested these behaviors in April, before the start of the spawning sea-

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).



**Figure 5.**  Mean monthly depth (±SEM) of horseshoe crabs from May to October 2016. Bled horseshoe crabs tended to remain deeper than control horseshoe crabs. Data are not shown for bled horseshoe crabs in May because there were insufficient data from the bled animals. Sample sizes for activity and depth for each month were as follows (Control, Bled): May (4, 0); June (6, 3); July (6, 4); August (5, 4); September (2, 2); October (2, 3); November (2, 1).

son, which is not too unusual. They usually do not begin to express clear rhythms until temperatures increase in late spring (10–11 °C; Schaller *et al.*, 2010). Nevertheless, two other bled animals were also arrhythmic in May and June during the spawning season, and this could be a result of having been bled, especially considering that all of the horseshoe crabs expressed tidal rhythms in June in 2016 but only two of five bled animals in May and June of 2017. However, it should also be noted that only one of three control animals expressed a tidal rhythm in 2017, so other factors could have played a role. Therefore, it is possible that the bleeding process could have delayed and extended impacts on the expression of rhythms and depth preferences, and thus on both foraging and mating behaviors. However, we have no explanation for how the bleeding process could lead to behavioral impacts that manifest themselves about a year after the procedure. Clearly, more studies are necessary to confirm that bled animals tend to reside in deeper water and approach mating beaches less often than control animals many months after the procedure.

### Movements and migrations

The 28 animals that were tracked in 2016 appeared to remain within the GBE, along with the 23 that were detected in 2017. In fact, 21 of the 23 animals detected in 2017 were first detected at the same location where they were last detected in 2016. This is consistent with previous findings in the GBE (Schaller *et al.*, 2010), as well as in other embayments, such as Pleasant Bay, Massachusetts (James-Pirri, 2010). Horseshoe crabs are thought to be philopatric to the embayments where they spawn, and in New England specifically, horseshoe crab populations appear to be more localized and do not seem to migrate offshore (Baptist *et al.*, 1957; Botton and Ropes, 1987; James-Pirri *et al.*, 2005; Moore and Perrin, 2007). There-

fore, if horseshoe crabs are harvested from a particular area, it is unlikely that they would be replenished from adults or larvae from a different area. In addition, if they are removed from one area, bled, and returned to a different area, they might not have the ability to adjust their migration and spawning behaviors to the new region.

There were no clear differences in the annual range of movements or seasonal migrations between control and bled animals. These annual ranges were similar to those found in Cape Cod, Massachusetts, and Maine embayments (Kurz and James-Pirri, 2002; James-Pirri *et al.*, 2005) and followed the same patterns that have been described in other New England estuaries and in the GBE. In the spring, when the water temperature reached 10–11 °C (Schaller *et al.*, 2010), the horseshoe crabs moved up-estuary to shallow areas near mating beaches. In 2017, this was clearly shown in our data because the transmitters turned on before the mating season. There was a clear trend of animals moving from deeper waters where they stayed in April to shallower waters in May, when the temperature threshold was reached. Then, after mating, when the estuary was the warmest in July and August, animals moved down-estuary; and they eventually overwintered at the farthest down-estuary portion of their annual range. As previously mentioned, in 2017, when our transmitters re-activated, 21 of the 23 animals were in the same location where they were last detected in December 2016, when the transmitters were de-activated. These seasonal movements are thought to be driven by temperature preferences, with animals seeking warmer water during the spawning season, then moving toward the coast when the water temperature rises above ~20 °C, and finally seeking deep water in the fall, which tends to be warmer in the winter (Schaller *et al.*, 2010). These thermal preferences could be an important factor driving mating behaviors because temperature plays a large role in egg development (French, 1979). Moreover, recent studies have demonstrated that horseshoe crabs can detect changes in water temperature and that, when given a choice, they prefer slightly warmer water (Cheng, 2015).

