# EXHIBIT C

Reference: *Biol. Bull.* **240**: 000–000. (June 2021)
© 2021 The University of Chicago
DOI: 10.1086/714277

# Assessing the Viability of American Horseshoe Crab (*Limulus polyphemus*) Embryos in Salt Marsh and Sandy Beach Habitats

MICHAEL R. KENDRICK[1,*], JEFF F. BRUNSON[1], DANIEL A. SASSON[1], KRISTIN L. HAMILTON[1], ELIZABETH L. GOODING[1], SARAH L. POUND[1,2], AND PETER R. KINGSLEY-SMITH[1]

[1]*Marine Resources Research Institute, South Carolina Department of Natural Resources, 217 Fort Johnson Road, Charleston, South Carolina 29412; and* [2]*College of Charleston, 66 George Street, Charleston, South Carolina 29424*

**Abstract.**  For animal embryos that develop externally, the physio-chemical environment can substantially affect offspring viability. In the case of the American horseshoe crab (*Limulus polyphemus*), sediment conditions along estuarine shorelines influence development rates and embryonic viability. Sandy beach habitats are considered to have optimal conditions for horseshoe crab embryonic development; however, spawning is often observed outside of these optimal habitats, in areas such as salt marshes, where reduced oxygen availability is thought to decrease the viability of eggs laid in these sediments. We excavated horseshoe crab eggs, embryos, and trilobites laid naturally in marsh and beach sediments in South Carolina to compare their development and viability between habitats. We found all developmental stages in both marsh and beach habitats. For two of three sampling areas, trilobites were more likely to be found at beaches than at marshes. Multivariate analyses demonstrate that the prevalence of early and middle developmental stages was similar between habitats but that beaches had a greater proportion of late-stage trilobites than marshes. The lower likelihood of finding trilobites at some marshes may reflect differences in spawning phenology between habitats or reduced rates of embryonic development in marshes compared to beaches, leading to potentially different developmental timelines rather than a true reduction in viability. Nevertheless, the substantial proportions of eggs laid in salt marshes that survive to the trilobite stage indicate that spawning in this habitat could represent a previously underappreciated source of recruitment for horseshoe crab populations that may need to be incorporated into population assessments.

## Introduction

The nature of the external environment into which eggs are released can significantly impact subsequent extraparental embryonic development. For example, environmental conditions such as temperature, oxygen availability, moisture content, and salinity can influence development time and offspring viability (*e.g.*, Alderdice and Forrester, 1971; Dos Santos and Nascimento, 1985; Przeslawski, 2004; Noiva *et al.*, 2014). Spawning is generally expected to occur in areas where the environmental conditions are optimal for embryonic development (Viertel, 1999; Haramura, 2008; Snickars *et al.*, 2010); however, animals sometimes spawn in conditions that are sub-optimal (Lewis *et al.*, 2002; Reglero *et al.*, 2018). This can occur for several reasons, including high spawning densities in optimal environments (Falcy, 2015; Huntsman *et al.*, 2017), the threat of predation (Korb and Linsenmair, 1999), food availability (Ventura *et al.*, 1997), and anthropogenic changes to environmental conditions (Jackson and Moser, 2012; Nelson *et al.*, 2016; Laurel and Rogers, 2020). If spawning commonly occurs in environments sub-optimal to embryonic development, and if developmental success therein is significantly reduced, recruitment into the population may be adversely affected. Thus, it is important to understand the effects of environmental conditions on embryonic development and viability to assess the impacts of spawning activity in sub-optimal habitats on overall population health.

The American horseshoe crab, *Limulus polyphemus* (Linnaeus, 1758), lives in coastal and offshore environments along the Atlantic and Gulf coasts of the United States and the Yucatan Peninsula of Mexico. Along portions of its range,

Received 20 September 2020; Accepted 10 March 2021; Published online 26 April 2021.

\* To whom correspondence should be addressed. Email: kendrickm@dnr.sc.gov.

*Abbreviations*: db-RDA, distance-based redundancy analysis; Location$_{StDev}$, standard deviation of sample location; NMDS, non-metric multidimensional scale; SCDNR, South Carolina Department of Natural Resources.

*L. polyphemus* plays important roles in ecological interactions, supports important commercial fisheries, and/or serves critical functions in the biomedical industry. Its ecological importance is highlighted through its spawning behavior, which leads to substantial bioturbation along estuarine shorelines (Jackson *et al.*, 2020), and through its production and deposition of eggs, which supports shorebird migrations (Smith *et al.*, 2017). Highly nutritious horseshoe crab eggs and embryos, for instance, provide a critical food resource to the federally threatened *rufa* red knot, *Calidris canutus rufa* (A. Wilson, 1813), as it stops to feed in areas, such as Delaware Bay (Karpanty *et al.*, 2006) and South Carolina (Takahashi, 2016), during its annual migration from southern South America to the Arctic (Haramis *et al.*, 2007; USFWS, 2014; Smith *et al.*, 2017). Juvenile and adult horseshoe crabs are also prey for alligators *Alligator mississippiensis* (Daudin, 1802) (Reid and Bonde, 1990), as well as endangered Kemp's ridley (*Lepidochelys kempii* Garman, 1880) and loggerhead (*Caretta caretta* (Linnaeus, 1758)) sea turtles (Seney and Musick, 2005; Witherington and Witherington, 2015). Horseshoe crabs are also economically important because they are harvested as bait for eel and whelk fisheries in some US states (Rutecki *et al.*, 2004). Additionally, a product made from an extract of horseshoe crab hemolymph, called *Limulus* amebocyte lysate (LAL), is used extensively in the biomedical industry to test for contamination by bacterial endotoxins (Krisfalusi-Gannon *et al.*, 2018). Effective management strategies necessary to conserve this critically important species should include a comprehensive understanding of reproductive ecology, including habitat use by spawning adults and variability in embryonic development (ASMFC, 2019).

Horseshoe crabs generally spawn in the spring and early summer, although the exact timing depends on location (Thompson, 1998; Brockmann and Smith, 2009; Sasson and Brockmann, 2016; Smith *et al.*, 2017). Warming temperatures provide a cue for adult horseshoe crabs to move from deeper waters to the intertidal zone, where spawning often occurs (Shuster, 1982; Moore and Perrin, 2007; Watson *et al.*, 2009; Schaller *et al.*, 2010; Cheng *et al.*, 2015; Smith *et al.*, 2017). During spawning, females excavate the sediment and deposit between 14,500 (Leschen *et al.*, 2006) and 88,000 (Shuster, 1982) eggs, typically at depths of 5 to 20 cm (Shuster, 1982; Cohen and Brockmann, 1983; Loveland and Botton, 1992). Eggs are fertilized by males as females extrude and deposit them into sediments (Cohen and Brockmann, 1983; Penn and Brockmann, 1994). Sandy beaches are generally considered the optimal spawning habitat for horseshoe crabs because the sediment is porous and well oxygenated, allowing for the circulation of gases and water necessary for embryonic development (Shuster, 1982; Botton *et al.*, 1988; Penn and Brockmann, 1994; Loveland *et al.*, 1996; Vasquez *et al.*, 2015a).

