# EXHIBIT D

Comparative Biochemistry and Physiology, Part A 239 (2020) 110554



Contents lists available at ScienceDirect

# Comparative Biochemistry and Physiology, Part A

journal homepage: www.elsevier.com/locate/cbpa



Short communication

# Physiological impacts of time in holding ponds, biomedical bleeding, and recovery on the Atlantic horseshoe crab, *Limulus polyphemus*



Kristin Linesch Hamilton[a,b,*], Louis E. Burnett[c], Karen G. Burnett[c], Rachel E.G. Kalisperis[d], Amy E. Fowler[a,1]

[a] *Marine Resources Research Institute, South Carolina Department of Natural Resources, Charleston, SC 29412, United States of America*
[b] *Environmental Studies Graduate Program, College of Charleston, Charleston, SC 29424, United States of America*
[c] *Grice Marine Laboratory, College of Charleston, Charleston, SC 29412, United States of America*
[d] *South Carolina Aquarium, Charleston, SC 29401, United States of America*

ARTICLE INFO

*Keywords:*
Commercial harvest
Health
Hemocyanin
Hemocyte
Hemolymph
Lysate
Mortality

ABSTRACT

Atlantic horseshoe crabs, *Limulus polyphemus* (HSC), are commercially harvested along the eastern U.S. coast and bled for hemolymph used in pharmaceutical safety testing. In South Carolina, some HSCs are held in outdoor ponds before transport to facilities where they are bled and then released to the wild. This study examined whether the time HSCs are held before bleeding, bleeding itself, or the duration of the recovery after bleeding affects HSC mortality and physiological condition. Female HSCs were collected from Coffin Point Beach, South Carolina (April 22–24, 2016), held in ponds for 2, 4, 6, or 8 weeks, then bled or held as controls. Body weights, hemocyanin concentrations, and hemocyte densities were measured prior to treatment (bled/control) and at 2, 6, and 12 days of recovery. Hemocyanin concentrations declined significantly in HSCs held in ponds for 8 weeks prior to bleeding and were excluded from further analyses. Compared to some studies, HSC mortalities were low (11%). Impacts of time in holding ponds, bleeding, and recovery from bleeding on physiological measures were assessed using 3-way fixed-effects ANOVA. While duration of recovery had main effects on physiological measures, significant interactions were also present. There was an interaction of treatment and recovery duration, with control crabs having higher hemocyte densities than bled animals at days 2 and 6 of recovery. There were two significant two-way interactions influencing hemocyanin concentration: pond time and recovery, and treatment and recovery. Our study suggests both main and synergistic effects are important when assessing the physiology and mortality of HSCs harvested for biomedical purposes.

The Atlantic horseshoe crab (HSC), *Limulus polyphemus*, is harvested and bled to produce *Limulus* Amebocyte Lysate (LAL), a cellular extract derived from the hemolymph used to screen pharmaceutical drugs and medical instruments for contamination by bacterial endotoxins. A 67% increase in biomedical harvest (2004–2017) and lethal harvest of HSCs for bait likely contributed to the recent declines documented for HSCs in parts of the United States (Eyler et al., 2018). The Atlantic States Marine Fisheries Commission (ASMFC) assumes a 15% mortality rate for biomedical bleeding in HSCs (Eyler et al., 2018), but estimates range from 8% (Walls and Berkson, 2003) to 30% or higher (Hurton and Berkson, 2006). Sublethal effects also have been associated with biomedical bleeding, and some evidence supports the idea that holding conditions between initial harvest and hemolymph extraction can be detrimental alone and in combination with bleeding (James-Pirri et al., 2012; Anderson et al., 2013; Smith et al., 2017).

