# EXHIBIT E

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF SOUTH CAROLINA
#### CHARLESTON DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE and SOUTH CAROLINA COASTAL CONSERVATION LEAGUE,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT H. BOYLES, JR., in his official Capacity as Director of the South Carolina Department of Natural Resources; BLAIK KEPPLER, in her official capacity as Deputy Director of the Marine Resources Division of the South Carolina Department of Natural Resources; MELVIN BELL, in his official capacity as Director of the Office of Fisheries Management of the South Carolina Department of Natural Resources; and CHARLES RIVER LABORATORIES INTERNATIONAL, INC.,<br><br>    Defendants. | C.A. No. 2:22-cv-00112-RMG<br><br>**DNR DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendants Robert H. Boyles, Jr., in his official Capacity as Director of the South Carolina Department of Natural Resources ("DNR" or the "Department"); Blaik Keppler, in her official capacity as Deputy Director of the Marine Resources Division of the South Carolina Department of Natural Resources; and Melvin Bell, in his official capacity as Director of the Office of Fisheries Management of the South Carolina Department of Natural Resources (collectively, "DNR Defendants") herein respond to Plaintiff's First Requests for Admission as follows:

**RESPONSES TO REQUESTS FOR ADMISSION**

1. Please admit that biomedical bleeding or processing is the only non-research use for which horseshoe crabs may lawfully be taken, transported, or held in ponds in South Carolina.

**RESPONSE:** Admitted.

2. Please admit that there is only one entity or person permitted to biomedically bleed or process horseshoe crabs in South Carolina.

**RESPONSE:** Admitted.

3. Please admit that horseshoe crabs have died in containment ponds in South Carolina.

   a. Please admit that horseshoe crabs have died as a result of being held in containment ponds in South Carolina.

**RESPONSE:** Admitted as to 3. As to 3a, the DNR Defendants lack information or belief as to whether "horseshoe crabs have died as a result of being held in containment ponds in South Carolina" and therefore deny same.

4. Please admit that horseshoe crabs have been injured in containment ponds in South Carolina.

   a. Please admit that horseshoe crabs have been injured as a result of being held in containment ponds in South Carolina.

**RESPONSE:** As to 4 and 4a, the DNR Defendants lack information or belief as to whether "horseshoe crabs have been injured in containment ponds in South Carolina" and whether "horseshoe crabs have been injured as a result of being held in containment ponds" and therefore deny same.

5. Please admit that horseshoe crabs have spawned in containment ponds in South Carolina.

**RESPONSE**: The DNR Defendants lack information or belief as to whether "horseshoe crabs have spawned in containment ponds in South Carolina" and therefore deny same.

6. Please admit that red knots do not consume horseshoe crab eggs located in or adjacent to containment ponds in South Carolina.

**RESPONSE:** The DNR Defendants lack information or belief as to whether "red knots do not consume horseshoe crab eggs located in or adjacent to containment ponds in South Carolina" and therefore deny the same.

7. Please admit that containment ponds are physically separated from tidal salt waters.

**RESPONSE:** Although the containment ponds are not contained within tidal salt waters, all containment ponds have water exchange in some manner with tidal salt waters upon information and belief. For this reason, the DNR Defendants deny Request 7 as stated.

8. Please admit that no measures are in place at containment ponds to reduce water temperatures.

**RESPONSE:** The water exchange mechanisms referenced in Request 7 can act to reduce water temperatures. In addition, upon information and belief, the pond operators have installed aeration equipment at the containment ponds which can also reduce water temperatures. For these reasons, the DNR Defendants deny Request 8 as stated.

9. Please admit that horseshoe crabs are not fed in containment ponds.

**RESPONSE:** Admitted, however, the lack of feeding is designed to preserve dissolved oxygen levels in the containment ponds thereby improving conditions for the horseshoe crabs during the limited periods they are permitted to be held in the containment ponds. In addition, although the horseshoe crabs are not fed by the pond operators, there are potential natural food sources within the containment ponds upon information and belief.

10. Please admit that horseshoe crabs have died during or shortly after biomedical bleeding or processing in South Carolina.

3

      a.    Please admit that horseshoe crabs have died as a result of biomedical bleeding or processing in South Carolina.

**RESPONSE:** As to 10 and 10a, the DNR Defendants lack information or belief as to whether "horseshoe crabs have died during or shortly after biomedical bleeding or processing in South Carolina" or whether "horseshoe crabs have died as a result of biomedical bleeding or processing in South Carolina" and therefore deny same.

11.    Please admit that horseshoe crabs held in containment ponds suffer greater health consequences from subsequent biomedical bleeding or processing.

**RESPONSE:** The DNR Defendants lack information or belief as to whether "horseshoe crabs held in containment ponds suffer greater health consequences from subsequent biomedical bleeding or processing" and therefore deny same.

12.    Please admit that SCDNR permits for horseshoe crab harvesting, possession, transportation, holding and/or biomedical processing generally expire around the end of each harvest season.

**RESPONSE:** Admitted.

13.    Please admit that SCDNR re-issues or issues new permits for horseshoe crab harvesting, possession, transportation, holding and/or biomedical processing each harvest season.

**RESPONSE:** Admitted.

14.    Please admit that the conditions in SCDNR-issued permits for horseshoe crab harvesting, possession, transportation, holding and/or biomedical processing are subject to change each harvest season.

**RESPONSE:** Admitted.

15. Please admit that SCDNR has changed the conditions in SCDNR-issued permits for horseshoe crab harvesting, possession, transportation, holding, and/or biomedical processing from harvest season-to-season in one or more prior years.

**RESPONSE:** Admitted.

16. Please admit that SCDNR has never before imposed the specific conditions contained in the "Horseshoe Crab Possession (Pre/Post-Biomedical Processing)" permit, ECF No. 42-1 at 3–4, on any prior permit governing similar activities—namely, the conditions that apply to "female crabs" and the conditions stated in paragraphs 5 and 6 of this permit.

**RESPONSE:** Defendants admit that the permit language on the identified permit differed in some respects from that of prior years, including the referenced portions of Paragraphs 5 and 6.

17. Please admit that SCDNR has never before imposed the specific conditions contained in the "Horseshoe Crab Hand Harvest & Transport Permit HH22-00," ECF No. 42-1 at 5–6, on any prior permit governing similar activities—namely, the conditions that apply to "female crabs" and the time restrictions and reporting requirements in paragraph 1 of this permit.

**RESPONSE:** Defendants admit that the permit language on the identified permit differed in some respects from that of prior years, including the referenced portions of Paragraph 1.

          s/ Sarah P. Spruill
          Sarah P. Spruill, Fed. ID. No. 8054
          HAYNSWORTH SINKLER BOYD, P.A.
          ONE North Main, 2nd Floor
          Greenville, SC  29601-2772
          Telephone:  864.240.3200
          sspruill@hsblawfirm.com

Attorneys for Defendants
Robert H. Boyles, Jr., in his official Capacity as Director of the South Carolina Department of Natural Resources; Blaik Keppler, in her official capacity as Deputy Director of the Marine Resources Division of the South Carolina Department of Natural Resources; and Melvin Bell, in his official capacity as Director of the Office of Fisheries Management of the South Carolina Department of Natural Resources

Dated: October 11, 2022
Greenville, South Carolina