# EXHIBIT F

# ELI LILLY AND COMPANY

# 2018 UNGC COMMUNICATION ON PROGRESS



# CONTENTS

**PAGE 3**  ABOUT LILLY AND ELANCO
**PAGE 4**  A MESSAGE FROM OUR CEO
**PAGE 6**  2018 RESPONSIBILITY HIGHLIGHTS
**PAGE 8**  ABOUT THIS REPORT
**PAGE 10**  HUMAN RIGHTS

UNGC PRINCIPLES ADDRESSED:

1  Businesses should support and respect the protection of internationally proclaimed human rights; and
2  make sure that they are not complicit in human rights abuses.

**PAGE 29**  LABOR

UNGC PRINCIPLES ADDRESSED:

3  Businesses should uphold the freedom of association and the effective recognition of the right to collective bargaining;
4  the elimination of all forms of forced and compulsory labor;
5  the effective abolition of child labor; and
6  the elimination of discrimination in respect of employment and occupation.

**PAGE 39**  HEALTH, SAFETY, AND ENVIRONMENT

UNGC PRINCIPLES ADDRESSED:

7  Businesses should support a precautionary approach to environmental challenges;
8  undertake initiatives to promote greater environmental responsibility; and
9  encourage the development and diffusion of environmentally friendly technologies.

**PAGE 60**  ANTI-CORRUPTION

UNGC PRINCIPLES ADDRESSED:

10  Businesses should work against corruption in all its forms, including extortion and bribery.



## Green Chemistry in Action: Replacing Horseshoe Crabs in Endotoxin Testing



**JAY BOLDEN**
Lilly Microbiologist

Lilly microbiologist Jay Bolden is an expert in bacterial endotoxin detection—a process used both by Lilly and the entire pharmaceutical industry to ensure the safety of their products. He never expected his hobby as a birder to intersect with a novel way to test for harmful bacteria in the lab. Yet Jay has helped Lilly to forge a new path, and in the process, **he has helped to protect a threatened marine species and the larger ecosystem that depends on it.**

For each batch of injectable medicines and medical devices manufactured across the globe, companies must prove that they have been checked—and tested free of—potentially life-threatening endotoxins. Water and raw materials used in manufacture must be tested as well. Around the world, this process is repeated approximately 70 million times each year, the linchpin of quality testing for the pharmaceutical industry. In this process, the humble horseshoe crab plays a vital role: its cloudy blue blood can be used to make an assay, known as LAL, that clots readily in **the presence of endotoxins that could prove fatal if exposed to a person's bloodstream or spinal fluid**.

To satisfy demand, LAL manufacturers capture, bleed, and release an estimated 500,000 horseshoe crabs along the eastern seaboard of the United States. Estimates of how many crabs die as a result are hard to pin down, with estimates ranging from five to 30 percent. In Asia, manufacturers use local horseshoe crab populations to make an alternative variant of the testing assay, TAL, which is used mainly by pharmaceutical manufacturers in the region. Most of the crabs harvested in Asia are ultimately killed after they are bled, and **in 2019, the International Union for Conservation of Nature and Natural Resources listed the Asian tri-spine horseshoe crab as an endangered species.**

Compounding adversities for the horseshoe crab are decades of overharvesting for use as eel and whelk bait, and fertilizer, not to mention devastating habitat loss linked to the commercial development of seashore communities and climate change impacts, including more intense storms and rising sea levels that threaten their spawning grounds. In the Delaware Bay, home to the world's largest population of spawning horseshoe crabs, the population has crashed—**declining by 90 percent over the past two decades.** As a keystone species, the crab is vital to area food webs, and its decline has adversely impacted many other animals, notably shorebirds that rely on consuming horseshoe crab eggs to complete their migrations. At least one bird species that feeds on the crab's eggs, the red knot, is now listed as threatened.

Working at Lilly, Jay had been aware of an alternative method to test for endotoxins using a synthetic alternative—recombinant factor C, or rFC—developed just over 20 years ago. However, lacking an official entry in the United States Pharmacopeia (USP), and facing regulatory uncertainty in the eyes of health authorities, it required additional validation testing to prove safety for a successful FDA approval. Across the industry there was reluctance to undertake this extra validation, as well as concerns about widespread access to the alternative test agent.

Jay began to wonder if he could make a difference. He had seen his first red knot in the Delaware Bay in 2005, during one of many birding adventures. But now, the bird and its plight held more of a personal connection. In 2014, when Jay met Dr. Jack Levin, one of the two scientists who discovered the LAL reaction in the first place, he recalled Dr. Levin saying that **if ever LAL were ever to be unseated from its central role as the main endotoxin test agent, it would be because of the birding community.**

The turning point came in 2013, when Lilly began planning an insulin-manufacturing facility in China, where the native horseshoe crab species has been in decline. Concerned about potential future supply problems with LAL—and knowing that Lilly is committed to reducing the use of animals in research and testing wherever possible—Jay lobbied and won support from two governance committees at Lilly, getting permission to validate the rFC approach.

Lilly drew a line in the sand in 2016, applying the rFC test to all new products being developed internally. We were the first company to submit an application for drug approval to the FDA—Emgality®—to prevent migraine headaches—where the final drug will be tested using rFC. In a watershed moment, the FDA approved Emgality in 2018, making it the first medicine approved for the market release using rFC. **By 2020, Lilly intends to transition 90 percent of our endotoxin tests to the synthetic compound.**

Upon implementation of the rFC test across all Lilly manufacturing sites, **on the order of several thousand horseshoe crabs will be saved in the first year and every year thereafter.** Jay hopes that the ripple effect will be much larger, if the broader pharmaceutical industry can be persuaded to adopt the rFC test as a more efficient and cost-effective approach that doesn't require the ethical tradeoffs of harvesting live animals.