# EXHIBIT G



Increased Protection for Coastal Wildlife

Coastal Birds Project
Felicia Sanders

# Red Knot Migration





6

SC barrier islands have 1000s of migratory shorebirds. SCDNR is currently working on Red Knots, federally listed, and largest flock known on Atlantic in SC. SCDNR tracking their migration. 5000 miles from Brazil to SC. Resting and feeding undisturbed is crucial to make it to their nesting grounds and survival.