# EXHIBIT I

**From:**       Spruill, Sarah <sspruill@hsblawfirm.com>
**Sent:**       Tuesday, March 14, 2023 10:26 AM
**To:**       Catherine Wannamaker; Lewis DeHope; Carl Brzorad
**Subject:**       Permit timing

As of today, the Department's goal is to begin mailing permits for the 2023 season on Friday.

I will get you sample copies of the finalized permits as soon as I have them.



**Sarah P. Spruill** | Attorney
Direct 864.240.3220 | sspruill@hsblawfirm.com

Haynsworth Sinkler Boyd, P.A.
ONE North Main, 2nd Floor | Greenville, SC 29601
Main 864.240.3200 | Fax 864.240.3300

Web | Bio | vCard | Map | Linked In | Blog

---

***CONFIDENTIALITY NOTICE:*** *This e-mail and any files transmitted with it are confidential and may contain information which is legally privileged or otherwise exempt from disclosure. They are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this message in error, please immediately notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.*