Although there was no significant difference in the annual range of movements between bled and control animals, or in the overall seasonal migration trends, there were some distinct changes in the seasonal movements of some animals from one year to the next. Most of the control animals followed similar patterns, but there were several bled animals that had very different migration routes between 2016 and 2017. One noticeable trend was that in May and June, the bled animals did not approach shallower areas in Great Bay but remained in the deeper channels. This trend is consistent with data showing that bled animals remained deeper throughout the year in 2016 and that bled females mated less than control females. In other words, some of the immediate impacts of bleeding that we observed in 2016 continued in 2017. There are two potential reasons why these bled animals remained in deeper water. First, in the laboratory, disrupted orientation and a random di-

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).



**Figure 6.** Maps of the location of horseshoe crabs, by season, in 2016. Filled dots represent bled animals, and open dots represent control animals. It should be noted that these locations are based on detections by acoustic monitoring receivers and, thus, do not necessarily represent the exact locations of each animal.

rection of movements have been observed in bled horseshoe crabs (Anderson *et al.*, 2013). Moreover, in one of the previous field studies comparing the impact of biomedical bleeding on movement patterns in Cape Cod, it was found that the bled group tended to have more random movements than control animals (Kurz and James-Pirri, 2002). This disorientation could prevent horseshoe crabs from locating spawning beaches and could also explain why the bled animals remained deeper and farther away from spawning beaches. Second, bled animals may not have been as motivated to spawn, and, therefore, they did not move toward spawning beaches as often as controls. This lack of motivation could be due to the fact that bleeding influenced their energy utilization and shifted it from reproduction to stress remediation. For example, Hu *et al.* (2011) showed that starvation of two Asian

horseshoe crab species led to a decrease in their respiration rates and ammonia excretion rates, which was correlated with a decrease in scope for growth.

Interestingly, 5 out of the 23 animals in 2017 returned to their original release site where they had been captured while spawning. Four were control animals, and one had been bled. In a telemetry study completed in Delaware Bay, 77% of animals did not return to the same beach to spawn (Smith *et al.*, 2010), so we did not necessarily expect all of the animals to show up at their original spawning location in 2017. Therefore, while the 4 : 1 ratio of controls to bled animals is interesting, it is possible that this relates not to an inability of bled animals to find the same spawning beaches from year to year but to the fact that most animals do not return to the same spawning beach each year.

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).

M. OWINGS *ET AL.*

*Overall impacts*

Overall, there were some immediate impacts of the bleeding procedure on mating behaviors and the expression of biological rhythms, and there also appeared to be a tendency for bled animals to reside in deeper water during both the first and second years of the study. If bled animals, especially females, have alterations in their biological rhythms and mating behaviors, it is likely to further alter the sex ratio on spawning beaches, reduce reproductive output, lower population levels, and decrease the fitness and survival of this keystone species. Further studies should investigate the immediate effects of the bleeding process on horseshoe crabs during the mating season to obtain a more precise and accurate assessment of their behavior in the vicinity of mating beaches. Also, the orientation of bled animals in their natural habitat should be examined because one laboratory study and one field study indicate that some bled horseshoe crabs do not orient in the same manner as normal adult horseshoe crabs. Taken together with the results of many previous investigations, it appears as if the biomedical bleeding process might have some behavioral impacts that could impact the sustainability of harvested *Limulus* populations; and, thus, there is a need for further investigations into possible improvements that might reduce these effects.

## Acknowledgments

This research project could not have been completed without the help of Dave Shay and the staff the University of New Hampshire Jackson Estuarine Laboratory. We would also like to thank the graduate and undergraduate students at the University of New Hampshire and Plymouth State University for all of their hard work and support. This study was supported by a Leslie S. Hubbard Marine Program Endowment grant and Marine Biology Graduate Program grant to MO and a New Hampshire Sea Grant (R/HCE-4) to CC and WW.

## Literature Cited

Adachi, K., H. Endo, T. Watanabe, T. Nishioka, and T. Hirata. 2005. Hemocyanin in the exoskeleton of crustaceans: enzymatic properties and immunolocalization. *Pigment Cell Res.* 18: 136–143.