While considered to spawn primarily on sandy beaches, horseshoe crabs have also been observed spawning in a variety of other habitats, including those with peat and mud sediments, such as salt marshes (Sekiguchi *et al.*, 1977; Botton, 1995; Beekey and Mattei, 2008). These habitats are typically thought to provide sub-optimal conditions for horseshoe crab development (*e.g.*, Botton *et al.*, 1988) and, thus, have received relatively little attention in terms of studies of embryonic development and viability. While adult horseshoe crabs are known to exhibit broad tolerances for environmental factors (*e.g.*, Fraenkel, 1960; Roberston, 1970; Ehlinger and Tankersley, 2003), field studies on sandy beaches and laboratory studies suggest that optimal developmental conditions for embryos are narrower (Laughlin, 1983; Penn and Brockmann, 1994; Vasquez *et al.*, 2015a, b). Along many portions of its geographic range, the estuarine shoreline is dominated by salt marsh comprised of dense mud and smooth cordgrass, *Spartina alterniflora* Loisel. The South Carolina Department of Natural Resources (SCDNR) has received reports from its staff, members of the public, and suppliers of horseshoe crabs to the biomedical industry of extensive horseshoe crab spawning in the salt marshes of South Carolina, suggesting that this habitat potentially supports viable development of horseshoe crabs. Since South Carolina and Georgia have the largest expanses of estuarine vegetated wetlands on the east coast of the United States (Tiner, 2013), salt marsh habitats in this region could represent a significant, but previously underappreciated, source of horseshoe crab embryos that may contribute substantially to the adult population. The incorporation of salt marsh into habitat models for horseshoe crabs could, therefore, enhance the development of effective management strategies for this species.

Horseshoe crab embryos develop in sediments through four embryonic molts before hatching into the juvenile stage (Shuster, 1982; Botton *et al.*, 1988; Loveland *et al.*, 1996). Morphological characteristics associated with these molt stages, as well as patterns of intra-molt development, have been used as the basis for categorizing horseshoe crab embryos into a series of developmental stages (Sekiguchi *et al.*, 1988; Shuster and Sekiguchi, 2003; Botton *et al.*, 2010). Following fertilization, it takes about two to four weeks for horseshoe crab eggs to reach the post-embryonic trilobite stage (Botton *et al.*, 1992); but variation in abiotic conditions, such as temperature, salinity, moisture, and oxygen availability, has significant effects on developmental rates (Botton *et al.*, 1992; Penn and Brockmann, 1994; Jackson *et al.*, 2008; Vasquez *et al.*, 2015b). The low oxygen availability generally characterizing salt marsh sediments (Bradley and Morris, 1990) may impede horseshoe crab embryonic growth and development (Botton *et al.*, 1988; Vasquez *et al.*, 2015a). Hypoxic conditions (<2% oxygen saturation) have been shown to prevent the completion of the first embryonic molt (Funch *et al.*, 2016), suggesting that development to the trilobite stage is unlikely to occur in the absence of sufficient dissolved oxygen. Additionally, salt marsh sediment temperatures may be different from those of sandy beach habitats, with potentially important effects on rates of embryonic development (Vasquez *et al.*, 2015b). While

anecdotal evidence suggests that the use of salt marsh habitat by horseshoe crabs for spawning may be extensive, it is unclear whether developmental timelines and viability of eggs laid in salt marshes are similar to those of eggs laid in sandy beaches. Laboratory studies indicate that the conditions found in salt marsh habitats, including high levels of hydrogen sulfide, are likely to be detrimental to horseshoe crab embryonic development (Vasquez *et al.*, 2015a, b); but *in situ* measurements of the developmental progress of eggs spawned in salt marshes are rare.

In this study we compared the developmental progression and viability of horseshoe crab eggs collected from salt marsh and sandy beach habitats located across central and southern South Carolina. A finding of earlier-stage embryos and/or a lower proportion of viable embryos in marsh habitat than in sandy beach habitat may indicate that marsh habitat is suboptimal for early development. Quantifying the developmental differences between eggs laid in these habitat types will help to inform our understanding of their relative importance to the reproductive success of this ecologically, commercially, and biomedically important benthic invertebrate species.

## Materials and Methods

### Sample collection and developmental staging

In June 2019, we conducted sampling to collect early-developmental-stage horseshoe crabs (*Limulus polyphemus* (Linnaeus, 1758)) (*i.e.*, eggs, embryos, and trilobites) in salt marsh and sandy beach habitats at three discrete island locations in South Carolina, as follows: Edisto Island (32°29′38″ N, 80°20′46″ W), Harbor Island (32°24′43″ N, 80°26′6″ W), and Turtle Island (32°4′8″ N, 80°53′28″ W) (Fig. 1). Horseshoe crab spawning in South Carolina generally occurs from March to June, peaking in late May, so we sampled in June to ensure that we would collect early developmental stages. We chose sites within each of these three locations on the basis of previous reports of documented horseshoe crab spawning activity provided to the SCDNR *via* multiple reporting



**Figure 1.** Map of coastal South Carolina showing the three discrete horseshoe crab (*Limulus polyphemus*) sampling locations (Edisto Island, Harbor Island, and Turtle Island). Inset maps for each location show the proximity of marsh and beach sites for each location.

channels (*e.g.*, public reporting outlets, personal observations, and collaborations with suppliers of horseshoe crabs to the biomedical industry). We excavated early-developmental-stage horseshoe crabs from replicate sites (Edisto Island: $n = 11$ marsh, 10 beach; Harbor Island: $n = 10$ marsh, 11 beach; Turtle Island: $n = 7$ marsh, 11 beach) on the same day for each location (Turtle Island: June 13; Harbor Island: June 17; Edisto Island: June 19).

We conducted sampling near low tide because semi-diurnal tides characteristic of the region inundate both marsh and beach locations twice daily. At beach sites, we visually assessed areas for evidence of horseshoe crab eggs by identifying depressions in the sediment where females may have burrowed during spawning and by observing shorebird behaviors unique to feeding on horseshoe crab eggs (Fraser *et al.*, 2010). At marsh sites, we chose excavation sites along the creek-marsh edges (Fig. 2A). This creek-marsh edge is often referred to as the creek levee and shows biogeochemical properties, such as redox potential and hydrogen sulfide concentrations, that are often distinct from interior ponded marsh areas (Seliskar *et al.*, 2002; Koretsky *et al.*, 2005). To search for early developmental stage horseshoe crabs, we used hand trowels to dig into the sediments along creek levees at marsh sites (Fig. 2A, B) and near the high tide line at beach sites (Fig. 2C). Once we successfully located early developmental stages, we excavated an approximately 5 cm × 5 cm × 20 cm (length × width × depth) area and preserved all excavated horseshoe crabs from each individual site in 95% ethanol as a discrete sample.

From each sample, we randomly subsampled at least 50 eggs, embryos, or trilobites and assigned them to 1 of 7 morphologically based developmental stages under at least 20–60× stereoscopic magnification, using a Nikon SMZ1500 microscope (Table 1; Fig. 3; Botton *et al.*, 2010). Because of the difficulties associated with distinguishing early developmental stages (Shuster and Sekiguchi, 2003; Botton *et al.*, 2010), we binned embryos into stages that broadly correspond to the synopsis of development described by Sekiguchi *et al.* (1988) and Botton *et al.* (2010), as follows: stage A = stages 0–14, stage B = stages 15–17, stage C = stage 18, stage D = stage 19, stage E = stages 20-1 and 20-2, stage F = stage 21, and stage G = stage 21. Specific descriptions of these stages are provided in Table 1 and shown in Figure 3. We measured the sizes of a subset of 20 randomly selected embryos at each stage under magnification as described above and using a Nikon D300 camera. We then used ImageJ (ver. 1.53a; Schneider *et al.*, 2012) to measure the width of each embryo at its widest point, drawing the measuring line through the center of the embryo. We measured the size of trilobites (stages F and G) by drawing the measuring line across the widest part of the opisthosoma (Sasson *et al.*, 2012).