The steps involved in the biomedical harvest of HSCs to produce LAL vary. Animals collected by licensed harvesters may be placed temporarily in ponds or immediately transported to extraction facilities. After bleeding, HSCs are often returned to the ocean. The South Carolina (SC) fishery is distinct in that HSCs can be held in ponds from 1 day to multiple weeks between mid-April and mid-June before biomedical bleeding. In SC, ponds used to hold HSCs must be aerated, mortalities must be reported, and all HSCs are required to be released by the end of the harvest season, per state-issued permits. It is well

*Abbreviations:* ASMFC, Atlantic States Marine Fisheries Commission; HSC, horseshoe crab; LAL, *Limulus* Amebocyte Lysate; SC, South Carolina
\* Corresponding author at: Marine Resources Research Institute, South Carolina Department of Natural Resources, 217 Ft. Johnson Road, Charleston, SC 29412, United States of America.
*E-mail address:* hamiltonk@dnr.sc.gov (K.L. Hamilton).
[1] Present address: Department of Environmental Science and Policy, George Mason University, Fairfax, VA 22030, United States of America.

https://doi.org/10.1016/j.cbpa.2019.110554
Received 6 February 2019; Received in revised form 15 August 2019; Accepted 19 August 2019
Available online 22 August 2019
1095-6433/ © 2019 Elsevier Inc. All rights reserved.

K.L. Hamilton, et al.   Comparative Biochemistry and Physiology, Part A 239 (2020) 110554

known, however, that changes in water quality (temperature, dissolved oxygen, salinity) can be harmful to marine organisms (reviewed by Burnett and Stickle, 2001; Fotedar and Evans, 2011) and HSCs in particular (Crabtree and Page, 1974; Hurton and Berkson, 2006; Coates et al., 2012).

Here, we examined whether the length of time HSCs are kept in outdoor holding ponds prior to bleeding, biomedical bleeding, and recovery after bleeding can separately or synergistically affect HSC physiological condition and mortality. The physiological condition of individual animals was monitored by measuring body weight, hemocyte density, and hemocyanin concentration in the hemolymph. These hemolymph variables have been used to monitor the physiological condition of many marine species, including HSCs (Coates et al., 2012; James-Pirri et al., 2012; Anderson et al., 2013; Kwan et al., 2014).

Between April 22 and 24, 2016, 101 female HSCs were hand-collected from Coffin Point Beach, SC (32.433802, −80.473438) and transported to the Waddell Mariculture Center in Bluffton, SC in open air trucks covered by tarpaulins. HSCs were placed randomly in three outdoor, aerated, open-bottom ponds (each approximately 1000 m$^2$) filled with unfiltered, natural seawater to approximately 1-m depth. These ponds simulated the environmental conditions of commercial HSC holding ponds. All HSCs were introduced into ponds at the same time and were divided between the three ponds (~34 HSCs per 1000 m$^2$). HSCs were not fed, and pond water was not changed, but continually aerated. Data loggers measured salinity, temperature, dissolved oxygen and pH in each pond every 15 min over the duration of the experiment (Table S1). Ponds were checked daily for mortality.

Every two weeks over an eight-week period, eight HSCs were selected randomly from each of the three experimental ponds ($n = 24$) and processed as described below. At each time point, the first animals to be processed were the biomedically bled treatment group. Four animals were removed from each of the three ponds and processed as a set; individual HSCs in each set were weighed and prosoma width was measured. Next, 1 mL of hemolymph was sampled from the large cardiac sinus for measurements of hemocyte density and hemocyanin concentration. To do this, the surface of the arthrodial membrane was disinfected with 10% betadine, a sterile 21-gauge needle was inserted through the arthrodial membrane, and 1 mL of hemolymph was drawn with a syringe. Following the 1 mL hemolymph sampling, HSCs in the biomedically bled treatment group were left exposed to air for 2 h to mimic the time out of water during transport to the bleeding facility. Afterwards, HSCs were biomedically bled simulating the commercial bleeding process used in SC. This was achieved by placing HSCs individually in a bleeding harness consisting of a board with a rubber strap used to stabilize and position each animal to expose its arthrodial membrane. The surface of the arthrodial membrane was disinfected with 10% betadine, and a sterile 14-gauge, 2-inch trocar needle was inserted through the arthrodial membrane into the cardiac sinus. The pressure in the cardiac sinus pushed hemolymph through the needle and into a beaker. Following industry standards, animals were bled for 8 min. To simulate aerial exposure during transport from the bleeding facility back to the ocean, HSCs in the treatment group were held out of water for 2 h after hemolymph extraction and then placed in the same recovery tank (described below) as the control crabs.