Anderson, R. L., W. H. Watson III, and C. C. Chabot. 2013. Sublethal behavioral and physiological effects of the biomedical bleeding process on the American horseshoe crab, *Limulus polyphemus. Biol. Bull.* 225: 137–151.

Armstrong, P., and M. Conrad. 2008. Blood collection from the American horseshoe crab, *Limulus polyphemus. J. Vis. Exp.* 20: 958.

ASMFC (Atlantic States Marine Fisheries Commission). 1998. *Fishery Management Report No. 32 of the Atlantic States Marine Fisheries Commission.* Interstate Fishery Management Plan for Horseshoe Crab, Arlington, VA.

ASMFC (Atlantic States Marine Fisheries Commission). 2012. *Review of the Fishery Management Plan in 2011 for Horseshoe Crab (*Limulus polyphemus). Interstate Fishery Management Plan for Horseshoe Crab, Arlington, VA.

ASMFC (Atlantic States Marine Fisheries Commission). 2013. *Horseshoe Crab Stock Assessment Update.* Atlantic States Marine Fisheries Commission, Washington, DC.

Baptist, J. O. R., J. Smith, and W. Ropes. 1957. *Migrations of the Horseshoe Crab* Limulus polyphemus *in Plum Island Sound, Massachusetts.* Special Scientific Report—Fisheries No. 220. U.S. Fish and Wildlife Service, Washington, DC.

Barlow, R. B. 1983. Circadian rhythms in the *Limulus* visual system. *J. Neurosci.* 3: 856–870.

Barlow, R. B. 2001. Circadian and efferent modulation of visual sensitivity. *Prog. Brain Res.* 131: 487–503.

Barlow, R. B., J. M. Hitt, and F. A. Dodge. 2001. *Limulus* vision in the marine environment. *Biol. Bull.* 200: 169–176.

Barlow, R. B., Jr., M. K. Powers, H. Howard, and L. Kass. 1986. Migration of *Limulus* for mating: relation to lunar phase, tide height, and sunlight. *Biol. Bull.* 171: 310–329.

Botton, M. L., and J. W. Ropes. 1987. Populations of horseshoe crabs *Limulus polyphemus* on the northwestern Atlantic and continental shelf. *Fish. Bull.* 85: 805–812.

Botton, M. L., R. A. Tankersley, and R. E. Loveland. 2010. Developmental ecology of the American horseshoe crab *Limulus polyphemus. Curr. Zool.* 56: 550–562.

Brockmann, H. J., and D. Penn. 1992. Male mating tactics in the horseshoe crab *Limulus polyphemus. Anim. Behav.* 44: 653–665.

Brousseau, L. J., M. Sclafani, D. R. Smith, and D. B. Carter. 2004. Acoustic-tracking and radio-tracking of horseshoe crabs to assess spawning behavior and subtidal habitat use in Delaware Bay. *N. Am. J. Fish Manag.* 24: 1376–1384.

Carmichael, R. H., D. Rutecki, and I. Valiela. 2003. Abundance and population structure of the Atlantic horseshoe crab *Limulus polyphemus* in Pleasant Bay, Cape Cod. *Mar. Ecol. Prog. Ser.* 246: 225–239.

Cavanaugh, C. M. 1975. Observations on mating behavior in *Limulus polyphemus. Biol. Bull.* 149: 422. (Abstract).

Chabot, C. C., and W. H. Watson III. 2010. Circatidal rhythms of locomotion in the American horseshoe crab *Limulus polyphemus*: underlying mechanisms and cues that influence them. *Curr. Zool.* 56: 499–517.

Chabot, C. C., S. H. Betournay, N. R. Braley, and W. H. Watson III. 2007. Endogenous rhythms of locomotion in the American horseshoe crab, *Limulus polyphemus. J. Exp. Mar. Biol. Ecol.* 345: 79–89.