Additionally, some samples contained eggs or embryos that were fully or partially discolored either brown or black. For each sample, we noted whether brown or black discolor-




**Figure 2.** Photographs of representative habitats used by spawning horseshoe crabs (*Limulus polyphemus*). (A) Salt marsh habitat, with an example of the creek levee area sampled during this project shown between the two overlaid black lines. Note that the smooth cordgrass, *Spartina alterniflora*, in this creek levee area is more brightly colored than the surrounding marsh platform (photo captured on Edisto Island, South Carolina, on May 18, 2020). (B) Early developmental stage horseshoe crabs excavated from salt marsh sediments (photo captured on Harbor Island, South Carolina, on June 17, 2020). (C) Beach habitat sampled near the high tide line (photo captured on Edisto Beach, South Carolina, on June 30, 2020).

ation was present in the subsample of eggs used for staging (Fig. 4). A pilot study conducted in 2020 (DAS, unpubl. data) to rear eggs collected from the field suggests that eggs with discoloration are less viable than eggs without discoloration (12 of 60 discolored eggs developed to the trilobite stage compared to 155 of 183 non-discolored eggs).

**Table 1**

*Description of early-developmental-stage horseshoe crabs (*Limulus polyphemus*)*

| Stage | Description |
|---|---|
| A | Eggs are unfertilized or at an early stage of fertilization and have a large volume of yolk. They are typically greenish-blue, greenish-gray, or pink. The egg surface is smooth and may have a dent in the surface. |
| B | Limb bud tissue is starting to develop but is not yet defined. Other tissues are beginning to appear in the egg, but they are not yet discernible. This stage occurs prior to the first embryonic molt. |
| C | Early limb bud development is clear. Legs are short and close to the body. This stage follows the first embryonic molt. |
| D | Limb buds are elongated, starting to unfold from the body, and are becoming more defined. This stage follows the second embryonic molt. |
| E | The embryo can easily be seen with the unaided eye. Segmentation along the dorsal surface is evident. Book gills are forming. Legs are fully segmented, and the eyes are visible. The embryo is still within the egg membrane (*i.e.*, unhatched). This stage follows the third embryonic molt. |
| F | This is the trilobite stage (first instar). This stage has usually hatched from the egg membrane. The telson is attached to the fan-shaped opisthosoma edge. This stage follows the fourth embryonic molt. |
| G | This is the advanced trilobite stage. The telson is separated from the fan-shaped opisthosoma edge and is beginning to grow past the opisthosoma. |

*Statistical analysis*

To determine differences in the probabilities of finding specific developmental stages across habitats, we used individual egg, embryo, and trilobite data ($n = 3427$) to develop generalized linear mixed models using the lme4 package in R (Bates *et al.*, 2015), with binomial distributions (presence or absence) and logit link function (Zuur *et al.*, 2009) for each developmental stage or category. We used sample number ($n = 60$) nested within sampling location (*i.e.*, island, $n = 3$) as a random effect and assessed significance using chi-squared likelihood ratio tests (LRTs; Bates *et al.*, 2015). Each developmental stage was categorized as present or absent for each egg, embryo, and trilobite; and separate models were developed to test for habitat differences of each of the seven developmental stages, incorporating a Bonferroni correction for multiple comparisons. We also developed similar models to test specifically for differences in early developmental stages (stages A and B in Fig. 3), trilobites (stages F and G in Fig. 3), and discolored eggs across locations for marsh and beach habitats. We performed *post hoc* analyses from Tukey-corrected pairwise comparisons of estimated marginal means, using the emmeans package (Lenth, 2020).

In addition to the univariate approaches used above, we also explored developmental differences between locations and between habitat types by using multivariate approaches. We



**Figure 3.** Developmental stages of horseshoe crabs (*Limulus polyphemus*) as photographed under at least 20–60× magnification from ethanol-preserved specimens. Sizes for each stage are based on a subset of samples as follows (mean ± SE): stage A (1.98 ± 0.13 mm), stage B (2.02 ± 0.12 mm), stage C (2.09 ± 0.11 mm), stage D (3.48 ± 0.14 mm), stage E (3.70 ± 0.18 mm), stage F (2.83 ± 0.20 mm), and stage G (2.99 ± 0.13 mm).



**Figure 4.** Unfertilized horseshoe crab (*Limulus polyphemus*) eggs and/or eggs at an early stage of fertilization, ranging from no discoloration (left-hand image), to partially discolored eggs (middle two images), to fully discolored eggs (right-hand image). Eggs averaged 1.98 mm in diameter.

used samples from all collection sites to compare the relative abundance of developmental stages by using both unconstrained (non-metric multidimensional scale [NMDS]) and constrained (distance-based redundancy analysis [db-RDA]) approaches (Legendre and Anderson, 1999). The constrained approach used the dissimilarity matrix of egg composition as the dependent variable, habitat as the independent (constraining) variable, and location as a condition for permuting data. This approach allowed for a more comprehensive analysis of variability in developmental stages between habitat types and locations that complements the univariate approaches. We conducted multivariate analyses using the vegan package (Oksanen *et al.*, 2018) in the R statistical computing platform (R Core Team, 2018).

## Results

We observed all developmental stages at both marsh and beach sites (Fig. 5). Stage E was more likely to be found at marsh sites than beach sites, while stage G was more likely to be found at beach sites (Fig. 5). Test results for fixed effects ($\chi^2$ and *P*-value), random effects (standard deviation of sample location; hereafter, Location$_{StDev}$), and sample number nested within sample location (hereafter, Num:Location$_{StDev}$) of each comparison are as follows: stage A ($\chi^2 = 2.542$, $P = 0.111$, Location$_{StDev} = 1.23$, Num:Location$_{StDev} = 2.07$), stage B ($\chi^2 = 3.997$, $P = 0.046$, Location$_{StDev} < 0.001$, Num:Location$_{StDev} = 2.39$), stage C ($\chi^2 = 4.453$, $P = 0.035$, Location$_{StDev} < 0.001$, Num:Location$_{StDev} = 2.18$), stage D ($\chi^2 = 6.566$, $P = 0.010$, Location$_{StDev} = 0.472$, Num:Location$_{StDev} = 1.96$), stage E ($\chi^2 = 7.638$, $P = 0.006$, Location$_{StDev} = 1.03$, Num:Location$_{StDev} = 2.11$), stage F ($\chi^2 = 0.103$, $P = 0.749$, Location$_{StDev} = 0.75$, Num:Location$_{StDev} = 1.94$), and stage G ($\chi^2 = 9.378$, $P = 0.002$, Location$_{StDev} < 0.001$, Num:Location$_{StDev} = 4.25$).

Models showed that the probability of finding early-stage eggs and embryos (stages A and B combined) did not differ between habitat types ($\chi^2 = 1.151$, $P = 0.283$) but did differ by location ($\chi^2 = 11.803$, $P = 0.003$); however, no significant habitat × location interaction was found ($\chi^2 = 0.668$, $P = 0.716$, Location$_{StDev} < 0.001$, Num:Location$_{StDev} = 2.42$; Fig. 6A). *Post hoc* analyses showed that clutches from Turtle Island were more likely to have early developmental stages than Edisto Island (*z*-ratio = 2.364, $P = 0.048$) and Harbor Island (*z*-ratio = 3.340, $P = 0.002$), but there was no difference between Harbor Island and Edisto Island (*z*-ratio = 1.018, $P = 0.565$).