After the biomedically bled HSCs had been sampled and aerial exposure had begun, four animals were removed from each of the three ponds to constitute the unbled control group. Individual HSCs were weighed and prosoma width was measured. One millilitre of hemolymph was sampled from the large cardiac sinus with a syringe, as described above, for measurements of hemocyte density and hemocyanin concentration. These animals did not undergo a period of aerial exposure but were placed immediately in the recovery tank.

The recovery tank was a shaded outdoor 4.6-m circular tank (≈16,000 L) of aerated natural flow-through seawater under ambient temperature and salinity regimes. The recovery tank was monitored continuously for salinity, temperature, dissolved oxygen, and pH. In the recovery tank, however, unlike in the experimental ponds, HSCs were fed thawed shrimp once every other day to satiation. On recovery days 0, 2, 6, and 12, both treatment and control HSCs ($n = 24$ total) were weighed, and 1 mL of hemolymph was sampled as above and analyzed for hemocyte density and hemocyanin concentration. On recovery day 12 after hemolymph sampling, these 24 HSCs were returned to the ocean. This process was repeated every two weeks for a total time of eight weeks, until all HSCs were removed from experimental ponds (total bled $n = 48$; total control $n = 48$).

Variables (body weight, hemocyte density, hemocyanin concentration) were measured in all HSCs immediately after removal from experimental ponds and prior to treatment (day 0) and then after 2, 6, and 12 days of recovery. Each 1 mL hemolymph sample was divided into two aliquots. Total circulating hemocytes were enumerated by diluting 0.1 mL of hemolymph with 0.9 mL anticoagulant solution (1.74% NaCl, 100 mM glucose, 34 mM trisodium citrate, 26 mM citric acid monohydrate, 4 mM EDTA, pH 4.5; Jill Arnold, Directory of Laboratory Services, National Aquarium, Baltimore, Maryland, USA, pers. comm.) and then fixing the diluted sample with 0.1 mL 10% neutral buffered formalin. The hemocytes per volume of hemolymph were counted with a hemocytometer (Hausser Scientific; Mix and Sparks, 1980; $n = 3$ technical replicates) and hemocyte densities expressed as total hemocytes mL$^{-1}$ hemolymph. Total hemocyte densities in HSCs at day 0 prior to biomedical bleeding ranged from about 7 to 21 × 10$^6$ mL$^{-1}$. These values are slightly lower but within an order of magnitude of values reported by others (Yeager and Tauber, 1935; Levin and Bang, 1968). Similarly, Coates et al. (2012) reported hemocyte densities of 26 to 46 × 10$^6$ hemocytes mL$^{-1}$ for animals acclimated to 15 °C, but hemocyte densities declined from a mean of 29 ± 1.7 SD × 10$^6$ to 10 ± 1.4 SD × 10$^6$ hemocytes mL$^{-1}$ hemolymph in animals shifted from 15 °C to 23 °C, overlapping values reported in the present study.

To quantify hemocyanin concentration, the second hemolymph aliquot was allowed to clot; the clot was homogenized and pelleted by centrifugation for 6 min at 600 ×$g$, 4 °C; supernatant was stored at 4 °C. A volume of hemolymph supernatant was diluted 1:100 in 10 mM EDTA, 2.5% NaCl (pH 10), and absorbance was measured at 338 nm on a UV-VIS spectrophotometer (Eppendorf; $n = 2$ technical replicates). Hemocyanin concentration was calculated using an extinction coefficient of 2.23 (Nickerson and Van Holde, 1971) for a 1 g 100 mL$^{-1}$ dilution of HSC hemocyanin. In the present study, conducted at approximately 26 °C, hemocyanin concentrations of HSCs at day 0 prior to biomedical bleeding ranged from an average of 2.12 to 6.92 g 100 mL$^{-1}$ (Table 1). Using the same assay method, Mangum (1976) measured generally higher mean hemocyanin values (9–12 g 100 mL$^{-1}$) in adult HSCs held at slightly cooler temperatures (22–24 °C), while Coates et al. (2012), using a different method, found higher average hemocyanin concentrations (8.0 ± 2.4 SD g 100 mL$^{-1}$) in smaller (~1.0 kg) HSCs held at 15 °C.