Chen, L., and N. Mozier. 2013. Comparison of *Limulus* amebocyte lysate test methods for endotoxin measurement in protein solutions. *J. Pharm. Biomed. Anal.* 80: 180–185.

Cheng, H. 2015. The environmental influences on American horseshoe crab (*Limulus polyphemus*) behavior and distribution in Great Bay Estuary, New Hampshire U.S.A. M.S. thesis, University of New Hampshire, Durham.

Cheng, H., C. C. Chabot, and W. H. Watson III. 2016. Influence of environmental factors on spawning of the American horseshoe crab (*Limulus polyphemus*) in the Great Bay Estuary, New Hampshire, USA. *Estuaries Coasts* 39: 1142–1153.

Coates, C. J., S. M. Kelly, and J. Nairn. 2011. Possible role of phosphatidylserine-hemocyanin interaction in the innate immune response of *Limulus polyphemus. Dev. Comp. Immunol.* 35: 155–163.

Cohen, J., and H. Brockmann. 1983. Breeding activity and mate selection in the horseshoe crab, *Limulus polyphemus. Bull. Mar. Sci.* 33: 274–281.

Finn, J. J., C. N. Shuster, and B. L. Swan. 1990. Limulus *Spawning Activity on Delaware Bay Shores 1990.* Finn Tech Industries, Cape May, NJ.

French, K. A. 1979. Laboratory culture of embryonic and juvenile *Limulus.* Pp. 61–71 in *Biomedical Applications of the Horseshoe Crab (Limulidae),* E. Cohen, ed. Alan R. Liss, New York.

Herzog, E. D., M. K. Powers, and R. B. Barlow. 1996. *Limulus* vision in the ocean day and night: effects of image size and contrast. *Vis. Neurosci.* 13: 31–41.

Hu, M., Y. Wang, S. T. Tsang, S. G. Cheung, and P. K. S. Shin. 2011. Effect of starvation on the energy budget of two Asian horseshoe crab species: *Tachypleus tridentatus* and *Carcinoscorpius rotundicauda* (Chelicerata: Xiphosura). *Mar. Biol.* 158: 1591–1600.

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).

Hurton, L., and J. Berkson. 2006. Potential causes of mortality for horseshoe crabs (*Limulus polyphemus*) during the biomedical bleeding process. *Fish. Bull.* 104: 293–298.

Hurton, L., J. Berkson, and S. Smith. 2005. Estimation of total hemolymph volume in the horseshoe crab *Limulus polyphemus*. *Mar. Freshw. Behav. Physiol.* 38: 139–147.

James-Pirri, M. J. 2010. Seasonal movement of the American horseshoe crab *Limulus polyphemus* in a semi-enclosed bay on Cape Cod, Massachusetts (USA), as determined by acoustic telemetry. *Curr. Zool.* 56: 575–586.

James-Pirri, M. J., K. Tuxbury, S. Marino, and S. Koch. 2005. Spawning densities, egg densities, size structure, and movement patterns of spawning horseshoe crabs *Limulus polyphemus* within four coastal embayments on Cape Cod, Massachusetts. *Estuaries* 28: 296–313.

James-Pirri, M. J., P. A. Veillette, and A. S. Leschen. 2012. Selected hemolymph constituents of captive, biomedically bled, and wild caught adult female American horseshoe crabs (*Limulus polyphemus*). *Mar. Freshw. Behav. Physiol.* 45: 281–289.

Krauter, J. N., and S. R. Fegley. 1994. Vertical disturbance of sediments by horseshoe crabs (*Limulus polyphemus*) during their spawning season. *Estuaries* 17: 288–294.

Krisfalusi-Gannon, J., A. Waleed, K. Dellinger, L. Robertson, T. E. Brady, M. K. M. Goddard, R. Tinker-Kulberg, C. L. Lepley, and A. L. Dellinger. 2018. The role of horseshoe crabs in the biomedical industry and recent trends impacting species sustainability. *Front. Mar. Sci.* 5: 1–13.