For the probability of trilobite occurrence (stages F and G combined), clutches from beach sites were more likely to contain trilobites than clutches from marsh sites ($\chi^2 = 7.323$, $P = 0.007$; Fig. 6B). There was no significant effect of location ($\chi^2 = 5.548$, $P = 0.062$) but a significant interaction between habitat and location ($\chi^2 = 13.594$, $P = 0.001$, Location$_{StDev} < 0.001$, Num:Location$_{StDev} = 2.51$). *Post hoc* analyses showed significantly greater likelihood of finding trilobites at beach habitats compared to marsh habitats at Turtle Island (*z*-ratio =



**Figure 5.** Mean percent (±SE) of horseshoe crab (*Limulus polyphemus*) embryos that were categorized into seven discrete developmental stages across all samples. Bonferroni-corrected significance ($\alpha = 0.007$) of generalized linear mixed models (GLMMs) testing differences between marsh habitats ($n = 1624$) and beach habitats ($n = 1803$) for each stage is indicated by an asterisk.



**Figure 6.** Comparison of early and late developmental stages across sampling locations. (A) Mean percent (±SE) of horseshoe crab (*Limulus polyphemus*) eggs and embryos staged as being prior to their first embryonic molt (*i.e.*, stages A and B). (B) Mean percent (±SE) of horseshoe crab embryos that developed to trilobites (stages F and G) in marsh and beach sediments collected from the three sampling locations. Significant differences ($\alpha = 0.017$) of Tukey-corrected pairwise comparisons of individual egg occurrence between habitats at each location are indicated by an asterisk.

3.391, $P < 0.001$) and Edisto Island (z-ratio = 2.216, $P = 0.027$) but showed no difference at Harbor Island (z-ratio = 0.866, $P = 0.386$).

We found significant relationships between the occurrence of discolored eggs across habitats ($\chi^2 = 5.757$, $P = 0.016$), with no significant effect of either location ($\chi^2 = 1.453$, $P = 0.484$) or the interaction between habitat type and location ($\chi^2 = 5.4699$, $P = 0.065$). *Post hoc* analyses showed that clutches from marsh sites had greater probability of containing discolored eggs or embryos than beach habitats at Turtle Island (z-ratio = 3.163, $P = 0.002$), but there was no significant difference in the probability of finding discolored eggs or embryos at Harbor Island (z-ratio = 0.706, $P = 0.480$) or Edisto Island (z-ratio = 0.907, $P = 0.364$).

The NMDS analyses showed large amounts of overlap in the composition of developmental stages between marsh and beach sites. This is demonstrated by the lack of separation between the polygons drawn around the marsh and beach samples (Fig. 7A). When constraining analyses to distinguish potential differences based on habitat type in the db-RDA, however, we found significant differences between habitats ($F = 3.95$, $P = 0.005$; Fig. 7B). Despite these differences, habitat explained only 6.6% of the variability in this analysis, indicating that most of the variability in developmental stages was not associated with differences in habitats. While not mutually exclusive to the percent of variability explained by habitat type, far greater variability (16%) was explained by the grouping factor of location in the model. Nonetheless, differences in the multidimensional scores of stages E and G, as represented by their placement at opposite ends of both *x*- and *y*-axes (Fig. 7B), highlight that differences between habitats are largely due to variation in the relative abundance of these two developmental stages.

### Discussion

In this study we have documented the presence of horseshoe crab eggs, embryos, and trilobites in both salt marsh and sandy beach habitats. While previous studies have acknowledged some level of spawning by horseshoe crabs in salt marsh habitats (Smith *et al.*, 2017), these habitats are generally considered sub-optimal (Botton *et al.*, 1988), and previous evaluations of embryo viability in non-sandy habitats are rare. Previous studies have documented the broad physiological tolerances of horseshoe crab eggs and embryos (Kingsley, 1892; Robertson, 1970; Ehlinger and Tankersley, 2003), but environmental conditions clearly influence rates of embryonic development (Penn and Brockmann, 1994; Vasquez *et al.*, 2015b). While sub-optimal environmental conditions may lead to longer developmental time for horseshoe crab eggs laid in salt marsh sediments, our results showing viable horseshoe crab development to the trilobite stage in salt marsh sediments indicate that these habitats may be an important source of recruitment for this species.

Some of the differences in embryonic development between habitat types that we observed could point to stages at which horseshoe crab embryos are particularly vulnerable to environmental stressors. Both univariate and multivariate analyses revealed important differences in embryonic development between habitat types and revealed lower proportions of late-stage trilobites at salt marsh sites compared to sandy beach sites. For marsh sites, we observed high relative abundances of pre-trilobite embryos (*i.e.*, stage E) but low relative abundances of late-stage trilobites (*i.e.*, stage G). This contrasts with high relative abundances of stages E and G at beach sites. Large differences in trilobite abundance at two of the three locations (Edisto Island and Turtle Island), which were not observed at the third location (Harbor Island), may be driving this relationship.

Multiple hypotheses could explain these differences, including the direct effects of abiotic conditions on embryonic development. Salt marsh sediments often have low levels of dissolved oxygen (Bradley and Morris, 1990; Timmerman and Chapman, 2004), and while horseshoe crab embryos are tolerant of low oxygen availability prior to their first embryonic molt, later developmental stages require greater oxygen availability (Funch *et al.*, 2016). This ontogenetic increase in oxygen demand, coupled with the generally reduced availability of oxygen in salt marsh sediments (Wenzhöfer and Glud,

000 M. R. KENDRICK *ET AL.*



**Figure 7.** Multivariate analyses showing unconstrained (A) and constrained (B) ordination plots of horseshoe crab (*Limulus polyphemus*) developmental stages. Each point represents an individual sample (and its location within multivariate space) from either a marsh site (triangles) or a beach site (circles). Large overlap is observed between points from each habitat in the unconstrained plot (A; 2D-stress = 0.13), indicating overall similar composition of egg stages between the two habitat types. The ordination plot constraining variability to that explained by the habitat variable, shown in (B), reveals some differences in compositions of developmental stages (indicated by A–G) between the two habitat types, driven largely by significantly greater proportions of stage E embryos and lower proportions of stage G trilobites found in marsh sites compared to beach sites. CAP, constrained analysis of principal coordinates; MDS, multidimensional scaling; NMDS, non-metric multidimensional scale.

2004; Taillefert *et al.*, 2007), may explain the similarity in the patterns of occurrence of stage A eggs as well as the reduced number of late-stage trilobites in marsh sites compared to beach sites that we observed in this study. Furthermore, while temperatures outside of developmental optima can slow embryonic development in horseshoe crabs (Vasquez *et al.*, 2015b), we do not know whether sediment temperature differed between habitat types in this study; thus, its potential effect on differences in embryonic development rates between habitat types remains unclear. Most likely, multiple environmental factors (*e.g.*, temperature and dissolved oxygen) contribute to differences in developmental rates between the two habitat types (Jackson *et al.*, 2008; Vasquez *et al.*, 2015a, b).

For eggs laid synchronously, slower development in the salt marsh, due to temperature, oxygen availability, or other environmental conditions, may lead to lower proportions of advanced trilobites being present at marsh sites in June, when this study took place. The environmental conditions in salt marshes, however, may not ultimately represent a developmental barrier to later embryonic stages. Because of the semidiurnal tidal regime, tidal inundation of creek levees occurs twice daily in this region. If spawning occurs during spring tides of the new moon and the full moon, inundation of eggs laid at the high tide line of the beach occurs less frequently than eggs laid in creek levees. These differences in inundation regime potentially influence rates of development and trilobite emergence from the sediments. Because sea level rise is already leading to increasing inundation times of salt marshes in the region (Crotty *et al.*, 2020), understanding the role that inundation time plays in viability outcomes of horseshoe crab embryos in these environments will be critical. The snapshot approach used in this study may not accurately reflect the total survival of horseshoe crab embryos to trilobite or juvenile stages. Additional research is required to determine how differences in abiotic conditions between salt marshes and sandy beaches might affect the progression of developmental timelines for horseshoe crab embryos.