Differences in variables were tested across pond holding times using a one-way ANOVA on animals before they were biomedically bled; at this stage there was no difference in the way the animals in the bleeding treatment and the unbled control treatment were handled, so these data were combined and only the factor of time in the ponds was considered. Holding time did not significantly affect body weight ($P = .125$, ANOVA) or hemocyte densities ($H = 6.940$, $P = .079$, Kruskal-Wallis one-way ANOVA on ranks) (Table 1). These results for HSCs held at mean temperatures of 25.8–27.5 °C stand in contrast to Coates et al. (2012) who reported a 65–71% decline in hemocyte densities of HSCs held at 23 °C for eight weeks, with smaller but significant declines in animals held at colder temperatures over the same period. Their results after six weeks also showed significant reductions in hemocyte density, but only at 23 °C and not at the lower temperatures. This lower temperature of collection and acclimation compared with the present study may be an important difference. Furthermore, the declines in hemocyte densities observed by Coates et al. (2012) may be related to the high stocking density of HSCs employed in their study (i.e., ≤3 m$^{-2}$)

K.L. Hamilton, et al.                                                                                                                          Comparative Biochemistry and Physiology, Part A 239 (2020) 110554

**Table 1**

Hemocyte densities and hemocyanin concentration of female horseshoe crabs sampled at 0, 2, 6, and 12 days from the recovery tank, after having been held in experimental ponds for 2, 4, 6, or 8 weeks prior to biomedical bleeding (biomedically bled HSCs) or maintained as unbled controls. Horseshoe crabs that died before hemolymph sampling on recovery day 12 were excluded.

| | Hemocyte Density (hemocytes × $10^6$ mL$^{-1}$ hemolymph) | | | | | | | | Hemocyanin Concentration (g 100 mL$^{-1}$) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Held in Ponds for 2 Weeks | | | | | | | | Held in Ponds for 2 Weeks | | | | | | | |
| | Biomedically Bled | | | | Unbled Control | | | | Biomedically Bled | | | | Unbled Control | | | |
| Days | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 |
| Mean | 12.79 | 11.23 | 11.14 | 10.32 | 20.71 | 21.38 | 15.52 | 9.96 | 5.26 | 3.50 | 3.41 | 3.73 | 6.11 | 4.94 | 5.29 | 6.16 |
| SE | 1.42 | 2.41 | 2.01 | 2.87 | 3.11 | 3.07 | 3.33 | 2.37 | 0.92 | 0.51 | 0.58 | 0.56 | 0.77 | 0.79 | 0.86 | 0.99 |
| n | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| | Held in Ponds for 4 Weeks | | | | | | | | Held in Ponds for 4 Weeks | | | | | | | |
| | Biomedically Bled | | | | Unbled Control | | | | Biomedically Bled | | | | Unbled Control | | | |
| Days | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 |
| Mean | 19.84 | 12.85 | 9.18 | 8.25 | 18.46 | 14.52 | 11.92 | 7.89 | 6.92 | 4.29 | 4.79 | 3.92 | 5.08 | 4.07 | 3.61 | 3.05 |
| SE | 2.48 | 2.78 | 1.85 | 2.79 | 3.50 | 3.10 | 1.64 | 2.82 | 1.02 | 0.67 | 0.76 | 0.63 | 0.72 | 0.61 | 0.52 | 0.46 |
| n | 12 | 12 | 12 | 12 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 11 | 11 | 11 | 11 |
| | Held in Ponds for 6 Weeks | | | | | | | | Held in Ponds for 6 Weeks | | | | | | | |
| | Biomedically Bled | | | | Unbled Control | | | | Biomedically Bled | | | | Unbled Control | | | |
| Days | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 |
| Mean | 17.77 | 8.95 | 8.87 | 9.88 | 13.60 | 13.94 | 13.43 | 10.74 | 5.44 | 3.79 | 2.99 | 3.75 | 5.49 | 4.95 | 3.90 | 4.54 |
| SE | 3.29 | 1.61 | 1.43 | 2.07 | 3.11 | 2.28 | 1.78 | 3.00 | 0.67 | 0.52 | 0.51 | 0.48 | 1.00 | 0.87 | 0.77 | 0.76 |
| n | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| | Held in Ponds for 8 Weeks | | | | | | | | Held in Ponds for 8 Weeks | | | | | | | |
| | Biomedically Bled | | | | Unbled Control | | | | Biomedically Bled | | | | Unbled Control | | | |
| Days | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 | 0 | 2 | 6 | 12 |
| Mean | 16.97 | 11.06 | 10.85 | 7.40 | 7.44 | 11.09 | 9.52 | 7.02 | 4.55 | 4.04 | 2.34 | 4.14 | 2.12 | 3.04 | 2.61 | 2.99 |
| SE | 1.99 | 2.80 | 1.52 | 1.12 | 1.16 | 1.70 | 1.55 | 1.41 | 0.91 | 0.63 | 0.57 | 0.64 | 0.52 | 0.51 | 0.43 | 0.53 |
| n | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |

compared with the present study ($\leq 0.034$ m$^{-2}$).

Time held in ponds had a significant effect on hemocyanin concentration ($H = 12.862$, $P = .005$, Kruskal-Wallis one-way ANOVA on ranks) (Table 1); pairwise comparisons using Dunn's Method revealed significant differences between weeks 2 and 8 ($P = .020$), 4 and 8 ($P = .011$), and 6 and 8 ($P = .037$). Hemocyanin concentrations after 8 weeks were 55% to 61% of the values in weeks 2, 4, and 6. These observations were consistent with the findings of Coates et al. (2012), who showed that HSC hemocyanin concentrations negatively correlated with holding time and temperature, with greatest declines of 69.3% and 65% in HSCs held at the warmest test temperature (23 °C) for 56 days. These results suggest that the physiological condition of HSCs deteriorated as a consequence of prolonged holding in captivity, especially at warmer water temperatures.

Since the physiological status of HSCs at week 8 was different from those at weeks 2, 4, and 6 before treatment began, week 8 animals were excluded from the analyses of the effects of the biomedical bleeding treatment and recovery. To examine the effects of the time HSCs were held in the ponds up to 6 weeks, biomedical bleeding, and time in the recovery tanks (0, 2, 6, and 12 days) on hemocyte densities, hemocyanin concentrations, and body weight, three-way fixed-effects ANOVA were performed, with recovery time treated as the repeated measure. Statistically significant three-way interactions ($P < .05$) were further assessed for two-way interactions using Bonferroni-adjusted alpha values ($P < .0125$). In the absence of a significant three-way interaction, data were assessed for simple two-way interactions and where present, simple main effects were tested in SPSS. Outliers were not included in statistical analyses. Statistical tests on hemocyanin concentrations were performed on raw data (as summarized in Table 1) and in the case of hemocyte densities, data were square root-transformed prior to analysis. To illustrate physiological change, hemocyte densities and hemocyanin concentrations of individual animals (Table 1) were normalized to their values on recovery day 0 (Fig. 1).

Hemocyte density declined during the recovery period ($P < .001$; Table 1; Fig. 1A), with higher values on day 2 and lower values on day 12. Neither holding time up to 6 weeks nor treatment had a significant effect on hemocyte density. There were no significant interactive effects of the three factors on hemocyte densities (($F_{6, 174}$) = 1.038, $P = .402$), however, there was a significant two-way interaction of treatment and days of recovery (($F_{3,174}$) = 3.168, $P = .026$). At all three pond holding times, controls had higher average hemocyte densities than bled animals at days 2 and 6 of recovery (Table 1). This pattern was not evident at 0 or 12 days of recovery, at which times unbled control animals from only one of the three pond holding times had lower average hemocyte densities than bled animals. All other interactions were not significant ($P > .05$).