Kurz, W., and M. J. James-Pirri. 2002. The impact of biomedical bleeding on horseshoe crab, *Limulus polyphemus*, movement patterns on Cape Cod, Massachusetts. *Mar. Freshw. Behav. Physiol.* 35: 261–268.

Le Moullac, G., and G. Haffner. 2000. Environmental factors affecting immune responses in Crustacea. *Aquaculture* 191: 121–131.

Lee, W. J. 2010. Intensive use of an intertidal mudflat by foraging adult American horseshoe crabs *Limulus polyphemus* in the Great Bay Estuary, New Hampshire. *Curr. Zool.* 56: 611–617.

Leschen, A. S., and S. J. Correia. 2010. Mortality in female horseshoe crabs (*Limulus polyphemus*) from biomedical bleeding and handling: implications for fisheries and management. *Mar. Freshw. Behav. Physiol.* 43: 135–147.

Leschen, A. S., S. P. Grady, and I. Valiela. 2006. Fecundity and spawning of the Atlantic horseshoe crab, *Limulus polyphemus*, in Pleasant Bay, Cape Cod, Massachusetts, USA. *Mar. Ecol.* 27: 54–65.

Loveland, R. E., and M. L. Botton. 1992. Size dimorphism and the mating system in horseshoe crab, *Limulus polyphemus*. *Anim. Behav.* 44: 907–916.

Malkoski, V. 2010. *Massachusetts 2010 Compliance Report to the Atlantic States Marine Fisheries Commission—Horseshoe Crab*. Massachusetts Division of Marine Fisheries, New Bedford, MA.

Moore, S., and S. Perrin. 2007. Seasonal movement and resource-use patterns of resident horseshoe crab (*Limulus polyphemus*) populations in a Maine, USA, estuary. *Estuaries Coasts* 30: 1015–1026.

Novitsky, T. J. 2009. Biomedical applications of *Limulus* amebocyte lysate. Pp. 315–330 in *Biology and Conservation of Horseshoe Crabs*, J. T. Tancredi, M. L. Botton, and D. R. Smith, eds. Springer, New York.

Powers, M. K., and R. B. Barlow, Jr. 1985. Behavioral correlates of circadian rhythms in the *Limulus* visual system. *Biol. Bull.* 169: 578–591.

Rudloe, A. 1980. The breeding behavior and patterns of movement of horseshoe crab, *Limulus polyphemus*, in the vicinity of breeding beaches in Apalachee Bay, Florida. *Estuaries* 3: 177–183.

Rudloe, A. 1981. Aspects of the biology of juvenile horseshoe crabs, *Limulus polyphemus*. *Bull. Mar. Sci.* 31: 125–133.

Rudloe, A. 1983. The effect of heavy bleeding on mortality of the horseshoe crab, *Limulus polyphemus*, in the natural environment. *J. Invertebr. Pathol.* 42: 167–176.

Rutecki, D., R. H. Carmichael, and I. Valiela. 2004. Magnitude of harvest of Atlantic horseshoe crabs, *Limulus polyphemus*, in Pleasant Bay, Massachusetts. *Estuaries* 27: 179–187.

Schaller, S. Y., C. C. Chabot, and W. H. Watson III. 2010. Seasonal movements of American horseshoe crabs *Limulus polyphemus* in the Great Bay Estuary, New Hampshire (USA). *Curr. Zool.* 56: 587–598.

Schmid, B., C. Helfrich-Förster, and T. Yoshil. 2011. A new ImageJ plugin "ActogramJ" for chronobiological analyses. *J. Biol. Rhythms* 26: 464–467.

Shuster, C. N., Jr., and M. L. Botton. 1985. A contribution to the population of horseshoe crabs, *Limulus polyphemus* (L.), in Delaware Bay. *Estuaries* 8: 63–372.

Smith, D. R., L. J. Brousseau, M. T. Mandt, and M. J. Millard. 2010. Age and sex specific timing, frequency, and spatial distribution of horseshoe crab spawning in Delaware Bay: insights from a large-scale radio telemetry array. *Curr. Zool.* 56: 563–574.