Differences in the timing of spawning activity at individual sites could also have influenced the composition of egg stages presented here. While spawning activity can be synchronous around the timing of the full moon and the new moon in some areas of the horseshoe crab's geographic range (Barlow *et al.*, 1986), many studies have shown that other local environmental factors can more strongly influence spawning (Rudloe, 1985; Cheng *et al.*, 2016; Sasson *et al.*, 2020). Anecdotal information from suppliers of horseshoe crabs to the biomedical industry indicates that in the early spring, horseshoe crabs may spawn on sandy beaches two to three days before spawning in marsh habitats; but variation in spawning locations appears to be driven primarily by local weather conditions and does not systematically differ between habitats as the season progresses. Anecdotal reports also suggest that sporadic, late-season spawning may predominantly occur in salt marsh habitats. Differences in the timing of spawning at our study sites, as a result of either local environmental conditions or inherent behavioral differences, could lead to the observed differences in the proportions of developmental stages between habitat types. Broad-scale surveys combined with *in situ* developmental

assays may be necessary to determine the degree to which the timing of spawning influenced our findings.

We also found that marsh sites are more likely to contain discolored eggs. Egg discoloration may be due to the generation of necrotic tissues in response to anoxic conditions, the leaching of dissolved organic carbon (DOC) compounds as the eggs come into contact with the surrounding sediment and DOC-rich porewater, or other factors. If discolored eggs are less viable, which seems probable based on our preliminary rearing experiments (DAS, unpubl. data), a lower proportion of eggs laid at marsh sites would survive to the trilobite stage, ultimately reducing overall reproductive contributions from these habitats. For eggs without discoloration, our preliminary experimental data show that development to the trilobite stage is similar for marsh and beach sites (DAS, unpubl. data). Given the potential importance of egg discoloration as an indicator of viability, mechanisms associated with egg discoloration and how it affects embryonic development need further attention.

Although widespread in the southeastern United States, salt marshes are dynamic and heterogeneous environments (Mitsch and Gosselink, 2015); and not all areas may be equally suitable for horseshoe crab embryonic development. Highly reduced conditions characteristic of interior marsh platforms, for instance, can lead to high levels of hydrogen sulfide (Gallagher *et al.*, 1988; Ornes and Kaplan, 1989), a compound shown to be detrimental to horseshoe crab embryonic development (Vasquez *et al.*, 2015b). Collections of early-developmental-stage horseshoe crabs from marsh habitats in this study were generally made from levees bordering tidal creeks (Tiner, 2013). In creek levees, the topography is slightly elevated (Koretsky *et al.*, 2002), there are greater concentrations of macrofaunal burrows (Valiela *et al.*, 1978; Koretsky *et al.*, 2002; Seliskar *et al.*, 2002), and the redox potential tends to be less reduced, leading to lower concentrations of hydrogen sulfide compared to marsh platforms (Koretsky *et al.*, 2005). The less reduced conditions and lower levels of hydrogen sulfide in these creek levees may be more conducive to the development of horseshoe crab embryos than other areas of the salt marsh. The full extent of horseshoe crab spawning in the salt marsh, however, is unclear, because we primarily sampled creek levees. A more thorough characterization of the environmental and biogeochemical properties of the salt marsh sediments where horseshoe crabs spawn, especially accounting for diel variability, is required for relating horseshoe crab development and viability to specific factors.

While environmental factors, such as oxygen availability, are critically important to the viability of horseshoe crab eggs, other factors contribute to the overall importance of spawning habitats for recruitment to later life stages. The South Carolina coast is comprised of far more marsh habitat than beach habitat (Tiner, 2013), for instance, and the broad availability of marsh habitat may support substantial adult spawning and embryo development. Spawning adults also prefer habitats that offer some protection from high-energy waves, which can flip adults or exhume buried eggs (Penn and Brockmann, 1994; Jackson *et al.*, 2005; Smith *et al.*, 2002). The marsh habitats that we sampled were generally in areas with lower wave energy than many of the front-facing beaches in South Carolina. Given differences in habitat availability, physical factors, and environmental conditions, a landscape-scale perspective may be important for understanding the relative importance of different habitat types to horseshoe crab recruitment dynamics. Multivariate analyses showed that habitat explained a relatively low amount of variability in the composition of egg stages, indicating that factors other than coarse habitat characteristics may be contributing to some of the differences observed in this study. Increasing the sample size and adding relevant model factor terms to the analysis that we could not include (*e.g.*, days since spawning) may help to reduce the amount of unexplained variation in this model.

While spawning in sub-optimal habitat may at first appear to be detrimental to the fitness of individuals doing so, there are several potential reasons for this behavior. Bet-hedging is a strategy that trades mean fitness for reduced variation in fitness as a response to temporally and/or spatially heterogeneous environments (*e.g.*, Seger and Brockmann, 1987; Childs *et al.*, 2010). Horseshoe crabs nesting in both the marsh and the beach may be an example of diversified bet-hedging, that is, not putting all their eggs in one basket (Seger and Brockmann, 1987; Oloffson *et al.*, 2009), which may increase lifetime fitness at the expense of fitness in any given year by mitigating the consequences of catastrophic occurrences in one habitat due to unforeseen events (*e.g.*, erosion, predation, *etc.*; Lee and Doughty, 2003). There may also be a genetic component to habitat selection if genotypes differ in their preferred habitat or their likelihood of switching between spawning habitats. Genetic and mark-recapture studies of spawning adults may be able to resolve these questions.

Results from this study highlight the need to account for reproductive activity across a range of physical and environmental conditions for any given species rather than focusing on those associated with habitats considered to be optimal or preferred. Reproduction in habitats deemed sub-optimal is not only common (Lewis *et al.*, 2002; Falcy, 2015; Reglero *et al.*, 2018), but also can constitute a substantial component to reproduction and, therefore, contribute significantly to the source-sink dynamics of a population (Huntsman and Petty, 2015). An understanding of species tolerances to a range of environmental conditions, including temperature, salinity, and other physio-chemical parameters, will be required to effectively predict how land use and environmental changes may affect reproduction and recruitment of a species in the future (Nelson *et al.*, 2016; Laurel and Rogers, 2020).

Management of horseshoe crabs along the Atlantic coast of the United States occurs at the state level as well as in coastwide collaboration through the Atlantic States Marine Fisheries Commission (ASMFC). Data from horseshoe crab beach

spawning surveys along the Atlantic coast of the United States are often incorporated into stock assessments and adaptive resource management (ARM) frameworks for both horseshoe crabs and the federally threatened *rufa* red knot, *Calidris canutus rufa* (ASMFC, 2019). Migratory birds such as *C. canutus rufa* that rely on horseshoe crab eggs for food are more likely to feed on eggs laid at beach sites than on those laid in salt marshes (Burger *et al.*, 1997). While recent population assessments of horseshoe crabs in the southeastern United States indicate that horseshoe crab populations are healthy (ASMFC, 2019), if a significant proportion of horseshoe crab spawning is occurring in salt marsh habitats, these population censuses may not be representative of the availability of horseshoe crab eggs to migratory shorebirds feeding at the beach. Our results suggest that future assessments of horseshoe crab populations that incorporate indices based on spawning abundance should potentially include surveys of habitats generally thought to be sub-optimal. In addition, an improved understanding of how horseshoe crab population censuses relate to egg availability for migratory shorebirds would increase the effectiveness of adaptive management strategies. Surveys of habitat considered sub-optimal may become increasingly important for accurate population assessments as the reduction of available beach spawning habitat due to sea level rise and other anthropogenic effects continues.