Similar to hemocyte density, hemocyanin concentration declined over recovery days ($P < .001$; Table 1; Fig. 1B), but neither time in the experimental holding ponds up to 6 weeks nor treatment had a significant overall effect on hemocyanin concentration. There was no significant three-way interaction on hemocyanin concentration ($F_{4,122} = 1.353$, $P = .254$). There were, however, two significant two-way interactions that influenced hemocyanin concentration: holding time up to 6 weeks and days of recovery ($F_{4, 122} = 7.876$, $P < .001$), and treatment and days of recovery ($F_{2, 122} = 9.111$, $P < .001$). There were no significant simple main effects associated with either of the two-way interactions ($P > 0.05$). Compared to the present study, others have reported more substantial effects of biomedical bleeding on hemocyanin concentration. Anderson et al. (2013) found a rapid (one-week post-bleeding) and sustained decline (up to six weeks post-bleeding) in hemocyanin concentration of HSCs after biomedical bleeding compared to control animals under laboratory conditions. Additionally, no indication of hemolymph protein recovery has been observed at 17 days (James-Pirri et al., 2012) or even six weeks (Anderson et al., 2013) after biomedical bleeding when compared to control animals. Unlike the present study, however, previous studies did not use ponds to mimic pre-bleeding holding conditions and most conducted bleeding experiments using HSCs recently collected from the wild.

There was an overall, experiment-wide mortality rate of 11% ($n = 11$, of 101 crabs), with 5% mortality occurring in the ponds before and 6% mortality after the bleeding treatments. The same number of mortalities occurred among bled ($n = 2$) and control ($n = 2$) HSCs held in ponds for up to 6 weeks, with two additional mortalities among

K.L. Hamilton, et al.    Comparative Biochemistry and Physiology, Part A 239 (2020) 110554



**Fig. 1.** Mean percent change (± SE) of hemocyte densities (A) and hemocyanin concentration (B) in biomedically bled (open circles, solid lines) and control (closed circles, dashed lines) female horseshoe crabs sampled at 0, 2, 6, and 12 days from the recovery tank, after being removed from the experimental ponds. Horseshoe crabs were held for 2, 4, or 6 weeks in experimental ponds prior to biomedical bleeding or maintained as unbled controls in May and June 2016. Horseshoe crabs that died before hemolymph sampling on recovery day 12 were excluded.

animals held for 8 weeks. The overall mortality rate was lower than the ASMFC's assumed mortality rate (15%) for HSCs undergoing biomedical bleeding (Eyler et al., 2018). Although the present study is unique in that it incorporates holding ponds representative of industry pre-bleeding conditions, this mortality rate was still well-within the range of rates (~8–30%) found in other studies of biomedical bleeding (Walls and Berkson, 2003; Hurton and Berkson, 2006; Leschen and Correia, 2010).

The initial body weights of HSCs held in ponds for 2, 4, and 6 weeks ranged from 2.35 to 4.65 kg ($\bar{x}$ = 3.30, $n$ = 70, SE = 0.066). Body weight was positively correlated with prosoma width (linear regression: log body weight (kg) = −6.296 + (2.75 × log prosoma width (mm)); $r^2$ = 0.78; $n$ = 70; Fig. S1). Body weight was analyzed using a three-way fixed effects ANOVA with recovery time treated as a repeated measure. There was a main effect of recovery day on body weight ($P$ < .001), but there was no significant three-way interaction of the test factors on body weight. Pond holding time and days of recovery had a significant two-way interaction (($F_{1,54}$ = 2.641, $P$ = .018). This analysis supported the observed decrease in the average body weight of animals (controls and bled) with longer pond holding times at each recovery day tested. Average body weights for animals held in ponds for 2, 4, and 6 weeks respectively were 3.33, 3.24, and 3.20 kg at day 0 of recovery, 3.29, 3.21, and 3.21 kg at day 2 of recovery, 3.32, 3.25, and 3.19 kg at day 6 of recovery, and 3.32, 3.25, and 3.19 kg at day 12 of recovery. These differences were small however, and all pair-wise interactions between pond holding time and day of recovery were not statistically significant.