Swan, B. L., W. R. Hall, and C. N. Shuster. 1991. Limulus *Spawning Activity on Delaware Bay Shores on 25 May 1991*. Delaware National Estuarine Research Reserve, Dover.

Swan, B. L., W. R. Hall, and C. N. Shuster. 1993. Limulus *Spawning Activity on Delaware Bay Shores on 5 June 1993*. Delaware National Estuarine Research Reserve, Dover.

Thompson, M. 1998. Assessments of the population biology and critical habitat for the horseshoe crab, *Limulus polyphemus*, in the South Atlantic Bight. M.S. thesis, University of Charleston, Charleston, SC.

Walls, E. A., and J. M. Berkson. 2000. Effects of blood extraction on the survival of the horseshoe crab, *Limulus polyphemus*. *Va. J. Mar. Sci.* 51: 195–198.

Walls, E. A., and J. M. Berkson. 2003. Effects of blood extraction on horseshoe crabs (*Limulus polyphemus*). *Fish. Bull.* 101: 457–459.

Walls, E. A., J. Berkson, and S. A. Smith. 2002. The horseshoe crab, *Limulus polyphemus*: 200 million years of existence, 100 years of study. *Rev. Fish. Sci.* 10: 39–73.

Watson, W. H. III, and C. C. Chabot. 2010. High-resolution tracking of adult horseshoe crabs *Limulus polyphemus* in a New Hampshire estuary using fixed array ultrasonic telemetry. *Curr. Zool.* 56: 599–610.

Watson, W. H. III, S. Y. Schaller, and C. C. Chabot. 2009. The relationship between small- and large-scale movements of horseshoe crabs in the Great Bay estuary and *Limulus* behavior in the laboratory. Pp. 131–147 in *Biology and Conservation of Horseshoe Crabs*, J. T. Tancredi, M. L. Botton, and D. R. Smith, eds. Springer, New York.

Watson, W. H. III, S. K. Johnson, C. D. Whitworth, and C. C. Chabot. 2016. Rhythms of locomotion and seasonal changes in activity expressed by horseshoe crabs in their natural habitat. *Mar. Ecol. Prog. Ser.* 542: 109–121.

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).

M. OWINGS *ET AL.*

# Appendix

### Table A1

*Two-way ANOVA results from likely mating events for horseshoe crabs tracked in 2016 comparing different sexes (males and females) and treatments (bled and controls)*

| Source | df | MS | F | P |
|--------|----|----|----|----|
| | | Likely mating events | | |
| Sex | 1 | 2568.405 | 6.019 | **0.024** |
| Treatment | 1 | 3800.770 | 8.906 | **0.008** |
| Sex × treatment | 1 | 2449.484 | 5.740 | **0.027** |
| Error | 19 | 426.746 | | |
| Total | 23 | | | |

Significant differences are shown in bold ($P < 0.05$). MS, mean square.

### Table A2

*Three-way ANOVA results comparing the ranges of horseshoe crabs tracked in 2016 and 2017 comparing different years (2016 and 2017), sexes (males and females), and treatments (bled and controls)*

| Source | df | MS | F | P |
|--------|----|----|----|----|
| | | Range | | |
| Sex | 1 | 1.555 | 0.613 | 0.438 |
| Treatment | 1 | 0.475 | 0.187 | 0.667 |
| Year | 1 | 0.010 | 0.004 | 0.950 |
| Sex × treatment | 1 | 2.842 | 1.120 | 0.296 |
| Sex × year | 1 | 0.153 | 0.060 | 0.807 |
| Treatment × sex | 1 | 0.017 | 0.007 | 0.936 |
| Year × sex × treatment | 1 | 4.583 | 1.807 | 0.186 |
| Error | 40 | 2.537 | | |
| Total | 48 | | | |

MS, mean square.

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).