## Acknowledgments

We wish to thank Stephen Czwartacki, Gary Sundin, Felicia Sanders, Janet Thibault, Cindy Sires, and Jerry Gault for providing valuable help in the field, assistance locating spawning areas, and/or graphic design assistance. We thank three anonymous reviewers for their helpful comments on an earlier version of the manuscript. Funding for this project was provided by U.S. Fish and Wildlife Service State Wildlife Grant Program Award SC-T-F16AF01121. This publication represents Marine Resources Research Institute contribution 841.

## Data Accessibility Statement

All data used in statistical analyses presented in this paper have been deposited in the Figshare repository with the following Digital Object Identifier: 10.6084/m9.figshare.12980780 and at the following web link: https://figshare.com/articles/dataset/Kendrick_et_al_Staging_and_Staining_Data/12980780.

## Literature Cited

**Alderdice, D. F., and C. R. Forrester. 1971.** Effects of salinity, temperature, and dissolved oxygen on early development of the Pacific cod (*Gadus macrocephalus*). *J. Fish. Board Can.* **28:** 883–902.

**ASMFC (Atlantic States Marine Fisheries Commission). 2019.** *Horseshoe Crab Benchmark Stock Assessment.* ASMFC, Arlington, VA.

**Barlow, R. B., Jr., M. K. Powers, H. Howard, and L. Kass. 1986.** Migration of *Limulus* for mating: relation to lunar phase, tide height, and sunlight. *Biol. Bull.* **171:** 310–329.

**Bates, D., M. Mächler, B. M. Bolker, and S. C. Walker. 2015.** Fitting linear mixed-effects models using lme4. *J. Stat. Softw.* **67:** 1–48.

**Beekey, M., and J. Mattei. 2008.** Project *Limulus*: what long-term mark/recapture studies reveal about horseshoe crab population dynamics in Long Island Sound. Pp. 61–67 in *Proceedings of the Ninth Biennial Long Island Sound Research Conference*, M. S. Van Patten, ed. University of Connecticut, Connecticut Sea Grant Research Program, Groton.

**Botton, M. L. 1995.** Horseshoe crab. Pp. 51–57 in *Living Resources of the Delaware Estuary*, L. E. Dove and R. M. Nyman, eds. Delaware Estuary Program, Wilmington.

**Botton, M. L., R. E. Loveland, and T. R. Jacobsen. 1988.** Beach erosion and geochemical factors: influence on spawning success of horseshoe crabs (*Limulus polyphemus*) in Delaware Bay. *Mar. Biol.* **99:** 325–332.

**Botton, M. L., R. E. Loveland, and T. R. Jacobsen. 1992.** Overwintering by trilobite larvae of the horseshoe crab *Limulus polyphemus* on a sandy beach of Delaware Bay (New Jersey, USA). *Mar. Ecol. Prog. Ser.* **88:** 289–292.

**Botton, M. L., R. A. Tankersley, and R. E. Loveland. 2010.** Developmental ecology of the American horseshoe crab *Limulus polyphemus*. *Curr. Zool.* **56:** 550–562.

**Bradley, P. M., and J. T. Morris. 1990.** Influence of oxygen and sulfide concentration on nitrogen uptake kinetics in *Spartina alterniflora*. *Ecology* **71:** 282–287.

**Brockmann, H. J., and M. D. Smith. 2009.** Reproductive competition and sexual selection in horseshoe crabs. Pp. 199–221 in *Biology and Conservation of Horseshoe Crabs*, J. T. Tanacredi, M. L. Botton, and D. R. Smith, eds. Springer, New York.

**Burger, J., L. Niles, and K. E. Clark. 1997.** Importance of beach, mudflat, and marsh habitats to migrant shorebirds on Delaware Bay. *Biol. Conserv.* **79:** 283–292.

**Cheng, H., C. C. Chabot, and W. H. Watson. 2015.** The life history cycle of *Limulus polyphemus* in the Great Bay Estuary, New Hampshire, USA. Pp. 237–253 in *Changing Global Perspectives on Horseshoe Crab Biology, Conservation and Management*, R. H. Carmichael, M. L. Botton, P. K. S. Shin, and S. G. Cheung, eds. Springer, Cham, Switzerland.

**Cheng, H., C. C. Chabot, and W. H. Watson. 2016.** Influence of environmental factors on spawning of the American horseshoe crab (*Limulus polyphemus*) in the Great Bay Estuary, New Hampshire, USA. *Estuar. Coast.* **39:** 1142–1153.

**Childs, D. Z., C. Metcalf, and M. Rees. 2010.** Evolutionary bet-hedging in the real world: empirical evidence and challenges revealed by plants. *Proc. R. Soc. B Biol. Sci.* **277:** 3055–3064.

**Cohen, J. A., and H. J. Brockmann. 1983.** Breeding activity and mate selection in the horseshoe crab, *Limulus polyphemus*. *Bull. Mar. Sci.* **33:** 274–281.

**Crotty, S. M., C. Ortals, T. M. Pettengill, L. Shi, M. Olabarrieta, M. A. Joyce, A. H. Altieri, E. Morrison, T. S. Bianchi, C. Craft *et al.* 2020.** Sea-level rise and the emergence of a keystone grazer alter the geomorphic evolution and ecology of southeast US salt marshes. *Proc. Natl. Acad. Sci. U.S.A.* **117:** 17891–17902.

**Dos Santos, A. E., and I. A. Nascimento. 1985.** Influence of gamete density, salinity, and temperature on the normal embryonic development of the mangrove oyster *Crassostrea rhizophorae* Guilding, 1828. *Aquaculture* **47:** 335–352.

**Ehlinger, G. S., and R. A. Tankersley. 2003.** Larval hatching in the horseshoe crab, *Limulus polyphemus*: facilitation by environmental cues. *J. Exp. Mar. Biol. Ecol.* **292:** 199–212.

**Falcy, M. R. 2015.** Density-dependent habitat selection of spawning Chinook salmon: broad-scale evidence and implications. *J. Anim. Ecol.* **84:** 545–553.

Fraenkel, G. 1960. Lethal high temperatures for three marine invertebrates: *Limulus polyphemus*, *Littorina littorea* and *Pagurus longicarpus*. *Oikos* **11**: 171–182.

Fraser, J. D., S. M. Karpanty, and J. B. Cohen. 2010. Shorebirds forage disproportionately in horseshoe crab nest depressions. *Waterbirds* **33**: 96–100.

Funch, P., T. Wang, C. Pertoldi, and A. B. Middelbo. 2016. Low oxygen levels slow embryonic development of *Limulus polyphemus*. *Biol. Bull.* **231**: 113–119.

Gallagher, J. L., G. F. Somers, D. M. Grant, and D. M. Seliskar. 1988. Persistent differences in two forms of *Spartina alterniflora*: a common garden experiment. *Ecology* **69**: 1005–1008.

Haramis, G. M., W. A. Link, P. C. Osenton, D. B. Carter, R. G. Weber, N. A. Clark, M. A. Teece, and D. S. Mizrahi. 2007. Stable isotope and pen feeding trial studies confirm the value of horseshoe crab *Limulus polyphemus* eggs to spring migrant shorebirds in Delaware Bay. *J. Avian Biol.* **38**: 367–376.

Haramura, T. 2008. Experimental test of spawning site selection by *Buergeria japonica* (Anura: Rhacophoridae) in response to salinity level. *Copeia* **1**: 64–67.

Huntsman, B. M., and J. T. Petty. 2015. Density-dependent regulation of brook trout population dynamics along a core-periphery distribution gradient in a central Appalachian watershed. *PLoS One* **9**: e91673.

Huntsman, B. M., J. A. Falke, J. W. Savereide, and K. E. Bennett. 2017. The role of density-dependent and -independent processes in spawning habitat selection by salmon in an Arctic riverscape. *PLoS One* **12**: e0177467.