There was a positive relationship between HSC body weight and the volume of hemolymph biomedically extracted for 8 min, with heavier animals yielding more hemolymph. This held true when HSCs that died after bleeding were included in the analysis (linear regression: hemolymph volume extracted (g) = −70.007 + (0.104 × body weight (kg)); $r^2$ = 0.34, $F_{1,33}$ = 17, $P$ < .001) and when they were not included (linear regression: hemolymph volume extracted (g) = −94.794 + (0.1092 × body weight (kg)); $r^2$ = 0.40, $F_{1,31}$ = 20.35, $P$ < .001). The total volume of hemolymph in an HSC is approximately 25% of its body weight (Hurton et al., 2005; i.e., a 3000 g HSC would have 750 mL hemolymph). Total hemolymph volumes were calculated based on body weight (Hurton et al., 2005), and volumes extracted were converted to percentages of the calculated total

K.L. Hamilton, et al.                                                                Comparative Biochemistry and Physiology, Part A 239 (2020) 110554

hemolymph volumes. The average volume of hemolymph extracted from individual HSCs was 263.2 mL (32% of the total hemolymph volume), ranging from 18.6 to 437.1 mL (3–51% of total hemolymph volume). Novitsky (1984) previously estimated that 30% of HSC blood volume could be safely extracted during the biomedical bleeding process, while Hurton and Berkson (2006) found that mortalities increased with extraction volumes up to 40% of total hemolymph. Indeed, in this study the two bled HSCs that died had 47.2% and 50.9% of their total hemolymph volume extracted. Our results indicate that as much as half of an individual's total hemolymph volume might be extracted during a standardized eight-minute biomedical bleeding, a substantial loss of hemolymph during an already stressful process (Leschen and Correia, 2010; James-Pirri et al., 2012). Current protocols for biomedical bleeding, however, do not measure the total or extracted volume of hemolymph in individual animals.

To our knowledge, this is the first published study to explicitly incorporate holding ponds into mortality and physiological assessments of HSCs used for biomedical bleeding. Hemocyte densities and hemocyanin concentrations of HSCs were not significantly affected by being held in ponds up to six weeks, but reduced physiological status (i.e., hemocyanin concentration) was documented at eight weeks. While duration of recovery had significant main effects on physiological measures, the interactive effects reported here indicate that synergistic impacts of the biomedical harvest on HSC health are important to consider. Overall, this study supports previous findings that HSC physiological status may be impacted by biomedical harvest.

**Ethical standards**

All applicable international, national, and/or institutional guidelines for the care and use of animals were followed.

**Declaration of Competing Interest**

The authors declare that they have no conflict of interest.

**Acknowledgements**

We are grateful for the organizations that helped to fund this project including the College of Charleston, the South Carolina Department of Natural Resources (SCDNR), and the Slocum-Lunz Foundation. Members of the SCDNR Shellfish Research Section assisted in collecting and sampling HSCs. The SCDNR Office of Fisheries Management generously shared their knowledge of the South Carolina HSC fishery and introduced us to the many stakeholders involved. The SCDNR Mariculture Research Section assisted with animal husbandry. The Waddell Mariculture Center in Bluffton, South Carolina provided its facilities to conduct much of this research. This publication represents the South Carolina Department of Natural Resources Marine Resources Research Institute contribution number 809, and Grice Marine Laboratory contribution number 528.

**Appendix A. Supplementary data**

Supplementary data to this article can be found online at https://doi.org/10.1016/j.cbpa.2019.110554.