**Table A3**

*MANOVA results from depth and activity data for horseshoe crabs tracked in 2016 comparing different sexes (males and females), treatments (bled and controls), and months (May–November)*

| Source | | df | MS | F | P |
|---|---|---|---|---|---|
| | | | Depth and activity | | |
| Month | Depth | 6 | 36.683 | 3.947 | **0.008** |
| | Activity | 6 | 309.357 | 0.895 | 0.515 |
| Sex | Depth | 1 | 30.426 | 3.274 | 0.084 |
| | Activity | 1 | 0.047 | 0.000 | 0.991 |
| Treatment | Depth | 1 | 63.789 | 6.863 | **0.016** |
| | Activity | 1 | 184.634 | 0.534 | 0.472 |
| Month × sex | Depth | 5 | 2.676 | 0.288 | 0.915 |
| | Activity | 5 | 38.196 | 0.111 | 0.989 |
| Month × treatment | Depth | 6 | 7.608 | 0.819 | 0.567 |
| | Activity | 6 | 86.332 | 0.250 | 0.954 |
| Sex × treatment | Depth | 1 | 1.157 | 0.124 | 0.728 |
| | Activity | 1 | 70.64 | 0.204 | 0.656 |
| Month × sex × treatment | Depth | 1 | 0.141 | 0.015 | 0.901 |
| | Activity | 1 | 13.061 | 0.038 | 0.848 |
| Error | Depth | 22 | 9.295 | | |
| | Activity | 22 | 345.489 | | |
| Total | Depth | 44 | | | |
| | Activity | 44 | | | |

Significant differences are shown in bold. ($P < 0.05$). MS, mean square.



**Figure A1.** Representative example of the expression of a daily rhythm in a horseshoe crab. (A) Actogram of a control female that expressed a daily rhythm and was more active during the day. (B) Periodogram showing that this animal had a significant rhythm ($P < 0.05$) with $\tau = 23.8$ h. Each small black tick mark represents the amount of activity per 10 min. The x-axis is double plotted to make rhythms appear more evident, showing a span of 48 h for each line. The white and black horizontal bars at the top in (A) represent the light and dark periods of the day, respectively. The y-axis represents the 30 days in July 2016. The horizontal line above the x-axis in (B) indicates $P = 0.001$.

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).



**Figure A2.** An example of a horseshoe crab that switched from a tidal rhythm to a daily rhythm. (A) This animal expressed a tidal rhythm during the first 25 days and then a daily rhythm during the last 8 days. (B) Periodograms showing that this animal had a significant rhythm ($P < 0.05$) of 12.5 h during the first 25 d and 24.6 h during the last 8 d. Each small black tick mark represents the amount of activity per 10 min. The $x$-axis is double plotted to make rhythms appear more evident, showing a span of 48 h for each line. The white and black horizontal bars at the top in (A) represent the light and dark periods of the day, respectively. The horizontal line above the $x$-axis in (B) indicates $P = 0.001$.



**Figure A3.** An example of a control horseshoe crab that returned to the mating beach where it was initially captured and released (indicated by "Start" on the left in 2016). Arrowheads indicate the direction of the path traveled by the individual in each year.

222

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).



**Figure A4.** Mean (±SEM) monthly horseshoe crab (both bled and control) activity and depth for 2016 (A) and 2017 (B). Activity was calculated as the amount of time per day that animals were moving, based on accelerometer data. Data for these analyses were based on individuals that were detected for at least one week for each month. Sample sizes for activity and depth for each month were (2016, 2017) as follows: April (0, 5); May (4, 9); June (10, 2); July (10, 3); August (11, 4); September (4, 3); October (5, 0); November (3, 0). Different lowercase letters associated with the means represent significant differences for monthly depths (ANOVA, Tukey's honest significant difference *post hoc*, $P < 0.05$).

This content downloaded from 073.226.024.237 on June 21, 2019 06:29:57 AM
All use subject to University of Chicago Press Terms and Conditions (http://www.journals.uchicago.edu/t-and-c).