Jackson, A., and M. Moser. 2012. Low-elevation dams are impediments to adult Pacific lamprey spawning migration in the Umatilla River, Oregon. *N. Am. J. Fish. Manag.* **32**: 548–556.

Jackson, N. L., K. F. Nordstrom, and D. R. Smith. 2005. Influence of waves and horseshoe crab spawning on beach morphology and sediment grain-size characteristics on a sandy estuarine beach. *Sedimentology* **52**: 1097–1108.

Jackson, N. L., D R Smith, and K. F. Nordstrom. 2008. Physical and chemical changes in the foreshore of an estuarine beach: implications for viability and development of horseshoe crab (*Limulus polyphemus*) eggs. *Mar. Ecol. Prog. Ser.* **355**: 209–218.

Jackson, N. L., S. Saini, D. R. Smith, and K. F. Nordstrom. 2020. Egg exhumation and transport on a foreshore under wave and swash processes. *Estuar. Coast.* **43**: 286–297.

Karpanty, S. M., J. D. Fraser, J. Berkson, L. J. Niles, A. Dey, and E. P. Smith. 2006. Horseshoe crab eggs determine red knot distribution in Delaware Bay. *J. Wildl. Manage.* **70**: 1704–1710.

Kingsley, J. S. 1892. The embryology of *Limulus*. *J. Morphol.* **7**: 35–68.

Korb, J., and K. E. Linsenmair. 1999. The architecture of termite mounds: a result of a trade-off between thermoregulation and gas exchange? *Behav. Ecol.* **10**: 312–316.

Koretsky, C. M., C. Meile, and P. Van Cappellen. 2002. Quantifying bioirrigation using ecological parameters: a stochastic approach. *Geochem. Trans.* **3**: 17–30.

Koretsky, C. M., P. Van Cappellen, T. J. DiChristina, J. E. Kostka, K. L. Lowe, C. M. Moore, A. N. Roychoudhury, and E. Viollier. 2005. Salt marsh pore water geochemistry does not correlate with microbial community structure. *Estuar. Coast. Shelf Sci.* **62**: 233–251.

Krisfalusi-Gannon, J., W. Ali, K. Dellinger, L. Robertson, T. E. Brady, M. K. M. Goddard, R. Tinker-Kulberg, C. L. Kepley, and A. L. Dellinger. 2018. The role of horseshoe crabs in the biomedical industry and recent trends impacting species sustainability. *Front. Mar. Sci.* **5**: 185.

Laughlin, R. 1983. The effects of temperature and salinity on larval growth of the horseshoe crab *Limulus polyphemus*. *Biol. Bull.* **164**: 93–103.

Laurel, B. J., and L. A. Rogers. 2020. Loss of spawning habitat and prerecruits of Pacific cod during a Gulf of Alaska heatwave. *Can. J. Fish. Aquat. Sci.* **77**: 644–650.

Lee, M. S., and P. Doughty. 2003. The geometric meaning of macroevolution. *Trends Ecol. Evol.* **18**: 263–266.

Legendre, P., and M. J. Anderson. 1999. Distance-based redundancy analysis: testing multispecies responses in multifactorial ecological experiments. *Ecol. Monogr.* **69**: 1–24.

Lenth, R. 2020. emmeans: estimated marginal means, aka least-squares means. R package version 1.4.5. [Online]. Available: https://CRAN.R-project.org/package=emmeans [2021, January 8].

Leschen, A. S., S. P. Grady, and I. Valiela. 2006. Fecundity and spawning of the Atlantic horseshoe crab, *Limulus polyphemus*, in Pleasant Bay, Cape Cod, Massachusetts, USA. *Mar. Ecol.* **27**: 54–65.

Lewis, C., P. J. W. Olive, M. G. Bentley, and G. Watson. 2002. Does seasonal reproduction occur at the optimal time for fertilization in the polychaetes *Arenicola marina* L. and *Nereis virens* Sars? *Invertebr. Reprod. Dev.* **41**: 61–71.

Loveland, R. E., and M. L. Botton. 1992. Size dimorphism and the mating system in horseshoe crabs *Limulus polyphemus* L. *Anim. Behav.* **44**: 907–916.

Loveland, R. E., M. L. Botton, and C. N. Shuster, Jr. 1996. Life history of the American horseshoe crab (*Limulus polyphemus* L.) in Delaware Bay and its importance as a commercial resource. Pp. 15–22 in *Proceedings of the Horseshoe Crab Forum: Status of the Resource*, J. Farrell and C. Martin, eds. University of Delaware Sea Grant College Program, Lewes.

Mitsch, W. J., and J. G. Gosselink. 2015. Tidal marshes. Pp. 259–310 in *Wetlands*, 5th ed. Wiley, Hoboken, NJ.

Moore, S., and S. Perrin. 2007. Seasonal movement and resource-use patterns of resident horseshoe crab (*Limulus polyphemus*) populations in a Maine, USA estuary. *Estuar. Coast.* **30**: 1016–1026.

Nelson, B. R., B. Satyanarayana, M. J. H. Zhong, and F. Shaharom. 2016. Does human infringement at the spawning grounds challenge horseshoe crab eggs and their embryogenesis? *J. Sustain. Sci. Manag.* **1**: 1–10.

Noiva, R. M., A. C. Menezes, and M. C. Peleteiro. 2014. Influence of temperature and humidity manipulation on chicken embryonic development. *BMC Vet. Res.* **10**: 234.

Oksanen, J., F. G. Blanchet, M. Friendly, R. Kindt, P. Legendre, D. McGlinn, P. R. Minchin, R. B. O'Hara, G. L. Simpson, P. Solymos *et al.* 2018. vegan: community ecology package. R package version 2.5-2. [Online]. Available: https://CRAN.R-project.org/package=vegan [2021, January 8].

Olofsson, H., J. Ripa, and N. Jonzén. 2009. Bet-hedging as an evolutionary game: the trade-off between egg size and number. *Proc. R. Soc. B Biol. Sci.* **276**: 2963–2969.

Ornes, W. H., and D. I. Kaplan. 1989. Macronutrient status of tall and short forms of *Spartina alterniflora* in a South Carolina salt marsh. *Mar. Ecol. Prog. Ser.* **55**: 63–72.

Penn, D., and H. J. Brockmann. 1994. Nest-site selection in the horseshoe crab, *Limulus polyphemus*. *Biol. Bull.* **187**: 373–384.

Przeslawski, R. 2004. A review of the effects of environmental stress on embryonic development within intertidal gastropod egg masses. *Molluscan Res.* **24**: 43–63.

R Core Team. 2018. R: a language and environment for statistical computing. [Online]. R Foundation for Statistical Computing, Vienna. Available: https://www.R-project.org [2021, January 8].

Reglero, P., A. Ortega, R. Balbín, F. J. Abascal, A. Medina, E. Blanco, F. de la Gándara, D. Alvarez-Berastegui, M. Hidalgo, L. Rasmuson *et al.* 2018. Atlantic bluefin tuna spawn at suboptimal temperatures for their offspring. *Proc. R. Soc. B Biol. Sci.* **285**: 20171405.

Reid, J. P., and R. K. Bonde. 1990. *Alligator mississippiensis* (American alligator) diet. *Herpetol. Rev.* **21**: 59.

Robertson, J. D. 1970. Osmotic and ionic regulation in the horseshoe crab *Limulus polyphemus* (Linnaeus). *Biol. Bull.* **138**: 157–183.

Rudloe, A. 1985.   Variation in the expression of lunar and tidal behavioral rhythms in the horseshoe crab, *Limulus polyphemus*. *Bull. Mar. Sci.* **36:** 388–395.