**References**

Anderson, R.L., Watson, W.H., Chabot, C.C., 2013. Sublethal behavioral and physiological effects of the biomedical bleeding process on the American horseshoe crab, *Limulus polyphemus*. Biol. Bull. 225 (3), 137–151.
Burnett, L.E., Stickle, W.B., 2001. Physiological responses to hypoxia. In: Rabalais, N.N., Turner, R.E. (Eds.), Coastal Hypoxia: Consequences for Living Resources and Ecosystems. Coastal and Estuarine Studies, American Geophysical Union, Washington, D.C., pp. 101–114.
Coates, C.J., Bradford, E.L., Krome, C.A., Nairn, J., 2012. Effect of temperature on biochemical and cellular properties of captive *Limulus polyphemus*. Aquaculture. 334, 30–38.
Crabtree, R.L., Page, C.H., 1974. Oxygen-sensitive elements in the book gills of *Limulus polyphemus*. J. Exp. Biol. 60 (3), 631–639.
Eyler, S., Michels, S., Schmidtke, M., Rootes-Murdy, K., 2018. Review of the Atlantic States Marine Fisheries Commission Fishery Management Plan for Horseshoe Crab: 2017 Fishing Year. Atlantic States Marine Fisheries Commission, pp. 1–25.
Fotedar, S., Evans, L., 2011. Health management during handling and live transport of crustaceans: a review. J. Invertebr. Pathol. 106 (1), 143–152.
Hurton, L., Berkson, J., 2006. Potential causes of mortality for horseshoe crabs (*Limulus polyphemus*) during the biomedical bleeding process. Fish. Bull. 104, 293–298.
Hurton, L., Berkson, J., Smith, S., 2005. Estimation of the total hemolymph volume in the horseshoe crab *Limulus polyphemus*. Mar. Freshw. Behav. Physiol. 38, 139–147.
James-Pirri, M.J., Veillette, P.A., Leschen, A.S., 2012. Selected hemolymph constituents of captive, biomedically bled, and wild caught adult female American horseshoe crabs (*Limulus polyphemus*). Mar. Freshw. Behav. Physiol. 45, 281–289.
Kwan, B.K., Chan, A.K., Cheung, S.G., Shin, P.K., 2014. Hemolymph quality as indicator of health status in juvenile Chinese horseshoe crab *Tachypleus tridentatus* (Xiphosura) under laboratory culture. J. Exp. Mar. Biol. Ecol. 457, 135–142.
Leschen, A.S., Correia, S.J., 2010. Mortality in female horseshoe crabs (*Limulus polyphemus*) from biomedical bleeding and handling: implications for fisheries management. Mar. Freshw. Behav. Physiol. 43 (2), 135–147.
Levin, J., Bang, F.B., 1968. Clottable protein in *Limulus*; its localization and kinetics of its coagulation by endotoxin. Thromb. Diath. Haemost. 19, 186–197.
Mangum, C.P., 1976. Primitive respiratory adaptations. In: Newell, R.C. (Ed.), Adaptations to Environment: Essays on the Physiology of Marine Animals. Butterworths, London, pp. 191–278.
Mix, M.C., Sparks, A.K., 1980. Hemocyte classification and differential counts in the Dungeness crab, *Cancer magister*. J. Invertebr. Pathol. 35 (2), 134–143.
Nickerson, K.W., Van Holde, K.E., 1971. A comparison of molluscan and arthropod hemocyanin—I. Circular dichroism and absorption spectra. Comp. Biochem. Physiol. B Comp. Biochem. 39 (4), 855–872.
Novitsky, T.J., 1984. Discovery to commercialization-the blood of the horseshoe-crab. Oceanus 27 (1), 13–18.
Smith, D.R., Brockmann, H.J., Beekey, M.A., King, T.L., Millard, M.J., Zaldívar-Rae, J.A., 2017. Conservation status of the American horseshoe crab, (*Limulus polyphemus*): a regional assessment. Rev. Fish Biol. Fish. 27 (1), 135–175.
Walls, E.A., Berkson, J., 2003. Effects of blood extraction on horseshoe crabs (*Limulus polyphemus*). Fish. Bull. 101, 457–459.
Yeager, J.F., Tauber, O.E., 1935. On the hemolymph cell counts of some marine invertebrates. Biol. Bull. 69 (1), 66–70.