Rutecki, D., R. H. Carmichael, and I. Valiela. 2004.   Magnitude of harvest of Atlantic horseshoe crabs, *Limulus polyphemus*, in Pleasant Bay, Massachusetts. *Estuaries* **27:** 179–187.

Sasson, D. A., and H. J. Brockmann. 2016.   Geographic variation in sperm and ejaculate quantity and quality of horseshoe crabs. *Behav. Ecol. Sociobiol.* **70:** 1715–1725.

Sasson, D. A., S. L. Johnson, and H. J Brockmann. 2012.   The role of age on sperm traits in the American horseshoe crab, *Limulus polyphemus*. *Anim. Behav.* **84:** 975–981.

Sasson, D. A., S. L. Johnson, M. D. Smith, and H. J. Brockman. 2020.   Seasonal variation in reproduction of horseshoe crabs (*Limulus polyphemus*) from the Gulf Coast of Florida. *Biol. Bull.* **239:** 24–39.

Schaller, S. Y., C. C. Chabot, and W. H. Watson III. 2010.   Seasonal movements of American horseshoe crabs *Limulus polyphemus* in the Great Bay Estuary, New Hampshire (USA). *Curr. Zool.* **56:** 587–598.

Schneider, C. A., W. S. Rasband, and K. W. Eliceiri. 2012.   NIH Image to ImageJ: 25 years of image analysis. *Nat. Meth.* **9:** 671–675.

Seger, J., and H. Brockmann. 1987.   What is bet-hedging? Pp. 182–211 in *Oxford Surveys in Evolutionary Biology*, P. H. Harvey and L. Patridge, eds. Oxford University Press, Oxford.

Sekiguchi, K., S. Nishiwaki, T. Makioka, S. Srithunya, S. Machjajib, K. Nakamura, and T. Yamasaki. 1977.   A study on the egg-laying habits of the horseshoe crabs, *Tachypleus gigas* and *Carcinoscorpius rotundicauda*, in Chonburi area of Thailand. *Proc. Jpn. Soc. Syst. Zool.* **13:** 39–45.

Sekiguchi, K., H. Seshimo, and H. Sugita. 1988.   Post-embryonic development of the horseshoe crab. *Biol. Bull.* **174:** 337–345.

Seliskar, D. M., J. L. Gallagher, D. M. Burdick, and L. A. Mutz. 2002.   The regulation of ecosystem functions by ecotypic variation in the dominant plant: a *Spartina alterniflora* salt-marsh case study. *J. Ecol.* **90:** 1–11.

Seney, E. E., and J. A. Musick. 2005.   Diet analysis of Kemp's ridley sea turtles (*Lepidochelys kempii*) in Virginia. *Chelonian Conserv. Biol.* **4:** 864–871.

Shuster, C. N., Jr., and K. Sekiguchi. 2003.   Growing up takes about ten years and eighteen stages. Pp. 103–132 in *The American Horseshoe Crab*, C. N. Shuster, Jr., R. B. Barlow, and H. J. Brockmann, eds. Harvard University Press, Cambridge, MA.

Shuster, J. C. 1982.   A pictorial review of the natural history and ecology of the horseshoe crab *Limulus polyphemus*, with reference to other Limulidae. *Prog. Clin. Biol. Res.* **81:** 1–52.

Smith, D. R., P. S. Pooler, B. L. Swan, S. Michels, W. R. Hall, P. Himchak, and M. J. Millard. 2002.   Spatial and temporal distribution of horseshoe crab (*Limulus polyphemus*) spawning in Delaware Bay: implications for monitoring. *Estuaries* **25:** 115–125.

Smith, D. R., H. J. Brockmann, M. A. Beekey, T. L. King, M. J. Millard, and J. Zaldívar-Rae. 2017.   Conservation status of the American horseshoe crab (*Limulus polyphemus*): a regional assessment. *Rev. Fish Biol. Fish.* **27:** 135–175.

Snickars, M., G. Sundblad, A. Sandström, L. Ljunggren, U. Bergström, G. Johansson, and J. Mattila. 2010.   Habitat selectivity of substrate-spawning fish: modelling requirements for the Eurasian perch *Perca fluviatilis*. *Mar. Ecol. Prog. Ser.* **398:** 235–243.

Taillefert, M., S. Neuhuber, and G. Bristow. 2007.   The effect of tidal forcing on biogeochemical processes in intertidal salt marsh sediments. *Geochem. Trans.* **8:** 1–15.

Takahashi, F. 2016.   Shorebird utilization of horseshoe crab (*Limulus polyphemus*) eggs at Cape Romain National Wildlife Refuge, South Carolina. M.S. thesis, Clemson University, Clemson, SC.

Thompson, M. 1998.   Assessments of the population biology and critical habitat for the horseshoe crab, *Limulus polyphemus*, in the South Atlantic Bight. M.S. thesis, Medical University of South Carolina, Charleston.

Timmerman, C. M., and L. J. Chapman. 2004.   Patterns of hypoxia in a coastal salt marsh: implications for ecophysiology of resident fishes. *Fla. Sci.* **67:** 80–91.

Tiner, R. W. 2013.   *Tidal Wetlands Primer: An Introduction to Their Ecology, Natural History, Status, and Conservation*. University of Massachusetts Press, Amherst.

USFWS (U.S. Fish and Wildlife Service). 2014.   *Rufa Red Knot: Background Information and Threats Assessment*. USFWS, Northeast Region, New Jersey Field Office, Pleasantville.

Valiela, I., J. M. Teal, and W. G. Deuser. 1978.   The nature of growth forms in the salt marsh grass *Spartina alterniflora*. *Am. Nat.* **112:** 461–470.

Vasquez, M. C., S. L. Johnson, H. J. Brockmann, and D. Julian. 2015a.   Nest site selection minimizes environmental stressor exposure in the American horseshoe crab, *Limulus polyphemus* (L.). *J. Exp. Mar. Biol. Ecol.* **463:** 105–114.

Vasquez, M. C., A. Murillo, H. J. Brockmann, and D. Julian. 2015b.   Multiple-stressor interactions influence embryo development rate in the American horseshoe crab, *Limulus polyphemus*. *J. Exp. Biol.* **218:** 2355–2364.

Ventura, C. R. R., A. P. C. Falcao, J. S. Santos, and C. S. Fiori. 1997.   Reproductive cycle and feeding periodicity in the starfish *Astropecten brasiliensis* in the Cabo Frio upwelling ecosystem (Brazil). *Invertebr. Reprod. Dev.* **31:** 135–141.

Viertel, B. 1999.   Salt tolerance of *Rana temporaria*: spawning site selection and survival during embryonic development (Amphibia, Anura). *Amphib. Reptil.* **20:** 161–171.

Watson, W. H. III, S. Y. Schaller, and C. C. Chabot. 2009.   The relationship between small- and large-scale movements of horseshoe crabs in the Great Bay estuary and *Limulus* behavior in the laboratory. Pp. 131–147 in *Biology and Conservation of Horseshoe Crabs*, J. T. Tanacredi, M. L. Botton, and D. R. Smith, eds. Springer, New York.

Wenzhöfer, F., and R. N. Glud. 2004.   Small-scale spatial and temporal variability in coastal benthic $O_2$ dynamics: effects of fauna activity. *Limnol. Oceanogr.* **49:** 1471–1481.

Witherington, B. E., and D. Witherington. 2015.   *Our Sea Turtles: A Practical Guide for the Atlantic and Gulf, from Canada to Mexico*. Pineapple Press, Sarasota, FL.

Zuur, A., E. N. Ieno, N. Walker, A. A. Saveliev, and G. M. Smith. 2009.   *Mixed-Effects Models and Extensions in Ecology with R*. Springer Science & Business Media, New York.